<span style="color:red">**Exhibit 1**</span>

## Affidavit of Kevin Patrick O'Rourke

Commonwealth of Virginia       )
                                        )sa
County of Roanoke                      )

Comes Now, Kevin Patrick O'Rourke, a natural person, being first duly affirmed and hereby states the following facts in support of his Bill of Claim:

1) My name is Kevin Patrick O'Rourke and I am a natural person with a place of abode in Virginia.

2) I am a free man, born of a free woman and free man, both Marylanders, on March 25, 1974 having reached the age of majority and competent to handle all of my own affairs.

3) I am a citizen of Virginia and the United States of America, *one of the people*, my inalienable rights are my property, and I have never knowingly waived any of my rights or ceded them or any interest therein to any party.

4) My rights, expressly enumerated in the organic documents, created by universal and unanimous declaration of the thirteen original united States of America, include my right to life, liberty and pursuit of my happiness.

5) The Constitution guarantees to the people the right to a *republican* form of government, as enshrined in Article 4, Section 4.

6) Through the Declaration of Independence, the people agreed that if the government becomes destructive to these rights, as one people, we have the right to abolish that form of government, and to create our own.

7) It is my belief that the "one people" expressed in the Declaration of Independence means me, one of the people, as my independent sovereignty and granted to me by my Creator can never be controlled under the dominion of another.

8) These inalienable rights, and other civil rights protected under the charter of the Constitution and enshrined by the "constitutional" open and notorious government laws and treaties, are mine and cannot be encroached.

9) I am informed, educated, competent and can affirm that I am under no legal disability.

10) I have registered to vote in Virginia and maintain my professional license there as well.

11) I have, for the previous two presidential election cycles, not voted, as it was my firmly held belief that my vote will be altered, deleted, or fractionalize based upon the will of some other entity or actor.

12) Additionally, I have researched the political nuances and differences between a "republic" and a "democracy"; the first of which is a state in which equality and sovereignty is held by the people, limited by constitutional charter and from whom the supreme power is vested while granting limited authority to their elected officials in Trust and Confidence to preserve and protect life, property and national sovereignty, the latter is ruled by laws written by the voting majority which largely fails to protect the interests of the minority.

13) Typically, the government has layers of checks and balances to maintain order under the laws, including state legislators, state executive offices, House Representatives, Senate Representatives, a President Commander in Chief, and a Vice President.

14) Historically, the independent and unbiased journalists would provide an additional layer to the aforementioned checks and balances to validate and investigate corruption.

15) However, what had worked for hundreds of years is now clearly broken or on the verge of destruction or collapse at the hand of foreign and domestic enemies to this guaranteed republican form of government.

16) The guarantees reserved to me as one of the people, establish that if the democratic form of government encroaches upon my liberty interests or inalienable rights to my republican form of government, redress may be petitioned for, and ultimately I can sever the ties that bind me to the political apparatus.

17) This guarantee does not allow the governed or the government to _Ever_ encroach upon my inalienable rights, and I deny that I am a subject or a slave to the governed or government, equality and independence reigns supreme in America.

18) The Thirteenth Amendment abolishes slavery and "involuntary" slavery to any party including the dominion exercised by the government over the people from which it derives its power, in Trust.

19) The federal Constitution acts as a permanent injunction against government encroachment on all such rights, and all parties sworn to uphold the Same are forever bound to its limitations.

20) It is by and through these expressed beliefs, and the free exercise of my spiritual beliefs, that I petition for redress to the Honorable Court for restoration, at a minimum, of the "civil" rights preserved by law in Title 42 of the United States Code.

21) It is also through the same beliefs that I petition the Honorable Court, that if these encroachments and direct and proximate violations as outlined in the Complaint are not fully and adequately addressed, that the Court issue declaratory judgment in my favor against the government in all its forms recognizing my right not to participate and to my right of self-governance.

22) It is my firmly held belief that my right to vote in a free, fair, equal, and lawfully administered election process is the least of my rights that should be protected by the Courts under the Article 4, Section 4 guarantee.

23) To wit, I raise these objections to the 2020 Presidential and Vice-Presidential Election and direct my bill of claim to the named defendants and all those in conspiracy therewith:

   a) That Dominion Voting Systems, Incorporated, ("Dominion") through the political leanings and ideology of its corporate executives, and with an interest in achieving profit by selling its "proprietary" voting machines, software, and servicing contracts has created an inequitable scheme in favor of one political party that effects my vote in a negative manner.

   b) That Facebook, Inc. and its Chief Executive Officer, has encroached upon the free speech and right to assemble on its platform to express our free ideas and political positions by censoring the conservative voices, by concealing information related to criminal investigations and act of the democratic party candidate's family members and how those acts may be providing aid and comfort to foreign enemies of the republican form of government.

   c) That the Center for Tech and Civic Life, through donations from Mr. Zuckerberg, Ms. Chan and Facebook, have interfered with the free, fair and honest electorate process in America, for which no remedy appears to be forthcoming.

   d) That Brian Kemp, a peer equal to me, has abandoned his position of public trust by acting in an unconstitutional manner and has acted in a manner detrimental to the rule of law and his official character.

   e) That Brad Raffensberger, a peer equal to me, has abandoned his position of public trust by acting in an unconstitutional manner and has acted in a manner detrimental to the rule of law and his official character.

   f) That Gretchen Whitmer, a peer equal to me, has abandoned her position of public trust by acting in an unconstitutional manner and has acted in a manner detrimental to the rule of law and her official character.

  g) That Jocelyn Benson, a peer equal to me, has abandoned her position of public trust by acting in an unconstitutional manner and has acted in a manner detrimental to the rule of law and her official character.

  h) That Tony Evers, a peer equal to me, has abandoned his position of public trust by acting in an unconstitutional manner and has acted in a manner detrimental to the rule of law and his official character.

  i) That Doug J. LaFollette, a peer equal to me, has abandoned his position of public trust by acting in an unconstitutional manner and has acted in a manner detrimental to the rule of law and his official character.

  j) That Tom Wolf, a peer equal to me, has abandoned his position of public trust by acting in an unconstitutional manner and has acted in a manner detrimental to the rule of law and his official character.

  k) That Kathy Boockvar, a peer equal to me, has abandoned her position of public trust by acting in an unconstitutional manner and has acted in a manner detrimental to the rule of law and her official character.

