Exhibit 2

## AFFIDAVIT OF NATHANIEL L. CARTER

I, Nathaniel L. Carter, being duly sworn, do hereby state, under oath, as follows:

1. My name is Nathaniel L. Carter, and I was born on October 25, 1965, in Berrien Springs, Michigan.

2. I currently live at 386 Linden St. Benton Harbor, Michigan, and have lived and worked in this area all of my life.

3. I am a resident of the State of Michigan.

4. I am a registered voter in the State of Michigan.

5. I am a married African-American male.

6. I participated as a voter in the November 3, 2020, federal election for President and Vice President of the United States of America.

7. I understand a contract exists between Dominion Voting Systems, Inc., 1201 18th Street, Suite 210, Denver, Colorado 80202 ("DOMINION"), which is identified in the public records of Michigan as Contract Number 071B7700117 (the "ELECTION CONTRACT").

8. I understand that DOMINION has warranted to the State of Michigan that "[i]t is duly organized, validly existing, and in good standing as a corporation or other entity as represented under this Contract under the laws and regulations of its jurisdiction of incorporation, organization, or chartering."

9. I understand that the ELECTION CONTRACT defined the "Deliverables" as "the voting system tabulators and all related components, and the accessible voting system components, and all other materials that Contractor is required to or otherwise does provide to the State or Authorized Users under this Contract and otherwise in connection with any Services, including all items specifically identified as Deliverables in the Statement of Work. Notwithstanding the foregoing, the term Deliverable shall not include the EMS Software or System Software."

10. I understand that the ELECTION CONTRACT also defined "Harmful Code" as "any: (a) virus, trojan horse, worm, backdoor or other software or hardware devices the effect of which is to permit unauthorized access to, or to disable, erase, or otherwise harm, any computer, systems or software; or (b) time bomb, drop dead device, or other software or hardware device designed to disable a computer program automatically with the passage of time or under the positive control of any Person, or otherwise prevent, restrict or impede the State's or any Authorized User's use of such software."

11. The ELECTION CONTRACT required DOMINION to "provide all Services and Deliverables in a timely, professional and workmanlike manner and in accordance with the terms, conditions, and specifications set forth in this Contract and the Statement of Work."

12.  I understand that the ELECTION CONTRACT also required DOMINION to maintain "a data privacy and information security program, including physical, technical, administrative, and organizational safeguards, that is designed to: (a) ensure the security and confidentiality of State Data; (b) protect against any anticipated threats or hazards to the security or integrity of State Data; (c) protect against unauthorized disclosure, access to, or use of State Data; (d) ensure the proper disposal of State Data; and (e) ensure that all employees, agents, and subcontractors of Contractor, if any, comply with all of the foregoing.

13.  I also understand that DOMINION warranted to the State of Michigan that it "uses industry standard software and tools designed to ensure that the EMS Software or any System Software does not or will not at any time during the license term contain any Harmful Code."

14.  Based on information and news reports that I have seen, I believe DOMINION has similar contracts with the States of Georgia, Pennsylvania, and Wisconsin.

15.  Based on public records, 527 jurisdictions within the State of Michigan received money from the Center for Tech and Civic Life based on a $350 million donation from Mark Zuckerburg and Priscilla Chan for the purpose of conducting the November 3, 2020, election.

16.  I believe that the actions or inactions of DOMINION, Mark Zuckerburg, Priscilla Chan, and cooperating state officials have resulted in the States of Michigan, Georgia, Pennsylvania, and Wisconsin (and elsewhere) conducting tainted elections due to providing faulty election hardware, software and/or direct operational assistance.

16.  I am aware of reports and lawsuits regarding voting conducted in Antrim County, Michigan, in which "significant errors" were discovered following forensic investigation of twenty-two DOMINION voting machines.

17.  I am aware of similar DOMINION voting machine "irregularities" and "glitches" that occurred in several other states, which has cast significant doubt on election results Nationwide.

18.  From my understanding, DOMINION voting machines can interface with the internet, are generally unsecure, and use software that can be deployed to change votes, and affect election results.

19.  DOMINION and others were aware or should have been aware that machines are unreliable, and susceptible to manipulation by unethical administrators, outside actors, foreign countries, and from employees and contractors from inside DOMINION.

20.  I believe that as a result, my vote during the 2020 Presidential Election was effectively not counted, and the results of the election were predetermined.

21.  I believe my right to vote is one of the most sacred rights recognized in the Constitution, and as a minority, I understand that my vote is the only real voice I have.

22.  I believe my vote has be discounted or eliminated all-together from consideration regarding the choice for the country's highest office.

23. While I once had faith in the fairness of elections, the actions or inactions of DOMINION, Zuckerburg, Chan and cooperating State officials have effectively stripped my vote, causing me to lose all faith that our governing bodies can conduct a fair election.

23. Moreover, my desire to vote in future elections has been effectively suppressed because I believe elections run by current DOMINION systems are untrustworthy, and there is no reason to participate in future elections as results are predetermined.

24. Therefore, I hereby demand for myself, and all Americans, a fair and equitable resolution of this case, on its merits, for damages and injunctive relief, all for the benefit of the injured and to ensure our freedom, which life, liberty, the pursuit of happiness, and, for many, to vote.

Further, affiant sayth not.

STATE OF MICHIGAN    )
                     ) ss.
COUNTY OF BERRIEN    )

The foregoing **AFFIDAVIT OF NATHANIEL L. CARTER** was subscribed and sworn before me on this____day of December, 2020, by Nathaniel L. Carter, personally.

_____
Nathaniel L. Carter

My Commission Expires:

_____
_____
Notary Public

12/22/2020                                                                3556366086004233469.jpg

23. While I once had faith in the fairness of elections, the actions or inactions of DOMINION, Zuckerburg, Chan and cooperating State officials have effectively stripped my vote, causing me to lose all faith that our governing bodies can conduct a fair election.

23. Moreover, my desire to vote in future elections has been effectively suppressed because I believe elections run by current DOMINION systems are untrustworthy, and there is no reason to participate in future elections as results are predetermined.

24. Therefore, I hereby demand for myself, and all Americans, a fair and equitable resolution of this case, on its merits, for damages and injunctive relief, all for the benefit of the injured and to ensure our freedom, which life, liberty, the pursuit of happiness, and, for many, to vote.

Further, affiant sayth not.

STATE OF MICHIGAN      )
                       ) ss.
COUNTY OF BERRIEN      )

The foregoing **AFFIDAVIT OF NATHANIEL L. CARTER** was subscribed and sworn before me on this ___ day of December, 2020, by Nathaniel L. Carter, personally.

_Nathaniel L. Carter_ (signed)
Nathaniel L. Carter

My Commission Expires: _____

Kenya Lynn Fields
Notary Public, Michigan
Berrien County
Expires 02/11/2025
Acting in the County of Berrien

_Kenya Lynn Fields_ (signed)
Notary Public