Exhibit 3

# AFFIDAVIT OF LORI ANN CUTUNILLI

I, Lori Ann Cutunilli, have personal knowledge of the matters set forth in this declaration and will be able to testify competently to these facts if called as a witness:

1. My name is Lori Ann Cutunilli, I was born on January 12, 1957, in Denver, Colorado. I have lived my entire life in Colorado, and currently live in Breckenridge, Summit County, Colorado.

2. I am a citizen of the United States of America, registered to vote in Colorado, having voted every election since age 18.

3. I am a small independent business owner, a mother and grandmother. I believe the governors, secretary of states, Facebook and its founder and billionaire, Mark Zuckerberg, and his wife, Priscilla Chan, are directly responsible for unconstitutionally interfering in the United States Presidential Election on November 3, 2020, resulting in the American people's loss of liberty—which has created the uncertainty that people posing as elected officials were legally voted into office.

4. I participated as a Colorado registered voter in the November 3, 2020, presidential election and clearly see the election was tampered with not only by Colorado's secretary of state and attorney general insistence on using Dominion Voting System, but also, nationwide, by the $400 million Mark Zuckerberg and his wife Priscilla Chan funneled through their Chicago based non-profit Center for Tech and Civic Life (CTCL) to unconstitutionally interfere with election results—especially in swing states—ultimately affecting the outcome of the presidential election as well as Senate and Legislative seats across the country, which directly impact my right to vote and our lives in Colorado.

5. Facebook's billionaire founder Mark Zuckerberg and Priscilla Chan's thinly veiled involvement in privatizing the United States election process through the guise of a left-of-center non-profit organization intent on influencing state, county and election officials by providing election funding to towns, cities and counties via contributions to their general funds interfered with fair and honest elections. These bribes were categorized as funds to help jurisdictions across the country hire more staff, purchase mail-in ballot processing machinery, unsecured drop boxes, expansions to mail in voting, etc. to deal with voting during the "Pandemic" especially in swing states.

6. Not only do I and my fellow Coloradans question if our votes even counted as cast, life in Colorado will be dramatically affected by the following states accepting bribes

through the Center for Tech and Civic Life organization to alter the United States election process and outcome:

    A.    HARTFORD, CT:   $350,000   Governor:  Ned Lamont   Secretary of State:  Denise Merrill

    B.  GEORGIA:  $5.6 million Cobb County - $300,000 Dougherty County - $6 million Fulton   County - $557,000 to Macon-Bibb County   Governor: Brian Kemp   Secretary of State:  Brad Raffensperger

    C.  ILLINOIS: $855,000 to Lake County   Governor: J.B. Pritzker   Secretary of State:  Jesse White

    D.  IOWA:  $267,500 to Blackhawk County - $286,870 to Scott County - $155,000 to Woodbury County   Governor:  Kim Reynolds    Secretary of State:  Paul Pate

    E.  KANSAS:  $856,000 to Johnson County - $816,458 to Sedgewick County   Governor: Laura Kelly      Secretary of State:  Scott Schwab

    F.  MAINE:  $210,000 to City of Augusta - $272,000 to City of Bangor - $211,000 to Town of Brunswick - $274,000 to City of Lewiston   Governor: Janet Mills    Secretary of State:  Matthew Dunlap

    G.  MARYLAND:   $688,000 to Howard County   Governor:  Larry Hogan   Secretary of State:  John Wobensmith

    H.  MICHIGAN:  $417,000 to City of Ann Arbor - $467,625  City of City of Flint - $443,000 to City of Lansing - $433,580 to City of Muskegon - $405,564 to City of Pontiac - $402,000 to City of Saginaw - $3.5 million to Wayne County   Governor: Gretchen Whitmer   Secretary of State: Jocelyn Benson

    I.  MISSISSIPPI: $1.5 million to Hinds County   Governor:  Tate Reeves   Secretary of State:  Michael Watson

    J.  MONTANA:  $294,000 to Cascade County - $263,000 to Glacier County - $215,000 to Lewis & Clark County   Governor: Steve Bullock   Secretary of State:  Corey Stapleton

    K.  NEW JERSEY:  $300,000 to Atlantic County - $2.9 million to Burlington County  Governor:  Phil Murphy    Secretary of State:  Tahesha Way

L. NEW MEXICO: $206,000 to Dona Ana County   Governor: Michelle Grisham   Secretary of State: Maggie Oliver

M. NEW YORK: $280,000 to Onondaga County   Governor: Andrew Cuomo   Secretary of State: Rossana Rosado;

N. OHIO: $435,000 to Lorain County - $544,624 to Lucas County - $580,000 rejected by Summit County   Governor: Mike DeWine   Secretary of State: Frank LaRose;

O. PENNSYLANIA: $10 million to City of Philadelphia ($12.3 million annual budget) - $2.05 million to Alleghany County - $471,000 to Berks County - $863,000 to Centre County - $2.2 million to Delaware County - $148,000 to Erie County - $474,202 to Lancaster County   Governor: Tom Wolf   Secretary of Commonwealth: Kathy Boockvar;

P. SOUTH CAROLINA: $695,000 to City of Charleston - $102,373 to Clarendon County - $660,000 to City of Greenville - $730,000 to City of Richland   Governor: Henry McMaster   Secretary of State: Mark Hammond;

Q. TEXAS: $1.9 million to Bexar County - $1.8 million to Cameron County - $15.1 million to Dallas County - $86,424 to Ellis County - $289,075 to Hays County - $ 263,644 to Williamson County   Governor: Greg Abbott   Secretary of State: Ruth Ruggero;

R. WISCONSIN: $6.3 million - Mayors of five specific Wisconsin cities: Green Bay, Kenosha, Madison, Milwaukee, Racine City of Jansesville   Governor: Tony Evers   Secretary of State: Doug La Follette.

