Exhibit 4

## AFFIDAVIT OF ALVIN CRISWELL

I, Alvin Criswell, being first duly sworn, do hereby state, under oath, as follows:

1. My name is Alvin Criswell, and I was born on March 27, 1962, in Hutchinson County, Texas.

2. In 1980, I went to work in the Alaska oilfields, and spent 38 years of my life, there.

3. In 2017, I was diagnosed with multiple sclerosis, and took an early retirement to go on disability. I have paid my taxes, as all good Americans do. I have a driver's license, and am a citizen of the United States of America, registered to vote in Alaska.

4. I spent a year with my son, after he sustained a serious Traumatic Brain Injury, and helped him the best I could. Over the years, I've donated to many charities and food banks.

5. I have voted in almost every election since I was 18 years old, unless I was working remote, and did not have access to a polling place. Since 2009, I have been politically active, working on election campaigns and donating to many political candidates. Through all of this, I have earned a right to vote in fair elections.

6. After much research and contemplation, it has come to my attention that the 2020 general election, and probably many more, have been compromised by a number of persons, including a corporation in the United States called Dominion Voting Machines, Inc., and others, such as, Mark Zuckerberg and his wife, Priscilla Chan; and other individuals acting as governors and secretaries of state, including, Brian Kemp and Brad Raffensperger of Georgia, and Gretchen Whitmer and Jocelyn Bensen from Michigan.

7. From my understanding, these Dominion voting machines can interface with the internet, are generally unsecure, and use software that can be deployed to change votes, and affect election results.

8. The individuals listed above, and apparently many others, knew or should have known that these machines are unreliable, and susceptible to manipulation by unethical administrators, outside actors, foreign countries, and from employees and contractors of Dominion Voting Machines, Inc.

1

9. I went to school in the 1970s, and attended Chugiak High School in Eagle River, Alaska. When I was in the 9th grade, we watched movies about the Holocaust, and we all said, "That would never happen, here." I now fear that we are very close to something similar actually happening "here" in the United States.

10. Also, when I was a junior in high school, the Iranian Hostage Crisis happened in 1979. I remember that many of the young men, including myself, where ready to go to war, at that very moment. Everyone, as I recall, was literally enraged.

11. Even after 911, the anger I felt wasn't necessarily against one enemy, or country. I remember feeling confused and empathic to the victims of the tragedy. The thought of reaction didn't really sink-in until, of course, the rest of the country and I were misled into a war with Iraq.

12. All I know is that I have never felt like I did during the Iranian Hostage Crisis, until after this recent national election. Similar to 911, though, my feelings of anger were mixed with confusion and, frankly, wild speculation. Should I feel mad at my fellow citizens, just because they voted for another candidate? No, that doesn't seem right.

13. Should my focus be on those States that obviously violated the Constitution and, thus, are also responsible for this mess, like Georgia, Michigan, Pennsylvania and Wisconsin? Well, yes, but I felt that my sense of loss of liberty and fear or tyranny should be not directed against another State, or the people that live there.

14. Instead, after much research and thought, it is obvious now that the primary culprit in this fraudulent election is Dominion Voting Systems, Inc., and all the people that were helping that company delete, transfer, and add votes from one candidate to another, all over the country—and are now all helping to cover it up.

15. I don't know a lot about the law, but I do know that when a person uses an official office to violate my rights, and others, those people are not acting in their "official capacity," but are acting as themselves, individually, "under color of their official authority." That's against the law and I, and millions of others have been harmed.

16. Over my adult life, I have observed a lot of people spending a lot of time and money on an election for one candidate, or another. Now, it seems like all that time and money spent is just worthless, considering that other people and corporations can just decide an election, however and for whomever, they want.

17. Of course, Alaska was going to vote for the President, and no one would be that brazen enough to try and change that outcome. However, I'm questioning other elections that have taken place in Alaska, and I am certainly convinced that the Defendants here tampered with the election in other States, in a manner that affected the outcome of our recent federal election.

18. Also, there are many others that worked with States and counties, like Mark Zuckerberg and his wife, that used their money and big tech companies as a front to express their political beliefs, while not only censoring others, but actively interfering with our elections, all over America.

19. How can we have a free country if companies like that are allowed to operate and effect everyone's right to vote? When Dominion, and these other persons, affect an outcome that involves a substantial number of votes in another state, that affects my right to vote to elect the President. As I understand it, if one state's electors are fraudulently chosen, that affects us all.

20. Obviously, the governments are not going to do anything to stop Dominion, and these other persons. The U.S. Attorney hasn't done anything, and it seems unlikely that any other state attorney general is going to do anything, either. Because of that, it's up to the people to do something, and that's what we are doing, here.

21. As far as I can tell, Georgia is going to use the same Dominion voting machines in the upcoming senatorial runoff, and the national media hasn't said a word about Dominion, or these other state actors. All of this is so incredible to me, and almost all the people around me. It's outrageous that a corporation can have this much power to affect our elections across the country, and nobody does anything.

22. Well, I'm doing something, and this lawsuit is the way to hold Dominion, and these other persons, liable for all the damages that they have caused to ever registered voter in America.

23. Unless we have elections without the use of these Dominion voting machines and software, and without all the unlawful and unconstitutional acts by these other listed individuals, we will never know the true results of any election, from here on out.

24. Every citizen's right to vote is now being compromised. We cannot and must not allow this to happen. I demand recourse and a remedy, through a lawful court procedure, which must be swift and decisive.

25. As registered voters, we have a right to fair and free elections, without election tampering. Without a fair election process, my right to vote as a citizen of the United States of America is illegally stripped from me, and every other legally registered voter in the country.

26. We all have rights in this republic that we call the United States of America, and every citizen who is a legally registered to vote has a voice be heard in a free and fair election. All of those rights have been compromised, now, and we are all living under a threat of losing our other rights, as well. We cannot, and must not allow this to happen.

27. Lastly, we must not forget those who have sacrificed their lives, and others who have worked so hard, over the years, to help secure free elections and the American way of life. Those sacrifices cannot have been made in vain.

28. Therefore, I hereby demand for myself, my sons, and all Americans, a fair and equitable resolution of this case, on its merits, for damages and injunctive relief, all for the benefit of the injured and to ensure our freedom and rights, which include, life, liberty, the pursuit of happiness, and, for many, to vote.

Further, affiant sayth not.

STATE OF ALASKA            )
                           ) ss.
MATANUSKA-SUSITNA BOROUGH  )

The foregoing **AFFIDAVIT OF ALVIN CRISWELL** was subscribed and sworn before me on this 11th day of December, 2020, by Alvin Criswell, personally.

_____
Alvin Criswell

My Commission Expires:

04/26/22

_____
Notary Public

OFFICIAL SEAL
J. Mengel
Notary Public-State of Alaska
My Comm. Expires 04/26/2022

4