**Exhibit 6**

### AFFIDAVIT OF KESHA CHARMAINE CRENSHAW

I, Kesha Charmaine Crenshaw, being duly sworn, do hereby state, under oath and penalty of perjury, as follows:

1. My name is Kesha Charmaine Crenshaw, and I was born on March 2, 1983, in Saint Joseph, Michigan.

2. I currently live at 1133 Blossom Lane, Benton Harbor, Michigan, and have lived and worked in this area all of my life.

3. I am a resident of the State of Michigan.

4. I am a registered voter in the State of Michigan.

5. I am a married African-American female.

6. I participated as a voter in the November 3, 2020, federal election for President and Vice President of the United States of America.

7. I take may vote seriously, because I know it is my voice to the government.

8. I am routinely told by people, even my husband, that my vote didn't matter, and that voting is just wasting my time. But I know it is an important right that I possess, and an important responsibility for me to vote.

9. I have watched what happened on Election Day and since, and now realize that the people who warned me that my vote didn't count were right.

10. I know that I did cast a ballot and voted in the election, but based on reports that I have seen, I have no faith that the outcomes reported are actually the votes that were cast, or that my vote was counted at all.

11. I think all Americans deserve a fair election, and must be able to rely on the outcome of elections.

12. I can see with my own eyes the "irregularities" that have been reported, and know what I see is not right, has not been explained, and calls into doubt the legitimacy of the election.

13. I understand that Dominion voting machine tabulators were used in Michigan that were supposed to maintain the integrity of the election but did not do that.

14. I have seen the news reports of Mark Zuckerburg and his wife bragging about millions of dollars he paid Michigan so the election could be run "safely," and resulting in the outcome promoted by Zuckerburg and Chan.

15. I have heard my Governor and Secretary of State tell me that Michigan held a valid election and certify results, but independent audits showed that in Michigan, "Dominion Voting System is intentionally and purposefully designed with inherent errors to create systemic fraud and influence election results," and that machines were set to produce an error rate over 68%.

16. I believe my vote was effectively not counted, because the results of the vote count reported does not reflect the actual votes cast for this election.

17. My faith in fair elections has been shattered. Where I once defended the importance of voting, I must now concede that our elections are only a sham.

18. Whitmer and Benson certified the election results even with all the reported "irregularities." Benson tried to blame voting machine errors on the local clerk.

19. The audit of voting machines showed that election records from this year were suspiciously missing even though records from prior elections still existed, so I don't know if a complete audit can ever be done.

20. We can't do the election again, and I don't know if we'll be able to figure out what the true numbers were.

21. But my rights, and the rights of everyone who voted, have been violated because outside parties including Dominion, Zuckerburg, and Chan, worked their way into the Michigan elections, and manipulated the results of the election with cover provided by Whitmer and Benson.

22. Dominion, Zuckerburg, Chan, Whitmer, and Benson effectively stole my vote and the vote of every American and used it for their purposes by manipulating the vote numbers to get the outcome that was programmed into the machines provided by Dominion and paid for by Zuckerburg and Chan.

23. Dominion, Zuckerburg, Chan, Whitmer, and Benson effectively suppress my vote and the votes of others by showing the American people that their votes don't matter because they pay for and control the machines to get predetermined results. Whoever pays the most gets to program the machines?

24. Dominion, Zuckerburg, Chan, Whitmer, Benson, and all those who assisted their efforts, cannot undo the damage they have done. The election is over.

25. Neither Dominion, Zuckerburg, Chan, Whitmer, nor Benson, can give back my vote, it was wrongfully taken.

26. But neither can these people be allowed to conduct an election in this manner again, and I and all other Americans who have been effectively denied our right to vote must be fairly compensated for our loss.

27. Therefore, I hereby demand for myself, and all Americans, a fair and equitable resolution of this case, on its merits, for damages and injunctive relief, all for the benefit of the injured and to ensure our freedom, which life, liberty, the pursuit of happiness, and, for many, to vote.

Further, affiant sayth not.

STATE OF MICHIGAN              )
                               ) ss.
COUNTY OF BERRIEN              )

The foregoing **AFFIDAVIT OF KESHA CHARMAINE CRENSHAW** was subscribed and sworn before me on this 18th day of December, 2020, by Kesha Charmaine Crenshaw, personally.

_Kesha Charmaine Crenshaw_
Kesha Charmaine Crenshaw

My Commission Expires:

Kenya Lynn Fields
Notary Public of Michigan
Berrien County
Expires 02/11/2025
Acting in the County of Berrien

_Kenya Lynn Fields_
Notary Public