Exhibit 7

## STATEMENT OF NEIL YARBROUGH

STATE OF COLORADO    )
                     ) ss.
COUNTY OF ARAPAHOE   )

I, Neil Yarbrough, being duly sworn, do hereby state, under oath, as follows:

1. My name is Neil Yarbrough, and I am an African-American male, born on May 7, 1995, in Houston, Texas.

2. I currently live in Aurora, Colorado, and am a registered voter in Colorado.

3. I am a licensed Realtor in Colorado. Lately, because of the down economy, I've been moving pianos for a friend's non-profit organization.

4. In early 2020, I became personally compelled to become actively involved with civic issues facing my community and my country more than at any time prior in my life.

5. For the past nine months, I have been involved in the protests against injustice. Several times, I have put my life on the line, out there to keep things peaceful. Despite being threatened on numerous occasions, I will keep fighting for our country.

6. I did so because I was under the impression that this country had hope. I wasn't the only one.

7. There were thousands of people just like me in Denver, and millions of people around our country who still had faith in our institution, The United States of America.

8. Part of that faith being our right to vote, for that vote to be recorded properly, and to make a difference.

9. I'm sorry and embarrassed to say that I have no faith in our elections, and did not even vote in this last election.

10. I feel that my vote has been made worthless by Dominion, their voting machines and software.

11. For a lot of people, voting is the only way they feel they can contribute, and be heard in this country.

12. Any violation of our right to vote is a direct assault on our rights, liberties, freedoms and the intelligence of the American people.

13. When I was out there on the streets of Denver, we broke down barriers. Bringing people together, from the Mayor, to the Police Chief, to the Denver Broncos, and to the homeless guy that slept on 14th street.

14. We organized in good faith, preserving the peace, protecting our infrastructure from rioters and looters, encouraging people to keep the faith, and inspiring people to do the right thing.

15. Every day for 6 months straight, people were encouraging each other to vote. But for what? So that my vote can be made into a fraction of a vote for someone else?

16. For Dominion to put a damper on the voices of the American people in which I risk my life to amplify? For them to unconstitutionally influence the election, directly or indirectly? It's all so mind boggling.

17. I feel that Dominion has violated the rights of the American people by creating a system that is unsatisfactory, and susceptible to tampering, whether it be knowingly or unknowingly. That goes against our standards and everything that we stand for as Americans.

18. We deserve better, and I want to help protect this country from any government affiliated foreign interest corporations who act only out of self-interest, in spite of the American people.

19. Dominion, as a whole, should be held accountable, as well as anyone who aided or assisted Dominion. Dominion has failed the American people by producing unsatisfactory hardware especially susceptibility to tampering.

20. Dominion has been compromised and should never be allowed to participate in an American election ever again.

21. I feel that Dominion should be disbanded, and their machines never allowed to be used.

22. I am aware that Dominion has been working with a majority of states, and particularly in the States of Michigan, Wisconsin, Pennsylvania, and Georgia, where reported "irregularities" with Dominion machines could have affected the voting process.

23. I am also a user of Facebook, and have personally witnessed that company censor the voices of many Americans. I may not like what everyone says, but everyone has a right to free speech.

24. I also understand that Facebook has certain protections under federal law, but if you as a company are going to get to start getting involved in elections, then you have to do it by the constitution.

25. Based on public records, many cities and counties across the nation received money from the Center for Tech and Civic Life. I believed in their ideas like "Rock the Vote" and other methods of increasing voter participation. I totally agree with all of that.

26. But recently, I have come to understand that it was Mark Zuckerberg and his wife, Priscilla Chan, that gave hundreds of millions of dollars in donations to those non-profit companies to influence the outcome of the presidential election to help the candidate they wanted to win.

27. That's not rocking the vote, that's sinking the boat.

28. Just yesterday, the Amistad Project issued a report titled, "The Legitimacy and effect of Private Funding in Federal and State Electoral Processes."

29. This report stated that "[f]unded by hundreds of millions of dollars from Facebook founder Mark Zuckerberg and other high-tech interests, activist organizations created a two-tiered election system that treated voters differently depending on whether they lived in Democrat or Republican strongholds."

30. The report also said that "executive officials in swing states facilitated, through unique and novel contracts, the sharing of private and sensitive information about citizens within those states with private interests."

31. The report concluded that "[t]his public-private partnership in these swing states effectively placed government's thumb on the scale to help these private interests achieve their objectives and to benefit the candidates of one political party."

32. I believe that the actions of Dominion, Zuckerberg, Chan, and cooperating state officials have tainted the results of the elections in Michigan, Georgia, Pennsylvania, and Wisconsin (and elsewhere). That effects the whole country and all of us living in it.

33. I am aware of reports and lawsuits regarding voting conducted in Antrim County, Michigan, in which "significant errors" were discovered following the investigation of 22 Dominion voting machines.

34. The examination of these machines revealed that Dominion Voting System is intentionally and purposefully designed with inherent errors to create systemic fraud and influence election results. The system intentionally generates an enormously high number of ballot errors. The electronic ballots are then transferred for adjudication. The intentional errors lead to bulk adjudication of ballots with no oversight, no transparency, and no audit trail. This leads to voter and election fraud."

35. I am aware of similar Dominion voting machine "irregularities" and "glitches" that occurred in several other states, which has cast doubt on election results nationwide.

36. From my understanding, the Dominion voting machines can connect to the Internet, which means that anybody can get into them, especially if you are an enemy country that doesn't like America.

37. Dominion and others were aware or should have been aware that their machines are unreliable, and susceptible to manipulation by unethical administrators, outside actors, foreign countries, and from employees and contractors from inside Dominion.

38. I believe that as a result, my vote wouldn't have been meaningfully counted, and that the results of the elections were predetermined.

39. In the future, will Zuckerberg and Chan buy the next election, or will it be another one of the billionaires who have only increased their wealth while Americans are economically crushed by the same cooperating government officials charged with running a fair election?

40. This last election has it made clear that as long as Dominion is in use, and billionaires like Zuckerberg and Chan can just drop money on the most important places, elections will continue to be for sale, and no one votes will actually matter.

41. If things don't change, my desire to vote in future elections will continue to be suppressed.

42. This whole situation has opened my eyes, however, and I will try and vote in every election from now on.

43. I feel like I can say that now that the people are rising up to demand that we have honest elections.

44. I do believe our right to vote is one of the most sacred rights recognized in the constitution, and as a minority, I understand that my vote is the only real voice I have.

45. Honestly, though, if we don't fix this, there may not be any more elections.

46. Your honor, and the rest of the country, please help us fix this problem and grant us a jury trial so that we can address our grievances. Please grant us a fair and equitable solution to this case, and my God bless America.

I, hereby, state and affirm that the statements made herein are true, correct and complete to the best of my knowledge and belief, under penalty of perjury, under the laws of the United States of America.

_____  12-20-2020
Neil Yarbrough                DATE