**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-3747

KEVIN O'ROURKE, et al.,
vs.

DOMINION VOTING SYSTEMS INC., et al.,

    Defendants.

---

**SUMMONS REQUEST**

---

    COME NOW the Plaintiffs, through counsel, and hereby respectfully requests that the Clerk of Court process the attached summons for service upon the Defendants.

Dated: December 23, 2020      Respectfully submitted,

                              *s/ Gary D. Fielder*
                              **Gary D. Fielder** (CO 19757)
                              LAW OFFICE OF GARY FIELDER