**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-3747

KEVIN O'ROURKE, et al.,
vs.

DOMINION VOTING SYSTEMS INC., et al.,

    Defendants.

---

## AMENDED SUMMONS REQUEST

---

    COME NOW the Plaintiffs, through counsel, and hereby respectfully requests that the Clerk of Court process the attached summons for service upon the Defendants.

Dated: December 24, 2020            Respectfully submitted,

                                      *s/ Gary D. Fielder*
                                      **Gary D. Fielder**
                                      LAW OFFICE OF GARY FIELDER