AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER | ) | |
| LORI CUTUNILLI, LARRY D. COOK, | ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, | ) | |
| NEIL YARBROUGH, and AMIE TRAPP, | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Civil Action No. 1:20-cv-3747 |
| DOMINION VOTING SYSTEMS INC., | ) | |
| FACEBOOK, INC., CENTER FOR TECH | ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, | ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD | ) | |
| RAFFENSPERGER, GRETCHEN | ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF | ) | |
| KATHY BOOCKVAR,  TONY EVERS | ) | |
| ANN S. JACOBS, MARK L. THOMSEN | ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY | ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. | ) | |
| and DOES 1-10,000 | ) | |
| *Defendants* | ) | |

## SUMMONS IN A CIVIL ACTIONS

To:        DOMINION VOTING SYSTEMS INC., a Delaware corporation
           1201 18th Street, Suite 210
           Denver, CO 80202

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Gary D. Fielder, Esq.
        2325 W. 72nd Ave.
        Denver, CO 80221

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

_____

Date: _____        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER )<br>LORI CUTUNILLI, LARRY D. COOK, )<br>ALVIN CRISWELL, KESHA CRENSHAW, )<br>NEIL YARBROUGH, and AMIE TRAPP, )<br>     *Plaintiffs* )<br>     v. )<br>DOMINION VOTING SYSTEMS INC., )<br>FACEBOOK, INC., CENTER FOR TECH )<br>AND CIVIC LIFE, MARK E. ZUCKERBERG, )<br>PRISCILLA CHAN, BRIAN KEMP, BRAD )<br>RAFFENSPERGER, GRETCHEN )<br>WHITMER, JOCELYN BENSON, TOM WOLF )<br>KATHY BOOCKVAR,  TONY EVERS )<br>ANN S. JACOBS, MARK L. THOMSEN )<br>MARGE BOSTELMAN, JULIE M. GLANCEY )<br>DEAN KNUDSON, ROBERT F. SPINDELL, JR. )<br>and DOES 1-10,000 )<br>     *Defendants* ) | Civil Action No. 1:20-cv-3747 |

## SUMMONS IN A CIVIL ACTIONS

To:    FACEBOOK, INC., a Delaware corporation
        1601 Willow Road
        Menlo Park, CA 94025

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Gary D. Fielder, Esq.
        2325 W. 72nd Ave.
        Denver, CO 80221

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                         *CLERK OF COURT*

Date: _____           _____
                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER ) | |
| LORI CUTUNILLI, LARRY D. COOK, ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, ) | |
| NEIL YARBROUGH, and AMIE TRAPP, ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 1:20-cv-3747 |
| DOMINION VOTING SYSTEMS INC., ) | |
| FACEBOOK, INC., CENTER FOR TECH ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD ) | |
| RAFFENSPERGER, GRETCHEN ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF ) | |
| KATHY BOOCKVAR,  TONY EVERS ) | |
| ANN S. JACOBS, MARK L. THOMSEN ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. ) | |
| and DOES 1-10,000 ) | |
| *Defendants* ) | |

## SUMMONS IN A CIVIL ACTIONS

To:  CENTER FOR TECH AND CIVIC LIFE
     233 North Michigan Ave, Suite No. 1800
     Chicago, IL 60601

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Gary D. Fielder, Esq.
     2325 W. 72nd Ave.
     Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                *Server's signature*

                                         _____
                                                *Printed name and title*

                                         _____
                                                *Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
        *Plaintiffs* )
        v. )
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
        *Defendants* )

Civil Action No. 1:20-cv-3747

## SUMMONS IN A CIVIL ACTIONS

To:   MARK E. ZUCKERBERG

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Gary D. Fielder, Esq.
        2325 W. 72nd Ave.
        Denver, CO 80221

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER ) | |
| LORI CUTUNILLI, LARRY D. COOK, ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, ) | |
| NEIL YARBROUGH, and AMIE TRAPP, ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 1:20-cv-3747 |
| DOMINION VOTING SYSTEMS INC., ) | |
| FACEBOOK, INC., CENTER FOR TECH ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD ) | |
| RAFFENSPERGER, GRETCHEN ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF ) | |
| KATHY BOOCKVAR,  TONY EVERS ) | |
| ANN S. JACOBS, MARK L. THOMSEN ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. ) | |
| and DOES 1-10,000 ) | |
| *Defendants* ) | |

