AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER LORI CUTUNILLI, LARRY D. COOK, ALVIN CRISWELL, KESHA CRENSHAW, NEIL YARBROUGH, and AMIE TRAPP, *Plaintiffs* v. DOMINION VOTING SYSTEMS INC., FACEBOOK, INC., CENTER FOR TECH AND CIVIC LIFE, MARK E. ZUCKERBERG, PRISCILLA CHAN, BRIAN KEMP, BRAD RAFFENSPERGER, GRETCHEN WHITMER, JOCELYN BENSON, TOM WOLF KATHY BOOCKVAR,  TONY EVERS ANN S. JACOBS, MARK L. THOMSEN MARGE BOSTELMAN, JULIE M. GLANCEY DEAN KNUDSON, ROBERT F. SPINDELL, JR. and DOES 1-10,000 *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:20-cv-3747-NRN |

## SUMMONS IN A CIVIL ACTIONS

To:     DOMINION VOTING SYSTEMS INC., a Delaware corporation
        1201 18ᵗʰ Street, Suite 210
        Denver, CO 80202


     A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Gary D. Fielder, Esq.
        2325 W. 72nd Ave.
        Denver, CO 80221

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                          *CLERK OF COURT*

                                          s/C. Madrid
                                          _____
Date:   28 December 2020                  *Signature of Clerk or Deputy Clerk*
        _____

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
     *Plaintiffs* )
     v. )
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
     *Defendants* )

Civil Action No. 1:20-cv-3747-NRN

## SUMMONS IN A CIVIL ACTIONS

To:    FACEBOOK, INC., a Delaware corporation
       1601 Willow Road
       Menlo Park, CA 94025

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       Gary D. Fielder, Esq.
       2325 W. 72nd Ave.
       Denver, CO 80221

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:   28 December 2020
    _____

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                          *Server's signature*

                                                  _____
                                                          *Printed name and title*

                                                  _____
                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER<br>LORI CUTUNILLI, LARRY D. COOK,<br>ALVIN CRISWELL, KESHA CRENSHAW,<br>NEIL YARBROUGH, and AMIE TRAPP,<br>　　　　　*Plaintiffs*<br>　　　　　v.<br>DOMINION VOTING SYSTEMS INC.,<br>FACEBOOK, INC., CENTER FOR TECH<br>AND CIVIC LIFE, MARK E. ZUCKERBERG,<br>PRISCILLA CHAN, BRIAN KEMP, BRAD<br>RAFFENSPERGER, GRETCHEN<br>WHITMER, JOCELYN BENSON, TOM WOLF<br>KATHY BOOCKVAR,  TONY EVERS<br>ANN S. JACOBS, MARK L. THOMSEN<br>MARGE BOSTELMAN, JULIE M. GLANCEY<br>DEAN KNUDSON, ROBERT F. SPINDELL, JR.<br>and DOES 1-10,000<br>　　　　　*Defendants* | Civil Action No. 1:20-cv-3747-NRN |

## SUMMONS IN A CIVIL ACTIONS

To:　CENTER FOR TECH AND CIVIC LIFE
　　233 North Michigan Ave, Suite No. 1800
　　Chicago, IL 60601

　　　　A lawsuit has been filed against you.

　　　　Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

　　　　Gary D. Fielder, Esq.
　　　　2325 W. 72nd Ave.
　　　　Denver, CO 80221

　　　　If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

Date: ___28 December 2020___

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
     *Plaintiffs* )
     v. )     Civil Action No. 1:20-cv-3747-NRN
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
     *Defendants* )

## SUMMONS IN A CIVIL ACTIONS

To:   MARK E. ZUCKERBERG

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Gary D. Fielder, Esq.
     2325 W. 72nd Ave.
     Denver, CO 80221

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                          *CLERK OF COURT*

                              s/C. Madrid

Date:   28 December 2020
     _____               _____
                                     *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER ) | |
| LORI CUTUNILLI, LARRY D. COOK, ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, ) | |
| NEIL YARBROUGH, and AMIE TRAPP, ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 1:20-cv-3747-NRN |
| DOMINION VOTING SYSTEMS INC., ) | |
| FACEBOOK, INC., CENTER FOR TECH ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD ) | |
| RAFFENSPERGER, GRETCHEN ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF ) | |
| KATHY BOOCKVAR,  TONY EVERS ) | |
| ANN S. JACOBS, MARK L. THOMSEN ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. ) | |
| and DOES 1-10,000 ) | |
| *Defendants* ) | |

## SUMMONS IN A CIVIL ACTIONS

To:    PRISCILLA CHAN

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary D. Fielder, Esq.
2325 W. 72nd Ave.
Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:  _28 December 2020_____       _____
                                          s/C. Madrid
                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

| | | |
|---|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER | ) | |
| LORI CUTUNILLI, LARRY D. COOK, | ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, | ) | |
| NEIL YARBROUGH, and AMIE TRAPP, | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Civil Action No. 1:20-cv-3747-NRN |
| DOMINION VOTING SYSTEMS INC., | ) | |
| FACEBOOK, INC., CENTER FOR TECH | ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, | ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD | ) | |
| RAFFENSPERGER, GRETCHEN | ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF | ) | |
| KATHY BOOCKVAR,  TONY EVERS | ) | |
| ANN S. JACOBS, MARK L. THOMSEN | ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY | ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. | ) | |
| and DOES 1-10,000 | ) | |
| *Defendants* | ) | |

## SUMMONS IN A CIVIL ACTIONS

To:     BRIAN KEMP
        111 State Capital
        Atlanta, Georgia 30334

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Gary D. Fielder, Esq.
        2325 W. 72nd Ave.
        Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

s/C. Madrid

Date: _____28 December 2020_____        _____
                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                      *Server's signature*

                               _____
                                      *Printed name and title*

                               _____
                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
     *Plaintiffs* )
     v. )     Civil Action No. 1:20-cv-3747-NRN
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
     *Defendants* )

## SUMMONS IN A CIVIL ACTIONS

To:    BRAD RAFFENSPERGER
      214 State Capitol
      Atlanta, Georgia 30334

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Gary D. Fielder, Esq.
      2325 W. 72nd Ave.
      Denver, CO 80221
     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

s/C. Madrid

Date: _____
     28 December 2020

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
       *Plaintiffs* )
       v. )     Civil Action No. 1:20-cv-3747-NRN
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
       *Defendants* )

## SUMMONS IN A CIVIL ACTIONS

To:     GRETCHEN WHITMER
         111 S. Capitol Ave.
         Lansing, MI 48933

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Gary D. Fielder, Esq.
         2325 W. 72nd Ave.
         Denver, CO 80221
     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

s/C. Madrid

Date: _____28 December 2020_____        _____
                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER LORI CUTUNILLI, LARRY D. COOK, ALVIN CRISWELL, KESHA CRENSHAW, NEIL YARBROUGH, and AMIE TRAPP, *Plaintiffs* v. DOMINION VOTING SYSTEMS INC., FACEBOOK, INC., CENTER FOR TECH AND CIVIC LIFE, MARK E. ZUCKERBERG, PRISCILLA CHAN, BRIAN KEMP, BRAD RAFFENSPERGER, GRETCHEN WHITMER, JOCELYN BENSON, TOM WOLF KATHY BOOCKVAR,  TONY EVERS ANN S. JACOBS, MARK L. THOMSEN MARGE BOSTELMAN, JULIE M. GLANCEY DEAN KNUDSON, ROBERT F. SPINDELL, JR. and DOES 1-10,000 *Defendants* | Civil Action No. 1:20-cv-3747-NRN |

## SUMMONS IN A CIVIL ACTIONS

To:          JOCELYN BENSON
             Michigan Dept. of State
             Lansing, MI 48918

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary D. Fielder, Esq.
2325 W. 72nd Ave.
Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

s/C. Madrid

Date: _____28 December 2020_____          _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

&#10063; I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

&#10063; I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

&#10063; I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

&#10063; I returned the summons unexecuted because _____ ; or

&#10063; Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
      *Plaintiffs* )
      v. )
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
      *Defendants* )

Civil Action No. 1:20-cv-3747-NRN

## SUMMONS IN A CIVIL ACTIONS

To:      **TOM WOLF**
           508 Main Capitol Building
           Harrisburg, PA 17120

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Gary D. Fielder, Esq.
      2325 W. 72nd Ave.
      Denver, CO 80221

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____
        28 December 2020

s/C. Madrid

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER LORI CUTUNILLI, LARRY D. COOK, ALVIN CRISWELL, KESHA CRENSHAW, NEIL YARBROUGH, and AMIE TRAPP, *Plaintiffs* v. DOMINION VOTING SYSTEMS INC., FACEBOOK, INC., CENTER FOR TECH AND CIVIC LIFE, MARK E. ZUCKERBERG, PRISCILLA CHAN, BRIAN KEMP, BRAD RAFFENSPERGER, GRETCHEN WHITMER, JOCELYN BENSON, TOM WOLF KATHY BOOCKVAR,  TONY EVERS ANN S. JACOBS, MARK L. THOMSEN MARGE BOSTELMAN, JULIE M. GLANCEY DEAN KNUDSON, ROBERT F. SPINDELL, JR. and DOES 1-10,000 *Defendants* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:20-cv-3747-NRN

## SUMMONS IN A CIVIL ACTIONS

To: KATHY BOOCKVAR
302 North Office Building
401 N. Street
Harrisburg, PA 17120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary D. Fielder, Esq.
2325 W. 72nd Ave.
Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

s/C. Madrid

Date: _____ 28 December 2020 _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

KEVIN O'ROURKE, NATHANIEL L. CARTER ) 
LORI CUTUNILLI, LARRY D. COOK,  ) 
ALVIN CRISWELL, KESHA CRENSHAW,  ) 
NEIL YARBROUGH, and AMIE TRAPP,  ) 
     *Plaintiffs* ) 
     v. )    Civil Action No. 1:20-cv-3747-NRN
DOMINION VOTING SYSTEMS INC.,  ) 
FACEBOOK, INC., CENTER FOR TECH  ) 
AND CIVIC LIFE, MARK E. ZUCKERBERG,  ) 
PRISCILLA CHAN, BRIAN KEMP, BRAD  ) 
RAFFENSPERGER, GRETCHEN  ) 
WHITMER, JOCELYN BENSON, TOM WOLF  ) 
KATHY BOOCKVAR,  TONY EVERS  ) 
ANN S. JACOBS, MARK L. THOMSEN  ) 
MARGE BOSTELMAN, JULIE M. GLANCEY  ) 
DEAN KNUDSON, ROBERT F. SPINDELL, JR.  ) 
and DOES 1-10,000  ) 
     *Defendants* ) 

## SUMMONS IN A CIVIL ACTIONS

To:     TONY EVERS
        P.O. Box 7863
        Madison, WI 53707

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Gary D. Fielder, Esq.
     2325 W. 72nd Ave.
     Denver, CO 80221

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date:     28 December 2020                     s/C. Madrid
                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER ) | |
| LORI CUTUNILLI, LARRY D. COOK, ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, ) | |
| NEIL YARBROUGH, and AMIE TRAPP, ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 1:20-cv-3747-NRN |
| DOMINION VOTING SYSTEMS INC., ) | |
| FACEBOOK, INC., CENTER FOR TECH ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD ) | |
| RAFFENSPERGER, GRETCHEN ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF ) | |
| KATHY BOOCKVAR,  TONY EVERS ) | |
| ANN S. JACOBS, MARK L. THOMSEN ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. ) | |
| and DOES 1-10,000 ) | |
| *Defendants* ) | |

## SUMMONS IN A CIVIL ACTIONS

To:     ANN S. JACOBS
        212 E. Washington Ave., 3rd Floor
        Madison,WI 53703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Gary D. Fielder, Esq.
        2325 W. 72nd Ave.
        Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

s/C. Madrid

Date: _____28 December 2020_____                    _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                                      *Server's signature*

                                              _____
                                                      *Printed name and title*

                                              _____
                                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

KEVIN O'ROURKE, NATHANIEL L. CARTER )
LORI CUTUNILLI, LARRY D. COOK, )
ALVIN CRISWELL, KESHA CRENSHAW, )
NEIL YARBROUGH, and AMIE TRAPP, )
    *Plaintiffs* )
    v. )   Civil Action No. 1:20-cv-3747-NRN
DOMINION VOTING SYSTEMS INC., )
FACEBOOK, INC., CENTER FOR TECH )
AND CIVIC LIFE, MARK E. ZUCKERBERG, )
PRISCILLA CHAN, BRIAN KEMP, BRAD )
RAFFENSPERGER, GRETCHEN )
WHITMER, JOCELYN BENSON, TOM WOLF )
KATHY BOOCKVAR,  TONY EVERS )
ANN S. JACOBS, MARK L. THOMSEN )
MARGE BOSTELMAN, JULIE M. GLANCEY )
DEAN KNUDSON, ROBERT F. SPINDELL, JR. )
and DOES 1-10,000 )
    *Defendants* )

## SUMMONS IN A CIVIL ACTIONS

To:  MARK L. THOMSEN
   212 E. Washington Ave., 3rd Floor
   Madison,WI 53703

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

   Gary D. Fielder, Esq.
   2325 W. 72nd Ave.
   Denver, CO 80221

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

s/C. Madrid
———————————————————
*Signature of Clerk or Deputy Clerk*

Date:    28 December 2020
  ———————————————

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                        *Server's signature*

                                        _____
                                        *Printed name and title*

                                        _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER | ) | |
| LORI CUTUNILLI, LARRY D. COOK, | ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, | ) | |
| NEIL YARBROUGH, and AMIE TRAPP, | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Civil Action No. 1:20-cv-3747-NRN |
| DOMINION VOTING SYSTEMS INC., | ) | |
| FACEBOOK, INC., CENTER FOR TECH | ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, | ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD | ) | |
| RAFFENSPERGER, GRETCHEN | ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF | ) | |
| KATHY BOOCKVAR,  TONY EVERS | ) | |
| ANN S. JACOBS, MARK L. THOMSEN | ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY | ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. | ) | |
| and DOES 1-10,000 | ) | |
| *Defendants* | ) | |

## SUMMONS IN A CIVIL ACTIONS

To:      MARGE BOSTELMAN
           212 E. Washington Ave., 3rd Floor
           Madison, WI 53703

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

           Gary D. Fielder, Esq.
           2325 W. 72nd Ave.
           Denver, CO 80221

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

s/C. Madrid

Date:    28 December 2020
   _____      _____
                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
#### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER )<br>LORI CUTUNILLI, LARRY D. COOK, )<br>ALVIN CRISWELL, KESHA CRENSHAW, )<br>NEIL YARBROUGH, and AMIE TRAPP, )<br>     *Plaintiffs* )<br>     v. )<br>DOMINION VOTING SYSTEMS INC., )<br>FACEBOOK, INC., CENTER FOR TECH )<br>AND CIVIC LIFE, MARK E. ZUCKERBERG, )<br>PRISCILLA CHAN, BRIAN KEMP, BRAD )<br>RAFFENSPERGER, GRETCHEN )<br>WHITMER, JOCELYN BENSON, TOM WOLF )<br>KATHY BOOCKVAR,  TONY EVERS )<br>ANN S. JACOBS, MARK L. THOMSEN )<br>MARGE BOSTELMAN, JULIE M. GLANCEY )<br>DEAN KNUDSON, ROBERT F. SPINDELL, JR. )<br>and DOES 1-10,000 )<br>     *Defendants* ) | Civil Action No. 1:20-cv-3747-NRN |

## SUMMONS IN A CIVIL ACTIONS

To:     JULIE M. GLANCEY
          212 E. Washington Ave., 3rd Floor
          Madison, WI 53703

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Gary D. Fielder, Esq.
          2325 W. 72nd Ave.
          Denver, CO 80221

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____
        28 December 2020

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                  *Server's signature*

                                                  _____
                                                  *Printed name and title*

                                                  _____
                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER )<br>LORI CUTUNILLI, LARRY D. COOK, )<br>ALVIN CRISWELL, KESHA CRENSHAW, )<br>NEIL YARBROUGH, and AMIE TRAPP, )<br>     *Plaintiffs* )<br>     v. )<br>DOMINION VOTING SYSTEMS INC., )<br>FACEBOOK, INC., CENTER FOR TECH )<br>AND CIVIC LIFE, MARK E. ZUCKERBERG, )<br>PRISCILLA CHAN, BRIAN KEMP, BRAD )<br>RAFFENSPERGER, GRETCHEN )<br>WHITMER, JOCELYN BENSON, TOM WOLF )<br>KATHY BOOCKVAR,  TONY EVERS )<br>ANN S. JACOBS, MARK L. THOMSEN )<br>MARGE BOSTELMAN, JULIE M. GLANCEY )<br>DEAN KNUDSON, ROBERT F. SPINDELL, JR. )<br>and DOES 1-10,000 )<br>     *Defendants* ) | Civil Action No. 1:20-cv-3747-NRN |

## SUMMONS IN A CIVIL ACTIONS

To:     DEAN KNUDSON
          212 E. Washington Ave., 3rd Floor
          Madison, WI 53703

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Gary D. Fielder, Esq.
          2325 W. 72nd Ave.
          Denver, CO 80221

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

s/C. Madrid
_____
*Signature of Clerk or Deputy Clerk*

Date: _____ 28 December 2020

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

| | |
|---|---|
| KEVIN O'ROURKE, NATHANIEL L. CARTER ) | |
| LORI CUTUNILLI, LARRY D. COOK, ) | |
| ALVIN CRISWELL, KESHA CRENSHAW, ) | |
| NEIL YARBROUGH, and AMIE TRAPP, ) | |
| *Plaintiffs* ) | |
| v. ) | Civil Action No. 1:20-cv-3747-NRN |
| DOMINION VOTING SYSTEMS INC., ) | |
| FACEBOOK, INC., CENTER FOR TECH ) | |
| AND CIVIC LIFE, MARK E. ZUCKERBERG, ) | |
| PRISCILLA CHAN, BRIAN KEMP, BRAD ) | |
| RAFFENSPERGER, GRETCHEN ) | |
| WHITMER, JOCELYN BENSON, TOM WOLF ) | |
| KATHY BOOCKVAR,  TONY EVERS ) | |
| ANN S. JACOBS, MARK L. THOMSEN ) | |
| MARGE BOSTELMAN, JULIE M. GLANCEY ) | |
| DEAN KNUDSON, ROBERT F. SPINDELL, JR. ) | |
| and DOES 1-10,000 ) | |
| *Defendants* ) | |

## SUMMONS IN A CIVIL ACTIONS

To:        ROBERT F. SPINDELL, JR.
           212 E. Washington Ave., 3rd Floor
           Madison, WI 53703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gary D. Fielder, Esq.
2325 W. 72nd Ave.
Denver, CO 80221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

s/C. Madrid

_____
*Signature of Clerk or Deputy Clerk*

Date: _____  28 December 2020

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: