AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Kevin O'Rourke, et al. ) | |
| Plaintiff ) | |
| v. ) | Case No. 20-cv-03747-NRN |
| Dominion Voting Systems, Inc., et al. ) | |
| Defendant ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date:    01/05/2021

_____
*Attorney's signature*

Ernest J. Walker (P58635)
*Printed name and bar number*

3368 Riverside Rd.
Benton Harbor, MI 49022

*Address*

ernestjwalker@gmail.com
*E-mail address*

(303) 995-4835
*Telephone number*

*FAX number*