**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, NATHANIEL L. CARTER,
LORI CUTUNILLI, LARRY D. COOK,
ALVIN CRISWELL, KESHA CRENSHAW,
NEIL YARBROUGH, and AMIE TRAPP,

Plaintiffs, on their own behalf
and of a class of similarly
situated persons,

v.

DOMINION VOTING SYSTEMS INC.,
a Delaware corporation, FACEBOOK, INC.,
a Delaware corporation, CENTER FOR TECH
AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually,
PRISCILLA CHAN, individually,
BRIAN KEMP, individually, BRAD
RAFFENSPERGER, individually, GRETCHEN WHITMER,
individually, JOCELYN BENSON, individually,
TOM WOLF, individually, KATHY BOOCKVAR,
individually, TONY EVERS, individually,
ANN S. JACOBS, individually, MARK L. THOMSEN,
individually, MARGE BOSTELMAN, individually,
JULIE M. GLANCEY, DEAN KNUDSON,
individually, ROBERT F. SPINDELL, JR,
individually, and DOES 1-10,000,

Defendants.

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Stanley L. Garnett of Brownstein Hyatt Farber Schreck, LLP, hereby enters his appearance on behalf of Dominion Voting Systems, Inc. in this case.

Please include the undersigned on all certificates of service.

Dated January 20, 2021

                                                    s/ *Stanley L. Garnett*_____
                                                   Stanley L. Garnett
                                                   Brownstein Hyatt Farber Schreck, LLP
                                                   410 Seventeenth Street
                                                   Suite 2200
                                                   Denver, CO  80202-4432
                                                   Phone: 303.223.1100
                                                   Fax:

                                                   Attorneys for Defendant Dominion Voting Systems, Inc.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this 20th day of January 2021, a true and correct copy of the foregoing ENTRY OF APPEARANCE was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                   s/ *Stanley L. Garnett*_____
                                                   Stanley L. Garnett