**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, NATHANIEL L. CARTER,
LORI CUTUNILLI, LARRY D. COOK,
ALVIN CRISWELL, KESHA CRENSHAW,
NEIL YARBROUGH, and AMIE TRAPP,

Plaintiffs, on their own behalf
and of a class of similarly
situated persons,

v.

DOMINION VOTING SYSTEMS INC.,
a Delaware corporation, FACEBOOK, INC.,
a Delaware corporation, CENTER FOR TECH
AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually,
PRISCILLA CHAN, individually,
BRIAN KEMP, individually, BRAD
RAFFENSPERGER, individually, GRETCHEN WHITMER,
individually, JOCELYN BENSON, individually,
TOM WOLF, individually, KATHY BOOCKVAR,
individually, TONY EVERS, individually,
ANN S. JACOBS, individually, MARK L. THOMSEN,
individually, MARGE BOSTELMAN, individually,
JULIE M. GLANCEY, DEAN KNUDSON,
individually, ROBERT F. SPINDELL, JR,
individually, and DOES 1-10,000,

Defendants.

---

**ENTRY OF APPEARANCE**

---

PLEASE TAKE NOTICE that Amanda K. Houseal of Brownstein Hyatt Farber Schreck, LLP, hereby enters her appearance on behalf of Dominion Voting Systems Inc. in this case. Please include the undersigned on all certificates of service.

Dated January 20, 2021

                                                s/ *Amanda K. Houseal*  
                                                Amanda K. Houseal  
                                                Brownstein Hyatt Farber Schreck, LLP  
                                                410 Seventeenth Street  
                                                Suite 2200  
                                                Denver, CO  80202-4432  
                                                Phone: 303.223.1100  
                                                ahouseal@bhfs.com

                                                Attorneys for Defendant Dominion Voting Systems Inc.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 20th day of January 2021, a true and correct copy of the foregoing ENTRY OF APPEARANCE was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                s/ *Amanda K. Houseal*  
                                                Amanda K. Houseal