**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, NATHANIEL L. CARTER,
LORI CUTUNILLI, LARRY D. COOK,
ALVIN CRISWELL, KESHA CRENSHAW,
NEIL YARBROUGH, and AMIE TRAPP,

Plaintiffs, on their own behalf
and of a class of similarly
situated persons,

v.

DOMINION VOTING SYSTEMS INC.,
a Delaware corporation, FACEBOOK, INC.,
a Delaware corporation, CENTER FOR TECH
AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually,
PRISCILLA CHAN, individually,
BRIAN KEMP, individually, BRAD
RAFFENSPERGER, individually, GRETCHEN WHITMER,
individually, JOCELYN BENSON, individually,
TOM WOLF, individually, KATHY BOOCKVAR,
individually, TONY EVERS, individually,
ANN S. JACOBS, individually, MARK L. THOMSEN,
individually, MARGE BOSTELMAN, individually,
JULIE M. GLANCEY, DEAN KNUDSON,
individually, ROBERT F. SPINDELL, JR,
individually, and DOES 1-10,000,

Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
ANSWER OR OTHER RESPONSE TO COMPLAINT**

---

Dominion Voting Systems, Inc. ("Dominion"), by and through its undersigned counsel,

hereby file this Unopposed Motion for Extension of Time to File Answer or Other Response to

Complaint and in support, states as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with Plaintiffs' counsel, and is authorized to state that Plaintiffs do not oppose the relief requested herein.

2. Dominion was served with the Complaint in this case on January 5, 2021.

3. Dominion's answer or other response is therefore due January 26, 2021.

4. Given the length and complexity of Plaintiffs' Complaint, Dominion is requesting an additional twenty-one (21) days, up to and including February 16, 2021, within which to file an Answer or other response to the Complaint.

WHEREFORE, Dominion respectfully requests an extension of time, up to and including February 16, 2021, within which to file an Answer or other response to Plaintiffs' Complaint.

Dated January 25, 2021

        s/ *Stanley L. Garnett*_____
        Stanley L. Garnett
        David B. Meschke
        Amanda K. Houseal
        Bridget C. DuPey
        Brownstein Hyatt Farber Schreck, LLP
        410 Seventeenth Street
        Suite 2200
        Denver, CO  80202-4432
        Phone: 303.223.1100
        Email: sgarnett@bhfs.com
        dmeschke@bhfs.com
        ahouseal@bhfs.com
        bdupey@bhfs.com

        Attorneys for Defendant Dominion Voting Systems, Inc.

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that on this 25th day of January 2021, a true and correct copy of the foregoing UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHER RESPONSE TO COMPLAINT was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        s/ *Stanley L. Garnett*_____
        Stanley L. Garnett