# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, NATHANIEL L. CARTER, LORI CUTUNILLI, LARRY D. COOK, ALVIN CRISWELL, KESHA CRENSHAW, NEIL YARBROUGH, and AMIE TRAPP,

Plaintiffs, on their own behalf and of a class of similarly situated persons,

v.

DOMINION VOTING SYSTEMS INC., a Delaware corporation, FACEBOOK, INC., a Delaware corporation, CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization, MARK E. ZUCKERBERG, individually, PRISCILLA CHAN, individually, BRIAN KEMP, individually, BRAD RAFFENSPERGER, individually, GRETCHEN WHITMER, individually, JOCELYN BENSON, individually, TOM WOLF, individually, KATHY BOOCKVAR, individually, TONY EVERS, individually, ANN S. JACOBS, individually, MARK L. THOMSEN, individually, MARGE BOSTELMAN, individually, JULIE M. GLANCEY, DEAN KNUDSON, individually, ROBERT F. SPINDELL, JR, individually, and DOES 1-10,000,

Defendants.

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FACEBOOK, INC. TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT AND JURY DEMAND**

1. Defendant was served with a Summons and the Complaint on January 5, 2021. Pursuant to the applicable Federal Rules of Civil Procedure, Defendant must respond to the Complaint on or before January 26, 2021.

2. On January 20, 2021, the undersigned counsel conferred with counsel for Plaintiffs, Gary Fielder, Esq.  Mr. Fielder indicated that Plaintiffs do not object to a 21-day extension of time pursuant to D.C.Colo.LCivR 6.1(a) for Defendant to respond to the Complaint.

3. Accordingly, the parties stipulate to an extension of 21 days, through and including February 16, 2021, for Defendant to respond to the Complaint.

4. Defendant has not requested, nor been granted, any other extension of time to respond to the Complaint.  No party will be prejudiced by this brief extension of time.

5. Pursuant to D.C.Colo.LCivR 6.1(c), a copy of this stipulation will be served contemporaneously on the undersigned's client.

6. Defendant reserves all rights to raise any jurisdictional or other arguments, through a motion pursuant to Fed. R. Civ. P. 12, or otherwise.

WHEREFORE, Defendant Facebook, Inc. and Plaintiffs stipulate that Defendant will have 21 additional days, through and including February 16, 2021, to respond to Plaintiffs' Class Action Complaint and Jury Demand.

Dated: January 25, 2021

Respectfully submitted,

s/ Ryan T. Bergsieker

Joshua S. Lipshutz (*admission pending*)
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
Telephone:  202.955.8217
Facsimile:  202.530.9614
Email:  jlipshutz@gibsondunn.com

Ryan T. Bergsieker
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO  80202-2642
Telephone:  303.298.5700
Facsimile:  303.298.5907
Email:  rbergsieker@gibsondunn.com

Craig Streit (*admission pending*)
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:  415.393.8225
Facsimile:  415-374.8487
Email:  cstreit@gibsondunn.com

*Attorneys for Facebook, Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2021, the foregoing STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT FACEBOOK, INC. TO RESPOND TO PLAINTIFFS' CLASS ACTION COMPLAINT AND JURY DEMAND was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

*s/ Ryan T. Bergsieker*
Ryan T. Bergsieker

104388667.3

4