**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, NATHANIEL L. CARTER, LORI CUTUNILLI, LARRY D. COOK, ALVIN CRISWELL, KESHA CRENSHAW, NEIL YARBROUGH, and AMIE TRAPP,

Plaintiffs, on their own behalf and of a class of similarly situated persons,

v.

DOMINION VOTING SYSTEMS INC., a Delaware corporation, FACEBOOK, INC., a Delaware corporation, CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization, MARK E. ZUCKERBERG, individually, PRISCILLA CHAN, individually, BRIAN KEMP, individually, BRAD RAFFENSPERGER, individually, GRETCHEN WHITMER, individually, JOCELYN BENSON, individually, TOM WOLF, individually, KATHY BOOCKVAR, individually, TONY EVERS, individually, ANN S. JACOBS, individually, MARK L. THOMSEN, individually, MARGE BOSTELMAN, individually, JULIE M. GLANCEY, DEAN KNUDSON, individually, ROBERT F. SPINDELL, JR, individually, and DOES 1-10,000,

Defendants.

**ENTRY OF APPEARANCE OF JOSHUA S. LIPSHUTZ FOR DEFENDANT FACEBOOK, INC.**

Joshua S. Lipshutz of Gibson Dunn & Crutcher LLP enters his appearance in this case on behalf of Defendant Facebook, Inc.  Facebook, Inc. reserves all rights to raise any jurisdictional or other arguments, through a motion pursuant to Fed. R. Civ. P. 12, or otherwise.

Dated:   January 26, 2021

Respectfully submitted,

*s/ Joshua S. Lipshutz*

Joshua S. Lipshutz
Gibson Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
Telephone:    202.955.8217
Facsimilie:    202.530.9614
Email:           jlipshutz@gibsondunn.com

Ryan T. Bergsieker
Gibson, Dunn & Crutcher LLP
1801 California Street, Suite 4200
Denver, CO  80202-2642
Telephone:    303.298.5700
Facsimile:     303.298.5907
Email:           rbergsieker@gibsondunn.com

Craig Streit (*admission pending*)
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:    415.393.8225
Facsimile:     415-374.8487
Email:           cstreit@gibsondunn.com

*Attorneys for Facebook, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 26th day of January, 2021, the foregoing ENTRY OF APPEARANCE OF JOSHUA S. LIPSHUTZ FOR DEFENDANT FACEBOOK, INC. was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

<i>s/ Joshua S. Lipshutz</i><br>
Joshua S. Lipshutz