## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, NATHANIEL L.
CARTER, LORI CUTUNILLI, LARRY D.
COOK, ALVIN CRISWELL, KESHA
CRENSHAW, NEIL YARBROUGH, and
AMIE TRAPP,

Plaintiffs, on their own behalf and of a class of
similarly situated persons,

v.

DOMINION VOTING SYSTEMS INC., a
Delaware corporation, FACEBOOK, INC., a
Delaware corporation, CENTER FOR TECH
AND CIVIC LIFE, an Illinois non-profit
organization, MARK E. ZUCKERBERG,
individually, PRISCILLA CHAN,
individually, BRIAN KEMP, individually,
BRAD RAFFENSPERGER, individually,
GRETCHEN WHITMER, individually,
JOCELYN BENSON, individually, TOM
WOLF, individually, KATHY BOOCKVAR,
individually, TONY EVERS, individually,
ANN S. JACOBS, individually, MARK L.
THOMSEN, individually, MARGE
BOSTELMAN, individually, JULIE M.
GLANCEY, DEAN KNUDSON, individually,
ROBERT F. SPINDELL, JR, individually, and
DOES 1-10,000,

Defendants.

---

## [PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S
## MOTION TO STAY DISCLOSURES AND DISCOVERY PENDING RULING ON
## MOTION TO DISMISS

---

The Court, having reviewed Defendant Facebook, Inc.'s Motion to Stay Disclosures and Discovery Pending Ruling on Motion to Dismiss (Doc. 24) in the above-captioned case, being fully advised on the grounds for such Motion, and finding good cause, hereby GRANTS Defendant's Motion.  It is therefore ORDERED that:

The following disclosures and discovery shall be stayed, pending the Court's ruling on Defendant's Motion to Dismiss (Doc. 23): (1) all discovery from (a) opposing parties, and (b) third parties; and (2) the parties' Rule 26(a) disclosures.

DATED this _____ day of _____, 20__.

BY THE COURT:

_____