**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, NATHANIEL L. CARTER,
LORI CUTUNILLI, LARRY D. COOK,
ALVIN CRISWELL, KESHA CRENSHAW,
NEIL YARBROUGH, and AMIE TRAPP,

Plaintiffs, on their own behalf
and of a class of similarly
situated persons,

v.

DOMINION VOTING SYSTEMS INC.,
a Delaware corporation, FACEBOOK, INC.,
a Delaware corporation, CENTER FOR TECH
AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually,
PRISCILLA CHAN, individually,
BRIAN KEMP, individually, BRAD
RAFFENSPERGER, individually, GRETCHEN WHITMER,
individually, JOCELYN BENSON, individually,
TOM WOLF, individually, KATHY BOOCKVAR,
individually, TONY EVERS, individually,
ANN S. JACOBS, individually, MARK L. THOMSEN,
individually, MARGE BOSTELMAN, individually,
JULIE M. GLANCEY, DEAN KNUDSON,
individually, ROBERT F. SPINDELL, JR,
individually, and DOES 1-10,000,

Defendants.

**UNOPPOSED MOTION FOR STAY OF DISCLOSURES AND
DISCOVERY PENDING RULING ON MOTIONS TO DISMISS**

Defendant Dominion Voting Systems, Inc. ("Dominion"), by and through undersigned

counsel, hereby files this Unopposed Motion for Stay of Disclosures and Discovery Pending

Ruling on Motions to Dismiss ("Motion for Stay"), and in support states as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with Plaintiffs' counsel and counsel for Defendant Facebook, Inc. ("Facebook"). Plaintiffs and Facebook agree to the relief sought in this Motion for Stay.

2. Plaintiffs served Dominion and Facebook with the Complaint on January 5, 2021.

3. Defendant Center for Tech and Civic Life is the only other Defendant to have been served as of the date of this Motion to Stay.

4. Dominion and Facebook filed separate motions to dismiss the Complaint on February 16, 2021. [Docs. 22 and 23].

5. Facebook also filed a Motion to Stay Disclosures and Discovery Pending Rule on Motion to Dismiss ("Facebook's Motion to Stay") on February 16, 2021. [Doc. 24]. Facebook's Motion to Stay requested that the following disclosures and discovery shall be stayed pending this Court's ruling on the motions to dismiss: (1) all discovery from (a) opposing parties, and (b) third parties; and (2) the parties' Rule 26(a) disclosures.

6. Dominion joins in the arguments set forth in Facebook's Motion to Stay regarding a stay of discovery and disclosures in this case because resolution of the motions to dismiss may obviate the need for either disclosures or discovery.

7. In Facebook's Motion to Stay, Facebook indicates that Plaintiffs oppose the motion.

8. Counsel for Plaintiffs, Facebook, and Dominion have subsequently conferred regarding a stay of disclosures and discovery pending resolution of the motions to dismiss. Plaintiffs no longer oppose the relief sought in Facebook's Motion to Stay and have no objection

2

to the relief requested in the proposed order attached to that motion.

WHEREFORE, Dominion respectfully requests the Court grant this Motion to Stay and Facebook's Motion to Stay, and order that the following disclosures and discovery shall be stayed pending ruling on the motions to dismiss: (1) all discovery from (a) opposing parties, and (b) third parties; and (2) the parties' Rule 26(a) disclosures.

Dated February 19, 2021

s/ *Stanley L. Garnett*_____
Stanley L. Garnett
David B. Meschke
Amanda K. Houseal
Bridget C. DuPey
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street
Suite 2200
Denver, CO  80202-4432
Phone: 303.223.1100
Email: sgarnett@bhfs.com
dmeschke@bhfs.com
ahouseal@bhfs.com
bdupey@bhfs.com

Attorneys for Defendant Dominion Voting Systems, Inc.

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of February 2021, a true and correct copy of the foregoing UNOPPOSED MOTION FOR STAY OF DISCLOSURES AND DISCOVERY PENDING RULING ON MOTIONS TO DISMISS was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ *Stanley L. Garnett*
Stanley L. Garnett

22256497