# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, NATHANIEL L. CARTER,
LORI CUTUNILLI, LARRY D. COOK,
ALVIN CRISWELL, KESHA CRENSHAW,
NEIL YARBROUGH, and AMIE TRAPP,

Plaintiffs, on their own behalf
and of a class of similarly
situated persons,

v.

DOMINION VOTING SYSTEMS INC.,
a Delaware corporation, FACEBOOK, INC.,
a Delaware corporation, CENTER FOR TECH
AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually,
PRISCILLA CHAN, individually,
BRIAN KEMP, individually, BRAD
RAFFENSPERGER, individually, GRETCHEN WHITMER,
individually, JOCELYN BENSON, individually,
TOM WOLF, individually, KATHY BOOCKVAR,
individually, TONY EVERS, individually,
ANN S. JACOBS, individually, MARK L. THOMSEN,
individually, MARGE BOSTELMAN, individually,
JULIE M. GLANCEY, DEAN KNUDSON,
individually, ROBERT F. SPINDELL, JR,
individually, and DOES 1-10,000,

Defendants.

## NOTICE OF PLAINTIFFS' WITHDRAWAL OF OPPOSITION TO FACEBOOK'S MOTION FOR STAY OF DISCLOSURES AND DISCOVERY PENDING RULING ON MOTIONS TO DISMISS

Defendant Facebook, Inc. ("Facebook") by and through undersigned counsel, hereby files

this Notice of Plaintiffs' Withdrawal of Opposition to Facebook's Motion for Stay of Disclosures

and Discovery Pending Ruling on Motions to Dismiss ("Motion to Stay Discovery") [Doc. 24], and in support states as follows:

1. Facebook filed the Motion to Stay Discovery on February 16, 2021. [Doc. 24].

2. Prior to filing the Motion to Stay Discovery, counsel for Facebook conferred with counsel for Plaintiffs pursuant to D.Colo.LCivR 7.1. At that time, counsel for Plaintiffs stated that Plaintiffs objected to the requested relief. Facebook noted this opposition in the Motion to Stay Discovery.

3. After Facebook filed the Motion to Stay Discovery, counsel for Plaintiffs, counsel for Facebook, and counsel for Dominion Voting Systems Inc. ("Dominion") conferred further regarding a stay of disclosures and discovery pending resolution of the motions to dismiss filed by Facebook and Dominion. Counsel for Plaintiffs stated that Plaintiffs no longer oppose the relief sought in Facebook's Motion to Stay Discovery and have no objection to the relief requested in the proposed order attached to that motion. Dominion then filed an Unopposed Motion for Stay of Disclosures and Discovery Pending Ruling on Motions to Dismiss [Doc. 25], requesting, among other things, that the Court grant Facebook's Motion to Stay Discovery. Thus, Facebook's Motion to Stay Discovery is now unopposed.

Dated February 19, 2021

*/s/ Joshua S. Lipshutz*

Joshua S. Lipshutz
**GIBSON, DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, NW
Washington, DC  20036
Telephone:     202.955.8217
Facsimile:      202.530.9614
Email:            jlipshutz@gibsondunn.com

Ryan T. Bergsieker
Natalie J. Hausknecht
**GIBSON, DUNN & CRUTCHER LLP**
1801 California Street, Suite 4200
Denver, CO  80202-2642
Telephone:     303.298.5700
Facsimile:      303.298.5907
Email:            rbergsieker@gibsondunn.com
                      nhausknecht@gibsondunn.com

Craig B. Streit
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:     415.393.8225
Facsimile:      415.374.8487
Email:            cstreit@gibsondunn.com

*Attorneys for Facebook, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 19th day of February 2021, a true and correct copy of the foregoing NOTICE OF NON-OPPOSITION TO FACEBOOK'S MOTION FOR STAY OF DISCLOSURES AND DISCOVERY PENDING RULING ON MOTIONS TO DISMISS was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Joshua S. Lipshutz*
Joshua S. Lipshutz