**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-3747

KEVIN O'ROURKE, et al.

Plaintiffs,

vs.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

---

### NOTICE OF CHANGE OF ADDRESS, PHONE NUMBER AND EMAIL ADDRESS

---

    COMES NOW counsel for the Plaintiffs, Gary D. Fielder, Esq., of the Law Office of Gary Fielder, and hereby notifies the court, parties and counsel of his change of address, phone number and email address, effective immediately, to:

| From: Gary D. Fielder, Esq. | To: Gary D. Fielder, Esq. |
|---|---|
| Law Office of Gary Fielder | Law Office of Gary Fielder |
| 2325 W. 72nd Ave | 1444 Stuart St. |
| Denver, CO | Denver, CO 80204 |
| (303)650-1505 | (720)306-0007 |
| criminaldefense@fielderlaw.net | gary@fielderlaw.net |

Respectfully submitted this 4th day of March , 2021.


                        *s/Gary D. Fielder*
                        Gary D. Fielder, Esq.
                        Law Office of Gary Fielder
                        1444 Stuart St.
                        Denver, CO 80204
                        (720)306-0007
                        gary@fielderlaw.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 4, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Gary D. Fielder*
Gary D. Fielder, Esq.
Law Office of Gary Fielder
1444 Stuart St.
Denver, CO 80204
(720)306-0007
gary@fielderlaw.net