# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et at.,
Plaintiff(s),

v.

DOMINION VOTING SYSTEMS INC., et al.
Defendants.

---

## NOTICE OF CHANGE OF ADDRESS, PHONE NUMBER AND EMAIL ADDRESS
---

COMES NOW counsel for the Plaintiffs, Ernest J. Walker, Esq., of Ernest J. Walker Law Offices, and hereby notifies the court, parties and counsel of his change of address and phone number, effective immediately, to:

| From: | Ernest J. Walker, Esq. | To: | Ernest J. Walker, Esq. |
|---|---|---|---|
| | Ernest J. Walker Law Offices | | Ernest J. Walker Law Offices |
| | 3368 Riverside Road | | 1444 Stuart Street |
| | Benton Harbor, Michigan 49022 | | Denver, Colorado 80204 |
| | (303)995-4835 | | (720)306-0007 |
| | ernestjwalker@gmail.com | | ernestjwalker@gmail.com |

Respectfully submitted this 4th day of March, 2021.

s/ Ernest J. Walker
Ernest J. Walker, Esq.
Ernest J. Walker Law Offices
1444 Stuart St.
Denver, CO 80204
(720)306-0007
ernestjwalker@gmail.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 4, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ Ernest J. Walker
Ernest J. Walker, Esq.
Ernest J. Walker Law Offices
1444 Stuart St.
Denver, CO 80204
(720)306-0007
ernestjwalker@gmail.com