**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03747-NRN

KEVIN O'ROURKE, NATHANIEL L. CARTER, LORI CUTUNILLI, LARRY D. COOK, ALVIN CRISWELL, KESHA CRENSHAW, NEIL YARBROUGH, and AMIE TRAPP,

        Plaintiffs, on their own behalf and of a class of similarly situated persons,

   v.

DOMINION VOTING SYSTEMS, INC., a Delaware corporation, FACEBOOK, INC., a Delaware corporation, CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization, MARK E. ZUCKERBERG, individually, PRISCILLA CHAN, individually, BRIAN KEMP, individually, BRAD RAFFENSPERGER, individually, GRETCHEN WHITMER, individually, JOCELYN BENSON, individually, TOM WOLF, individually, KATHY BOOCKVAR, individually, TONY EVERS, individually, ANN S. JACOBS, individually, MARK L. THOMSEN, individually, MARGE BOSTELMAN, individually, JULIE M. GLANCEY, DEAN KNUDSON, individually, ROBERT F. SPINDELL, Jr., individually, and DOES 1-10,000,

        Defendants.

---

**ENTRY OF APPEARANCE OF MARCELLA COBURN FOR DEFENDANT CENTER FOR TECH AND CIVIC LIFE**

To the clerk of this court and all parties of record:

I hereby enter my appearance in this case as counsel for Center for Tech and Civic Life. I certify that I am a member in good standing of the bar of this court. Center for Tech and Civic Life reserves all rights to raise any jurisdictional or other arguments, through a motion pursuant to Fed. R. Civ. P. 12, or otherwise.

Dated: March 8, 2021

Respectfully submitted

*/s/ Marcella Coburn*
Marcella Coburn
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: 212.763.0883
Email: mcoburn@kaplanhecker.com

Attorney for Defendant Center for Tech and Civic Life

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of March 2021 I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Marcella Coburn*
Marcella Coburn