# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action NO. 1:20-cv-3747-NRN

KEVIN O'ROURKE, NATHANIEL L. CARTER,
LORI CUTUNILLI, LARRY D. COOK,
ALVIN CRISWELL, KESHA CRENSHAW,
NEIL YARBROUGH, AND
AMIE TRAPP,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., a Delaware corporation,
FACEBOOK, INC., a Delaware corporation,
CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually, PRISCILLA CHAN, individually,
BRIAN KEMP, individually, BRAD RAFFENSPERGER, individually,
GRETCHEN WHITMER, individually, JOCELYN BENSON, individually,
TOM WOLF, individually, KATHY BOOCKVAR, individually,
TONY EVERS, individually, ANN S. JACOBS, individually,
MARK L. THOMSEN, individually, MARGE BOSTELMAN, individually,
JULIE M. GLANCEY, DEAN KNUDSON, individually,
ROBERT F. SPINDELL, JR, individually, and
DOES 1-10,000,

Defendants.

---

## NOTICE OF APPEARANCE OF COUNSEL

---

COMES NOW Charlene S. McGowan, Assistant Attorney General, and hereby makes an entry of appearance in the above-styled action on behalf of Defendants Governor Brian Kemp, Secretary of State Brad Raffensperger.

Respectfully submitted, this 9th day of March, 2021.

/s/ *Charlene S. McGowan*
Charlene S. McGowan
Georgia Bar No. 697316
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334
cmcgowan@law.ga.gov
404-458-3658 (tel)


*Attorney for Brian Kemp and Brad Raffensperger*

# CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been formatted in compliance with Local Rule 10.1.

                                   */s/Charlene S. McGowan*
                                   Charlene S. McGowan
                                   Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record via electronic notification.

Dated: March 9, 2021.

*/s/ Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General
