**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-3747-NRN

KEVIN O'ROURKE,
NATHANIEL L. CARTER,
LORI CUTUNILLI,
LARRY D. COOK,
ALVIN CRISWELL,
KESHA CRENSHAW,
NEIL YARBROUGH, and
AMIE TRAPP,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., a Delaware corporation,
FACEBOOK, INC., a Delaware corporation,
CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually,
PRISCILLA CHAN, individually,
BRIAN KEMP, individually,
BRAD RAFFENSPERGER, individually,
GRETCHEN WHITMER, individually,
JOCELYN BENSON, individually,
TOM WOLF, individually,
VERONICA DEGRAFFENREID, individually,
TONY EVERS, individually,
ANN S. JACOBS, individually,
MARK L. THOMSEN, individually,
MARGE BOSTELMAN, individually,
JULIE M. GLANCEY, DEAN KNUDSON, individually,
ROBERT F. SPINDELL, JR, individually, and
DOES 1-10,000,

Defendants.

**ENTRY OF APPEARANCE OF JACOB BOYER FOR DEFENDANTS GOVERNOR
TOM WOLF AND ACTING SECRETARY VERONICA DEGRAFFENREID**

To the clerk of this court and all parties of record:

I hereby enter my appearance in this case as counsel for Governor Tom Wolf and Acting Secretary of the Commonwealth Veronica Degraffenreid.[1] I certify that I am a member in good standing of the bar of this court. Governor Wolf and Secretary Degraffenreid reserve all rights to raise any jurisdictional or other arguments, through a motion pursuant to Federal Rule of Civil Procedure 12, or otherwise.

Dated: March 9, 2021                           Respectfully submitted,

                                               /s/ *Jacob Boyer*
                                               Jacob Boyer (PA Bar No. 324396)
                                               Pennsylvania Office of Attorney General
                                               Deputy Attorney General
                                               1600 Arch Street, Suite 300
                                               Philadelphia, PA 19103
                                               (267) 768-3968
                                               jboyer@attorneygeneral.gov

                                               Attorney for Governor Tom Wolf and
                                               Acting Secretary of the Commonwealth
                                               Veronica Degraffenreid

---

[1] Since plaintiffs filed the complaint, Veronica Degraffenreid has succeeded Kathy Boockvar as Secretary of the Commonwealth. Secretary Degraffenreid has been substituted as a defendant. *See* Fed. R. Civ. P. 25(d).

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March 2021 I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Jacob Boyer
Jacob Boyer