# Welcome to Election Worker Training



Ex. 1

- Please turn off cell phones

- Please, no drinks (inc. Water) on the tables

- Restrooms through the left door at the back of the room

- This is training Class XX A

# CONSOLIDATED
## NOVEMBER 3, 2020
# GENERAL ELECTION



# NOV 3, 2020

# ELECTION COORDINATOR TRAINING
# ELECTION BASICS

Election Passcode:

# CHECK YOUR REGISTRATION!

- **Everyone should check their registration at:**

    **VoteFresnoCounty.com**

# SOCIAL MEDIA

- **Fresno County Clerk's Social Media – follow us today!**

**Facebook: VoteFresnoCounty**

**Instagram: VoteFresnoCounty**

**Twitter: @VoteFresnoCo**

**Do NOT use social media on Election Day!**

# TOPICS

- **Vote Center Processes**
- **Opening**
- **Voting**
- **Closing**

- **Accessibility**
- **Language Support**
- **Observers**
- **Cleanliness and Safety**

# WHAT IS A VOTE CENTER

- **In-person assistance for Voters**

- **Drop-off Ballots**

- **In-person Voting**


- **Anyone may vote, at any Vote Center in the county**

# ELECTION ASSIGNMENTS

- **Election Coordinators**
  - ➤ Lead, train, and participate
- **Election Workers**
  - ➤ Voter Check-in
  - ➤ Ballot Printing
  - ➤ Voting Assistance
  - ➤ Vote Center Maintenance
- **Volunteers**



# ELECTION ASSIGNMENTS

- **Election Coordinators**
  - ➢ Election Coordinator A
  - ➢ Election Coordinator B
  - ➢ Organize and train the Vote Center staff
  - ➢ Answer questions
  - ➢ Provide support/training
  - ➢ Know when to ask for help

# EXAMPLE VOTE CENTER –
# SELMA NEIGHBORHOOD RESOURCE CENTER



# EXAMPLE VOTE CENTER – HAMILTON GYMNASIUM



# HAMILTON GYMNASIUM VOTE CENTER

**Mobile Ballot Printing Stations**

**Check-in Stations**

**ICX Touchscreens**

**ICE Tabulator**

**Exit**

**Entrance**



# EQUIPMENT DELIVERY

▪**Early Set-up**

   ▪A company will deliver all Vote Center materials in the three days prior to your Vote Center opening

   ▪Teams of Election Coordinators and IT staff will check-in materials and set-up the Vote Center

   ▪Physical arrangement of the room – use the WHITE SET-UP BINDER



# EQUIPMENT DELIVERY

- **Early Set-up**
  - Testing of equipment
    - IT will lead this portion of the process
  - Most locations will leave most items in place for Election Day
  - Some locations will need to store ALL materials until Election Day
  - ALL locations need to re-pack Laptops and paper

# EQUIPMENT CART

- **Secure transport and storage**

- **Holds all necessary equipment for a Standard Vote Center**

  ➢ Larger locations may have two Carts

- **Store vital equipment and materials at night**



# EACH MORNING - BEFORE OPENING

- **Follow your Opening Check List !**
- **Sign required paperwork**
- **Set up voting equipment**
- **Set up Vote Center Interior**
  - **Election Day Table**
  - **Election Information Kiosk**
  - **Language Table**
  - **Voting Booths**
- **Set up Vote Center Exterior**
- **Wear your name tag!**

  **Remember bilingual name tags**

# BEFORE OPENING

- **If you need help setting up, CALL!**

- **IT assistance (559) 600-3028**

- **Other assistance (559) 600-7353**



# SIGN THE DECLARATION

- **Each Vote Center will be provided a Declaration/Staff Roster each day**

- **All election workers MUST sign – every day**

- **This Declaration doubles as your payroll sheet**

- **The signed Declaration is returned EVERY night**



# IMAGECAST EVOLUTION TABULATOR

- **Position the ICE Tabulator as directed**
- **Maintain a secure area around the ICE**
- **Make sure the ICE is always plugged in**
- **Verify that the ballot box is sealed**
- **Verify all seals are secure**
- **Turn on the ICE**

# EQUIPMENT CART

- **Unlock**

- **Remove Laptops and distribute**

- **Remove Ballot paper (ICX and MBP) and count**

- **Should always be under staff control and secure**



# IMAGECAST X
# BALLOT MARKING DEVICES

- **Maintain a secure area around the ICX booths/equipment**

- **Make sure an ICX is always plugged into the UPS battery**

- **Verify all seals are secure**

- **Retrieve blank paper from the Equipment Cart**

- **Turn on the ICX tablets**



# ELECTION DAY "TABLE"

## ▪Check-in Station:

- "Provide Your Name/Address" Sign
- Check-in Laptops
- Dymo Printers
- Roster Pages
- Accessibility Materials
- Procedures Card



# ELECTION DAY "TABLE"

## ▪Printing Station:

- Printer                         - Laptop
- Procedures Card
- Secrecy Sleeves
- Envelope A



# ELECTION DAY "TABLE"

## ▪CVR Station:

- Check-in Laptops
- CVR Envelopes
- CVR/Provisional Roster
- Procedures Card

- Dymo Printers
- Provisional Envelopes
- Important Forms



# TEST YOUR PRINTERS!

▪**Every Check-In and CVR station should test their Dymo printer**

▪**Every active Ballot Printer should print a Sample Ballot**

▪**Every ICX Printer should run a printer test**

▪**Any used ballot PAPER should be marked SPOILED and put in Envelope A**

▪**If there is an Issue, call IT Trouble Desk at (559) 600-3028**

# LANGUAGE TABLE

- **ALL Spanish support materials**

- **Ballot Translation Guides and Signage**

- **1 Language Table per Vote Center**



# ELECTION INFORMATION STAND

- **Black Canvass With Pockets**
- **Place between the entry door and the Election Day Table**
- **One per Vote Center**



# VOTE CENTER EXTERIOR

- **New Voter Center Flags**

- **1 Exterior Election Information Kiosk per Vote Center**

- **Directional Signs**







# SET UP ACCESSIBILITY MATERIALS

▪**All Vote Centers need to maintain clear paths of travel, inside and out**

▪**Very few Vote Centers will get mitigation materials – but you must use them as directed in the WHITE SETUP BINDER**




# 7:00 AM Election Morning

## (9:00am on prior Days)



# ASSISTING OFFICER

- **Greet the Voter**

- **Triage the Voter**

  - ➢ Registered voters go to Check-in stations

  - ➢ Unregistered voters CVR station

- **Collect completed VBM Ballots**

# CHECK-IN OFFICER

- **Greet the Voter**

- **Ask the Voter  to <u>provide</u> their name & address**

- **Enter the Voter's information into DFM Lite**

  - Confirm with their date of Birth, if needed

# CHECK-IN OFFICER

## Voter Found:
- ☑ Verify a ballot has not been returned
- ☑ Ask if they would like their ballot for "**Here**" or "**To Go**"
- ☑ In the web application:

A voter is **NOT** required to surrender their Vote by Mail ballot to be issued a live ballot (non-provisional).

**Ballot for "Here":** Select  Issue & Return (Live Ballot)

**Ballot "To Go":** Select Issue Ballot for later return

# CHECK-IN OFFICER

For Here: Issue & Return (Live Ballot)



✓ **Take the loose label with you to the ballot printer**

# CHECK-IN OFFICER

## To Go: Issue Ballot for later return



☑ **Take the loose label with you to the ballot printer**

# CHECK-IN OFFICER

## Voter Address Incorrect:

- Provide the short re-registration form to the voter and update the voter's information, use **Nonprovsional CVR (Live)**

## Voter Not Found:

- The voter must complete the CVR process

# CHECK-IN OFFICER

**REMEMBER:** You will have access to private voter information. Any unauthorized sharing of a voter's personal information will may result in immediate dismissal and possible legal action.



# CHECK-IN OFFICER

✓ Ask every voter if they would like:

**Traditional Paper**     **Touchscreen**



**OR**





# CHECK-IN OFFICER

▪ Enter the precinct number under Activation Code (from label)



# CHECK-IN OFFICER

- Click on the row with the selected precinct from the label. It will highlight in red.



# CHECK-IN OFFICER

 Click the **Print** icon



 From the Printer Setting screen, click **Print**

# CHECK-IN OFFICER

Once the ballot prints:

## VERIFY the ballot precinct number matches the precinct number on the label



**QUEUE UP PRINT JOBS** – you don't have to wait for a ballot to finish printing before printing the next ballot!

# CHECK-IN OFFICER

**Ballot for Here "Traditional":**

✔ Adhere one Label (<u>MUST HAVE BARCODE</u>) to Roster Sheet

✔ **Voter must sign & date below their label**



# **CHECK-IN OFFICER**

**Ballot for Here "Traditional":**

- Hand ballot to voter in a secrecy sleeve
- Direct voter to voting booths



# CHECK-IN OFFICER

**Ballot for Here (ICX touchscreen):**

- Adhere one Label (<u>MUST HAVE BARCODE</u>) to Roster Sheet

- **Voter must sign & date below their label**

- Hand extra label to ICX Officer, give voter a small secrecy sleeve, direct voter to ICX Officer

# ICX OFFICER

**Assist voters using the touchscreen:**

- Activate the proper precinct ballot using the label given to you by the Ballot Officer

- Provide the voter with instructions on the use of the ICX

- Assist the voter if they ask any questions or request assistance

- Make sure the voter uses their secrecy sleeve



# ICX/ASSISTING OFFICER

If the voter makes a mistake:

- Print '**SPOILED**' across their ballot card(s)
- Print (traditional) or Access (ICX) a new ballot
- Verify new ballot precinct against Spoiled ballot
- Place spoiled ballot card into Envelope A
- Hand the voter the new ballot



# **ASSISTING OFFICER**

Assist voters at the ImageCast Evolution Tabulator

**Only Ballots in secrecy sleeves go into the ImageCast Evolution!**



Direct voters with completed CVR, Provisional ballots, or any folded ballot to the CVR Officer



Hand out "I Voted" Stickers

# ASSISTING OFFICER

## Just dropping off a VBM Ballot :

- Verify envelope is signed

- Deposit in VBM Ballot Box or Purple VBM Ballot Box



- If they do not have their purple envelope, they must complete a white replacement Vote by Mail envelope.



# VOTER NEEDS ASSISTANCE

- **Voter must declare under oath that they are unable to mark their ballot**

- **Voter may have up to 2 people assist with marking their ballot**

- **Persons assisting a voter <span style="color:red">must</span> complete the List of Voters and Persons Assisting Voters**

# CURBSIDE VOTING



- **Get the voter's identifying information (name, address, maybe Date of Birth)**
- **Ask the voter if they want a ballot for "here" or "to go"**
- **Look up the voter in DFM Lite, use the appropriate issue command**
- **Give labels to Ballot Officer and Printing Officer to generate ballots**
- **Take the ballot and blue roster to voter, voter must sign prior to being given ballot**
- **Return the Ballot to the ICE or Yellow CVR Ballot Box**

# INACTIVE VOTER

- **Election material returned by post office as undeliverable with no forwarding address**

- **Other questions regarding Voter address**

**Note: Inactive status does NOT disqualify a Voter from voting**

# PROCESSING AN INACTIVE VOTER

- **If the Voter's address matches DFM Lite, click the** Activate Voter **button.  The voter will be marked with a Yellow light, hit the** Refresh **button.  Issue ballot as desired by voter.**

- **If the Voter's address does not match the address printed in the roster,  and it is still within Fresno County, provide the voter an address change form and update the address using the** Update Voter **button.**

# NO MORE STREET INDEX

- **The Electronic Roster means that Election Workers no longer need to maintain the yellow Street Index**

- **This information is available and you may receive questions about Roster/Voting information**

  ➢ Direct interested parties to
     (559) 600-VOTE

# VOTE CENTER MAINTENANCE

- **Maintain COVID-19 Procedures**

- **Every hour or so:**

    **- Cleanup voting booths**

    **- Pickup stray Voter receipts/trash**

    **- Check on the Election Information Kiosk**

    **- Check on exterior directional signs/flags**

- **Double check that Accessibility Mitigation materials are still in place**

# INCIDENT REPORT PROCESS

- **Incidents should be reported to the Elections Office as soon as possible**
  - Ballots walking away
  - Damage to equipment
  - Harassment
  - Election Worker Issue



- **Call (559) 600-1620**
- **IF you feel personally threatened, call 911**

# 8:00 P.M. Election Night
## (5:00 pm on prior Days)



# VOTERS IN LINE AT CLOSING

- **Process all Voters standing in line at Closing (8:00 PM on Election Day)**

- **Position one Election Worker at the end of the line**

- <span style="color:red">**Do NOT rush any Voter**</span>

# CLOSING PROCEDURES

- **Each day use the Closing Procedures Checklist**

- **Must:**

  - Shutdown ICE, ICXes, MBP and Laptops

  - Count and Seal all ballots for pick-up

  - Account for all paper used

  - Secure sensitive equipment

# IC EVOLUTION SHUTDOWN

## Every night:

- Record the number of ballots cast on the ICE

- Break the seal on the ballot box

- Remove the ballots from the black Ballot Box and Seal in a cardboard box with a Blue Seal

- Log the quantity of ballots

- Close and Re-seal the Ballot Box



# SECURE VOTED BALLOTS (BLUE SEAL)

# IC EVOLUTION SHUTDOWN

**On any day that is not Election Day:**

- **Power off the ICE by pressing the power button in the top right of the screen**

- **Close up the ICE unit, including unplugging and putting away the power cord**

- **Store the ICE with the Equipment Cart**

# IC EVOLUTION SHUTDOWN

**On Election Day ONLY:**

▪ **Close the Polls as directed in the handbook**

▪**Two copies of the result tape will print**

▪**Vote Center Staff will sign the first printed copy of the closing results**

▪**Vote Center Staff will tear off the second copy of the closing results and attach it to the Certificate of Performance**

# IC EVOLUTION SHUTDOWN

**On Election Day ONLY:**

▪**Break the seal on the CF1 memory card door**

▪**Remove the CF1 memory card and place it** **Orange** **transport pouch for collection**



▪**This card will be collected by the Retrieval Team**

▪**Do NOT touch any other seal**

# ICE MEMORY CARD RETRIEVAL TEAM

- **ICE ballot tabulator memory card will be picked up by a retrieval team.**

- **They will be on site at 8:00 pm Election Day**

- <span style="color:red">**Do Not let them rush you**</span>

# CERTIFICATE OF PERFORMANCE

- **Attach the second <u>copy</u> of the ICE tape**

- **Post for 48 hrs.**

- **One copy per Vote Center, Election Coordinator is responsible for completion and posting**



COUNTY OF FRESNO

CERTIFICATE OF PERFORMANCE

Election Name:
Date:
Precinct Number(s):

**We hereby certify ONE of the following:  (Please check only the one that applies)**

☐ **(A)** RESULTS OF VOTES CAST FROM ALL VOTING MACHINES ARE POSTED
*Print a second copy of the OS and TSX Results Tape and attach below*

☐ **(B)** RESULTS OF VOTES CAST ARE NOT POSTED FOR VOTING MACHINES THAT RECORDED FEWER THAN 10 BALLOTS.  RESULTS OF VOTES CAST ON ALL OTHER VOTING MACHINES ARE POSTED
*Print a second copy of the applicable Results Tape and attach below*

Total votes for Accu-Vote _____
Total votes for TSX Touchscreen _____

Tape Applicable
Results Tape here

☐ **(C)** RESULTS OF VOTES CAST ARE NOT POSTED FOR ANY VOTING MACHINES BECAUSE FEWER THAN 10 BALLOTS WERE CAST IN THE PRECINCT.
*Enter total votes cast for each voting machine – Do not attach Results Tape*

Total votes for Accu-Vote _____
Total votes for TSX Touchscreen _____

We certify that the above information is true and correct.

Inspector _____
Clerk _____
Clerk _____
Clerk _____

Instructions: Complete Certificate of Performance Forms and post at the entrance before leaving the Polling Place.  Form must be posted for at least 48 hours following the close of the polls.

# SIGNATURES IN ROSTER



**Signatures must be accounted for EVERY night.**

**Discrepancies between the signature count and ballot count on the ICE must be reconciled each night.**

# ICX SHUTDOWN

▪**Insert the Poll Worker Card and Log In**

➢Enter the password

➢Press "Close Polls" and confirm

➢Press power button at bottom right, choose "Power Off"

▪**Unplug the ICX and Printer**

▪**Remove the Unused ICX paper and secure it with a green seal – place the sealed box back in the Equipment Cart**

# UNUSED PAPER
# (GREEN SEAL)



One or the Other, but never both

# CLOSING THE CHECK-IN LAPTOPS

**If this is not Election Day**

- **Shutdown the Check-In and CVR laptops**

- **ALL laptops must be secured in the Equipment Cart each night**



# CLOSING THE CHECK-IN LAPTOPS

**On Election Day ONLY:**

- **Shutdown the Check-In and CVR laptops**

- **ALL Check-In and CVR equipment must be returned to the Equipment Cart**

# MBP PRINTING STATION

**If this is not Election Day**

▪**Shutdown the MBP station**

▪**Remove and secure the unused MBP paper with a Green Seal**

▪**Place the unused MBP paper and the MBP Laptop in the Equipment Cart**

# MBP PRINTING STATION

**On Election Day ONLY:**

- **Shutdown the MBP station**

- **Remove and secure the unused MBP paper with a <span style="color:green">green</span> Seal**

- **Place the MBP laptop and Printer, along with the unused MBP paper, into the Equipment Cart**

# EQUIPMENT CART

- **All laptops must be returned to the Equipment Cart each night**

- **All ballot paper must be returned to the Equipment Cart each night**

- **Equipment Cart must be locked and securely stored each night**

- **ALL materials that came in the Equipment Cart must be stored in the Equipment Cart on Election Night**

# ICE WOULD NOT READ



**This should be returned every night, even if there are no ballots inside.**

# CVR & PROVISIONAL BALLOTS

- **The <span style="color:gold">Yellow</span> CVR/Provisional Ballot Bag must be sealed and returned each night**

- **Record on the cover sheet how many CVR/Provisional Signatures there were that day in the <span style="color:gold">CVR/Provisional Roster</span>**



# VOTE BY MAIL BALLOTS

▪**All Vote by Mail ballots should be removed from the White VBM Ballot Box and placed in the Purple VBM Ballot Box (on wheels)**

▪**Count all VBM ballots and record the number on the purple coversheet**

▪**Seal the Purple VBM Ballot Box for pickup each night**



# ENVELOPE "A"



# NIGHTLY LOGS

▪**Blue Roster Binder**

➤Blue Roster Signature Log

➤Unused Paper Log

➤Ballot Log

▪**Yellow Roster Binder**

➤Yellow Roster Signature Log

| | Blue Roster Signature Log | | Vote Center #: _____ |
|---|---|---|---|
| Date | Voter Signatures recorded on this date (a) | Election Worker Signature | Election Worker Signature |
| 10/31/2020 | | | |
| 11/1/2020 | | | |
| 11/2/2020 | | | |
| 11/3/2020 | | | |

# NIGHTLY PICKUP

- **Voted Ballots (blue sealed Cardboard Box)**

- **Purple VBM Ballot Box**

- **Yellow CVR/Provisional Ballot Box**

- **Large Plastic Bag w/**

  - Blue and Yellow Roster pages with Signatures (separately bound with circle rings)
  - Ballots the ICE Would Not Read (manila Envelope)
  - Envelope A
  - Declaration/Payroll Sheet
  - Small Plastic bag with broken Seals

- **ICE Memory Card (Election Night Only – picked up by a special team after close of polls)**

# VOTE CENTER CLEANUP

- Cleanup the Voter Center – Leave it better than you found it

- Take down non-permanent exterior materials

    - Some Directional Signs    - Info Kiosk

- Make sure the Equipment Cart and ICE are secure.

# VOTE CENTER CLEANUP

- **Reminder!  Post the Certificate of Performance (Election Night Only)** 

- **Take down all exterior materials**
  - **- Signs        - Flags        - Info Kiosk**

- **Take down Voting Booths**

- **Store all materials for Pick-up right after Election Day**

- **Cleanup the Voter Center – Leave it better than you found it**

# EQUIPMENT PICK-UP

▪**All stored equipment will be picked up within three days of the Election**

   ▪Similar to delivery, teams will be established

   ▪1-2 hours, at a set time

# EXPECTATIONS

- **Follow election codes & procedures**

- **Protect the Voter's right to cast a secret ballot free from intimidation**

- **Treat all Voters equally**

- **Be sensitive to Voters needs**

- **Provide a positive voting experience**

# **EXPECTATIONS**

- **Conduct yourself in a professional and respectful manner**

  - Dress business casual

  - No cellphones/electronic devices

  - Be polite to each other

  - Be respectful to Voters



# EC EXPECTATIONS

- **Provide training and direction to Election Workers**

- **Follow Procedures**

- **Be ready to help**

- **Be ready to answer questions**

- **Know when to ask for help**

# ACCESSIBILITY

- **What is Accessibility?**

- **Dictionary definitions:**

  ➢ Friendly and easy to talk to.

  ➢ A place that is able to be reached and entered.

  ➢ Able to be easily obtained or used.

# ACCESSIBILITY

- **How do we assess accessibility?**



veying

# **ACCESSIBILITY**

- **Review the physical set-up of your voting space:**

  - Is there enough room for a voter using a wheelchair or scooter to turn around?

  - Are all voters given equal access to privacy when voting?

  - Are there trip hazards?

  - Is lighting sufficient for a voter to complete their ballot?

# ACCESSIBILITY

- **Review your WHITE SETUP BINDER and check list of temporary measures to be used on election day**

- **Ensure that mitigation measures are in place throughout the day**

- **Be respectful of all voters**


- **ALL Vote Centers should be on the lookout for possible barriers when setting up the Vote Center**

# ACCESSIBILITY

- **Use simple language when speaking with Voters; speak directly to the Voter**

- **Ask the Voter if they need help before giving it**


- **Be uniform in your treatment of ALL Voters; Treat ALL Voters equally**

# **ACCESSIBILITY**

- **Materials available to support accessibility:**

  ➢ At least 3 ICX Ballot Marking Devices

  ➢ Accessible voting booths

  ➢ Magnifying sheet

  ➢ Grip Pens

  ➢ Signature Guides

# LANGUAGE SUPPORT

- **English and Spanish Ballots and speaker in ALL precinct**

- **Ballot Tra___es in eight (8) other lang___**

- **Bilin___sp___er in s___ters**

- **Al___ers will___uage Ta___**

- **BILINGUAL NAME TAG!**

# LANGUAGE SUPPORT

- **Telephone Interpreter Services:**
  - *Focus Interpreting*
  - For use if your assigned language support is not available
  - Capable of providing translation in more than our 8 required languages
  - Available at all Vote Centers

# LANGUAGE SUPPORT

**Vote Centers
with Language
Support
Assigned**

**Chinese – 4**

**Hmong – 17**

**Khmer – 2**

**Korean – 2**

**Lao – 4**

**Punjabi – 11**

**Tagalog – 1**

**Vietnamese – 1**



# POLL WATCHERS/OBSERVERS

- **Poll watchers may "Observe"** 

- **Poll watchers should not be interacting with voters in the Vote Center**

- **Poll watchers may NOT Interfere**

# **MEDIA**

- **Media may visit your Vote Center**

- **Any internal recording must have prior permission from the County Clerk**

- **NO filming of voters with out express permission**

- **Exit polls allowed 25' from Vote Center exit**

# PHONES AND ELECTRONIC DEVICES

- **Voters are allowed to take "ballot selfies"**

- **Voters are allowed to have electronic devices like tablets or phones to assist in completing the ballot**

- **Observers should not have ANY electronic devices in the Vote Center**

- **Election Workers should only have the assigned Vote Center cell phone**

# WATCH FOR ELECTIONEERING

- **NO political caps, shirts, pins, buttons, signs, bumper stickers**

- **NO campaigning within 100' of Vote Center entrance**

- **Applies to items currently on the ballot**

- **Names, Images, Logos**

- **Contact the Elections Office if there is a question**

# SAFETY PRECAUTIONS

- **All Vote Centers must take safety precautions to protect workers and Voters**

- **Maintain social distancing**

- **Wear masks always**

- **Regular cleaning of surfaces and equipment**

# SAFETY PRECAUTIONS

- **Materials provided:**

**For the Voters**

- **Masks**

- **Hand Disinfectants**



**For You and the Vote Center**

- **Masks**

- **Hand Disinfectants**

- **Surface cleaning wipes**

- **Face Shields**

- **Sneeze Guards**

# SAFETY PRECAUTIONS

- **Everyone in the vote center should wear a mask**

  ➢ ALL workers will wear a mask

  ➢ Masks should cover the mouth and nose

  ➢ Offer a mask to any voter that does not bring their own

  ➢ You may not turn away a voter for not wearing a mask – see hand out

# SAFETY PRECAUTIONS

- **Hand cleaning**

  ➢ All workers should wash their hands or use disinfectant regularly

  ➢ Disinfectant stations provided for Voters at entrance and exit

  ➢ Do not let voters over do disinfectant!

# SAFETY PRECAUTIONS

- **Voting Processes**
  - ➤ Use clean pens and secrecy sleeves
  - ➤ Collect and regularly clean pens and secrecy sleeves
  - ➤ Clean ICX after each voter
  - ➤ Clean Voting Booths every hour
  - ➤ Clean Check-in stations every hour
  - ➤ Clean Check-in Laptops when switching workers or end of day

# SAFETY PRECAUTIONS

- **Volunteers**
  - ➤ Assist with line management
  - ➤ Collect and regularly clean pens and secrecy sleeves
  - ➤ Clean ICX after each voter
  - ➤ Clean Voting Booths every hour
  - ➤ Should not handle ballots, may walk the line with purple bag

