IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, NATHANIEL L. CARTER, LORI CUTUNILLI, LARRY D. COOK, ALVIN CRISWELL, KESHA CRENSHAW, NEIL YARBROUGH, and AMIE TRAPP,

Plaintiffs, on their own behalf and of a class of similarly situated persons,

v.

DOMINION VOTING SYSTEMS INC., a Delaware corporation, FACEBOOK, INC., a Delaware corporation, CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization, MARK E. ZUCKERBERG, individually, PRISCILLA CHAN, individually, BRIAN KEMP, individually, BRAD RAFFENSPERGER, individually, GRETCHEN WHITMER, individually, JOCELYN BENSON, individually, TOM WOLF, individually, KATHY BOOCKVAR, individually, TONY EVERS, individually, ANN S. JACOBS, individually, MARK L. THOMSEN, individually, MARGE BOSTELMAN, individually, JULIE M. GLANCEY, DEAN KNUDSON, individually, ROBERT F. SPINDELL, JR, individually, and DOES 1-10,000,

Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANT FACEBOOK, INC.'S MOTION TO STRIKE PLAINTIFFS' RESPONSE AND BRIEF IN OPPOSITION TO FACEBOOK'S MOTION TO DISMISS**

The Court, having reviewed Defendant Facebook, Inc.'s Motion to Strike Plaintiffs' Response and Brief in Opposition to Facebook's Motion to Dismiss in the above-captioned case, being fully advised on the grounds for such Motion, and finding good cause, hereby GRANTS Defendant's Motion to Strike.  It is therefore ORDERED that:

Plaintiffs' Response and Brief in Opposition to Facebook's Motion to Dismiss (Doc. 40) is stricken from the record.  Plaintiffs are allowed three (3) days to file a response that complies with this Court's practice standards.  The time period within which Facebook may file a reply in support of its motion to dismiss shall begin to run on the date Plaintiffs file a revised response.

DATED this ____ day of _____, 2021.

BY THE COURT:

_____