IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-03747-NRN | Date: March 11, 2021 |
| Courtroom Deputy: Stacy Libid | FTR:  Courtroom C204 |

*Parties:*  *Counsel:*

KEVIN O'ROURKE,  Ernest Walker
NATHANIEL L. CARTER,
LORI CUTUNILLI,
LARRY D. COOK,
ALVIN CRISWELL,
KESHA CRENSHAW,
NEIL YARBROUGH, and
AMIE TRAPP,

   Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., a Delaware  Bridget DuPey
corporation,  David Meschke
FACEBOOK, INC., a Delaware corporation,  Stanley Garnett
CENTER FOR TECH AND CIVIC LIFE, an Illinois  Craig Streit
non-profit organization,  Joshua Lipshutz
MARK E. ZUCKERBERG, individually,  Ryan Bergsieker
PRISCILLA CHAN, individually,  Heather Meingast
BRIAN KEMP, individually,  Louis Fisher
BRAD RAFFENSPERGER, individually,  Charlene McGowan
GRETCHEN WHITMER, individually,  Marcella Coburn
JOCELYN BENSON, individually,
TOM WOLF, individually,
KATHY BOOCKVAR, individually,
TONY EVERS, individually,
ANN S. JACOBS, individually,
MARK L. THOMSEN, individually,
MARGE BOSTELMAN, individually,
JULIE M. GLANCEY,
DEAN KNUDSON, individually,
ROBERT F. SPINDELL, JR, individually, and
DOES 1-10,000,

Defendants.

---

**COURTROOM MINUTES**

---

**TELEPHONIC STATUS CONFERENCE**

**11:00 a.m.     Court in session.**

Court calls case. Appearance of counsel.

Discussion regarding consent/non-consent.

This matter is before the Court regarding Facebook, Inc.'s Motion to Strike Plaintiffs' Response and Brief in Opposition to Facebook's Motion to Dismiss [Docket No. 42] and Plaintiff's oral request for leave to file an Amended Complaint.

Arguments by counsel.

For the reasons set forth on the record, it is

**ORDERED:**  Defendant Facebook, Inc.'s Motion to Strike Plaintiffs' Response and Brief in Opposition to Facebook's Motion to Dismiss [Docket No. 42] is **DENIED**. The Court will allow a 15-page limit on any replies filed by Defendants in support of motions to dismiss.

**ORDERED:**  Plaintiff shall file a written Motion for Leave to File an Amended Complaint, with the proposed Amended Complaint attached in redline, on or **before March 15, 2021.** Defendants' shall file any oppositions to the response on or before **March 29, 2021.** Plaintiff shall file a reply on or before **April 8, 2021**. The Court will issue a written ruling.

**11:38 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:38

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.