## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3747

KEVIN O'ROURKE, et at.,

    Plaintiffs, on their own behalf
    and of a class of similarly
    situated persons,

vs.

DOMINION VOTING SYSTEMS INC.,
a Delaware corporation, et al.

    Defendants.

## DECLARATION OF PLAINTIFFS' COUNSEL

I, Ernest J. Walker, hereby declare as follows:

1. I am one of the attorneys representing the Plaintiffs in this matter, and have personal knowledge and can testify to the information below.

2. Since filing this lawsuit, Plaintiffs' counsel and staff have been bombarded by inquiries and requests from citizens across the country seeking to become members of this lawsuit as Plaintiffs.

3. Hundreds of phone calls and emails have been fielded, and tens of thousands have sought online information or to make personal donations of time or money to support Plaintiffs' litigation.

4. Plaintiffs' counsel and staff are coordinating with individuals seeking to join, and obtaining state issued ID and notarized affidavits from those who also believe their rights have been similarly violated.

5. Plaintiffs' counsel and staff have collected and verified identification and registered voter status, as well as signed and notarized affidavits from 152 individuals as of the date of filing (in addition to the affidavits filed with the original Complaint), and many more are in process.

6. Every individual who has made contact has universally believed that they had been damaged and expressed a deep sense of loss of trust and confidence in the electoral process, specifically caused by the actions of the named Defendants.

7. Many individuals expressed concern about coming forward and identifying themselves for fear of retaliation and retribution, specifically noting attempts by left-wing activists to collect and target anyone perceived as supporters of President Trump.

8. Some expressed concern about more severe censorship or total banning from Facebook, a forum in which several maintain small business operations and depend heavily on Facebook for their business and livelihoods, some of whom have already been banned and victims of Facebook censorship.

9. Practically everyone we spoke with were passionate about vindicating their rights, and preventing the type of election we had in 2020 from ever happening again.

10. Said 152 additional registered voters are attached hereto as a part of this Exhibit 3 to Plaintiffs' Motion for Leave to File Amended Complaint.

Respectfully submitted this 15th day of March, 2021.

/s/ Ernest J. Walker
**Ernest J. Walker** (MI P58635)
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720)306-0007

**CONSOLIDATED AFFIDAVITS OF ADDITIONAL PLAINTIFFS**

The following additional Plaintiffs' have submitted Affidavits, which are in possession of Plaintiffs' counsel, in support of their status a member of the identified Class sought to be certified in this matter:

1. PETER LITTLE – Alabama
2. SUSAN GREEN – Alabama
3. BRYAN TYNER – Arizona
4. WENDY KAY – Arizona
5. GEORGE FREEZE – Arizona
6. JOHNNY TORRES – Arizona
7. CYNTHIA ST. DENIS – Arizona
8. VINCENT FERRANTI – Arizona
9. EMMETT MCNEEL – Arizona
10. AUDREY LEFTWICH – Arizona
11. JASON P. BEARCE – Arizona
12. LAURIE L. BEARCE – Arizona
13. CATHERINE DAVIS – California
14. CHERYL CARUSO – California
15. DORALEE CLEMENT – California
16. JACK GEIGLE, JERRY LOVE – California
17. JOHN BANNES – California
18. KIMBERLY WILSON – California

19. EDWARD CLEMENT – California

20. DAVID ATTKISSON – California

21. GREGORY ANDELIN – California

22. STEPHANIE SEYMOUR – California

23. FRANCIS BYTHEL GILLHAM – California

24. FLORITA TOQUERO SHELDON – California

25. JESSICA BELL – Colorado

26. JOSEPHINE HELMS – Colorado

27. MICHELLE DOBROVOLNY – Colorado

28. NICHOLAS CHAPMAN – Colorado

29. RAYMOND HESS, JR. – Colorado

30. THOMAS COOPER – Colorado

31. CLAUDIA GRAVER – Colorado

32. BRYA MAIN – Colorado

33. JOSEPH DISMONT – Colorado

34. TERI DISMONT – Colorado

35. MARK HANNAHEL – Colorado

36. SANDRA MIARECKI – Colorado

37. CARMEN S. DE DISSE – Colorado

38. GUY CUNNINGHAM – Connecticut

39. JULIE GLOECKNER – Connecticut

40. STEVEN SAVINI – Delaware

41. JESSE CIFUNI – Delaware

42. MICHAEL DION – Florida

43. DOUGLAS ADAMS – Florida

44. FERMIN QUINONES – Florida

45. CYNTHIA CAGLE – Florida

46. AMY LEWIS – Florida

47. ALLISON DEL BORRELLO – Florida

48. ANDREW DUBOIS – Florida

49. KENNETH BELLETTI – Florida

50. LESLIE SEXTON – Florida

51. MICHEAL CAGLE – Florida

52. PATRICE VENE – Florida

53. ANNE ZIEGENHORN – Florida

54. SETH QUINTO – Florida

55. SUSAN M. PARENT – Florida

56. LINCOLN ONG – Georgia

57. DIANE JACKSON – Georgia

58. ANDREW SARKANY – Idaho

59. KIRSTEN KELLY-VARGAS – Illinois

60. MICHAEL E. ZACHER – Illinois

61. RACHEL DOUGLAS – Indiana

62. MICHELLE SALINAS – Kansas

63. STEFANIE COLLET – Kansas

64. MICHAEL L. GILSTRAP – Kansas

65. ASHLEY RIVERO – Louisiana

66. ELSON RIVERO – Louisiana

67. BRIAN MAYARD – Louisiana

68. TABBETHA LANGLEY – Louisiana

69. DANIQUE MCPHERSON – Maryland

70. MONICA BOWDEN – Maryland

71. LAWRENCE SMETANA – Massachusetts

72. SHEILA MELLO – Massachusetts

73. MARJORIE SPENCER – Massachusetts

74. ALEX WHITAKER – Michigan

75. DONALD BISHOP – Michigan

76. ELIZABETH ROZMARIEWICZ – Michigan

77. GLEN KANEKO – Michigan

78. JANE BISHOP – Michigan

79. JOSE SUAREZ – Michigan

80. JOSEPH DAY – Michigan

81. MICHAEL PRIESKORN – Michigan

82. JOHN BAKER – Minnesota

83. WILLIAM HESS – Missouri

84. LAURIE NICEWANER – Missouri

85. TESSA LAQUA – Montana

86. HEIDI BENOWITZ – Montana

87. LAWRENCE SAAGER – Nebraska

88. BRADFORD HUTCHINSON – New Hampshire

89. KATRINA LEAVENS – New York

90. ROSEMARY KOLYNICH – New York

91. SANDRA CICOTTA – New York

92. ANGELIA EBBECKE – New York

93. ONNIE SCRUTON – New York

94. DIANNE BORNIA – North Carolina

95. HENRY ALLEN – North Carolina

96. MICHAEL BORNIA – North Carolina

97. STANLEY LATTA – North Carolina

98. LINDA PURCELL – North Carolina

99. JAMES HANSON – Ohio

100. KATHLEEN HANSON – Ohio

101. STEPHANIE STEPHENS – Ohio

102. JEFF PAULK – Oklahoma

103. ROMAN LEADER – Oklahoma

104. ELAINE REDNER – Oregon

105. KERRI ROSENBLATT – Oregon

106. LAIRD HOLDER – Oregon

107. RICHARD MCBRIDE – Oregon

108. KEVIN SMITH – Oregon

109. DELYNN EDWARDS – Oregon

110. CHRISTOPHER EDWARDS – Oregon

111. DENISE WESTON – Pennsylvania

112. DOMINICA AYALA – Pennsylvania

113. GEORGE MITCHELL – Pennsylvania

114. HENRY RUTKOWSKI – Pennsylvania

115. OWEN BURK – Pennsylvania

116. ROBERT MCCARTHY – Pennsylvania

117. ROBERT WESTON – Pennsylvania

118. COREY OLSEN – Pennsylvania

119. VINCENT FAVA – Rhode Island

120. JENNIFER WILLIAMS – South Carolina

121. ME'SHELL MILLER – South Carolina

122. STACY LANG – South Carolina

123. WILLIAM SCHWAIBOLD – South Carolina

124. DEBORAH FALIN – Tennessee

125. BELLA STEVENSON – Texas

126. MILDRED SMITH – Texas

127. DAVID SMITH – Texas

128. JANET ROE – Texas

129. LYLE SMITH – Texas

130. RANDALL HODGES – Texas

131. GREGORY HOLLMANN – Texas

132. JAMES LUPO – Texas

133. JEFFERY ROGERS – Texas

134. VERONICA WATTS – Texas

135. CYNTHIA HEDGER – Utah

136. DONY J. WATTS – Utah

137. CAMERON ABBATICCHIO – Utah

138. SUZANNE ABBATICCHIO – Utah

139. MARK MARTIN – Utah

140. KEVIN L. KEMPTON – Utah

141. EVELYN E. KEMPTON – Utah

142. MATTHEW CHITTY – Virginia

143. KATHERINE EVANS – Virginia

144. ROGER KNIGHT – Washington

145. SEAN RATHGEBER – Washington

146. BRIANNA JONES MATTES – Washington

147. MICHAEL SHERMAN – Washington

148. MELISSA MITCHELL – West Virginia

149. RAYMOND KRAHN – Wisconsin

150. FRANK HALL – Wisconsin

151. LYNN ERICKSON – Wyoming

152. CHERYL AGUIAR – Wyoming

Dated: March 15, 2020   Respectfully submitted,

*/s/ Ernest J. Walker*
**Ernest J. Walker** (MI P58635)
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(O): (720)306-0007