**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-3747-NRN

KEVIN O'ROURKE,
NATHANIEL L. CARTER,
LORI CUTUNILLI,
LARRY D. COOK,
ALVIN CRISWELL,
KESHA CRENSHAW,
NEIL YARBROUGH, and
AMIE TRAPP,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., a Delaware corporation,
FACEBOOK, INC., a Delaware corporation,
CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually,
PRISCILLA CHAN, individually,
BRIAN KEMP, individually,
BRAD RAFFENSPERGER, individually,
GRETCHEN WHITMER, individually,
JOCELYN BENSON, individually,
TOM WOLF, individually,
VERONICA DEGRAFFENREID, individually,
TONY EVERS, individually,
ANN S. JACOBS, individually,
MARK L. THOMSEN, individually,
MARGE BOSTELMAN, individually,
JULIE M. GLANCEY, DEAN KNUDSON, individually,
ROBERT F. SPINDELL, JR, individually, and
DOES 1-10,000,

Defendants.

**ENTRY OF APPEARANCE OF MICHAEL FISCHER FOR DEFENDANTS GOVERNOR TOM WOLF AND ACTING SECRETARY VERONICA DEGRAFFENREID**

To the Clerk of this Court and all parties of record:

I hereby enter my appearance in this case as counsel for Governor Tom Wolf and Acting Secretary of the Commonwealth Veronica Degraffenreid. I certify that I am a member in good standing of the bar of this Court. Governor Wolf and Acting Secretary Degraffenreid reserve all rights to raise any jurisdictional or other arguments, through a motion pursuant to Federal Rule of Civil Procedure 12 or otherwise.

Dated: March 28, 2021

Respectfully submitted,

/s/ *Michael J. Fischer*
Michael J. Fischer (PA Bar No. 322311)
Chief Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 560-2171
mfischer@attorneygeneral.gov

Attorney for Governor Tom Wolf and Acting Secretary of the Commonwealth Veronica Degraffenreid

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document will be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Michael J. Fischer*
Michael J. Fischer