**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

---

**PLAINTIFFS' MOTION TO EXTEND TIME FOR SERVICE AND**
**FOR ALTERNATE SERVICE VIA U.S. MARSHAL**

---

COME NOW Plaintiffs, by and through counsel, who hereby submit the following

Motion to Extend Time for Service up to and including May 21, 2021, and for Alternate Service

Via U.S. Marshall Service, for the reasons set forth below:

1.    Plaintiffs filed their initial Complaint on December 22, 2020 [Doc. 1].

2.    F.R.C.P. 4 establishes a ninety (90) day period from the date of filing a complaint

to serve a defendant.

3.    Since filing Plaintiffs' Complaint, Plaintiffs' counsel has made good faith

attempts to serve all identified Defendants, and several have responded to this matter.

4.    Plaintiffs' counsels' attempts have included use of national and local process

servers, who ultimately rejected service requests because of the political nature of the case, or

that certain Defendants are too high profile, or did not respond to requests at all.

5.    Alternative modes of service via certified U.S. Mail have also been refused by

certain remaining unserved Defendants.

6.      Plaintiffs also sought to file their Amended Complaint, and then have the remaining Defendants served with that complaint, instead. However, the Amended Complaint has not yet been accepted for filing.

7.      The initial ninety (90) day period under F.R.C.P. 4(m) has expired, and the Plaintiffs are continuing to attempt to serve all remaining identified Defendants.

8.      Certain Defendants who have been served and appeared have filed motions seeking to dismiss Plaintiffs claims, and as previously referenced, Plaintiffs have sought to amend their initial Complaint.

9.      Further, all discovery has been voluntarily agreed to be stayed among the Parties who have appeared, while motions are currently pending.

10.      In light of the filing of the Plaintiffs' Amended Complaint, there exists no prejudice to any party that has not been served, and there is no danger of prejudice in the future by serving the remaining Defendants within the next eight weeks.

11.      Additionally, F.R.C.P. 4(c)(3) permits service upon request by Plaintiffs to be made upon a defendant by the U.S. Marshal, or deputy marshal.

12.      Plaintiffs believe service via U.S. Marshal will be the most effective and efficient means to ensure service upon all remaining unserved Defendants and, in fact, may be the only way to actually serve the remaining Defendants.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant an extension of sixty (60) days to effectuate service on all remaining identified Defendants, up to and including Friday, May 21, 2021, and to authorize service of process on all remaining Defendants to be completed by a U.S. Marshal, or deputy Marshal, pursuant to F.R.C.P. 4(c)(3), in accordance with the attached Proposed Order.

Respectfully submitted this 1st day of April, 2021.

***PLAINTIFFS COUNSEL:***

By: *s/Ernest J. Walker*              By:     *s/ Gary D. Fielder*
Ernest J. Walker (MI P58635)               Gary D. Fielder (CO 19757)
ERNEST J. WALKER LAW OFFICE                 LAW OFFICE OF GARY FIELDER
1444 Stuart St.                             1444 Stuart St.
Denver, CO 80204                            Denver, CO 80204
(720) 306-0007                              (720) 306-0007
ernestjwalker@gmail.com                     gary@fielderlaw.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 1, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Gary D. Fielder*
Gary D. Fielder, Esq.
Law Office of Gary Fielder
1444 Stuart St.
Denver, CO 80204
(720)306-0007
gary@fielderlaw.net