# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

---

### [PROPOSED] ORDER TO EXTEND TIME FOR SERVICE AND FOR ALTERNATE SERVICE VIA U.S. MARSHAL

---

Upon Motion and request by Plaintiffs, and otherwise for good cause, it is hereby Ordered as follows:

1. Plaintiffs shall be authorized an additional sixty (60) days to serve any remaining identified Defendant with a copy of the initial Complaint, or Amended Complaint if accepted, and shall complete service by Friday, May 21, 2021.

2. Plaintiffs are further authorized to conduct service through the U.S. Marshal Service for service of the Complaint and/or Amended Complaint by the U.S. Marshal, or deputy marshal, on any remaining identified Defendants, in this matter.

SO ORDERED this_____day of April, 2021.

_____
Magistrate Judge N. Reid Neureiter

1