IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

## PLAINTIFFS' MOTION TO FILE REPLY BRIEF
## ONE DAY OUT OF TIME

      Plaintiffs, by and through counsel, respectfully request leave to file their Reply Briefs [Docs. 75, 76, 77] to Defendants CTCL [Doc. 62], Tom Wolf and Kathy Boockvar [Doc 59], and Facebook [Doc. 66], one day out of time, and state as follows:

1.    The briefing schedule for Plaintiffs' Motion to File Amended Complaint [Doc. 48] set April 8, 2021, as the filing date for Plaintiffs' reply briefs for all opposing response briefs.

2.    All appearing Defendants filed objections to accepting Plaintiffs' First Amended Complaint [Docs. 58-63].

3.    During the electronic filing process for submitting Plaintiffs' Reply Briefs to Defendants' responses, counsel experienced computer malfunctions which ultimately caused late delivery of the final three documents filed, being Plaintiffs' Reply Brief to CTCL, Tom Wolf and Kathy Boockvar, and Facebook [Docs. 75-77].

4.    Plaintiffs' counsel was ultimately able to submit these documents through separate computer access, but coordination of getting documents alternately refiled caused a delay in

electronic delivery resulting in the final reply submitted [Doc. 77] being time stamped at 12:53 A.M. on April 9, 2021.

5.  The technical difficulties were unanticipated and unintentional, and although totaling less than one hour of actual time and causing no prejudice to any parties, Plaintiffs' counsel recognizes the delay did force the submissions beyond the deadline established by this Court.

6.  Plaintiffs' counsel has sought the position of each respective counsel regarding filing of these Reply Briefs, and counsel for Tom Wolf and Kathy Boockvar, and counsel for CTCL have confirmed no opposition. Plaintiffs have received no response from counsel from Facebook by the time of filing this Motion.

WHEREFORE, Plaintiffs respectfully request that this honorable Court grant Plaintiffs leave to submit their Reply Briefs [Doc 75, 76, 77] one day out of time.

Respectfully submitted this 9th day of April, 2021.

*PLAINTIFFS COUNSEL:*

By: *s/Ernest J. Walker*
Ernest J. Walker (MI P58635)
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720) 306-0007
ernestjwalker@gmail.com

By: *s/ Gary D. Fielder*
Gary D. Fielder (CO 19757)
LAW OFFICE OF GARY FIELDER
1444 Stuart St.
Denver, CO 80204
(720) 306-0007
gary@fielderlaw.net

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Ernest J. Walker*
Ernest J. Walker, Esq.
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720)306-0007