IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS GRETCHEN WHITMER AND JOCELYN BENSON

Plaintiffs, by and through counsel, hereby submit Notice of Voluntary Dismissal of Defendants Gretchen Whitmer and Jocelyn Benson pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Respectfully submitted this 19th day of April, 2021.

*PLAINTIFFS' COUNSEL:*

By: *s/Ernest J. Walker*
Ernest J. Walker (MI P58635)
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720) 306-0007
ernestjwalker@gmail.com

By: *s/ Gary D. Fielder*
Gary D. Fielder (CO 19757)
LAW OFFICE OF GARY FIELDER
1444 Stuart St.
Denver, CO 80204
(720) 306-0007
gary@fielderlaw.net

*DEFENDANTS' COUNSEL:*

By: *s/Heather S. Meingast*
Heather S. Meingast (P55439) (Michigan)
Michigan Assistant Attorney General
PO Box 30736
525 West Ottawa
Lansing, Michigan 48909
(517)335-7659
meingasth@michigan.gov

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 19, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Ernest J. Walker*
Ernest J. Walker, Esq.
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720)306-0007
ernestjwalker@gmail.com