# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS
## BRIAN KEMP AND BRAD RAFFENSPERGER

---

Plaintiffs, by and through counsel, hereby submit Notice of Voluntary Dismissal of Defendants Brian Kemp and Brad Raffensperger pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Respectfully submitted this 19th day of April, 2021.

**PLAINTIFFS' COUNSEL:**

By: *s/Ernest J. Walker*  
Ernest J. Walker (MI P58635)  
ERNEST J. WALKER LAW OFFICE  
1444 Stuart St.  
Denver, CO 80204  
(720) 306-0007  
ernestjwalker@gmail.com

By: *s/ Gary D. Fielder*  
Gary D. Fielder (CO 19757)  
LAW OFFICE OF GARY FIELDER  
1444 Stuart St.  
Denver, CO 80204  
(720) 306-0007  
gary@fielderlaw.net

**DEFENDANTS' COUNSEL:**

By: */s/ Charlene S. McGowan*  
Charlene S. McGowan (GA 697316)  
Assistant Attorney General  
40 Capitol Square SW  
Atlanta, GA 30334  
cmcgowan@law.ga.gov  
(404)458-3658

1

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April 19, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Ernest J. Walker*
Ernest J. Walker, Esq.
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720)306-0007
ernestjwalker@gmail.com