IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS TOM WOLF AND KATHY BOOCKVAR

Plaintiffs, by and through counsel, hereby submit Notice of Voluntary Dismissal of Defendants Tom Wolf and Kathy Boockvar pursuant to F.R.C.P. 41(a)(1)(A)(ii).

Respectfully submitted this 19th day of April, 2021.

***PLAINTIFFS' COUNSEL:***

| | |
|---|---|
| By: *s/ Ernest J. Walker* <br> Ernest J. Walker (MI P58635) <br> ERNEST J. WALKER LAW OFFICE <br> 1444 Stuart St. <br> Denver, CO 80204 <br> (720) 306-0007 <br> ernestjwalker@gmail.com | By: *s/ Gary D. Fielder* <br> Gary D. Fielder (CO 19757) <br> LAW OFFICE OF GARY FIELDER <br> 1444 Stuart St. <br> Denver, CO 80204 <br> (720) 306-0007 <br> gary@fielderlaw.net |

***DEFENDANTS' COUNSEL:***

By: *s/ Michael J. Fischer*
Michael J. Fischer
Pennsylvania Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107
(215) 560-2171
mfischer@attorneygeneral.gov

1

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on April 19, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Ernest J. Walker*
Ernest J. Walker, Esq.
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720)306-0007
ernestjwalker@gmail.com

2