# EXHIBIT 1

**Boyer, Jacob B.**

| | |
|---|---|
| **From:** | Ernie Walker <ernestjwalker@gmail.com> |
| **Sent:** | Tuesday, April 20, 2021 12:30 PM |
| **To:** | Fischer, Michael J. |
| **Cc:** | Bentz, Kristen; Boyer, Jacob B.; gary |
| **Subject:** | Re: [ EXTERNAL ] O'Rourke v. Dominion Voting Systems - Voluntary Dismissal |

Mr. Fischer:

I you believe you need to submit additional information to supplement your prior responses for additional clarification of your position, I would be happy to include it with my record of your communication to the court.

Please forward any additional statements you wish to provide at your earliest convenience.

Thank you,
Ernest Walker

On Tue, Apr 20, 2021, 12:24 PM Fischer, Michael J. <mfischer@attorneygeneral.gov> wrote:

> Counsel,
>
> If plaintiffs have not corrected their notice of withdrawal by 1 p.m. Eastern, we will file notice with the Court making our position clear.
>
> Michael J. Fischer
>
> Pennsylvania Office of Attorney General
>
> (215) 347-3929
>
>
> **From:** Ernie Walker <ernestjwalker@gmail.com>
> **Sent:** Tuesday, April 20, 2021 10:33 AM
> **To:** Fischer, Michael J. <mfischer@attorneygeneral.gov>
> **Cc:** Bentz, Kristen <kbentz@attorneygeneral.gov>; Boyer, Jacob B. <jboyer@attorneygeneral.gov>; gary <gary@fielderlaw.net>
> **Subject:** Re: [ EXTERNAL ] O'Rourke v. Dominion Voting Systems - Voluntary Dismissal
>
> Mr. Fischer:

1

Your last email to me was an unambiguous consent.

I will withdraw the notice and file for the appropriate court order.

I will fully disclose your communication with me to the court.

Thank you,

Ernest Walker

On Tue, Apr 20, 2021, 9:35 AM Fischer, Michael J. <mfischer@attorneygeneral.gov> wrote:

> Counsel-
>
> I did not authorize you to sign my name to the notice of dismissal. As I informed you in my email from yesterday morning, we were willing to agree to a stipulated dismissal with the two changes we had requested. You indicated that you were not willing to make both changes and that you were prepared to seek a voluntary dismissal by court order. I informed you that we did not oppose plaintiffs' voluntary dismissal of their claims, but I did not give you the authority to sign my name to a stipulation of dismissal.
>
> Please correct the record with the Court by 11 Eastern this morning. Otherwise, we will file a notice making our position clear.
>
> Michael J. Fischer
>
> Pennsylvania Office of Attorney General
>
> (215) 347-3929

**From:** Ernie Walker <ernestjwalker@gmail.com>
**Sent:** Monday, April 19, 2021 9:22 PM
**To:** Fischer, Michael J. <mfischer@attorneygeneral.gov>
**Cc:** Bentz, Kristen <kbentz@attorneygeneral.gov>; Boyer, Jacob B. <jboyer@attorneygeneral.gov>; gary <gary@fielderlaw.net>
**Subject:** Re: [ EXTERNAL ] O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

Thank you.

On Mon, Apr 19, 2021 at 3:21 PM Fischer, Michael J. <mfischer@attorneygeneral.gov> wrote:

> Counsel,
>
> We do not oppose the voluntary dismissal by plaintiffs of the case against the Pennsylvania defendants.
>
> Sincerely,
>
> Mike Fischer
>
> Michael J. Fischer
>
> Pennsylvania Office of Attorney General
>
> (215) 347-3929
>
> **From:** Ernie Walker <ernestjwalker@gmail.com>
> **Sent:** Monday, April 19, 2021 3:13 PM
> **To:** Fischer, Michael J. <mfischer@attorneygeneral.gov>
> **Cc:** Bentz, Kristen <kbentz@attorneygeneral.gov>; Boyer, Jacob B. <jboyer@attorneygeneral.gov>; gary <gary@fielderlaw.net>
> **Subject:** Re: [ EXTERNAL ] O'Rourke v. Dominion Voting Systems - Voluntary Dismissal
>
> Mr. Fischer:

3

The First Amended Complaint has not been accepted, and Mr. Shapiro is not yet a Defendant. We are preparing a second amended complaint to remove the state constitutional claims from this matter, and Pennsylvania would not have a continued interest in this case. Your consent would not be required, but we would be willing to include Mr. Shapiro on this stipulation.

But Plaintiffs are seeking dismissal of your clients based on jurisdiction issues only, and are not willing to compromise any claims they may later pursue where jurisdiction may otherwise be appropriate, particularly in light of recent Pennsylvania court decisions. Voluntary dismissals under Rule 41 are without prejudice. Plaintiffs will pursue voluntary dismissal by court order if you do not consent.

Please advise regarding your position.

Thank you,

Ernest Walker

On Mon, Apr 19, 2021 at 11:03 AM Fischer, Michael J. <mfischer@attorneygeneral.gov> wrote:

> Counsel,
>
> We have two changes to the proposed notice of dismissal. First, we would ask that the dismissal be with prejudice and, second, please include Attorney General Shapiro in the notice, since he was proposed to be added as a defendant in the proposed amended complaint. With those changes, we would agree to the stipulation.
>
> Sincerely,
>
> Mike Fischer
>
> Michael J. Fischer
>
> Chief Deputy Attorney General
>
> Impact Litigation Section

4

Pennsylvania Office of Attorney General

21 S. 12th Street, 3rd Floor

Philadelphia, PA  19107

P: (215) 560-2171

C: (215) 347-3929

mfischer@attorneygeneral.gov

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material.  Any use of this information other than by the intended recipient is prohibited.  If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers.  Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

---

**From:** Ernie Walker [ernestjwalker@gmail.com]
**Sent:** Monday, April 19, 2021 12:33 PM
**To:** Fischer, Michael J.
**Cc:** Bentz, Kristen; Boyer, Jacob B.; gary
**Subject:** Re: [ EXTERNAL ] O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

Mr. Fischer:

I have attached a copy of the Notice of Dismissal for Mr. Wolf and Ms. Boockvar that we intend to file with your consent.  Please let me know if you have any objections.

Thank you,

Ernest Walker

On Fri, Apr 16, 2021 at 1:50 PM Fischer, Michael J. <mfischer@attorneygeneral.gov> wrote:

> Counsel,
>
> Thank you for your email. We will get back to you with our position on Monday.

Best,

Mike Fischer


Michael J. Fischer

Chief Deputy Attorney General

Impact Litigation Section

Pennsylvania Office of Attorney General

21 S. 12th Street, 3rd Floor

Philadelphia, PA  19107

P: (215) 560-2171

C: (215) 347-3929

mfischer@attorneygeneral.gov


The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material.  Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers.  Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

---

**From:** Ernie Walker [ernestjwalker@gmail.com]
**Sent:** Friday, April 16, 2021 11:04 AM
**To:** Bentz, Kristen; Boyer, Jacob B.; Fischer, Michael J.; gary
**Subject:** [ EXTERNAL ] O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

**CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.


Counsel:

After consideration of the jurisdiction issues in this matter, Plaintiffs have decided to pursue voluntary dismissal of Mr. Tom Wolf and Ms. Kathy Boockvar pursuant to Rule 41. Please advise of your position, and we will include with our motion, which we intend to file no later than Monday, April 19.

Thank you,

Ernest Walker

Click here to report this email as spam.

This message has been scanned for malware by Websense. www.websense.com