IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

**PLAINTIFFS' MOTION FOR LEAVE FOR ORDER OF VOLUNTARY DISMISSAL OF DEFENDANTS TOM WOLF AND KATHY BOOCKVAR**

COME NOW the Plaintiffs, by and through counsel, and hereby submit their Motion for Leave for Order of Voluntary Dismissal of Defendants Tom Wolf and Kathy Boockvar, without prejudice, pursuant to F.R.C.P. 41(a)(2), and for the following reasons:

1. On March 28, 2021, counsel for Defendants filed his appearance in this matter on behalf of Defendants Tom Wolf and Kathy Boockvar. [Doc. 57].

2. On March 29, 2021, Defendants' counsel threatened Plaintiffs' counsel with filing of a motion seeking sanctions against Plaintiffs "on or after April 19, 2021, unless the complaint and motion for leave to amend the complaint are withdrawn prior to that date." Exhibit A.

3. On April 16, 2021, Plaintiffs' counsel advised Defendants' counsel that Plaintiffs had decided to seek voluntary dismissal of their claims against Defendants Tom Wolf and Kathy Boockvar due to issues of jurisdiction. Exhibit B.

4. Later that afternoon, Defendants' counsel responded, "Thank you for your email. We will get back to you with our position on Monday." Exhibit C.

1

5. Having not yet received a response, Plaintiffs provided Defendants' counsel with a copy of the proposed stipulated notice of voluntary dismissal on March 19, 2021. Exhibit D.

6. Defendants' counsel responded noting two objections: (1) a request that the dismissal be "with prejudice," and (2) that it include Attorney General Shapiro. Exhibit E.

7. Plaintiffs explained that because the amended complaint had not been accepted, Attorney General Shapiro was not yet a Defendant, and consent was unnecessary to dismiss this party/claim, and Plaintiffs would further amend their complaint to dismiss state claims. Exhibit F.

8. Plaintiffs, however, challenged the request for dismissal of claims "with prejudice," and would not agree to compromise their claims where jurisdiction is proper. Exhibit F.

9. Defendants' counsel responded with a single statement, "We do not oppose the voluntary dismissal by plaintiffs of the case against the Pennsylvania defendants." Exhibit G.

10. Plaintiffs' counsel proceeded to file their Notice of Voluntary Dismissal, exactly as had been proposed, sent, and explained to Defendants' counsel. [Doc. 85].

11. On April 20, 2021, Defendants' counsel advised Plaintiffs' counsel that "I informed you that we did not oppose plaintiffs' voluntary dismissal of their claims, but I did not give you the authority to sign my name to a stipulation of dismissal," and demanded that Plaintiffs "correct the record." Exhibit H.

12. Plaintiffs' counsel advised Defendants' counsel that they would correct the record and seek voluntary dismissal by court order. Exhibit I.

13. Plaintiffs desire to voluntarily dismiss Defendants Tom Wolf and Kathy Boockvar pursuant to F.R.C.P. 41(a)(2).

14.	It appears counsel for these Defendants do not oppose voluntary dismissal, but none are willing to authorize their signature on a stipulation. Exhibit H.

WHEREFORE, Plaintiffs respectfully request an order voluntarily dismissing Defendants Tom Wolf and Kathy Boockvar, without prejudice, pursuant to F.R.C.P. 41(a)(2).

Respectfully submitted this 20th day of April, 2021.

*PLAINTIFFS COUNSEL:*

| | |
|---|---|
| By: *s/ Ernest J. Walker*<br>Ernest J. Walker (MI P58635)<br>ERNEST J. WALKER LAW OFFICE<br>1444 Stuart St.<br>Denver, CO 80204<br>(720) 306-0007<br>ernestjwalker@gmail.com | By:	*s/ Gary D. Fielder*<br>Gary D. Fielder (CO 19757)<br>LAW OFFICE OF GARY FIELDER<br>1444 Stuart St.<br>Denver, CO 80204<br>(720) 306-0007<br>gary@fielderlaw.net |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Ernest J. Walker*
Ernest J. Walker, Esq.
Ernest J. Walker Law Office
1444 Stuart St.
Denver, CO 80204
(720)306-0007