Case 1:20-cv-03747-NRN  Document 87-1  Filed 04/20/21  USDC Colorado  Page 1 of 2

4/20/2021 Gmail - O'Rourke v. Dominion, No. 20-cv-3747 (D. Colo.)



Ernie Walker <ernestjwalker@gmail.com>

## O'Rourke v. Dominion, No. 20-cv-3747 (D. Colo.)

**Fischer, Michael J.** <mfischer@attorneygeneral.gov>  Mon, Mar 29, 2021 at 7:42 AM
To: "criminaldefense@fielderlaw.net" <criminaldefense@fielderlaw.net>, "ernestjwalker@gmail.com" <ernestjwalker@gmail.com>
Cc: "Boyer, Jacob B." <jboyer@attorneygeneral.gov>

Counsel-

Please see the attached letter and accompanying motion in the above matter, which have been sent by first-class mail to the addresses indicated. Consistent with Rule 11(c)(2), we intend to file the motion on or after April 19, 2021, unless the complaint and motion for leave to amend the complaint are withdrawn prior to that date.

Sincerely,

Michael Fischer

Michael J. Fischer

Chief Deputy Attorney General

Impact Litigation Section

Pennsylvania Office of Attorney General

1600 Arch Street

Suite 300

Philadelphia, PA 19103

P: (215) 560-2171

C: (215) 347-3929

mfischer@attorneygeneral.gov

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material.  Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

This message has been scanned for malware by Websense. www.websense.com

**2 attachments**

Case 1:20-cv-03747-NRN Document 87-1 Filed 04/20/21 USDC Colorado Page 2 of 2

 **3-26-21 O'Rourke v Dominion.pdf**
1667K

 **O'Rourke Rule 11 Motion.pdf**
90K