

Ernie Walker <ernestjwalker@gmail.com>

## O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

**Ernie Walker** <ernestjwalker@gmail.com>	Fri, Apr 16, 2021 at 9:04 AM
To: kbentz@attorneygeneral.gov, "Boyer, Jacob B." <jboyer@attorneygeneral.gov>, "Fischer, Michael J." <mfischer@attorneygeneral.gov>, gary <gary@fielderlaw.net>
Bcc: Gary Fielder <garyfielder@earthlink.net>, JEFFREY BRODE <jbrode@mac.com>

Counsel:

After consideration of the jurisdiction issues in this matter, Plaintiffs have decided to pursue voluntary dismissal of Mr. Tom Wolf and Ms. Kathy Boockvar pursuant to Rule 41. Please advise of your position, and we will include with our motion, which we intend to file no later than Monday, April 19.

Thank you,
Ernest Walker