4/20/2021                           Gmail - O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

 Gmail                                    **Ernie Walker <ernestjwalker@gmail.com>**

---

## O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

**Fischer, Michael J.** <mfischer@attorneygeneral.gov>              Fri, Apr 16, 2021 at 1:49 PM
To: Ernie Walker <ernestjwalker@gmail.com>, "Bentz, Kristen" <kbentz@attorneygeneral.gov>, "Boyer, Jacob B."
<jboyer@attorneygeneral.gov>, gary <gary@fielderlaw.net>

Counsel,

Thank you for your email. We will get back to you with our position on Monday.

Best,
Mike Fischer


Michael J. Fischer

Chief Deputy Attorney General

Impact Litigation Section

Pennsylvania Office of Attorney General

21 S. 12th Street, 3rd Floor

Philadelphia, PA  19107

P: (215) 560-2171

C: (215) 347-3929

mfischer@attorneygeneral.gov


The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential
and/or privileged material.  Any use of this information other than by the intended recipient is prohibited. If you receive this
message in error, please send a reply e-mail to the sender and delete the material from any and all computers.
Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege.
PA-OAG

---

**From:** Ernie Walker [ernestjwalker@gmail.com]
**Sent:** Friday, April 16, 2021 11:04 AM
**To:** Bentz, Kristen; Boyer, Jacob B.; Fischer, Michael J.; gary
**Subject:** [ EXTERNAL ] O'Rourke v. Dominion Voting Systems - Voluntary Dismissal


**CAUTION:** This email originated from outside the organization. Do not click links or open attachments
unless you recognize the sender and know the content is safe.

[Quoted text hidden]

Pennsylvania Office of Attorney General              Click here to report this email as spam.


This message has been scanned for malware by Websense. www.websense.com

Gmail - O'Rourke v. Dominion Voting Systems - Voluntary Dismissal