Ernie Walker <ernestjwalker@gmail.com>

## O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

**Ernie Walker** <ernestjwalker@gmail.com>                              Mon, Apr 19, 2021 at 10:33 AM
To: "Fischer, Michael J." <mfischer@attorneygeneral.gov>
Cc: "Bentz, Kristen" <kbentz@attorneygeneral.gov>, "Boyer, Jacob B." <jboyer@attorneygeneral.gov>, gary <gary@fielderlaw.net>
Bcc: JEFFREY BRODE <jbrode@mac.com>, Gary Fielder <garyfielder@earthlink.net>

Mr. Fischer:

I have attached a copy of the Notice of Dismissal for Mr. Wolf and Ms. Boockvar that we intend to file with your consent. Please let me know if you have any objections.

Thank you,
Ernest Walker

[Quoted text hidden]

  **Notice of Dismissal - Pennsylvania.pdf**
330K