

Ernie Walker <ernestjwalker@gmail.com>

## O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

**Fischer, Michael J.** <mfischer@attorneygeneral.gov>  Mon, Apr 19, 2021 at 11:03 AM
To: Ernie Walker <ernestjwalker@gmail.com>
Cc: "Bentz, Kristen" <kbentz@attorneygeneral.gov>, "Boyer, Jacob B." <jboyer@attorneygeneral.gov>, gary <gary@fielderlaw.net>

Counsel,

We have two changes to the proposed notice of dismissal. First, we would ask that the dismissal be with prejudice and, second, please include Attorney General Shapiro in the notice, since he was proposed to be added as a defendant in the proposed amended complaint. With those changes, we would agree to the stipulation.

Sincerely,

Mike Fischer

Michael J. Fischer

Chief Deputy Attorney General

Impact Litigation Section

Pennsylvania Office of Attorney General

21 S. 12th Street, 3rd Floor

Philadelphia, PA  19107

P: (215) 560-2171

C: (215) 347-3929

mfischer@attorneygeneral.gov

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material.  Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

**From:** Ernie Walker [ernestjwalker@gmail.com]
**Sent:** Monday, April 19, 2021 12:33 PM
**To:** Fischer, Michael J.
**Cc:** Bentz, Kristen; Boyer, Jacob B.; gary
**Subject:** Re: [ EXTERNAL ] O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

[Quoted text hidden]