

Ernie Walker <ernestjwalker@gmail.com>

## O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

**Ernie Walker** <ernestjwalker@gmail.com>　　　　　　　　　　　　　　　　　Mon, Apr 19, 2021 at 1:12 PM
To: "Fischer, Michael J." <mfischer@attorneygeneral.gov>
Cc: "Bentz, Kristen" <kbentz@attorneygeneral.gov>, "Boyer, Jacob B." <jboyer@attorneygeneral.gov>, gary <gary@fielderlaw.net>
Bcc: JEFFREY BRODE <jbrode@mac.com>, Gary Fielder <garyfielder@earthlink.net>

Mr. Fischer:

The First Amended Complaint has not been accepted, and Mr. Shapiro is not yet a Defendant. We are preparing a second amended complaint to remove the state constitutional claims from this matter, and Pennsylvania would not have a continued interest in this case. Your consent would not be required, but we would be willing to include Mr. Shapiro on this stipulation.

But Plaintiffs are seeking dismissal of your clients based on jurisdiction issues only, and are not willing to compromise any claims they may later pursue where jurisdiction may otherwise be appropriate, particularly in light of recent Pennsylvania court decisions. Voluntary dismissals under Rule 41 are without prejudice. Plaintiffs will pursue voluntary dismissal by court order if you do not consent.

Please advise regarding your position.

Thank you,
Ernest Walker

[Quoted text hidden]