

Ernie Walker <ernestjwalker@gmail.com>

## O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

**Fischer, Michael J.** <mfischer@attorneygeneral.gov>  Mon, Apr 19, 2021 at 3:21 PM
To: Ernie Walker <ernestjwalker@gmail.com>
Cc: "Bentz, Kristen" <kbentz@attorneygeneral.gov>, "Boyer, Jacob B." <jboyer@attorneygeneral.gov>, gary <gary@fielderlaw.net>

Counsel,

We do not oppose the voluntary dismissal by plaintiffs of the case against the Pennsylvania defendants.

Sincerely,

Mike Fischer

Michael J. Fischer

Pennsylvania Office of Attorney General

(215) 347-3929

[Quoted text hidden]