**Gmail**

**Ernie Walker <ernestjwalker@gmail.com>**

## O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

**Fischer, Michael J.** <mfischer@attorneygeneral.gov>                Tue, Apr 20, 2021 at 7:35 AM
To: Ernie Walker <ernestjwalker@gmail.com>
Cc: "Bentz, Kristen" <kbentz@attorneygeneral.gov>, "Boyer, Jacob B." <jboyer@attorneygeneral.gov>, gary <gary@fielderlaw.net>

Counsel-

I did not authorize you to sign my name to the notice of dismissal. As I informed you in my email from yesterday morning, we were willing to agree to a stipulated dismissal with the two changes we had requested. You indicated that you were not willing to make both changes and that you were prepared to seek a voluntary dismissal by court order. I informed you that we did not oppose plaintiffs' voluntary dismissal of their claims, but I did not give you the authority to sign my name to a stipulation of dismissal.

Please correct the record with the Court by 11 Eastern this morning. Otherwise, we will file a notice making our position clear.

[Quoted text hidden]