

Ernie Walker <ernestjwalker@gmail.com>

## O'Rourke v. Dominion Voting Systems - Voluntary Dismissal

**Ernie Walker** <ernestjwalker@gmail.com> Tue, Apr 20, 2021 at 8:32 AM
To: "Fischer, Michael J." <mfischer@attorneygeneral.gov>
Cc: "Bentz, Kristen" <kbentz@attorneygeneral.gov>, "Boyer, Jacob B." <jboyer@attorneygeneral.gov>, gary <gary@fielderlaw.net>

Mr. Fischer:

Your last email to me was an unambiguous consent.

I will withdraw the notice and file for the appropriate court order.

I will fully disclose your communication with me to the court.

Thank you,
Ernest Walker

[Quoted text hidden]