IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS AND CLAIMS FROM FIRST AMENDED COMPLAINT

Plaintiffs, by and through counsel, and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby submit Notice of Voluntary Dismissal of the following Defendants and claims from Plaintiffs' First Amended Complaint:

*DEFENDANTS:*

DANA NESSEL, CHRIS CARR, JOSH SHAPIRO, and JOSH KAUL

*CLAIMS:*

COUNT VIII – Constitutional Challenge, Michigan Law – M.C.L. 168.759(3), as applied;

COUNT IX – Constitutional Challenge, Georgia Law – O.C.G.A. 21-2-386 et seq., as applied;

COUNT X – Constitutional Challenge, Pennsylvania Law – Act 77, on its face and as applied; and

COUNT XI – Constitutional Challenge, Wisconsin Law – Wis. Stat. 6.855(3) and 7.15(2m), as applied.

1

Respectfully submitted this 25th day of April, 2021.

**PLAINTIFFS' COUNSEL:**

| | |
|---|---|
| By: *s/ Ernest J. Walker* | By: *s/ Gary D. Fielder* |
| Ernest J. Walker (MI P58635) | Gary D. Fielder (CO 19757) |
| ERNEST J. WALKER LAW OFFICE | LAW OFFICE OF GARY FIELDER |
| 1444 Stuart St. | 1444 Stuart St. |
| Denver, CO 80204 | Denver, CO 80204 |
| (720) 306-0007 | (720) 306-0007 |
| ernestjwalker@gmail.com | gary@fielderlaw.net |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Ernest J. Walker*
Ernest J. Walker, Esq.
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720)306-0007
ernestjwalker@gmail.com