**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

---

**PLAINTIFFS' MOTION FOR JUDICIAL NOTICE**

---

COME NOW the Plaintiffs, by and through counsel, and hereby submit the following Motion for Judicial Notice, and hereby respectfully requests that the Court take judicial notice of the following items for purposes of the hearing set for April 27, 2021, with regard to the several motions to dismiss, and the Plaintiffs' motion for leave to file amended complaint.

## I. INTRODUCTION

This case is set for hearing on April 27, 2021, on the outstanding motions. Some of the motions are to dismiss the Plaintiffs' Complaint for failing to state a claim for which relief may be granted, pursuant to Rule 12(b)(6). In that regard, the Court previously remarked that it was interested in the issues concerning standing, state action, damages and redressability. These issues have been briefed by the parties, and most of the items have been listed in the pleadings. However, new evidence has emerged, which may be considered by the Court. Noting the standard of review, the Plaintiffs request that the Court take judicial notice, pursuant to Fed.R.Evid. 201(c)(2), of the following items, for purposes of the motions filed and upcoming hearing to determine the issues outlined in said motions.

1

**II.      THE COURT MUST TAKE JUDICIAL NOTICE OF THE FOLLOWING:**

1.      The Plaintiffs are relying on information, reports, affidavits, documents, exhibits,

rulings and orders, from the following cases:

A.      *My Pillow, Inc. v. US Dominion, Inc.*, 1:21-cv-01015 (D. Minnesota 2021);

B.      *US Dominion, Inc., et al. v. Powell*, 1:21-cv-00040 (D.D.C. 2021);

C.      *US Dominion, Inc., et al. v. Giuliani*, 1:21-cv-00213 (D.D.C. 2021);

D.      *US Dominion, Inc., v. My Pillow, Inc, et al.*, 1:21-cv-00445 (D.D.C. 2021);

E.      *US Dominion, Inc., v. FoxNews Network, LLC.* (Superior Ct., Delaware, 2021);

F.      *Maricopa County, et al. v. Karen Fann, et al.*, CV 2020-016840 (Superior Court, Maricopa County, Arizona, 2021);

G.      *Arizona Democratic Party et al.* v. *Karen Fann, et al.*, CV 2021-006646 (Superior Court, Maricopa County, Arizona);

H.      *Eric Coomer v. Donald J. Trump for President Inc., et al.*, 2020CV34319 (Denver Dist. Ct., filed Dec. 22, 2020);

I.      *Prujansky, et al., v. Megan Wolf, et al.*, (Wis. Elections Comm., State of Wisconsin) https://empowerwisconsin.org/wp-content/uploads/2021/04/Racine-Wisconsin-Election-Complaint-Final-4-21-21.pdf;

J.      *Texas v. Pennsylvania*, case 22O155 (U.S. Supreme Court, filed Dec. 7, 2020);

K.      *Federal Trade Comm., v. Facebook, Inc.*, Case 1:20-cv-03590 (D.D.C. 2020);

L.      *Curling, et al., v. Raffensperger, et al.,* 1:17-cv-2989-AT (N.D. Ga.);

M.      *Democratic Party of Georgia, Inc. v. Raffensperger,* case 1:19-cv-05028-WMR (N.D. Ga.);

N.      *Woods v. Raffensperger,* Case 1:19-cv-05028-WMR (N.D. Ga. Nov. 15, 2020) (*See also, Wood v Raffensperger*, 981 F.3d 1307 (11th Cir. 2020), cert denied;

O.  *Pearson, et al., v. Kemp.*, Case 1:20-cv-04809-TCM (N.D. Ga. Nov. 25, 2020), *see also Pearson v. Kemp*, No. 20-14480 (11th Cir. 2020), cert. denied;

P.  *King, et al., v. Whitmer, et al.*, case 2:20-cv-13134-LVB (E. D. Mich. filed Nov. 25, 2020), *see also King v. Whitmer*, No. 20-2205 (6th Cir. 2020), cert denied;

Q.  *William Bailey v. Antrim County*, case 2020-CZ-9238 (13th Cir. Ct. Mich., filed Dec. 13, 2020);

R.  *Johnson v. Benson*, case 162286, (Mich. 2020); *See also, Johnson v. Secretary of State*, 951 N.W. 2d 310 (Mich. 2020);

S.  *Costantino v. Detroit*, case 20-014780 (3rd Cir. Ct. Mich., filed Nov. 9, 2020), *see also Costantino v. Detroit,* 950 N.W.2d 707 (Mich. 2020);

T.  *Bally v. Whitmer*, 1:20-cv-1088 (W.D. Mich., filed Nov. 11, 2020);

U.  *Genetski v. Benson*, Case No. 20-000216-MN (Michigan Court of Claims, Order of March 9, 2021);

V.  *League of Women Voters of Pennsylvania v. Boockvar*, No. 2:20-cv-03850-PBT (E.D. Pa. filed Aug. 7, 2020);

W.  *Donald J. Trump for President, Inc. v. Boockvar*, No. 20-cv-2078, 2020 WL 6821992 (M.D. Pa. Nov. 21, 2020)*, see also Trump v. Boockvar*, 20-3371 (3rd Cir., order dated Nov. 27, 2020);

X.  *The Honorable Mick Kelley v. Commonwealth of Pennsylvania*, Case 620 MD 2020, (Commonwealth Ct. of Penn., filed November 21, 2020), *see also Kelly v. Commonwealth*, 240 A.3d 1255 (Pa. 2020), cert. denied;

Y.  *Pennsylvania Voters Alliance, v. Centre County*, case 4:20-cv-01761 (M.D. Penn., filed Sept. 25, 2020)(order entered Oct. 21, 2020), cert. denied;

Z.  *Bognet v. Sec'y Common Wealth of Pa.*, 980 F.3d 336 (3d Cir. 2020), *see also, Bognet v. Degraffenreid*, U.S. Supreme Court case no. 20-740, (certiorari granted, judgement vacated and returned with instructions to dismiss the case as moot);

AA. *Donald J. Trump for President, Inc. v. Boockvar*, No. 20-cv-966, 2020 WL 5997680 (W.D. Pa. Oct. 10, 2020);

BB. *Metcalfe v. Wolf*, No. 636 M.D. 2020, 2020 WL 7241120 (Pa. Commonwealth Ct. Dec. 9, 2020);

CC.    *In re Canvass of Absentee & Mail-in Ballots of Nov. 3, 2020 Gen. Election*, 241 A.3d 1058 (Pa. 2020);

DD.    *In re Canvassing Observation*, 241 A.3d 339 (Pa. 2020); and *In re Nov. 3, 2020 Gen. Election*, 240 A.3d 591 (Pa. 2020);

EE.    *Pa. Democratic Party v. Boockvar*, 238 A.3d 345, 369-72 (Pa. 2020) (*cert. denied*, 141 S.Ct. 732 (2021));

FF.    *Republican Party of Pennsylvania v. Degraffenreid*, No. 20-542, 2021 WL 666401 (Feb. 22, 2021) (592 U.S.___ (2021), *cert. denied*) (slip op. at 5-6) (Justice Thomas, J., dissenting from denial of certiorari);

GG.    *Jefferson v. Dade County*, 2020 WI 90 (Wis. 2020);

HH.    *Trump v. Biden*, 2020 WI 91 (Wis. 2020);

II.    *Wisconsin Voters Alliance v. City of Racine*, case 1:20-cv-01487 (E.D. Wis.);

JJ.    *Feehan v. Wisconsin Elections* Commission, Case 2:20-cv-1771 (E.D. Wis. Nov. 25, 2020);

KK.    *Donald J. Trump, Candidate for President of the United States of America v. The Wisconsin Election Commission*, Case 2:20-cv-01785-BHL (E.D. Wisc. filed Dec. 2, 2020); and

LL.    Wiseenergy.org, *2020 US Presidential Election Related Lawsuits*, http://wiseenergy.org/Energy/Election/2020_Election_Cases.htm.

2.    The Plaintiffs are also relying on the following information, reports, affidavits,

documents, articles or exhibits from the following sources:

A.    Jose A. Esparza, *Report of Review of Dominion Voting Systems Democracy Suite 5.5A*, Tex. Sec'y of State (Jan. 24, 2020), available at https://www.sos.texas.gov/elections/forms/sysexam/dominion-d-suite-5.5-a.pdf;

B.    Andrew W. Appel, Richard A. DeMillo, Philip B. Stark, *Ballot-Marking Devices (BMDs) Cannot Assure the Will of the Voters*, Election Law Journal: Rules, Politics, and Policy, Vol. 19, No. 3 (Sept. 17, 2020);

C.    Example plan from CTCL: Wisconsin Safe Voting Plan 2020, Submitted to CTCL, June 15, 2020, by the Mayors of Madison, Milwaukee, Racine, Kenosha and Green Bay available at: https://www.techandciviclife.org/wp-content/uploads/2020/07/Approved-Wisconsin-Safe-Voting-Plan-2020.pdf;

D. *Warren, Klobuchar, Wyden, and Pocan Investigate Vulnerabilities and Shortcomings of Election Technology Industry with Ties to Private Equity*, Elizabeth Warren: United States Senator for MA (Dec. 10, 2019), https://www.warren.senate.gov/oversight/letters/warren-klobuchar-wyden-and-pocan- investigate-vulnerabilities-and-shortcomings-of-election-technology-industry-with-ties- to-private-equity;

E. CONGRESSIONAL TASK FORCE ON ELECTION SECURITY, FINAL REPORT (2018), https://homeland.house.gov/imo/media/doc/TFESReport.pdf; and

F. Peter Navarro, *Navarro Reports*: *Vol I: The Immaculate Deception, Vol. II: The Art of the Steal, and Vol. III: Yes, President Trump Won* (2020-2021) https://www.dropbox.com/s/584r7xtnngauc4t/The%20Navarro%20Report%20Vol%20I%2C%20II%2C%20III%20-%20Feb.%202%2C%202021.pdf?dl=0.

3. The Plaintiffs are also relying on the following books, articles, documentaries,

reports and analysis contained in the following:

A. Patrick Byrne, *The Deep Rig: How Election Fraud Cost Donald J. Trump the White House, By a Man Who did not Vote for Him*, Self-Published (2021);

B. Simon Ardizzone, Russell Michaels, and Sarah Teale, *Kill Chain: The Cyber War on America's Elections*, HBO (Mar. 26, 2020), available at https://play.hbomax.com/feature/urn:hbo:feature:GXk7d3QAJHI7CZgEAACa0?reentere d=true&userProfileType=liteUserProfile;

C. Mike Lindell, *Absolute Proof*, Lindell TV: https://lindelltv.com;

D. Mike Lindell, *Scientific Proof*, Lindell TV: https://lindelltv.com; and

E. Mike Lindell, *Absolute Interference*, Lindell TV: https://lindelltv.com.

4. The Plaintiffs are also relying on the following public records:

A. Center for Technology and Civic Life, IRS Forms 990 for tax years 2015, 2016, 2018 https://apps.irs.gov/app/eos/detailsPage?ein=472158694&name=Center%20for%20Technology%20and%20Civic%20Life&city=Chicago&state=IL&countryAbbr=US&dba=&type=CHARITIES,%20DETERMINATIONLETTERS,%20COPYOFRETURNS&orgTags=CHARITIES&orgTags=DETERMINATIONLETTERS&orgTags=COPYOFRETURNS;

B.    Center for Technology and Civic Life, Preliminary list of 2020 election grantees:
      https://docs.google.com/spreadsheets/d/1E7P3owIO6UlpMY1GaeE8nJVw2x6Ee-iI9d37hEEr5ZA/edit#gid=1993755695;

C.    Center for Technology and Civic Life, List of available Courses related to administration of elections: https://www.techandciviclife.org/our-work/election-officials/courses/;

D.    Center for Technology and Civic Life, Electiontools.org site link and list of election related assistance: https://www.techandciviclife.org/our-work/election-officials/electiontools/;

E.    Center for Technology and Civic Life, Donation page https://www.techandciviclife.org/donate/;

F.    Center for Technology and Civic Life, Webinar "Engaging Voters on Facebook": https://www.techandciviclife.org/facebook-webinar/;

G.    Internal Revenue Service; Exemption Requirements-501(c)(3) Organizations: https://www.irs.gov/charities-non-profits/charitable-organizations/exemption-requirements-501c3-organizations;

H.    Internal Revenue Service; The Restriction of Political Campaign Intervention by Section 501(c)(3) Tax-Exempt Organizations: https://www.irs.gov/charities-non-profits/charitable-organizations/the-restriction-of-political-campaign-intervention-by-section-501c3-tax-exempt-organizations;

I.    26 C.F.R. § 1.170A-9, definition of section 170(b)(1)(A) organization related to source of donations;

J.    Example Press Release from CTCL, dated Sept 1, 2020: https://www.documentcloud.org/documents/7070695-CTCL-CEIR-Press-Release-9-1-20-FINAL.html;

K.    Example Grant Agreement between CTCL and Greenville County, Board of Elections and Voter Registration, September 15, 2020: https://www.greenvillecounty.org/Council/_Agenda/Meetings%20of%202020/Finance/2020.09.28/Greenville%20Safe%20Voting%20Grant.pdf;

L.    United States Patent # 9,202,113 B2, dated December 1, 2015 by Applicant Dominion Voting Systems, Inc. Denver, CO(US): https://patentimages.storage.googleapis.com/de/c0/45/5c2744d3143350/US9202113.pdf;

M.     United States Patent # 8,844,813 B2, dated September 30, 2014 referencing Assignee Dominion Voting Systems, Inc. Denver, CO(US): http://patft.uspto.gov/netacgi/nph-Parser?Sect1=PTO1&Sect2=HITOFF&p=1&u=/netahtml/PTO/srchnum.html&r=1&f=G&l=50&d=PALL&s1=8844813.PN;

N.     United States Patent Assignment from Dominion Voting Systems Corporation to HSBC: https://legacy-assignments.uspto.gov/assignments/assignment-pat-50500-236.pdf and: https://assignment.uspto.gov/patent/index.html#/patent/search/resultAssignment?id=50500-236; and,

O.     Example contract, Colorado and Dominion Master Voting Systems Agreement, Feb. 17, 2016 https://www.sos.state.co.us/pubs/elections/VotingSystems/DVS-DemocracySuite/documentation/CDOS-DVS%20Master%20Voting%20Systems%20Agreement%2020160217_Redacted.pdf.

## CONCLUSION

For the reasons above, the Plaintiffs respectfully requests that this Court take judicial notice of the above-referenced items for purposes of the hearing scheduled on April 27, 2021, for purposes of deciding the relevant, outstanding motions to dismiss and the Plaintiffs' motion for leave to amend their complaint.

Dated this 26th day of April, 2021.

Respectfully submitted,

***PLAINTIFFS COUNSEL:***

By: *s/Ernest J. Walker*                 By:     *s/ Gary D. Fielder*
Ernest J. Walker (MI P58635)              Gary D. Fielder (CO 19757)
ERNEST J. WALKER LAW OFFICE        LAW OFFICE OF GARY FIELDER
1444 Stuart St.                                        1444 Stuart St.
Denver, CO 80204                            Denver, CO 80204
(720) 306-0007                                   (720) 306-0007
ernestjwalker@gmail.com                gary@fielderlaw.net

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 26, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Ernest J. Walker*
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720)306-0007
ernestjwalker@gmail.com