IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 20-cv-03747-NRN
Courtroom Deputy: Stacy Libid

Date: April 27, 2021
FTR: Courtroom C203

*Parties:*

KEVIN O'ROURKE,
NATHANIEL L. CARTER,
LORI CUTUNILLI,
LARRY D. COOK,
ALVIN CRISWELL,
KESHA CRENSHAW,
NEIL YARBROUGH, and
AMIE TRAPP,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., a Delaware corporation,
FACEBOOK, INC., a Delaware corporation,
CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually,
PRISCILLA CHAN, individually,
BRIAN KEMP, individually,
BRAD RAFFENSPERGER, individually,
GRETCHEN WHITMER, individually,
JOCELYN BENSON, individually,
TOM WOLF, individually,
KATHY BOOCKVAR, individually,
TONY EVERS, individually,
ANN S. JACOBS, individually,
MARK L. THOMSEN, individually,
MARGE BOSTELMAN, individually,
JULIE M. GLANCEY,
DEAN KNUDSON, individually,
ROBERT F. SPINDELL, JR, individually, and
DOES 1-10,000,

    Defendants.

*Counsel:*

Ernest Walker
Gary Fielder

David Meschke
Stanley Garnett
Craig Streit
Joshua Lipshutz
Ryan Bergsieker
Joshua Matz
Louis Fisher
Michael Skocpol
Charlene McGowan
Jacob Boyer
Michael Fischer
Marcella Coburn
Jacob Boyer

## COURTROOM MINUTES

**MOTION HEARING VIA VIDEO CONFERENCE**

**2:01 p.m.      Court in session.**

Court calls case. Appearances of counsel.

This matter is before the Court regarding:
- Motion to Dismiss Plaintiffs' Complaint Pursuant to F.R.C.P. 12(b)(1) and 12(b)(6) or, in the Alternative, to Strike Pursuant to F.R.C.P. 23 [Docket No. 22];
- Defendant Facebook, Inc.'s Motion to Dismiss [Docket No. 23];
- Defendant Center Tech and Civic Life's Motion to Dismiss [Docket No. 41];
- Defendants Governor Gretchen Whitmer's and Secretary of State Jocelyn Benson's Motion to Dismiss Plaintiffs' Complaint Pursuant to F.R.C.P. 12(b)(2) and 12(b)(6) [Docket No. 46];
- Motion to Dismiss of Defendants Brian Kemp and Brad Raffensperger and Brief in Support [Docket No. 47];
- Plaintiff's Motion for Leave to File Amended Complaint Pursuant to FRCP 15 and Memorandum of Points and Authorities in Support [Docket No. 48];
- Governor Tom Wolf's and Acting Secretary Veronica Degraffenreid's Motion to Dismiss and Memorandum in Support of Motion to Dismiss [Docket No. 49]; and
- Plaintiffs' Motion for Judicial Notice [Docket No. 90].

Arguments by counsel.

**3:05 p.m.      Court in recess.**
**3:13 p.m.      Court in session.**

For the reasons set forth on the record, it is

**ORDERED:**   Plaintiffs' Motion for Judicial Notice [Docket No. 90] is **DENIED**.

**ORDERED:**   Motion to Dismiss Plaintiffs' Complaint Pursuant to F.R.C.P. 12(b)(1) and 12(b)(6) or, in the Alternative, to Strike Pursuant to F.R.C.P. 23 [Docket No. 22] **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Defendant Facebook, Inc.'s Motion to Dismiss [Docket No. 23] **TAKEN UNDER ADVISEMENT.**

2

**ORDERED:**   Defendant Center Tech and Civic Life's Motion to Dismiss [Docket No. 41] **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Defendants Governor Gretchen Whitmer's and Secretary of State Jocelyn Benson's Motion to Dismiss Plaintiffs' Complaint Pursuant to F.R.C.P. 12(b)(2) and 12(b)(6) [Docket No. 46] **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Motion to Dismiss of Defendants Brian Kemp and Brad Raffensperger and Brief in Support [Docket No. 47] **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Plaintiff's Motion for Leave to File Amended Complaint Pursuant to FRCP 15 and Memorandum of Points and Authorities in Support [Docket No. 48] **TAKEN UNDER ADVISEMENT**

**ORDERED:**   Governor Tom Wolf's and Acting Secretary Veronica Degraffenreid's Motion to Dismiss and Memorandum in Support of Motion to Dismiss [Docket No. 49] **TAKEN UNDER ADVISEMENT.**

**4:22 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   02:13

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.