IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

**PLAINTIFFS' NOTICE OF CORRECTION OF
PLAINTIFF'S AFFIDAVIT BY INTERLINEATION**

COME NOW the Plaintiffs, by and through counsel, and hereby submit the following Notice of Correction of Plaintiff's Affidavit by Interlineation, to ensure that it accurately reflect his voting status in the 2020 Presidential Election.

1. Plaintiff, Kevin O'Rourke, filed his original affidavit with this Court at the time of the filing of the original complaint.

2. In his affidavit, Mr. O'Rourke stated that he did not vote in the last two Presidential election cycles.

3. The affidavit was unclear, and the Court and counsel for at least one of the Defendant's has stated on the record that, according to the affidavit, Mr. O'Rourke did not vote in the 2020 Presidential election.

4.  However, Mr. O'Rourke *did* vote in the 2020 Presidential election, and has made his claims for damages and other relief. Attached hereto as Plaintiff's Exhibit 1, is a true and correct copy of Mr. O'Rourke's supplemental affidavit, with his voting record attached.

5.  Plaintiffs understand that this notice will not affect the Court's orders of April 28, 2021, but submits this notice to correct the record.

WHEREFORE, to ensure accuracy in the record, the Plaintiff, Kevin O'Rourke, by and through counsel hereby respectfully submits this notice to correct his affidavit by interlineation to ensure that his original affidavit correctly states that he did, in fact, vote in the 2020 Presidential election.

Dated this 29th day of April, 2021.

Respectfully submitted,

*PLAINTIFFS COUNSEL:*

| By: *s/Ernest J. Walker* | By: *s/ Gary D. Fielder* |
|---|---|
| Ernest J. Walker (MI P58635) | Gary D. Fielder (CO 19757) |
| ERNEST J. WALKER LAW OFFICE | LAW OFFICE OF GARY FIELDER |
| 1444 Stuart St. | 1444 Stuart St. |
| Denver, CO 80204 | Denver, CO 80204 |
| (720) 306-0007 | (720) 306-0007 |
| ernestjwalker@gmail.com | gary@fielderlaw.net |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 29, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Ernest J. Walker*
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720)306-0007
ernestjwalker@gmail.com