## Supplemental Affidavit of Kevin Patrick O'Rourke

1) My name is Kevin Patrick O'Rourke and I am a natural person with a place of abode in Virginia.

2) I have registered to vote in Virginia and maintain my professional license there, as well.

3) As stated in my original affidavit, for the previous two presidential election cycles (2012 and 2016), I did not vote.

4) Based upon the statements of opposing counsel and the court in the hearing dated April 27, 2021, it appears to me the parties are confused as to the status of my vote in 2020.

5) I voted in the 2020 Presidential Election, as evidenced by the attached **Annex 1**, a true and correct copy of the verifiable voting record maintained by the Commonwealth of Virginia, through the County of Franklin.

I hereby state and affirm that the foregoing is true, correct, complete, and based upon first-hand knowledge under the laws of the United States of America.

_____
Kevin Patrick O'Rourke

### MARYLAND NOTARY ACKNOWLEDGMENT

State of Maryland

County of Allegany

The foregoing instrument was acknowledged before me this 29th day of April, 2021, by Kevin Patrick O'Rourke, who provided me sufficient evidence of identity.

_____
Signature of Notarial Officer

(Seal)
GREGORY A. HUMBERTSON
Notary Public
Allegany County
Maryland
My Commission Expires Apr. 05, 2022

Notary Registration Number: N/A

My Commission Expires: 4/5/22

# Annex #1

 Back to Search

## Voter Information

| | |
|---|---|
| Voter Name: | KEVIN PATRICK OROURKE |
| Voter Number: | 918430695 |
| Status: | Active |
| Date of Status: | 02/10/1999 |
| Residential Address: | 650 Bowman Rd<br>Boones Mill, VA 240653737 |
| Locality: | FRANKLIN COUNTY |
| Precinct: | 503 - BOWMANS |
| Precinct Code: | 0503 |

☐ I want to update my voter record
☐ I want to apply to vote absentee by mail

## Absentee/Early Voting History

| Election | Status | Application Received | Ballot Issued | Ballot Received |
|---|---|---|---|---|
| 2020 November General | Approved | 10/05/2020 | 10/05/2020 | 10/05/2020 |

## Polling Place

Version 2.5.1.0

## POLLING PLACE

| | |
|---|---|
| Facility : | FAIRMONT BAPTIST CHURCH |
| Facility Address : | 1669 Bethlehem Rd<br>Boones Mill VA, 240653651 |
| ADA Compliant : | Yes |
| ADA Comment : | COMPLIANT |
| Accessibility Restrictions : | No Restrictions Found |

### Sample Ballot for Next/Upcoming Election

[ Show Ballot  + ]

### Voter History

[ Show Voter History  + ]

### Districts

| | |
|---|---|
| Congressional: | 05 |
| State Senate: | 019 |
| House of Delegates: | 009 |
| Election: | BLACKWATER DISTRICT |

### General Registrar Office Contact Information

| | |
|---|---|
| Facility : | Franklin County General Registrar's Office |
| | Kay Chitwood |

Version 2.5.1.0

| | |
|---|---|
| Registrar : | |
| Address : | 1255 Franklin St # SUITE106 |
| | Rocky Mount, VA 24151-1290 |
| Phone : | 540-483-3025 |
| Fax : | 540-483-6619 |
| Email : | kay.chitwood@franklincountyva.gov |
| URL : | |
| Hours : | Monday : 08:30 - 17:00 |
| | Tuesday : 08:30 - 17:00 |
| | Wednesday : 08:30 - 17:00 |
| | Thursday : 08:30 - 17:00 |
| | Friday : 08:30 - 17:00 |
| | Saturday : Closed |
| | Sunday : Closed |

## Electoral Board Members

| | |
|---|---|
| Chair : | Clifford Powell |
| Vice Chair : | Karen (Kay) Saleeby |
| Secretary : | Jody Brown |

©2021 Virginia Department of Elections. All rights reserved - Privacy Policy

Some documents contained on this site require Adobe Reader for viewing.

Version 2.5.1.0