# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the order of this Court granting Defendants' Motions to Dismiss [Doc. ##22, 23, &41] and denying Plaintiffs' Motion to Amend Complaint [Doc. 48], entered on April 28, 2021.

Dated this 29th day of April, 2021.

Respectfully submitted,

*PLAINTIFFS COUNSEL:*

| | |
|---|---|
| By: *s/ Ernest J. Walker* | By: *s/ Gary D. Fielder* |
| Ernest J. Walker (MI P58635) | Gary D. Fielder (CO 19757) |
| ERNEST J. WALKER LAW OFFICE | LAW OFFICE OF GARY FIELDER |
| 1444 Stuart St. | 1444 Stuart St. |
| Denver, CO 80204 | Denver, CO 80204 |
| (720) 306-0007 | (720) 306-0007 |
| ernestjwalker@gmail.com | gary@fielderlaw.net |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 29, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Ernest J. Walker*
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720)306-0007
ernestjwalker@gmail.com