APPEAL,CONMAG,JD1,MJ CIV PP,TERMED

# U.S. District Court - District of Colorado
# District of Colorado (Denver)
# CIVIL DOCKET FOR CASE #: 1:20-cv-03747-NRN

| | |
|---|---|
| O'Rourke et al v. Dominion Voting Systems, Inc. et al | Date Filed: 12/22/2020 |
| Assigned to: Magistrate Judge N. Reid Neureiter | Date Terminated: 04/28/2021 |
| Cause: 42:1983 Civil Rights Act | Jury Demand: Plaintiff |
| | Nature of Suit: 441 Civil Rights: Voting |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Kevin O'Rourke**
*on their own behalf and of a class of similarly situated persons*

represented by **Ernest John Walker**
Ernest J. Walker Law Offices
3368 Riverside Rd.
Benton Harbor, MI 49022
303-995-4835
Email: ernestjwalker@gmail.com
*ATTORNEY TO BE NOTICED*

**Gary D. Fielder**
Gary D. Fielder, Law Office of
2325 West 72nd Avenue
Denver, CO 80221
303-650-1505
Fax: 303-650-1705
Email: criminaldefense@fielderlaw.net
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nathaniel L Carter**
*on their own behalf and of a class of similarly situated persons*

represented by **Ernest John Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lori Cutunilli**
*on their own behalf and of a class of similarly situated persons*

represented by **Ernest John Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Larry D Cook**
*on their own behalf and of a class of similarly situated persons*

represented by **Ernest John Walker**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alvin Criswell**
*on their own behalf and of a class of*

represented by **Ernest John Walker**
(See above for address)

*similarly situated persons*     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kesha Crenshaw**     represented by **Ernest John Walker**
*on their own behalf and of a class of*     (See above for address)
*similarly situated persons*     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Neil Yarbrough**     represented by **Ernest John Walker**
*on their own behalf and of a class of*     (See above for address)
*similarly situated persons*     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amie Trapp**     represented by **Ernest John Walker**
*on their own behalf and of a class of*     (See above for address)
*similarly situated persons*     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Dominion Voting Systems, Inc.**     represented by **Amanda Kristine Houseal**
*a Delaware corporation*     Brownstein Hyatt Farber Schreck LLP-Denver
410 17th Street
Suite 2200
Denver, CO 80202-4432
303-223-1100
Fax: 303-223-1111
Email: ahouseal@bhfs.com
*ATTORNEY TO BE NOTICED*

**Bridget C. DuPey**
Brownstein Hyatt Farber Schreck LLP-Denver
410 17th Street
Suite 2200
Denver, CO 80202-4432
303-223-1100
Fax: 303-223-1111
Email: bdupey@bhfs.com
*ATTORNEY TO BE NOTICED*

**David Meschke**
Brownstein Hyatt Farber Schreck LLP-Denver
410 17th Street
Suite 2200
Denver, CO 80202-4432
303-223-1219

Email: dmeschke@bhfs.com
*ATTORNEY TO BE NOTICED*

**Stanley L. Garnett**
Brownstein Hyatt Farber Schreck LLP-Denver
410 17th Street
Suite 2200
Denver, CO 80202-4432
303-223-1100
Fax: 303-223-1111
Email: sgarnett@bhfs.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Facebook, Inc.**  represented by  **Craig Brian Streit**
*a Delaware corporation*
Gibson Dunn & Crutcher LLP-San Francisco
555 Mission Street
Suite 3000
San Francisco, CA 94105-0921
415-393-8225
Fax: 415-393-8374
Email: cstreit@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Joshua Seth Lipshutz**
Gibson Dunn & Crutcher LLP-DC
1050 Connecticut Avenue, N.W.
Third Floor
Washington, DC 20036-5303
202-955-8217
Fax: 202-530-9614
Email: jlipshutz@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Natalie Jean Hausknecht**
Gibson Dunn & Crutcher LLP-Denver
1801 California Street
Suite 4200
Denver, CO 80202-2642
303-298-5783
Fax: 303-313-2826
Email: NHausknecht@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Bergsieker**
Gibson Dunn & Crutcher LLP-Denver
1801 California Street
Suite 4200

Denver, CO 80202-2642
303-298-5774
Fax: 303-298-5907
Email: rbergsieker@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Center for Tech and Civic Life**
*an Illinois non-profit organization*

represented by **Joshua Adam Matz**
Kaplan Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
212-763-0883
Email: jmatz@kaplanhecker.com
*ATTORNEY TO BE NOTICED*

**Louis William Fisher**
Kaplan Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
646-761-3270
Email: lfisher@kaplanhecker.com
*ATTORNEY TO BE NOTICED*

**Marcella E. Coburn**
Kaplan Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
929-999-7896
Email: mcoburn@kaplanhecker.com
*ATTORNEY TO BE NOTICED*

**Michael Skocpol**
Kaplan Hecker & Fink LLP
350 Fifth Avenue
Suite 7110
New York, NY 10118
646-761-1161
Email: mskocpol@kaplanhecker.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark E Zuckerberg**
*individually*

**Defendant**

**Priscilla Chan**
*individually*

**Defendant**

**Brian Kemp**
*individually*

represented by **Charlene Swartz McGowan**
Georgia Attorney General's Office
40 Capitol Square, S.W.
Atlanta, GA 30334-1300
404-458-3658
Email: cmcgowan@law.ga.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brad Raffensperger**
*individually*

represented by **Charlene Swartz McGowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gretchen Whitmer**
*individually*

represented by **Heather Stuht Meingast**
Michigan Department of Attorney
General
P.O. Box 30736
Lansing, MI 48909
517-335-7659
Fax: 517-335-7640
Email: meingasth@michigan.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jocelyn Benson**
*individually*

represented by **Heather Stuht Meingast**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tom Wolf**
*individually*

represented by **Jacob Biehl Boyer**
Pennsylvania Office of Attorney
General
1600 Arch Street
Suite 300
Philadelphia, PA 19103
267-768-3968
Email: jboyer@attorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Michael John Fischer**
Pennsylvania Office of Attorney
General
1600 Arch Street
Suite 300
Philadelphia, PA 19103
215-560-2171
Email: mfischer@attorneygeneral.gov

*ATTORNEY TO BE NOTICED*

**Defendant**

**Kathy Boockvar**
*individually*

represented by **Jacob Biehl Boyer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael John Fischer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tony Evers**
*individually*

**Defendant**

**Ann S Jacobs**
*individually*

**Defendant**

**Mark L. Thomsen**
*individually*

**Defendant**

**Marge Bostelman**
*individually*

**Defendant**

**Julie M Glancey**
*individually*

**Defendant**

**Dean Knudson**
*individually*

**Defendant**

**Robert F Spindell, Jr.**
*individually, and Does 1-10,000*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2021 | 94 | NOTICE OF APPEAL as to 92 Order on Motion to Dismiss,,,,, Order on Motion to Dismiss for Failure to State a Claim,,,,, Order on Motion to Dismiss/Lack of Jurisdiction,,,,,,,,,, Order on Motion for Leave,,,,,,,,,,,,,,,,,,, by Plaintiff Kevin O'Rourke (Filing fee $ 505, Receipt Number 1082-7842647) (Walker, Ernest) (Entered: 04/29/2021) |
| 04/29/2021 | 93 | NOTICE re 1 Complaint,, *Correction Of Plaintiff Kevin O'Rourke's Affidavit By Interlineation* by Plaintiff Kevin O'Rourke (Attachments: # 1 Affidavit) (Walker, Ernest) (Entered: 04/29/2021) |

| | | |
|---|---|---|
| 04/28/2021 | 92 | ORDER ON DEFENDANTS' MOTIONS TO DISMISS (Dkt. ## 22 , 23 , & 41 ) & PLAINTIFFS' MOTION TO AMEND (Dkt. # 48 ) by Magistrate Judge N. Reid Neureiter on 28 April 2021. It is hereby ORDERED that the Motions to Dismiss of Defendants Dominion, Facebook, and CTCL (Dkt. ##22, 23, & 41) are GRANTED. It is further ORDERED that Plaintiffs' Complaint (Dkt. # 1 ) is DISMISSED WITHOUT PREJUDICE for lack of standing. Because Plaintiffs have voluntarily dismissed the claims against the various state officials of Georgia, Michigan, Pennsylvania, and Wisconsin (Brian Kemp, Brad Raffensperger, Gretchen Whitmer, Jocelyn Benson, Tom Wolf, Kathy Boockvar, Tony Evers, Ann S. Jacobs, Mark Thomsen, Marge Bostelman, Julie E. Glancey, Dean Knudson, and Robert F. Spindell, Jr.), it is further ORDERED that the Motions to Dismiss filed by those state official defendants (Dkt. ## 46 , 47 , & 49 ) are DENIED as moot.It is further ORDERED that Plaintiffs' Motion for Leave to File an Amended Complaint (Dkt. # 48 ) is DENIED on the grounds of futility.(cmadr, ) (Entered: 04/28/2021) |
| 04/27/2021 | 91 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Motion Hearing via video conference held on 4/27/2021. ORDER taking under advisement 22 23 41 46 47 and 49 Motions to Dismiss. ORDER taking under advisement 48 Plaintiffs Motion for Leave to File Amended Complaint Pursuant to FRCP 15 and Memorandum of Points and Authorities in Support. ORDER denying 90 Plaintiffs Motion for Judicial Notice. FTR: Courtroom C203. (slibi, ) (Entered: 04/28/2021) |
| 04/26/2021 | 90 | MOTION for Order to *take Judicial Notice* by Plaintiff Kevin O'Rourke. (Walker, Ernest) (Entered: 04/26/2021) |
| 04/25/2021 | 89 | NOTICE of Voluntary Dismissal of Party by Plaintiff Kevin O'Rourke (Walker, Ernest) (Entered: 04/25/2021) |
| 04/21/2021 | 88 | MINUTE ORDER The Motion Hearing set on April 27, 2021 at 2:00 PM shall be conducted via video conference, by Magistrate Judge N. Reid Neureiter on 4/21/2021. Attached are the video conference instructions and helpful tips. Please contact Stacy Libid at stacy_libid@cod.uscourts.gov if you have any questions regarding video conference. Text Only Entry (Attachments: # 1 Video Conference Tips) (slibi, ) (Entered: 04/21/2021) |
| 04/20/2021 | 87 | MOTION for Leave to *Voluntary Dismiss Defendants TOM WOLF and KATHY BOOCKVAR* 85 Notice of Dismissal of Party by Plaintiff Kevin O'Rourke. (Attachments: # 1 Exhibit Email, # 2 Exhibit Email, # 3 Exhibit Email, # 4 Exhibit Email, # 5 Exhibit Email, # 6 Exhibit Email, # 7 Exhibit Email, # 8 Exhibit Email, # 9 Exhibit Email)(Walker, Ernest) (Entered: 04/20/2021) |
| 04/20/2021 | 86 | NOTICE by Defendants Kathy Boockvar, Tom Wolf (Attachments: # 1 Exhibit 1)(Boyer, Jacob) (Entered: 04/20/2021) |
| 04/19/2021 | 85 | NOTICE of Voluntary Dismissal of Party *TOM WOLF and KATHY BOOCKVAR* by Plaintiff Kevin O'Rourke (Walker, Ernest) (Entered: 04/19/2021) |
| 04/19/2021 | 84 | NOTICE of Voluntary Dismissal of Party *BRIAN KEMP and BRAD* |

| | | |
|---|---|---|
| | | *RAFFENSPERGER* by Plaintiff Kevin O'Rourke (Walker, Ernest) (Entered: 04/19/2021) |
| 04/19/2021 | 83 | NOTICE of Voluntary Dismissal of Party *GRETCHEN WHITMER and JOCELYN BENSON* by Plaintiff Kevin O'Rourke (Walker, Ernest) (Entered: 04/19/2021) |
| 04/19/2021 | 82 | NOTICE of Voluntary Dismissal of Party *TONY EVERS, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMAN, JULIE M. GLANCEY, DEAN KNUDSON, and ROBERT F. SPINDELL, JR.* by Plaintiff Kevin O'Rourke (Walker, Ernest) (Entered: 04/19/2021) |
| 04/14/2021 | 81 | REPLY to Response to 41 MOTION to Dismiss filed by Defendant Center for Tech and Civic Life. (Matz, Joshua) (Entered: 04/14/2021) |
| 04/12/2021 | 80 | RESPONSE to 46 MOTION to Dismiss for Failure to State a Claim *Pursuant to FRCP 12(b)(2) and 12(b)(6)* MOTION to Dismiss for Lack of Jurisdiction *Pursuant to FRCP 12(b)(2) and 12(b)(6)* filed by Plaintiff Kevin O'Rourke. (Walker, Ernest) (Entered: 04/12/2021) |
| 04/12/2021 | 79 | RESPONSE to 47 MOTION to Dismiss *and Brief in Support* filed by Plaintiff Kevin O'Rourke. (Walker, Ernest) (Entered: 04/12/2021) |
| 04/09/2021 | 78 | MOTION for Leave to *File Reply Brief One Day Out Of Time* 76 Reply to Response to Motion, 75 Reply to Response to Motion, 77 Reply to Response to Motion by Plaintiff Kevin O'Rourke. (Walker, Ernest) (Entered: 04/09/2021) |
| 04/09/2021 | 77 | REPLY to Response to 48 MOTION for Leave to *File Amended Complaint* filed by Plaintiff Kevin O'Rourke. (Walker, Ernest) (Entered: 04/09/2021) |
| 04/09/2021 | 76 | REPLY to Response to 48 MOTION for Leave to *File Amended Complaint* filed by Plaintiff Kevin O'Rourke. (Walker, Ernest) (Entered: 04/09/2021) |
| 04/09/2021 | 75 | REPLY to Response to 48 MOTION for Leave to *File Amended Complaint* filed by Plaintiff Kevin O'Rourke. (Fielder, Gary) (Entered: 04/09/2021) |
| 04/08/2021 | 74 | REPLY to Response to 48 MOTION for Leave to *File Amended Complaint* filed by Plaintiff Kevin O'Rourke. (Fielder, Gary) (Entered: 04/08/2021) |
| 04/08/2021 | 73 | REPLY to Response to 48 MOTION for Leave to *File Amended Complaint* filed by Plaintiff Kevin O'Rourke. (Fielder, Gary) (Entered: 04/08/2021) |
| 04/08/2021 | 72 | RESPONSE to 49 MOTION to Dismiss filed by Plaintiff Kevin O'Rourke. (Fielder, Gary) (Entered: 04/08/2021) |
| 04/08/2021 | 71 | REPLY to Response to 48 MOTION for Leave to *File Amended Complaint* filed by Plaintiff Kevin O'Rourke. (Fielder, Gary) (Entered: 04/08/2021) |
| 04/07/2021 | 70 | ORDER DENYING PLAINTIFFS' MOTIONS TO STRIKE MOTIONS TO DISMISS OF MICHIGAN AND GEORGIA (Dkt. ## 68 & 69 ) by Magistrate Judge N. Reid Neureiter on 7 April 2021.(cmadr, ) (Entered: 04/07/2021) |
| 04/05/2021 | 69 | MOTION to Strike *Georgia's Motion to Dismiss* by Plaintiff Kevin |

| | | |
|---|---|---|
| | | O'Rourke. (Fielder, Gary) (Entered: 04/05/2021) |
| 04/05/2021 | 68 | MOTION to Strike *Michigan's Motion to Dismiss* by Plaintiff Kevin O'Rourke. (Fielder, Gary) (Entered: 04/05/2021) |
| 04/02/2021 | 67 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 2 April 2021. It is hereby ORDERED that a Motion Hearing is set on Defendants' various motions to dismiss (Dkt. ## 22 , 23 , 41 , 46 , 47 , & 49 ) and Plaintiffs' motion to amend (Dkt. # 48 ) for April 27, 2021 at 2:00 p.m. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 04/02/2021) |
| 04/02/2021 | 66 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 2 April 2021. It is hereby Plaintiffs' Motion to Extend Time for Service and for Alternate Service Via U.S. Marshall (Dkt. # 65 ) is GRANTED IN PART and DENIED IN PART as follows.Plaintiffs are granted a 60-day extension to effectuate service on all remaining identified Defendants, up to and including May 21, 2021. But Plaintiffs are not authorized to conduct service through the U.S. Marshals Service. Plaintiffs are not proceeding in forma pauperis, and the Court is not persuaded by Plaintiffs' explanation why private process servers cannot serve the remaining Defendants, rather than unnecessarily burdening our federal marshals. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 04/02/2021) |
| 04/01/2021 | 65 | First MOTION for Extension of Time to *Serve Defendants* by Plaintiff Kevin O'Rourke. (Attachments: # 1 Proposed Order (PDF Only))(Fielder, Gary) (Entered: 04/01/2021) |
| 03/31/2021 | 64 | RESPONSE to 41 MOTION to Dismiss *filed By Center For Technology and Civic Life* filed by Plaintiff Kevin O'Rourke. (Fielder, Gary) (Entered: 03/31/2021) |
| 03/29/2021 | 63 | BRIEF in Opposition to 48 MOTION for Leave to *File Amended Complaint* filed by Defendant Facebook, Inc.. (Lipshutz, Joshua) (Entered: 03/29/2021) |
| 03/29/2021 | 62 | BRIEF in Opposition to 48 MOTION for Leave to *File Amended Complaint* filed by Defendant Center for Tech and Civic Life. (Matz, Joshua) (Entered: 03/29/2021) |
| 03/29/2021 | 61 | RESPONSE to 48 MOTION for Leave to *File Amended Complaint RESPONSE IN OPPOSITION TO PLAINTIFFS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO FRCP 15* filed by Defendant Dominion Voting Systems, Inc.. (Garnett, Stanley) (Entered: 03/29/2021) |
| 03/29/2021 | 60 | BRIEF in Opposition to 48 MOTION for Leave to *File Amended Complaint* filed by Defendants Jocelyn Benson, Gretchen Whitmer. (Meingast, Heather) (Entered: 03/29/2021) |
| 03/29/2021 | 59 | BRIEF in Opposition to 48 MOTION for Leave to *File Amended Complaint* filed by Defendants Kathy Boockvar, Tom Wolf. (Boyer, Jacob) (Entered: 03/29/2021) |

| | | |
|---|---|---|
| 03/29/2021 | 58 | RESPONSE to 48 MOTION for Leave to *File Amended Complaint* filed by Defendants Brian Kemp, Brad Raffensperger. (McGowan, Charlene) (Entered: 03/29/2021) |
| 03/28/2021 | 57 | NOTICE of Entry of Appearance by Michael John Fischer on behalf of Kathy Boockvar, Tom WolfAttorney Michael John Fischer added to party Kathy Boockvar(pty:dft), Attorney Michael John Fischer added to party Tom Wolf(pty:dft) (Fischer, Michael) (Entered: 03/28/2021) |
| 03/23/2021 | 56 | REPLY to Response to 23 MOTION to Dismiss filed by Defendant Facebook, Inc.. (Lipshutz, Joshua) (Entered: 03/23/2021) |
| 03/23/2021 | 55 | REPLY to Response to 22 MOTION to Dismiss *PLAINTIFFS COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1) AND 12(b)(6) OR, IN THE ALTERNATIVE, TO STRIKE PURSUANT TO F.R.C.P. 23* filed by Defendant Dominion Voting Systems, Inc.. (Garnett, Stanley) (Entered: 03/23/2021) |
| 03/22/2021 | 54 | ORDER OF REFERENCE. Pursuant to the consent of the parties to the jurisdiction of the magistrate judge 27 , 50 , 51 , 52 , and 53 , this case is referred to Magistrate Judge N. Reid Neureiter for all purposes pursuant to 28 U.S.C. § 636(c), by Chief Judge Philip A. Brimmer on 3/22/2021. Text Only Entry (pabsec2) (Entered: 03/22/2021) |
| 03/19/2021 | 53 | CONSENT to Jurisdiction of Magistrate Judge by Defendants Brian Kemp, Brad Raffensperger All parties consent.. (McGowan, Charlene) (Entered: 03/19/2021) |
| 03/19/2021 | 52 | CONSENT to Jurisdiction of Magistrate Judge by Defendant Center for Tech and Civic Life All parties consent.. (Matz, Joshua) (Entered: 03/19/2021) |
| 03/19/2021 | 51 | CONSENT to Jurisdiction of Magistrate Judge by Defendants Kathy Boockvar, Tom Wolf All parties consent.. (Boyer, Jacob) (Entered: 03/19/2021) |
| 03/19/2021 | 50 | CONSENT to Jurisdiction of Magistrate Judge by Defendants Jocelyn Benson, Gretchen Whitmer All parties consent.. (Meingast, Heather) (Entered: 03/19/2021) |
| 03/18/2021 | 49 | MOTION to Dismiss by Defendants Kathy Boockvar, Tom Wolf. (Boyer, Jacob) (Entered: 03/18/2021) |
| 03/15/2021 | 48 | MOTION for Leave to *File Amended Complaint* by Plaintiff Kevin O'Rourke. (Attachments: # 1 Exhibit Amended Complaint, # 2 Exhibit Redline Amended Complaint, # 3 Exhibit Declaration of Counsel)(Fielder, Gary) (Entered: 03/15/2021) |
| 03/15/2021 | 47 | MOTION to Dismiss *and Brief in Support* by Defendants Brian Kemp, Brad Raffensperger. (Attachments: # 1 Exhibit Pearson Transcript, # 2 Exhibit Wood Final Order)(McGowan, Charlene) (Entered: 03/15/2021) |
| 03/15/2021 | 46 | MOTION to Dismiss for Failure to State a Claim *Pursuant to FRCP 12(b)(2) and 12(b)(6)*, MOTION to Dismiss for Lack of Jurisdiction *Pursuant to FRCP 12(b)(2) and 12(b)(6)* by Defendants Jocelyn Benson, Gretchen |

| | | |
|---|---|---|
| | | Whitmer. (Meingast, Heather) (Entered: 03/15/2021) |
| 03/15/2021 | 45 | TRANSCRIPT of TELEPHONIC STATUS CONFERENCE held on 03/11/2021 before Magistrate Judge Neureiter. Pages: 1-30. Prepared by: AB Litigation Services.<br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (AB Court Reporting & Video, Inc., ) (Entered: 03/15/2021) |
| 03/11/2021 | 44 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 11 March 2021. As discussed at the March 11, 2021 Status Conference (see Dkt. # 43 ) It is hereby ORDERED that the deadline for all the parties to complete and file the Consent/Non-Consent Form (see Dkt. # 3 ), indicating either unanimous consent of the parties or that consent has been declined, is extended up to and including March 19, 2021. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 03/11/2021) |
| 03/11/2021 | 43 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Status Conference held on 3/11/2021. ORDER denying 42 Motion to Strike. FTR: Courtroom C204. (slibi, ) (Entered: 03/11/2021) |
| 03/10/2021 | 42 | MOTION to Strike 40 Brief in Opposition to Motion *to Dismiss* by Defendant Facebook, Inc.. (Attachments: # 1 Proposed Order (PDF Only)) (Lipshutz, Joshua) (Entered: 03/10/2021) |
| 03/10/2021 | 41 | MOTION to Dismiss by Defendant Center for Tech and Civic Life. (Matz, Joshua) (Entered: 03/10/2021) |
| 03/09/2021 | 40 | BRIEF in Opposition to 23 MOTION to Dismiss filed by Plaintiff Kevin O'Rourke. (Fielder, Gary) (Entered: 03/10/2021) |
| 03/09/2021 | 39 | BRIEF in Opposition to 22 MOTION to Dismiss *PLAINTIFFS COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1) AND 12(b)(6) OR, IN THE ALTERNATIVE, TO STRIKE PURSUANT TO F.R.C.P. 23* filed by Plaintiff Kevin O'Rourke. (Attachments: # 1 Exhibit Fresno County Election Worker Training Guide, # 2 Exhibit Software Lic Agreement, # 3 Exhibit Contract Between Dominion and Michigan, # 4 Exhibit Contract Between Dominion and Georgia)(Fielder, Gary) (Entered: 03/09/2021) |
| 03/09/2021 | 38 | NOTICE of Entry of Appearance by Jacob Biehl Boyer on behalf of Kathy Boockvar, Tom WolfAttorney Jacob Biehl Boyer added to party Kathy Boockvar(pty:dft), Attorney Jacob Biehl Boyer added to party Tom Wolf (pty:dft) (Boyer, Jacob) (Entered: 03/09/2021) |
| | | |

| | | |
|---|---|---|
| 03/09/2021 | 37 | NOTICE of Entry of Appearance by Charlene Swartz McGowan on behalf of Brian Kemp, Brad RaffenspergerAttorney Charlene Swartz McGowan added to party Brian Kemp(pty:dft), Attorney Charlene Swartz McGowan added to party Brad Raffensperger(pty:dft) (McGowan, Charlene) (Entered: 03/09/2021) |
| 03/08/2021 | 36 | NOTICE of Entry of Appearance by Louis William Fisher on behalf of Center for Tech and Civic LifeAttorney Louis William Fisher added to party Center for Tech and Civic Life(pty:dft) (Fisher, Louis) (Entered: 03/08/2021) |
| 03/08/2021 | 35 | NOTICE of Entry of Appearance by Marcella E. Coburn on behalf of Center for Tech and Civic LifeAttorney Marcella E. Coburn added to party Center for Tech and Civic Life(pty:dft) (Coburn, Marcella) (Entered: 03/08/2021) |
| 03/08/2021 | 34 | NOTICE of Entry of Appearance by Michael Skocpol on behalf of Center for Tech and Civic LifeAttorney Michael Skocpol added to party Center for Tech and Civic Life(pty:dft) (Skocpol, Michael) (Entered: 03/08/2021) |
| 03/08/2021 | 33 | NOTICE of Entry of Appearance by Joshua Adam Matz on behalf of Center for Tech and Civic LifeAttorney Joshua Adam Matz added to party Center for Tech and Civic Life(pty:dft) (Matz, Joshua) (Entered: 03/08/2021) |
| 03/04/2021 | 32 | NOTICE of Change of Address/Contact Information by Ernest John Walker (Walker, Ernest) (Entered: 03/04/2021) |
| 03/04/2021 | 31 | NOTICE of Change of Address/Contact Information by Gary D. Fielder (Fielder, Gary) (Entered: 03/04/2021) |
| 03/04/2021 | 30 | NOTICE of Entry of Appearance by Heather Stuht Meingast on behalf of Jocelyn BensonAttorney Heather Stuht Meingast added to party Jocelyn Benson(pty:dft) (Meingast, Heather) (Entered: 03/04/2021) |
| 03/03/2021 | 29 | NOTICE of Entry of Appearance by Heather Stuht Meingast on behalf of Gretchen WhitmerAttorney Heather Stuht Meingast added to party Gretchen Whitmer(pty:dft) (Meingast, Heather) (Entered: 03/03/2021) |
| 02/26/2021 | 28 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 26 February 2021. It is hereby ORDERED that Dominion Voting Systems, Inc.'s Unopposed Motion for Stay of Disclosures and Discovery Pending Ruling on Motions to Dismiss (Dkt. # 25 ) is GRANTED. Accordingly, it is further ORDERED that this case is STAYED pending resolution of the two motions to dismiss (Dkt. ## 22 & 23 ). It is further ORDERED that the Motion to Stay Disclosures and Discovery Pending Ruling on Motion to Dismiss by Defendant Facebook, Inc. (Dkt. # 24 ) is DENIED as moot. It is further ORDERED that the Scheduling Conference set for March 11, 2021 at 11:00 a.m. is CONVERTED to a Status Conference. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 02/26/2021) |
| 02/25/2021 | 27 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiffs Nathaniel L Carter, Larry D Cook, Kesha Crenshaw, Alvin Criswell, Lori Cutunilli, Kevin O'Rourke, Amie Trapp, Neil Yarbrough All parties consent.. (Walker, |

| | | |
|---|---|---|
| | | Ernest) (Entered: 02/25/2021) |
| 02/19/2021 | 26 | NOTICE *of Plaintiffs' Withdrawal of Opposition to Facebook's Motion for Stay of Disclosures and Discovery Pending Ruling on Motions to Dismiss* by Defendant Facebook, Inc. (Lipshutz, Joshua) (Entered: 02/19/2021) |
| 02/19/2021 | 25 | Unopposed MOTION to Stay *DISCLOSURES AND DISCOVERY PENDING RULING ON MOTIONS TO DISMISS* by Defendant Dominion Voting Systems, Inc.. (Garnett, Stanley) (Entered: 02/19/2021) |
| 02/16/2021 | 24 | MOTION to Stay *Disclosures and Discovery Pending Ruling on Motion to Dismiss* by Defendant Facebook, Inc.. (Attachments: # 1 Proposed Order (PDF Only))(Lipshutz, Joshua) (Entered: 02/16/2021) |
| 02/16/2021 | 23 | MOTION to Dismiss by Defendant Facebook, Inc.. (Lipshutz, Joshua) (Entered: 02/16/2021) |
| 02/16/2021 | 22 | MOTION to Dismiss *PLAINTIFFS COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1) AND 12(b)(6) OR, IN THE ALTERNATIVE, TO STRIKE PURSUANT TO F.R.C.P. 23* by Defendant Dominion Voting Systems, Inc.. (Garnett, Stanley) (Entered: 02/16/2021) |
| 01/26/2021 | 21 | NOTICE of Entry of Appearance by Natalie Jean Hausknecht on behalf of Facebook, Inc.Attorney Natalie Jean Hausknecht added to party Facebook, Inc.(pty:dft) (Hausknecht, Natalie) (Entered: 01/26/2021) |
| 01/26/2021 | 20 | NOTICE of Entry of Appearance by Craig Brian Streit on behalf of Facebook, Inc.Attorney Craig Brian Streit added to party Facebook, Inc. (pty:dft) (Streit, Craig) (Entered: 01/26/2021) |
| 01/26/2021 | 19 | NOTICE of Entry of Appearance by Joshua Seth Lipshutz on behalf of Facebook, Inc.Attorney Joshua Seth Lipshutz added to party Facebook, Inc. (pty:dft) (Lipshutz, Joshua) (Entered: 01/26/2021) |
| 01/25/2021 | 18 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 25 January 2021. It is hereby ORDERED that Dominion Voting Systems, Inc.'s Unopposed Motionfor Extension of Time to File Answer or Response to Complaint (Dkt. # 16 ) is GRANTED. Dominion Voting Systems, Inc. shall answer or otherwise respond toPlaintiffs' Complaint (Dkt. # 1 ) on or before February 16, 2021. PLEASE READ ATTACHED MINUTE ORDER. (cmadr, ) (Entered: 01/25/2021) |
| 01/25/2021 | 17 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendant Facebook, Inc.. Facebook, Inc. answer due 2/16/2021. (Bergsieker, Ryan) (Entered: 01/25/2021) |
| 01/25/2021 | 16 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 1 Complaint,, by Defendant Dominion Voting Systems, Inc.. (Garnett, Stanley) (Entered: 01/25/2021) |
| 01/25/2021 | 15 | NOTICE of Entry of Appearance by Ryan Thomas Bergsieker on behalf of Facebook, Inc.Attorney Ryan Thomas Bergsieker added to party Facebook, Inc.(pty:dft) (Bergsieker, Ryan) (Entered: 01/25/2021) |
| | | |

| | | |
|---|---|---|
| 01/20/2021 | 14 | NOTICE of Entry of Appearance by Bridget C. DuPey on behalf of Dominion Voting Systems, Inc.Attorney Bridget C. DuPey added to party Dominion Voting Systems, Inc.(pty:dft) (DuPey, Bridget) (Entered: 01/20/2021) |
| 01/20/2021 | 13 | NOTICE of Entry of Appearance by David Meschke on behalf of Dominion Voting Systems, Inc.Attorney David Meschke added to party Dominion Voting Systems, Inc.(pty:dft) (Meschke, David) (Entered: 01/20/2021) |
| 01/20/2021 | 12 | NOTICE of Entry of Appearance by Amanda Kristine Houseal on behalf of Dominion Voting Systems, Inc.Attorney Amanda Kristine Houseal added to party Dominion Voting Systems, Inc.(pty:dft) (Houseal, Amanda) (Entered: 01/20/2021) |
| 01/20/2021 | 11 | NOTICE of Entry of Appearance by Stanley L. Garnett on behalf of Dominion Voting Systems, Inc.Attorney Stanley L. Garnett added to party Dominion Voting Systems, Inc.(pty:dft) (Garnett, Stanley) (Entered: 01/20/2021) |
| 01/06/2021 | 10 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES:re: 9 filed by attorney Ernest John Walker. Attorney has used an incorrect signature format in violation of D.C.COLO.LCivR 5.1(a) and 4.3(a) of the Electronic Case Filing Procedures (Civil cases). **DO NOT REFILE THE DOCUMENT.** In the future, the filer must affix an electronic s/signature followed by a typed, not an inked, signature to all future documents.(Text Only Entry) (cmadr, ) (Entered: 01/06/2021) |
| 01/05/2021 | 9 | NOTICE of Entry of Appearance by Ernest John Walker on behalf of All Plaintiffs Attorney Ernest John Walker added to party Nathaniel L Carter (pty:pla), Attorney Ernest John Walker added to party Larry D Cook (pty:pla), Attorney Ernest John Walker added to party Kesha Crenshaw (pty:pla), Attorney Ernest John Walker added to party Alvin Criswell (pty:pla), Attorney Ernest John Walker added to party Lori Cutunilli (pty:pla), Attorney Ernest John Walker added to party Kevin O'Rourke (pty:pla), Attorney Ernest John Walker added to party Amie Trapp(pty:pla), Attorney Ernest John Walker added to party Neil Yarbrough(pty:pla) (Walker, Ernest) (Entered: 01/05/2021) |
| 12/28/2020 | 8 | SUMMONSES issued by Clerk. (cmadr, ) (Entered: 12/28/2020) |
| 12/24/2020 | 7 | SUMMONS REQUEST as to DOMINION VOTING SYSTEMS INC., FACEBOOK, INC., CENTER FOR TECH AND CIVIC LIFE, MARK E. ZUCKERBERG, PRISCILLA CHAN, BRIAN KEMP, BRAD RAFFENSPERGER, GRETCHEN WHITMER, JOCELYN BENSON, TOM WOLF, KATHY BOOCKVAR, TONY EVERS, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMAN, JULIE M. GLANCEY, DEAN KNUDSON, ROBERT F. SPINDELL, JR. re 1 Complaint,, by Plaintiff Kevin O'Rourke. (Attachments: # 1 Summons Summonses on one PDF file) (Fielder, Gary) (Entered: 12/24/2020) |
| 12/24/2020 | 6 | Administrative Notice: The Summonses submitted contain an incomplete caption and will not be issued. All parties to the action must be listed in the |

| | | |
|---|---|---|
| | | caption of the summons. (Text Only Entry) (cmadr, ) (Entered: 12/24/2020) |
| 12/23/2020 | 5 | SUMMONS REQUEST as to DOMINION VOTING SYSTEMS INC., FACEBOOK, INC., CENTER FOR TECH AND CIVIC LIFE, MARK E. ZUCKERBERG, PRISCILLA CHAN, BRIAN KEMP, BRAD RAFFENSPERGER, GRETCHEN WHITMER, JOCELYN BENSON, TOM WOLF, KATHY BOOCKVAR, TONY EVERS, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMAN, JULIE M. GLANCEY, DEAN KNUDSON, ROBERT F. SPINDELL, JR re 1 Complaint,, by Plaintiff Kevin O'Rourke. (Attachments: # 1 Summons Summons in one pdf file) (Fielder, Gary) (Entered: 12/23/2020) |
| 12/23/2020 | 4 | ORDER SETTING SCHEDULING/PLANNING CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT/NON-CONSENT FORM by Magistrate Judge N. Reid Neureiter on 23 December 2020. Consent Form due by 2/25/2021. Proposed Scheduling Order due 3/4/2021. Scheduling Conference set for 3/11/2021 11:00 AM in Courtroom C203 before Magistrate Judge N. Reid Neureiter. The Scheduling Conference will be conducted via telephone. The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time. (cmadr, ) (Entered: 12/23/2020) |
| 12/22/2020 | 3 | Magistrate Judge consent form issued pursuant to D.C.COLO.LCivR 40.1, direct assignment of civil actions to full time magistrate judges. NO SUMMONS ISSUED. (trvo, ) (Entered: 12/22/2020) |
| 12/22/2020 | 2 | Case assigned to Magistrate Judge N. Reid Neureiter. Text Only Entry. (trvo, ) (Entered: 12/22/2020) |
| 12/22/2020 | 1 | COMPLAINT *and Jury Demand* against All Plaintiffs (Filing fee $ 402,Receipt Number 1082-7642517)Attorney Gary D. Fielder added to party Kevin O'Rourke(pty:pla), filed by Kevin O'Rourke. (Attachments: # 1 Civil Cover Sheet Civil Cover Sheet, # 2 Exhibit Ex. 1 O'Rourke Affidavit, # 3 Exhibit Ex. 2 Carter Affidavit, # 4 Exhibit Ex. 3 Cutunilli Affidavit, # 5 Exhibit Ex. 4 Criswell Affidavit, # 6 Exhibit Ex. 5 Cook Affidavit, # 7 Exhibit Ex. 6 Crenshaw Affidavit, # 8 Exhibit Ex. 7 Yarbrough Statement, # 9 Exhibit Ex. 8 Trapp Statement, # 10 Exhibit Ex. 9 ASOG Report, # 11 Exhibit Ex. 10 Navarro Report, # 12 Exhibit Ex. 11 Amistad Project Report) (Fielder, Gary) (Entered: 12/22/2020) |