IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, et al.,

Plaintiffs, on their own behalf and of a class of similarly situated persons,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

**DECLARATION OF JOSHUA S. LIPSHUTZ IN SUPPORT OF DEFENDANT FACEBOOK, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR SANCTIONS**

I, Joshua Lipshutz, hereby declare as follows:

1.  I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Facebook, Inc. ("Facebook") in the above-captioned matter. I am a member in good standing of the State Bars of California, Massachusetts, and the District of Columbia. I submit this declaration in support of Facebook's Memorandum in Support of its Motion for Sanctions filed contemporaneously herewith. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

2.  Attached as **Exhibit 1** hereto is a true and correct copy of correspondence from Joshua Lipshutz (counsel for Facebook) to Plaintiffs' counsel, sent February 11, 2021.

3.  Attached as **Exhibit 2** hereto is a true and correct copy of correspondence from Ernest Walker (counsel for Plaintiffs) to Facebook's counsel, sent April 23, 2021.

4.  Attached as **Exhibit 3** hereto is a true and correct copy of correspondence from Ryan Bergsieker (counsel for Facebook) to Plaintiffs' counsel, sent April 5, 2021.

5.  Attached as **Exhibit 4** hereto is a true and correct copy of the transcript of the hearing on Defendants' motions to dismiss and Plaintiffs' motion for leave to amend, held on April 27, 2021.

6.  Attached as **Exhibit 5** hereto is a true and correct copy of a blog post entitled "Breaking: Daily Truth Report" from the "In the News" section of dominionclassaction.com, a website featuring Plaintiffs' counsel related to this litigation, as of May 12, 2021.

7.  Attached as **Exhibit 6** hereto is a true and correct copy of the "Contribute Financially to Dominion Class Action" section of dominionclassaction.com, a website featuring Plaintiffs' counsel related to this litigation, as of May 12, 2021.

1

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 21, 2021 in Washington, DC.

/s/ Joshua S. Lipshutz

Joshua S. Lipshutz

2