# Exhibit 2

| | |
|---|---|
| **From:** | Ernie Walker |
| **To:** | Bergsieker, Ryan T. |
| **Cc:** | Lipshutz, Joshua S.; Streit, Craig; Hausknecht, Natalie; gary |
| **Subject:** | Re: O"Rourke v. Dominion Voting Systems - Motion to Join Additional Plaintiffs |
| **Date:** | Friday, April 23, 2021 4:10:10 PM |

[External Email]

Objection noted.

Have a good weekend.


On Fri, Apr 23, 2021, 5:50 PM Bergsieker, Ryan T. <RBergsieker@gibsondunn.com> wrote:

> Ernie:
>
> Facebook will oppose the motion.
>
> Best regards,
>
>
> **Ryan T. Bergsieker**
>
> GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 1801 California Street, Denver, CO 80202-2642
> Tel +1 303.298.5774 • Fax +1 303.313.2824
> RBergsieker@gibsondunn.com • www.gibsondunn.com
>
>
> On Apr 23, 2021, at 3:04 PM, Ernie Walker <ernestjwalker@gmail.com> wrote:
>
> [External Email]
>
> Counsel:
>
> We are providing you with notice that Plaintiffs will be filing a motion to join approximately 350 new plaintiffs to the current list of plaintiffs.  Please advise if you have any objections and we will note them with the court.
>
> Thank you,
> Ernest Walker

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.