# Exhibit 3

| | |
|---|---|
| **From:** | Bergsieker, Ryan T. |
| **To:** | gary@fielderlaw.net; Ernie Walker; criminaldefense@fielderlaw.net |
| **Cc:** | Lipshutz, Joshua S. |
| **Subject:** | RE: O"Rourke et al. v. Dominion Voting Systems, Inc. et al. |
| **Date:** | Tuesday, April 6, 2021 3:26:15 PM |
| **Attachments:** | Exhibit 1_Rule 11 Letter.pdf |

Dear Counsel,

Attached is a copy of Exhibit 1 to the Rule 11 motion we provided to you yesterday.  Exhibit 1 is a copy of the letter you received from us on February 11.

**Ryan T. Bergsieker**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5774 • Fax +1 303.313.2824
RBergsieker@gibsondunn.com • www.gibsondunn.com

---

**From:** Bergsieker, Ryan T.
**Sent:** Monday, April 5, 2021 8:08 PM
**To:** 'gary@fielderlaw.net' <gary@fielderlaw.net>; Ernie Walker <ernestjwalker@gmail.com>; criminaldefense@fielderlaw.net
**Cc:** Lipshutz, Joshua S. <JLipshutz@gibsondunn.com>
**Subject:** O'Rourke et al. v. Dominion Voting Systems, Inc. et al.

Dear Counsel:

Pursuant to Fed. R. Civ. P. 11(c)(2), please find attached a copy of Facebook's motion for sanctions in the above-referenced case.

**Ryan T. Bergsieker**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5774 • Fax +1 303.313.2824
RBergsieker@gibsondunn.com • www.gibsondunn.com