# Exhibit 5



# BREAKING: YOU Can Join the $160 Billion Class Action Lawsuit Against Dominion, Zuckerberg, Facebook, Elected Officials, Others...First of Its Kind

https://dailytruthreport.com/breaking-you-can-join-the-160-billion-class-action-lawsuit-against-dominion-zuckerberg-facebook-elected-officials-others-first-of-its-kind/

Share this post:  

## Categories

All Posts

Breaking News

## Sign up for blog updates!

Join my email list to receive updates and information.

Email address



## Recent Posts

Breaking: 2020 Conservative

Feb 23, 2021

Breaking: The Democratic Party is a ...

Feb 23, 2021

Breaking: Daily Case Report-cv-03747-NRN Document 103-7 Filed 05/21/21 USDC Colorado Page 4 of 7 daily-truth-report

Breaking News: Lucianne

Feb 23, 2021



# DONATE TO OUR CAUSE

Your support and contributions will enable us to cover the cost of presenting the largest civil rights class action lawsuit in history. Thank you for being apart of

it.

# DONATE NOW

# CONTACT DOMINION CLASS ACTION

We aren't accepting new application at this time until the class becomes certified, however please reach out to us so that we can get to know you and collaborate together!

# CONTACT US

Home    About    In the News    Attorney Interviews

Plaintiff Interviews    Brent Beleskey    Order: Motion to Dismiss

Original 8 Affidavits    Volunteer    Contribute    Get Updates

Contact Us



### Dominion Class Action

1444 Stuart St, Denver, Colorado 80204, United States

(720) 306 - 0007

## Dominion Class Action Privacy Policy

This privacy policy ("policy") will help you understand how Dominion Class Action ("us", "we", "our") uses and protects the data you provide to us when you visit and use dominionclassaction.com ("website", "service"). We reserve the right to change this policy at any given time, of which you will be promptly updated. If you want to make sure that you are up to date with the latest changes, we advise you to frequently visit this page.

## What User Data We Collect

When you visit the website, we may collect the following data:

- Your IP address.
- Your contact information and email address.
- Other information such as interests and preferences.
- Data profile regarding your online behavior on our website.

## Why We Collect Your Data

We are collecting your data for several reasons:

- To better understand your needs.
- To improve our services and products.
- To send you promotional emails containing the information we think you will find interesting.
- To contact you to fill out surveys and participate in other types of market research.
- To customize our website according to your online behavior and personal preferences.

## Safeguarding and Securing the Data

Dominion Class Action is committed to securing your data and keeping it confidential. Dominion Class Action has done all in its power to prevent data theft, unauthorized access, and disclosure by implementing the latest technologies and software, which help us safeguard all the information we collect online.

## Our Cookie Policy

Once you agree to allow our website to use cookies, you also agree to use the data it collects regarding your online behavior (analyze web traffic, web pages you spend the most time on, and websites you visit). The data we collect by using cookies is used to customize our website to your needs. After we use the data for statistical analysis, the data is completely removed from our systems. Please note that cookies don't allow us to gain control of your computer in any way. They are strictly used to monitor which pages you find useful and which you do not so that we can provide a better experience for you. If you want to disable cookies, you can do it by accessing the settings of your internet browser. (Provide links for cookie settings for major internet browsers).

## Links to Other Websites

Our website contains links that lead to other websites. If you click on these links Dominion Class

Action is not held responsible for your data and privacy protection. Visiting those websites is not governed by this privacy policy agreement. Make sure to read the privacy policy documentation of the website you go to from our website.

**Restricting the Collection of your Personal Data**

At some point, you might wish to restrict the use and collection of your personal data. You can achieve this by doing the following:

When you are filling the forms on the website, make sure to check if there is a box which you can leave unchecked, if you don't want to disclose your personal information. If you have already agreed to share your information with us, feel free to contact us via email and we will be more than happy to change this for you. Dominion Class Action will not lease, sell or distribute your personal information to any third parties, unless we have your permission. We might do so if the law forces us. Your personal information will be used when we need to send you promotional materials if you agree to this privacy policy.