# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

---

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO MOTION FOR SANCTIONS FILED BY GOVERNOR TOM WOLF AND FORMER SECRETARY KATHY BOOCKVAR

---

COME NOW the Plaintiffs, by and through counsel, and hereby respectfully requests that the Court extend the time necessary to file a response to the motion for sanctions filed by Defendants, Governor Tom Wolf and former Secretary Kathy Boockvar's, by seven days, to allow counsel to file a response up to and including Monday, June 14, 2021.

As grounds therefore, undersigned counsel states as follows:

1. On May 17, 2021, Defendants, Governor Tom Wolf and former Secretary Kathy Boockvar's, filed a motion for sanctions against Plaintiffs' counsel.

2. Accordingly, the response was due on Monday, June 7, 2021.

3. However, undersigned counsel inadvertently calendared the response for Thursday, June 10, 2021.

4. As the court is aware, Defendant, Dominion Voting Systems, filed a motion for sanctions, the response to which is now due on Thursday, June 10, 2021.

3

5. Out of necessity, undersigned counsel sought an extension until June 10th on the Dominion response, and put in that motion that June 10 was the same day as the response due from the Pennsylvania Defendants.

6. The Court has recently set the matter for a hearing on July 16, 2021. Accordingly, a short extension of time to allow counsel to file a responsive pleading to the motion will not prejudice Mr. Wolf or Ms. Boockvar, in any way.

7. Undersigned counsel sent counsel for Mr. Wolf and Ms. Boockvar, Jacob Boyer, Esq., an email this afternoon. Mr. Boyer responded immediately, and indicated that he has no objection to a one week extension.

WHEREFORE, the Plaintiffs, by and through counsel, and hereby respectfully requests that the Court extend the time necessary to file a response to the motion for sanctions filed by Defendants, Governor Tom Wolf and former Secretary Kathy Boockvar's, by seven days, to allow counsel to file a response up to and including Monday, June 14, 2021.

Respectfully submitted this 8th day of June, 2021.

*PLAINTIFFS COUNSEL:*

s/ Gary D. Fielder
Gary D. Fielder  (CO 19757)
LAW OFFICE OF GARY FIELDER
1444 Stuart St.
Denver, CO 80204
(720) 306-0007
gary@fielderlaw.net

3

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on June 8th 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Gary D. Fielder*
Gary D. Fielder  (CO 19757)
1444 Stuart St.
Denver, CO 80204
(720)306-0007
gary@fielderlaw.net

3