**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE,
NATHANIEL L. CARTER,
LORI CUTUNILLI,
LARRY D. COOK,
ALVIN CRISWELL,
KESHA CRENSHAW,
NEIL YARBROUGH and
AMIE TRAPP,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS, INC., a Delaware corporation,
FACEBOOK, INC., a Delaware corporation,
CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually,
PRISCILLA CHAN, individually,
BRIAN KEMP, individually,
BRAD RAFFENSPERGER, individually,
GRETCHEN WHITMER, individually,
JOCELYN BENSON, individually,
TOM WOLF, individually,
TONY EVERS, individually,
ANN S. JACOBS, individually,
MARK L. THOMSEN, individually,
MARGE BOSTELMAN, individually,
JULIE M. GLANCEY, individually,
DEAN KNUDSON, individually,
ROBERT F. SPINDELL, JR., individually, and
DOES1-10,000,

    Defendants.

_____

**DEFENDANTS GOVERNOR GRETCHEN WHITMER AND SECRETARY OF STATE
JOCELYN BENSON'S MOTION FOR SANCTIONS**

**EXHIBIT LIST**

A. Email from Plaintiffs' counsel

# EXHIBIT A

| | |
|---|---|
| **From:** | Ernie Walker |
| **To:** | Meingast, Heather (AG); Albro, Lisa (AG); Richards, Margaret (AG); St Onge, Nancy (AG) |
| **Cc:** | gary |
| **Subject:** | O"Rourke v. Dominion Voting Systems - Voluntary dismissal |
| **Date:** | Friday, April 16, 2021 10:55:47 AM |

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Counsel:

After consideration of the jurisdiction issues in this matter, Plaintiffs have decided to pursue voluntary dismissal of Ms. Gretchen Whitmer and Ms. Jocelyn Benson pursuant to Rule 41. Please advise of your position, and we will include with our motion, which we intend to file no later than Monday, April 19.

Thank you,
Ernest Walker