IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE RESPONSE TO MOTION FOR SANCTIONS FILED BY FACEBOOK, INC.

COME NOW the Plaintiffs, by and through counsel, and hereby respectfully requests that the Court extend the time necessary to file a response to the motion for sanctions filed by Defendant, FACEBOOK, INC. (Facebook), by three days, to allow counsel to file a response up to and including Monday, June 21, 2021.

As grounds therefore, undersigned counsel states as follows:

1.    Plaintiffs' counsels' response to Facebooks' motion for sanctions is due on Friday, June 18, 2021.

2.    However, undersigned counsel was in a felony jury trial throughout the week, with a verdict on Thursday afternoon of June 17, 2021.

3.    Additionally, undersigned counsel was required to travel to Leadville, Colorado, regarding an arraignment on a first degree murder case, which required four hours of travel and additional time with the client and family, in light of the nature of the case.

1

4. CENTER FOR TECHOLOGY AND CIVIC LIFE (CTCL) filed a motion for sanctions, as well, and the response to that is due on Monday, June 21, 2021.

5. The Court has recently set the matter for a hearing on July 16, 2021. Accordingly, a short extension of time to allow counsel to file a responsive pleading to the motion should not prejudice Facebook.

6. On Thursday, June 17, 2021, Plaintiffs' counsel sent an email concerning this request to counsel for Facebook, who indicated that they had no objection to a three day extension.

WHEREFORE, the Plaintiffs, by and through counsel, and hereby respectfully requests that the Court extend the time necessary to file a response to the motion for sanctions filed by Defendants, FACEBOOK, INC., by three days, to allow counsel to file a response up to and including Monday, June 21, 2021.

Respectfully submitted this 19th day of June, 2021.

*PLAINTIFFS COUNSEL:*

*s/ Gary D. Fielder*
Gary D. Fielder (CO 19757)
LAW OFFICE OF GARY FIELDER
1444 Stuart St.
Denver, CO 80204
(720) 306-0007
gary@fielderlaw.net

3

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on June 19th 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Gary D. Fielder*
Gary D. Fielder  (CO 19757)
1444 Stuart St.
Denver, CO 80204
(720)306-0007
gary@fielderlaw.net