IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

**MOTION TO FILE COMBINED RESPONSE TO MOTION FOR SANCTIONS FILED BY DEFENDANTS CTCL AND FACEBOOK AND TO EXCEED THE PAGE LIMITS REQUIREMENT**

COMES NOW counsel for Plaintiffs, and hereby submit the following motion to file a combined response to the motions for sanctions filed by Defendants, FACEBOOK, INC. (Facebook) and CENTER FOR TECHNOLOGY AND CIVIC LIFE (CTCL), and hereby further respectfully requests that the Court allow Plaintiffs' counsel to exceed the fifteen page limit for motions and responses, in this Court.

As grounds therefore, Plaintiffs' counsel states as follows:

1. The responses for the separate motions for sanctions filed by CTCL and Facebook are due on this Monday, June 21, 2021.

2. In light of the similar issues and connected facts, Plaintiffs' counsel request that they be allowed to file a combined response.

3. Counsel for the Plaintiffs has met and conferred with counsel for Facebook and CTCL, who have no objection to allowing counsel to file a combined response.

1

4. Although the parties did not discuss this issue, Counsel for the Plaintiffs request that the Court allow counsel to exceed the normal 15 page limit. Plaintiffs' counsel could have filed two, fifteen page responses. However, addressing the issues in full, in combination, has required counsel to exceed the normal page limit, and hereby files a 19 page response to both motions.

WHEREFORE, Plaintiffs' counsel hereby respectfully request that they be allowed to file a combined response to the separate motions for sanctions filed by CTCL, and to allow counsel to exceed the 15 page limit and file a combined response of 19 pages.

Dated this 21st day of June, 2021.

Respectfully submitted,

*PLAINTIFFS COUNSEL:*

By: *s/Ernest J. Walker*  
Ernest J. Walker (MI P58635)  
ERNEST J. WALKER LAW OFFICE  
1444 Stuart St.  
Denver, CO 80204  
(720) 306-0007  
ernestjwalker@gmail.com  

By: *s/ Gary D. Fielder*  
Gary D. Fielder (CO 19757)  
LAW OFFICE OF GARY FIELDER  
1444 Stuart St.  
Denver, CO 80204  
(720) 306-0007  
gary@fielderlaw.net  

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Gary D. Fielder*  
Gary D. Fielder, Esq.  
Law Office of Gary Fielder  
1444 Stuart St.  
Denver, CO 80204  
(720)306-0007  
gary@fielderlaw.net