**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

---

**AMENDED MOTION TO FILE COMBINED RESPONSE TO MOTION FOR
SANCTIONS FILED BY DEFENDANTS CTCL AND FACEBOOK AND TO EXCEED
PAGE LIMITS REQUIREMENT**

---

COMES NOW counsel for Plaintiffs, and hereby submit the following amended motion to file a combined response to the motions for sanctions filed by Defendants, FACEBOOK, INC. (Facebook) and CENTER FOR TECHNOLOGY AND CIVIC LIFE (CTCL), and to exceed the fifteen page limit for motions and responses, in this Court, to correct the communication record among counsel.

As grounds therefore, Plaintiffs' counsel states as follows:

1.      The responses for the separate motions for sanctions filed by CTCL and Facebook are due on this Monday, June 21, 2021.

2.      In light of the similar issues and connected facts, Plaintiffs' counsel requests that they be allowed to file a combined response.

3.      Counsel for the Plaintiffs has met and conferred with counsel for Facebook, who had no objection to a three day extension from last Friday, and for allowing counsel to file a combined response. Attorney Fielder misunderstood and believed that Attorney Walker had met

1

and conferred with counsel for CTCL as to a combined response, but he had not. Plaintiffs' counsel apologizes for the misunderstanding. Plaintiffs' counsel has since communicated with counsel for CTCL, who has no objection to the motion except for correcting the prior communication record.

4.      Further, although the parties did not discuss this issue, Counsel for the Plaintiffs request that the Court allow counsel to exceed the normal 15 page limit. Plaintiffs' counsel could have filed two, fifteen page responses. However, addressing the issues in full, in combination, has required counsel to exceed the normal page limit, and hereby files a 19 page response to both motions.

WHEREFORE, Plaintiffs' counsel hereby respectfully request that they be allowed to file a combined response to the separate motions for sanctions filed by CTCL and Facebook, and to allow counsel to exceed the 15 page limit and file a combined response of 19 pages.

Dated this 22nd day of June, 2021.

Respectfully submitted,

**PLAINTIFFS COUNSEL:**

By: _s/Ernest J. Walker_
Ernest J. Walker (MI P58635)
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720) 306-0007
ernestjwalker@gmail.com

By: _s/ Gary D. Fielder_
Gary D. Fielder (CO 19757)
LAW OFFICE OF GARY FIELDER
1444 Stuart St.
Denver, CO 80204
(720) 306-0007
gary@fielderlaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 22, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Gary D. Fielder*
Gary D. Fielder, Esq.
Law Office of Gary Fielder
1444 Stuart St.
Denver, CO 80204
(720)306-0007
gary@fielderlaw.net