IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, *et al.*,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., *et al.*,

Defendants.

**DECLARATION OF STANLEY L. GARNETT IN SUPPORT OF
DOMINION VOTING SYSTEMS, INC.'S REPLY IN SUPPORT OF
MOTION FOR SANCTIONS PURSUANT TO FED. R. CIV. P. 11
AND 28 U.S.C. § 1927**

Exhibit B

I, Stanley L. Garnett, hereby declare as follows:

1. I am shareholder at the law firm Brownstein Hyatt Farber Schreck, LLP. I represented Dominion Voting Systems, Inc. ("Dominion") in the above-captioned matter.

2. I submit this declaration in support of Dominion's Reply in Support of Its Motion for Sanctions filed contemporaneously herewith.

3. I make this declaration on my own knowledge, and I would testify to the matters stated herein under oath if called upon to do so.

4. On February 3, 2021, I emailed a copy of the Rule 11 letter, which was attached as Exhibit A to Dominion's Motion for Sanctions, to Plaintiffs' counsel at criminaldefense@fielderlaw.net and enrnestjwalker@gmail.com. The letter was also sent to Plaintiffs' counsel via certified mail.

5. Attached as **Exhibit 1** is a true and correct copy of the email I sent to Plaintiffs' counsel on February 3, 2021.

6. Plaintiffs' counsel acknowledged receipt of the Rule 11 letter in a voice message on February 9, 2021.

7. After I served the Rule 11 letter, I had a phone call with Plaintiff's counsel, Ernest J. Walker, Esq., to talk through the issues identified in the Rule 11 letter.

8. Plaintiffs' counsel, however, subsequently demanded that all communications between the parties be in writing.

9. Attached as **Exhibit 2** is a true and correct copy of the correspondence dated February 10, 2021, where Mr. Walker demanded that all communications between the parties be in writing.

10. Since that request, Dominion has honored Mr. Walker's request and communicated with Plaintiffs' counsel via email since that exchange.

11. On April 9, 2021, counsel for Dominion served the Motion for Sanctions on Plaintiffs' counsel via email—a mode of communication that satisfied Mr. Walker's request and the same mode of communication used to serve the Rule 11 letter.

12. Attached as **Exhibit 3** is a true and correct copy of the email and attached motion.

13. The email was sent to the same email addresses as the Rule 11 letter— criminaldefense@fielderlaw.net and enrnestjwalker@gmail.com.

14. These email addresses match the email addresses on file with the Court's electronic-filing system.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of June, 2021.

_____
Stanley L. Garnett