| | |
|---|---|
| **From:** | Garnett, Stanley |
| **Sent:** | Wednesday, February 10, 2021 7:30 PM |
| **To:** | Ernie Walker |
| **Cc:** | Ryan Bergsieker; Meschke, David B.; DuPey, Bridget C. |
| **Subject:** | Re: O'Rourke matter |

Ernie,

I am committed to continued good faith communications with you and your co counsel and see no reason from our couple of conversations that would warrant "written only" communications going forward. But, I will honor your request as a courtesy.

Let me know your clients' positions when you have them.

Best,

Stanley L. Garnett
Brownstein Hyatt Farber Schreck, LLP
410 Seventeenth Street, Suite 2200
Denver, CO. 80202
303.223.1286 tel
303.668.3113 cell
Sgarnett@bhfs.com

> On Feb 10, 2021, at 5:27 PM, Ernie Walker <ernestjwalker@gmail.com> wrote:
>
> Good afternoon Stan:
>
> I wanted to acknowledge receipt of your client's response. However, I have not yet received any response to our request from Mr. Bergsieker or anyone on his team on behalf of Facebook.
>
> Also, given the posture your client has taken and the apparent confusing communications we have had, I must request that all future communication be in writing.
>
> Thank you,
> Ernie
>
> On Tue, Feb 9, 2021 at 6:26 PM Garnett, Stanley <SGarnett@bhfs.com> wrote:
>
>> Ernie,
>>
>> My client has significant problems with this lawsuit. Until it is dismissed with prejudice, Dominion must disclose its existence on numerous forms and other disclosures as it interacts with clients across the United States. As detailed in our correspondence of February 3, this case appears to have no merit, factually or legally. We can't conceive of a manner to improve it by amendment and my instructions

**Exhibit 2**

are to obtain its dismissal with prejudice, whether by Motion to Dismiss, or by Plaintiffs voluntary dismissal, as quickly as possible and to pursue appropriate sanctions.

In Dominion's opinion, further extensions only delay the resolution of this case and its dismissal with prejudice.

Stanley L. Garnett

Brownstein Hyatt Farber Schreck, LLP

410 Seventeenth Street, Suite 2200

Denver, CO. 80202

303.223.1286 tel

303.668.3113 cell

Sgarnett@bhfs.com



*Brownstein Hyatt Farber Schreck: celebrating 50 years of leadership at the intersection of business, law and politics.*

**From:** Ernie Walker [mailto:ernestjwalker@gmail.com]
**Sent:** Tuesday, February 09, 2021 4:48 PM
**To:** Garnett, Stanley
**Cc:** Ryan Bergsieker; Meschke, David B.; DuPey, Bridget C.
**Subject:** Re: O'Rourke matter

Stan:

The only Defendants that have been served so far are Dominion and Facebook, so the dates to extend would be for any responsive pleadings from either Dominion or Facebook. It may be easier to set a date by which we would advise you of our client's position regarding whether to dismiss, followed by dates for responses from Dominion and Facebook.

Thanks,

Ernie

On Tue, Feb 9, 2021 at 4:29 PM Garnett, Stanley <SGarnett@bhfs.com> wrote:

> Thanks, Ernie. That much I understood, but the only deadlines, currently, apply to Facebook and Dominion who are the only defendants who have been served.
>
> So, extension of which deadlines, was my question?

Thanks,

Stanley L. Garnett

Brownstein Hyatt Farber Schreck, LLP

410 Seventeenth Street, Suite 2200

Denver, CO. 80202

303.223.1286 tel

303.668.3113 cell

Sgarnett@bhfs.com



*Brownstein Hyatt Farber Schreck: celebrating 50 years of leadership at the intersection of business, law and politics.*

**From:** Ernie Walker [mailto:ernestjwalker@gmail.com]
**Sent:** Tuesday, February 09, 2021 4:13 PM
**To:** Garnett, Stanley
**Cc:** Ryan Bergsieker; Meschke, David B.; DuPey, Bridget C.
**Subject:** Re: O'Rourke matter

Stan:

I apologize for the confusion, and thank you for the introduction to Ryan. I had asked that we stay current deadlines, but I realize we really did not set a specific amount of time for the stay.

We are still flexible regarding the amount of time, and I think 30 days would be sufficient. We could set specific dates for responses if you prefer.

Please let me know if your clients are agreeable to a stay period.

Thank you,

Ernie

On Tue, Feb 9, 2021 at 3:54 PM Garnett, Stanley <SGarnett@bhfs.com> wrote:

> Ernie,
>
> I had a call this afternoon with Ryan Bergsieker who represents Facebook. I related our conversation but, in doing so, realized that i wasn't entirely clear what you were requesting.

He is cc'ed here, and I encourage you to reach out to him directly to convey your request and learn Facebook's position.

Best,

Stanley L. Garnett

Brownstein Hyatt Farber Schreck, LLP

410 Seventeenth Street, Suite 2200

Denver, CO. 80202

303.223.1286 tel

303.668.3113 cell

Sgarnett@bhfs.com

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.