# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS
TO FILE RESPONSE TO MOTION FOR SANCTIONS
FILED BY DEFENDANTS WHITMER AND BENSON**

---

COME NOW the Plaintiffs, by and through counsel, and hereby respectfully request that the Court extend the time necessary to file a response to the motion for sanctions filed by Defendants, GRETCHEN WHITMER (Ms. Whitmer) and JOCELYN BENSON (Ms. Benson), by eight days, to allow counsel to file a response up to and including Thursday, July 8, 2021.

As grounds therefore, undersigned counsel states as follows:

1. Plaintiffs' counsels' response to Ms. Whitmer and Ms. Benson's motion for sanctions is due on Wednesday, June 30, 2021.

2. However, due to the necessity of filing responses to similar motions filed by other Defendants and the extraordinary pressive business, undersigned counsel is desirous of an eight (8) day extension of time to file the necessary response up to and including Thursday, July 8, 2021.

3

3. Undersigned counsel received an electronic message from Defendants' counsel indicating that Defendants would not oppose an extension to the response to their motion for sanctions on June 20, 2021, however, no new response date had been discussed.

4. However, in light of the upcoming Independence Day holiday, Plaintiffs' counsel believes that an eight (8) day extension is reasonable, under the circumstances.

WHEREFORE, the Plaintiffs, by and through counsel, hereby respectfully request that the Court extend the time necessary to file a response to the motion for sanctions filed by Defendants, Ms. Whitmer and Ms. Benson, by eight days, to allow counsel to file a response up to and including Thursday, July 8, 2021.

Respectfully submitted this 30th day of June, 2021.

*PLAINTIFFS COUNSEL:*

*s/ Gary D. Fielder*
Gary D. Fielder (CO 19757)
LAW OFFICE OF GARY FIELDER
1444 Stuart St.
Denver, CO 80204
(720) 306-0007
gary@fielderlaw.net

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 30th 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/ Gary D. Fielder*
Gary D. Fielder (CO 19757)
1444 Stuart St.
Denver, CO 80204
(720)306-0007
gary@fielderlaw.net

3