IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03747-NRN

KEVIN O'ROURKE,
NATHANIEL L. CARTER,
LORI CUTUNILLI,
LARRY D. COOK,
ALVIN CRISWELL,
KESHA CRENSHAW,
NEIL YARBROUGH, and
AMIE TRAPP,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., a Delaware corporation,
FACEBOOK, INC., a Delaware corporation,
CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually,
PRISCILLA CHAN, individually,
BRIAN KEMP, individually,
BRAD RAFFENSPERGER, individually,
GRETCHEN WHITMER, individually,
JOCELYN BENSON, individually,
TOM WOLF, individually,
KATHY BOOCKVAR, individually,
TONY EVERS, individually,
ANN S. JACOBS, individually,
MARK L. THOMSEN, individually,
MARGE BOSTELMAN, individually,
JULIE M. GLANCEY,
DEAN KNUDSON, individually,
ROBERT F. SPINDELL, JR, individually, and
DOES 1-10,000,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Plaintiffs' Unopposed Motion for Extension of Time for Plaintiffs to File Response to Motion for Sanctions Filed by Defendants Whitmer and

Benson (Dkt. #123). Plaintiffs' response Defendants Governor Gretchen Whitmer and Secretary of State Jocelyn Benson's Motion for Sanctions (Dkt. #109) is due on or before July 8, 2021.

It is further ORDERED that Plaintiffs' Amended Motion to File Combined Response to Motion for Sanctions Filed by Defendant CTCL and Facebook and to Exceed the Page Limits Requirement (Dkt. #120) is DENIED as moot in light of the Minute Order at Dkt. #119.

Date: July 1, 2021