IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-03747-NRN | Date:  July 16, 2021 |
| Courtroom Deputy:  Stacy Libid | FTR:   Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| KEVIN O'ROURKE, | Ernest Walker, by VTC |
| NATHANIEL L. CARTER, | Gary Fielder |
| LORI CUTUNILLI, | |
| LARRY D. COOK, | |
| ALVIN CRISWELL, | |
| KESHA CRENSHAW, | |
| NEIL YARBROUGH, and | |
| AMIE TRAPP, | |
| | |
| Plaintiffs, | |
| | |
| v. | |
| | |
| DOMINION VOTING SYSTEMS INC., a Delaware corporation, | Bridget DuPey |
| FACEBOOK, INC., a Delaware corporation, | David Meschke |
| CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization, | Stanley Garnett |
| | Joshua Lipshutz, by VTC |
| | Joshua Matz, by VTC |
| MARK E. ZUCKERBERG, individually, | Marcella Coburn, by VTC |
| PRISCILLA CHAN, individually, | Michael Skocpol, by VTC |
| BRIAN KEMP, individually, | Heather Meingast, by VTC |
| BRAD RAFFENSPERGER, individually, | Jacob Boyer, VTC |
| GRETCHEN WHITMER, individually, | |
| JOCELYN BENSON, individually, | |
| TOM WOLF, individually, | |
| KATHY BOOCKVAR, individually, | |
| TONY EVERS, individually, | |
| ANN S. JACOBS, individually, | |
| MARK L. THOMSEN, individually, | |
| MARGE BOSTELMAN, individually, | |
| JULIE M. GLANCEY, | |
| DEAN KNUDSON, individually, | |
| ROBERT F. SPINDELL, JR, individually, and | |
| DOES 1-10,000, | |

Defendants.

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**10:43 a.m.    Court in session.**

Court calls case. Appearances of counsel.

Court makes statement and order that no audio or video recording of hearing is permitted and anyone violating the order may be held in contempt of court.

This matter is before the Court regarding:
- Dominion Voting Systems Inc.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927 [Docket No. 98];
- Governor Tom Wolf's and Former Secretary Kathy Boockvar's Motion for Sanctions [Docket No. 101];
- Defendant Center for Tech and Civil Life's Motion for Sanctions [Docket No. 102];
- Defendant Facebook, Inc.'s Motion for Sanctions [Docket No. 103]; and
- Defendants Governor Gretchen Whitmer and Secretary of State Jocelyn Benson's Motion for Sanctions [Docket No. 109].

Arguments by counsel.

**ORDERED:** Dominion Voting Systems Inc.'s Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. § 1927 [Docket No. 98] **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Governor Tom Wolf's and Former Secretary Kathy Boockvar's Motion for Sanctions [Docket No. 101] **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendant Center for Tech and Civil Life's Motion for Sanctions [Docket No. 102] **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendant Facebook, Inc.'s Motion for Sanctions [Docket No. 103] **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Defendants Governor Gretchen Whitmer and Secretary of State Jocelyn Benson's Motion for Sanctions [Docket No. 109] **TAKEN UNDER ADVISEMENT.**

**1:00 p.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   02:17

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.