**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03747-NRN

KEVIN O'ROURKE, NATHANIEL L. CARTER, LORI CUTUNILLI, LARRY D. COOK, ALVIN CRISWELL, KESHA CRENSHAW, NEIL YARBROUGH, and AMIE TRAPP,

        Plaintiffs, on their own behalf and of a class of similarly situated persons,

   v.

DOMINION VOTING SYSTEMS, INC., a Delaware corporation, FACEBOOK, INC., a Delaware corporation, CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization, MARK E. ZUCKERBERG, individually, PRISCILLA CHAN, individually, BRIAN KEMP, individually, BRAD RAFFENSPERGER, individually, GRETCHEN WHITMER, individually, JOCELYN BENSON, individually, TOM WOLF, individually, KATHY BOOCKVAR, individually, TONY EVERS, individually, ANN S. JACOBS, individually, MARK L. THOMSEN, individually, MARGE BOSTELMAN, individually, JULIE M. GLANCEY, DEAN KNUDSON, individually, ROBERT F. SPINDELL, Jr., individually, and DOES 1-10,000,

        Defendants.

**MOTION TO WITHDRAW APPEARANCE OF MICHAEL SKOCPOL FOR DEFENDANT CENTER FOR TECH AND CIVIC LIFE**

Defendant Center for Tech and Civic Life ("CTCL") hereby moves, pursuant to Local Attorney Rule 5(b), for an order permitting Michael Skocpol, to withdraw as counsel from the above-captioned action. Mr. Skocpol moves to withdraw because he will no longer be associated with Kaplan Hecker & Fink LLP. The other undersigned attorneys from Kaplan Hecker & Fink LLP will continue to represent CTCL in the above captioned action. For that reason, Mr. Skocpol's will cause no prejudice to CTCL, to any party, or to the Court and should be granted.

Dated: August 5, 2021

                                              Respectfully submitted,

                                              */s/ Michael Skocpol*
                                              Joshua Matz
                                              Michael Skocpol
                                              Marcella Coburn
                                              Louis W. Fisher
                                              KAPLAN HECKER & FINK LLP
                                              350 Fifth Avenue, 63rd Floor
                                              New York, NY 10118
                                              Telephone: 212.763.0883
                                              Facsimile: 212.564.0883
                                              Email: jmatz@kaplanhecker.com
                                              mskocpol@kaplanhecker.com
                                              mcoburn@kaplanhecker.com
                                              lfisher@kaplanhecker.com

                                              *Attorneys for Defendant Center for Tech and Civic Life*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2021, I electronically filed the foregoing MOTION TO WITHDRAW APPEARANCE OF MICHAEL SKOCPOL FOR DEFENDANT CENTER FOR TECH AND CIVIC LIFE with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Michael Skocpol*
Michael Skocpol