IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, et al.,

Plaintiffs, on their own behalf and of a class of
similarly situated persons,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

## DEFENDANTS' MOTION FOR ENTRY OF PROTECTIVE ORDER

Defendants Dominion Voting Systems Inc.; Facebook, Inc.; and the Center for Tech and Civic Life ("Defendants") respectfully submit this motion for the entry of the attached proposed Protective Order, and in support thereof state as follows:

1.  On August 3, 2021, the Court ordered Plaintiffs' counsel to "jointly and severally pay the moving Defendants' reasonable attorneys for (1) having to prepare and argue the motions to dismiss, and (2) having to prepare and argue the oppositions to the Motion for Leave to Amend." *See* Dkt. 136 at 66–67.

2.  The Court further ordered "that within 14 days from the date of this Order, the moving Defendants are directed to submit to Plaintiffs' counsel detailed billing records of each lawyer, reflecting the time spent on which tasks, with accompanying hourly rates, so that the Parties may attempt to confer and stipulate to a reasonable figure that would establish an appropriate sanction award for each moving Defendant." *Id.* at 67.

1

3. Defendants' "detailed billing records" contain confidential and sensitive information in which Defendants and their counsel have a confidentiality interest.

4. Accordingly, Defendants seek to designate such information as confidential pursuant to the proposed protective order before disclosing it to Plaintiffs' counsel, so that such confidential information is not used outside this litigation.

5. Defendants attempted to confer with Plaintiffs' counsel regarding their attorney fee requests beginning on August 11, 2021, and continuing on August 12, 2021, and August 16, 2021. Defendants sought Plaintiffs' counsel's position on this request for a protective order twice on August 16, 2021. To date, Plaintiffs' counsel have not responded to Defendants' attempts to confer regarding the requested protective order.

WHEREFORE Defendants request that the Court enter the proposed Protective Order included with this motion.

Dated: August 17, 2021

          Respectfully submitted,

          */s/ Joshua S. Lipshutz*

          Joshua S. Lipshutz
          **GIBSON DUNN & CRUTCHER LLP**
          1050 Connecticut Avenue, NW
          Washington, DC  20036
          Telephone:  202.955.8217
          Facsimile:  202.530.9614
          Email:  jlipshutz@gibsondunn.com

          Ryan T. Bergsieker
          Natalie J. Hausknecht
          **GIBSON, DUNN & CRUTCHER LLP**
          1801 California Street, Suite 4200
          Denver, CO  80202-2642
          Telephone:  303.298.5700
          Facsimile:  303.298.5907
          Email:  rbergsieker@gibsondunn.com
                     nhausknecht@gibsondunn.com

          *Attorneys for Facebook, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2021, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to the e-mail addresses denoted on the Court's Electronic Mail Notice List.

/s/ Joshua S. Lipshutz
Joshua S. Lipshutz

4