**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-3747-NRN

KEVIN O'ROURKE, *et al.*,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., *et al.*,

Defendants.

**NOTICE REGARDING SANCTIONS AWARD**

As directed by the Court's Order Granting Defendants' Motions for Sanctions, ECF No. 136, Governor Tom Wolf and former Secretary of the Commonwealth Kathy Boockvar submit this notice.

On August 17, the Pennsylvania defendants wrote to plaintiffs' counsel to propose $6,162.50 as a reasonable sanction, and attached billing records supporting that proposal. Plaintiffs' counsel had not responded by August 25, so the Pennsylvania defendants wrote again asking for a response.

Late yesterday evening, plaintiffs' counsel wrote to all defendants and stated, as relevant here, that they agreed $6,162.50 is a reasonable sanction to compensate the Pennsylvania defendants. *See* August 26, 2021 Email, Exhibit 1.

This morning, the Pennsylvania defendants sent plaintiffs' counsel a draft of a stipulation reflecting that the parties agree that $6,162.50 is a reasonable sanction amount. This afternoon, plaintiffs' counsel responded that he believed it was unnecessary for him to sign a stipulation. *See* August 27, 2021 Email, Exhibit 1. Although the undersigned replied that any agreement should display the signature of all parties to the agreement, plaintiffs' counsel has not responded.

Accordingly, the Pennsylvania defendants submit this notice on their own behalf. Although plaintiffs' counsel has not agreed to filing a joint stipulation, the Pennsylvania defendants believe, based on plaintiffs' counsel's August 26 email, that these parties have agreed that $6,162.50 is a reasonable sanction for the grant of Governor Wolf's and former Secretary Boockvar's Motion for Sanctions, ECF No. 101.

Dated: August 27, 2021            Respectfully submitted,

JOSH SHAPIRO
ATTORNEY GENERAL

MICHAEL J. FISCHER
Executive Deputy Attorney General for Impact Litigation and Chief Counsel

*/s/ Jacob Boyer*
JACOB BOYER
Deputy Attorney General
Pennsylvania Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(267) 768-3968
jboyer@attorneygeneral.gov

*Attorneys for Governor Tom Wolf and former Secretary of the Commonwealth Kathy Boockvar*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021 I electronically filed the foregoing Notice Regarding Sanctions Award with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ *Jacob Boyer*
Jacob Boyer