24) The aforementioned state actor defendants have allowed Dominion to exercise inequitable influence over the voting results in Georgia, Pennsylvania, Michigan, Wisconsin and other states and counties nationwide, which have affected the entire balance of the political election for President Commander in Chief and Vice President.

25) The actions of the aforementioned defendants still threaten the balance of power of the US Senate race in the upcoming January 5, 2020 run-off election.

26) The actions of Facebook, Mr. Zuckerberg, Ms. Chan and other co-conspirators continue to censor, block, conceal and propagandize the entirety of the issues related to the election fraud, the legal challenges and the fundamental rights of the people.

27) I am a Certified Public Accountant ("CPA"), who is qualified and licensed to conduct financial audits, including audits conducted with government auditing standards.

28) I have investigated numerical and statistical anomalies related to the Dominion Voting machines and software and have reviewed the research and information being advanced by my peers.

29) I am uniquely qualified to audit and investigate the matters related to Dominion and the numerous anomalies, which I feel compelled to do as one of the people.

30) I have devoted considerable time to a comprehensive review of the national real time election results, have compared all available information and am convinced the election was manipulated through various means and methods.

31) Based upon empirical data and other analyses that shall be introduced at trial, I am positive that my vote and those of my peers have been negatively affected by the named defendants, to which there is no efficient remedy unless immediately enjoined from their unlawful and unconstitutional conduct.

32) My review leads me to a conclusion that the election process and results in the states in question are defective due to fraud, interference, and other nefarious methods utilized by Dominion that result in fractional portions of votes, repetitive vote ratios based upon the fractions of votes, spikes in voting results, and other falsified data that drastically skew statistical norms never seen in any election in the history of America.

33) Through my own experiences with Facebook, I have witnessed free speech curtailment, censorship, propaganda of a liberal nature, bias and harassment of my opinions, those of my peers, and have witnessed Facebook block the ability of my peers and I from freedom of assembly, free exercise of spiritual beliefs and ideals, all to the detriment of my rights and those of the people.

34) That due to the bias and harassment, mod mentality and other violative actions of the parties, I have canceled and deleted my Facebook profile.

35) That Facebook fails to constitute a neutral platform and is not entitled to Section 230 immunity and I challenge the constitutionality of 47 U.S.C. § 230(c) as applied to the actions of Facebook and seek redress for its violations of civil rights for myself and the people similarly suffering under its technocracy.

36) That due to the actions of the defendants, each and every one of them, I have lost any faith in the existing form of government and technology monopolies; I am angry; I am frustrated; I cannot sleep at night; I suffer from anxiety as a result of this uncertainty; I have lost my desire to communicate with most people openly and remain guarded as to my interactions and communication with every day people; I feel that I have no voice, no rights, and I have been 100% abandoned by the government in all its forms; and I believe that the incoming administration intends, through admissions of certain senators, to target conservatives that voted for Trump and will weaponize the entirety of the IRS, DOJ, DHS, CIA and other agencies against the people; I live in daily fear that I will be targeted and harassed for exposing or trying to expose fraud, waste and abuse by government actors, who are acting outside of their official character.

37) That unless and until these unlawful acts are enjoined, I maintain and preserve my objections to the 2020 Presidential and Vice Presidential Election results, and if not remedied by the Court or the American political apparatus, I seek declaratory judgment that I am entitled to invoke my right to abolish this form of government over me.

38) The requested remedy is enshrined in the Declaration of Independence and the limitations placed upon government by its Constitutional Charter, which establishes the right to abolish as absolute, not as a conditional or "take it or leave it principal."

39) These rights, much like the supreme court's decision of Hale v. Henkle, allow me to structure my affairs to my own benefit, allowing that I may self-govern with immunity from the political apparatus while remaining on the soil of my country without being encroached, on the condition that I do not cause a bona fide injury to another of my peers.

40) The declaratory judgment of this Court in my favor shall entitle me to recognition of the free exercise of these rights in preservation of my life, liberty and to restore my happiness.

41) Without the relief requested in the Complaint, and without declaratory judgment of the matters outlined herein, I remain in a perpetual state of injury to my person.

I hereby state and affirm that the foregoing is true, correct, complete, and based upon first-hand knowledge under the laws of the United States of America.

_____
Kevin Patrick O'Rourke

**VIRGINIA NOTARY ACKNOWLEDGMENT**

Commonwealth of Virginia

County of Roanoke

The foregoing instrument was acknowledged before me this 17th day of December, 2020 by Kevin Patrick O'Rourke, who provided me sufficient evidence of identity.

_____   (Seal)
Signature of Notarial Officer

Notary Registration Number: 346468

My Commission Expires: October 31, 2021

AMANDA N GILBERT
NOTARY PUBLIC
REGISTRATION # 346468
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
10/31/21