7. Due to the use of the Dominion Voting System being used in Colorado and around the country in the 2018 Midterm elections, I have serious doubts as a member of the Class that Jared Polis was legitimately elected as governor in Colorado.

8. As a result of Polis and other elected officials across the country being elected through dishonest means 160 million people have been damaged by the loss of liberties at the hands of corrupt politicians.

9. As the tool for conducting dishonest elections in the United States, I understand the following is true about Dominion Voting Systems:

a.) Dominion Voting Systems Corporation is headquartered in Toronto, Ontario, and Denver, Colorado, selling electronic voting hardware and software, including voting machines and vote tabulators in Canada and the United States.

b.) In the United States, Dominion Voting Systems headquarter's are located in Denver, Colorado; and,

c.) Dominion Voting Systems Corporation develops their software in-house in offices located in Canada, Serbia and the United States.

10. From my research, Dominion Voting Systems Corporation owns the following subsidiaries:

a) Premier Election Solutions with headquarters in North Canton, Ohio in the United States providing electronic voting hardware and consulting via the following products: AccuVote-TSX, AccuVote-OS, Accuview Printer Module, Global Election Management System (GEMS). DIMS-Net, ExpressPoll-2000, ExpressPoll-4000 and VoteRemote Suite.

b) Sequoia Voting Systems, one of the largest providers of electronic voting systems in the United States, headquartered in California with offices in Denver, Oakland and New York City. Dominion Voting Systems Corporation purchased "certain assets" of Sequoia Voting Systems in 2010 as it was a major competitor to Premier Election Solutions in providing the following systems in 16 states and 300 jurisdictions: BPS, WinEDS, Edge, Edge2, Advantage, Insight, InsightPlus and 400C.

c) Smartmatic, based in London, UK sold to Sequoia Voting Systems in 2005 which triggered a request for investigation as to whether the Committee on Foreign Investment in the United States (CFIUS) had followed correct processes in allowing the sale of Smartmatic to Sequoia. The United States Department of State has stated that Smartmatic's Venezuelan owners "remain hidden behind a web of holding companies in the Netherlands and Barbados."

11. Colorado's then Secretary of State Wayne Williams ordered counties in Colorado to adopt use of Dominion Voting Systems Corporation's electronic voting hardware and software in 2015 with it in use in 61 of Colorado's 64 counties during the United States Presidential election on November 3, 2020.  Douglas County currently uses the Clear Ballot Group Voting System after bringing a lawsuit against the Colorado Secretary of State to have the choice of alternate voting systems other than Dominion, resulting in Douglas and Garfield counties choosing Clear Ballot Group Voting System and one small county hand counting ballots.  It is my understanding the Clear Ballot system has audit capabilities which can be used to verify ballots/votes cast in counties using Dominion Voting System and should be used to do so.

12. The State of Colorado continued to certify use of the Dominion Voting System despite the system being rejected by data communications experts from the Texas Secretary of State and Attorney General's Office for failing to meet basic security standards in three separate instances for use in Texas as well as Dominion Voting Systems subsidiaries being involved in several instances of alleged fraud including Smartmatic.

13. Smartmatic's "glitches" have been proven to have changed thousands of votes from Republican Donald Trump to Democrat Joe Biden in the United States Presidential Election on November 3, 2020 in Georgia and Michigan.

14. Per an article published by thecentersquare.com I understand litigation over Smartmatic's "glitches" alleges they impacted the 2010 and 2013 mid-term elections in the Philippines, raising questions of cheating and fraud with an independent review of the source codes used in the machines identifying multiple problems, which concluded "The software inventory provided by Smartmatic is inadequate...which brings into question the software credibility," ABS-CBN reported.

15. Mark Malloch Brown, Smartmatic's chairman, is a member of the British House of Lords, former vice-chairman of George Soros' Investment Funds; lead international partner at Sawyer Miller, a political consulting firm; former vice-president at the World Bank and former vice-chairman of the World Economic Forum who "remains deeply involved in international affairs" causing government officials to raise questions about involvement in the United States electoral process.

16. Due to all of the above I believe my constitutional right to participate in fair and honest elections has been violated with my vote suppressed.  While I once trusted in the fairness of the United States electoral system I no longer do, with the Dominion Voting System

being utilized in Colorado and around the country as well as private "donations" being unconstitutionally distributed and accepted to interfere with the legitimacy of our elections.

17. In summary, I hereby request on behalf of myself and the 160 million citizens of the United States of American a fair and equitable resolution to this situation, on its merits which includes damages for the voters and people whose votes have been discounted and cast aside in violation of our constitutional freedoms and rights, including Life, Liberty and the Pursuit of Happiness by having our voices heard.

Under penalty of perjury I do hereby the above statement of facts are true and correct.

## NOTARY ACKNOWLEDGMENT

State of Colorado  )

) (Seal)

County of Larimer  )

**JORDAN HARRIS**
**NOTARY PUBLIC**
**STATE OF COLORADO**
**NOTARY ID 20204032907**
**MY COMMISSION EXPIRES 09/21/2024**

The foregoing instrument was acknowledged before me this 14th day of December, 20 20, by the undersigned, Lori Cutunilli, who is personally known to me or satisfactorily proven to me to be the person whose name is subscribed to the within instrument.

Lori A Cutunilli
Signature

Jordan Harris
Notary Public

My Commission Expires: 9-21-2024