## SUMMONS IN A CIVIL ACTIONS

To:   PRISCILLA CHAN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary D. Fielder, Esq.
2325 W. 72nd Ave.
Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER )<br>LORI CUTUNILLI, LARRY D. COOK, )<br>ALVIN CRISWELL, KESHA CRENSHAW, )<br>NEIL YARBROUGH, and AMIE TRAPP, )<br>     *Plaintiffs* )<br>     v. )<br>DOMINION VOTING SYSTEMS INC., )<br>FACEBOOK, INC., CENTER FOR TECH )<br>AND CIVIC LIFE, MARK E. ZUCKERBERG, )<br>PRISCILLA CHAN, BRIAN KEMP, BRAD )<br>RAFFENSPERGER, GRETCHEN )<br>WHITMER, JOCELYN BENSON, TOM WOLF )<br>KATHY BOOCKVAR,  TONY EVERS )<br>ANN S. JACOBS, MARK L. THOMSEN )<br>MARGE BOSTELMAN, JULIE M. GLANCEY )<br>DEAN KNUDSON, ROBERT F. SPINDELL, JR. )<br>and DOES 1-10,000 )<br>     *Defendants* ) | Civil Action No. 1:20-cv-3747 |

## SUMMONS IN A CIVIL ACTIONS

To:    BRIAN KEMP
       111 State Capital
       Atlanta, Georgia 30334

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Gary D. Fielder, Esq.
       2325 W. 72nd Ave.
       Denver, CO 80221

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                  *CLERK OF COURT*

Date: _____           _____
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER ) | |
| LORI CUTUNILLI, LARRY D. COOK, ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, ) | |
| NEIL YARBROUGH, and AMIE TRAPP, ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 1:20-cv-3747 |
| DOMINION VOTING SYSTEMS INC., ) | |
| FACEBOOK, INC., CENTER FOR TECH ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD ) | |
| RAFFENSPERGER, GRETCHEN ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF ) | |
| KATHY BOOCKVAR,  TONY EVERS ) | |
| ANN S. JACOBS, MARK L. THOMSEN ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. ) | |
| and DOES 1-10,000 ) | |
| *Defendants* ) | |

## SUMMONS IN A CIVIL ACTIONS

To:     BRAD RAFFENSPERGER
        214 State Capitol
        Atlanta, Georgia 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Gary D. Fielder, Esq.
        2325 W. 72nd Ave.
        Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .


I declare under penalty of perjury that this information is true.


Date: _____            _____
                                          *Server's signature*

                                          _____
                                          *Printed name and title*


                                          _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
   *Plaintiffs* )
    v. )   Civil Action No. 1:20-cv-3747
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
   *Defendants* )

## SUMMONS IN A CIVIL ACTIONS

To:   GRETCHEN WHITMER
    111 S. Capitol Ave.
    Lansing, MI 48933

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Gary D. Fielder, Esq.
    2325 W. 72nd Ave.
    Denver, CO 80221

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

          *CLERK OF COURT*

Date: _____   _____
            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER ) | |
| LORI CUTUNILLI, LARRY D. COOK, ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, ) | |
| NEIL YARBROUGH, and AMIE TRAPP, ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 1:20-cv-3747 |
| DOMINION VOTING SYSTEMS INC., ) | |
| FACEBOOK, INC., CENTER FOR TECH ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD ) | |
| RAFFENSPERGER, GRETCHEN ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF ) | |
| KATHY BOOCKVAR,  TONY EVERS ) | |
| ANN S. JACOBS, MARK L. THOMSEN ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. ) | |
| and DOES 1-10,000 ) | |
| *Defendants* ) | |

## SUMMONS IN A CIVIL ACTIONS

To:         JOCELYN BENSON
            Michigan Dept. of State
            Lansing, MI 48918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

            Gary D. Fielder, Esq.
            2325 W. 72nd Ave.
            Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*

                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
      *Plaintiffs* )
      v. )     Civil Action No. 1:20-cv-3747
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
      *Defendants* )

## SUMMONS IN A CIVIL ACTIONS

To:      TOM WOLF
          508 Main Capitol Building
          Harrisburg, PA 17120

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Gary D. Fielder, Esq.
      2325 W. 72nd Ave.
      Denver, CO 80221

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                   *CLERK OF COURT*

Date: _____        _____
                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER ) | |
| LORI CUTUNILLI, LARRY D. COOK, ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, ) | |
| NEIL YARBROUGH, and AMIE TRAPP, ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 1:20-cv-3747 |
| DOMINION VOTING SYSTEMS INC., ) | |
| FACEBOOK, INC., CENTER FOR TECH ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD ) | |
| RAFFENSPERGER, GRETCHEN ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF ) | |
| KATHY BOOCKVAR, TONY EVERS ) | |
| ANN S. JACOBS, MARK L. THOMSEN ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. ) | |
| and DOES 1-10,000 ) | |
| *Defendants* ) | |

## SUMMONS IN A CIVIL ACTIONS

To:       KATHY BOOCKVAR
          302 North Office Building
          401 N. Street
          Harrisburg, PA 17120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Gary D. Fielder, Esq.
          2325 W. 72nd Ave.
          Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
        *Plaintiffs* )
        v. )
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
        *Defendants* )

Civil Action No. 1:20-cv-3747

## SUMMONS IN A CIVIL ACTIONS

To:      TONY EVERS
          P.O. Box 7863
          Madison, WI 53707

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Gary D. Fielder, Esq.
          2325 W. 72nd Ave.
          Denver, CO 80221

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                   *CLERK OF COURT*

Date: _____             _____
                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER ) | |
| LORI CUTUNILLI, LARRY D. COOK, ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, ) | |
| NEIL YARBROUGH, and AMIE TRAPP, ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 1:20-cv-3747 |
| DOMINION VOTING SYSTEMS INC., ) | |
| FACEBOOK, INC., CENTER FOR TECH ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD ) | |
| RAFFENSPERGER, GRETCHEN ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF ) | |
| KATHY BOOCKVAR,  TONY EVERS ) | |
| ANN S. JACOBS, MARK L. THOMSEN ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. ) | |
| and DOES 1-10,000 ) | |
| *Defendants* ) | |

## SUMMONS IN A CIVIL ACTIONS

To:      ANN S. JACOBS
         212 E. Washington Ave., 3rd Floor
         Madison,WI 53703

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Gary D. Fielder, Esq.
         2325 W. 72nd Ave.
         Denver, CO 80221

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                *CLERK OF COURT*


Date: _____            _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
       *Plaintiffs* )
       v. )    Civil Action No. 1:20-cv-3747
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
       *Defendants* )

## SUMMONS IN A CIVIL ACTIONS

To:     MARK L. THOMSEN
        212 E. Washington Ave., 3rd Floor
        Madison,WI 53703

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Gary D. Fielder, Esq.
        2325 W. 72nd Ave.
        Denver, CO 80221

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                     *CLERK OF COURT*

Date: _____           _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
     *Plaintiffs* )
     v. )    Civil Action No. 1:20-cv-3747
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
     *Defendants* )

## SUMMONS IN A CIVIL ACTIONS

To:     MARGE BOSTELMAN
        212 E. Washington Ave., 3rd Floor
        Madison, WI 53703

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Gary D. Fielder, Esq.
        2325 W. 72nd Ave.
        Denver, CO 80221

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                               *CLERK OF COURT*

Date: _____

                            _____
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER ) | |
| LORI CUTUNILLI, LARRY D. COOK, ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, ) | |
| NEIL YARBROUGH, and AMIE TRAPP, ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 1:20-cv-3747 |
| DOMINION VOTING SYSTEMS INC., ) | |
| FACEBOOK, INC., CENTER FOR TECH ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD ) | |
| RAFFENSPERGER, GRETCHEN ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF ) | |
| KATHY BOOCKVAR,  TONY EVERS ) | |
| ANN S. JACOBS, MARK L. THOMSEN ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. ) | |
| and DOES 1-10,000 ) | |
| *Defendants* ) | |

## SUMMONS IN A CIVIL ACTIONS

To:      JULIE M. GLANCEY
         212 E. Washington Ave., 3rd Floor
         Madison, WI 53703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary D. Fielder, Esq.
2325 W. 72nd Ave.
Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER ) | |
| LORI CUTUNILLI, LARRY D. COOK, ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, ) | |
| NEIL YARBROUGH, and AMIE TRAPP, ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 1:20-cv-3747 |
| DOMINION VOTING SYSTEMS INC., ) | |
| FACEBOOK, INC., CENTER FOR TECH ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD ) | |
| RAFFENSPERGER, GRETCHEN ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF ) | |
| KATHY BOOCKVAR,  TONY EVERS ) | |
| ANN S. JACOBS, MARK L. THOMSEN ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. ) | |
| and DOES 1-10,000 ) | |
| *Defendants* ) | |

## SUMMONS IN A CIVIL ACTIONS

To:      DEAN KNUDSON
         212 E. Washington Ave., 3rd Floor
         Madison, WI 53703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary D. Fielder, Esq.
2325 W. 72nd Ave.
Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____           _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
        *Plaintiffs* )
        v. )
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
        *Defendants* )

Civil Action No. 1:20-cv-3747

## SUMMONS IN A CIVIL ACTIONS

To:    ROBERT F. SPINDELL, JR.
        212 E. Washington Ave., 3rd Floor
        Madison, WI 53703

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Gary D. Fielder, Esq.
        2325 W. 72nd Ave.
        Denver, CO 80221

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                *CLERK OF COURT*

Date: _____      _____
                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____      _____
                                              *Server's signature*

                                         _____
                                              *Printed name and title*

                                         _____
                                              *Server's address*

Additional information regarding attempted service, etc: