# Exhibit 1

**Boyer, Jacob B.**

| | |
|---|---|
| **From:** | Boyer, Jacob B. |
| **Sent:** | Friday, August 27, 2021 2:36 PM |
| **To:** | gary; ernestjwalker@gmail.com |
| **Cc:** | Fischer, Michael J. |
| **Subject:** | Re: [ EXTERNAL ] Meet and confer - Attorney fees |

Mr Fielder-

The Court has asked us to report whether we have agreed on a reasonable fee award. Ordinarily, if opposing parties have reached an agreement, the Court would expect the document reporting that agreement to be signed by all relevant parties. If you will not sign a joint notice of stipulation, we will file a notice only on behalf of the Pennsylvania defendants that reflects our understanding of the current posture.

Sincerely,

Jacob Boyer


On Aug 27, 2021, at 2:17 PM, gary <gary@fielderlaw.net> wrote:

> Dear Mr. Boyer,
>
> I don't think that my signature line is necessary. I would appreciate it if you would indicate in your notice that you have met and conferred with counsel for the plaintiffs, who have agreed that, without waiving any right to appeal or further argument that no sanctions should be imposed for the Common Wealth's preparation of its motion to dismiss and response to the motion to amend, the time spend and fees charged are otherwise reasonable under the circumstances.
>
> Thank you for your attention to this matter,
>
> Gary Fielder Esq.
> Ernest Walker Esq.
>
>> On August 27, 2021 1:00 PM Boyer, Jacob B. <jboyer@attorneygeneral.gov> wrote:
>>
>>
>> Mr. Walker and Mr. Fielder –

We have not received a response to the draft joint notice of stipulation sent to you this morning. If we do not hear back from you by 3 PM eastern, we will file a notice on only the Pennsylvania defendants' behalf. That notice will represent our understanding that we have agreed to $6,162.50 as a reasonable award based on Mr. Walker's email sent last night.

Sincerely,

—

Jacob Boyer

Deputy Attorney General | Impact Litigation Section

Pennsylvania Office of Attorney General

1600 Arch Street, Suite 300

Philadelphia, PA 19103

Desk: (267) 768-3968 | Cell: (215) 528-4057

jboyer@attorneygeneral.gov

---

**From:** Boyer, Jacob B.
**Sent:** Friday, August 27, 2021 9:11 AM
**To:** 'Ernie Walker'
**Cc:** criminaldefense@fielderlaw.net; gary; Fischer, Michael J.
**Subject:** RE: [ EXTERNAL ] Meet and confer - Attorney fees

Mr. Walker and Mr. Fielder –

Thank you for your response. I have attached a draft joint notice of stipulation to alert the court that we have agreed on $6,162.50 as a reasonable award.

If you approve of this notice, please include your completed signature block. Once you have returned a copy with your signature, we will sign and file the notice with the court.

2

Sincerely,

—

Jacob Boyer

Deputy Attorney General | Impact Litigation Section

Pennsylvania Office of Attorney General

1600 Arch Street, Suite 300

Philadelphia, PA 19103

Desk: (267) 768-3968 | Cell: (215) 528-4057

jboyer@attorneygeneral.gov

---

**From:** Ernie Walker [mailto:ernestjwalker@gmail.com]
**Sent:** Thursday, August 26, 2021 10:05 PM
**To:** Garnett, Stanley; Ryan Bergsieker; Joshua Matz; Meingast, Heather (AG); Boyer, Jacob B.
**Cc:** criminaldefense@fielderlaw.net; gary
**Subject:** [ EXTERNAL ] Meet and confer - Attorney fees

> **CAUTION:** This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Counsel,

I'm sorry for the late response. Personally, in light of the myriad of threats that I'm receiving, I have been spending most of my time closing my firm and protecting my family. I have, however, reviewed the recent correspondence and note that the court directed the moving defendants to submit a detailed billing record of each lawyer reflecting the time spent on which task with accompanying hourly rates so  "that the parties may attempt to confer and stipulate to a reasonable figure that would establish an appropriate sanction award for each moving defendant." We did receive a detailed billing statement from counsel from Facebook, with a total amount of $59,760. Dominion's similar request is for us to stipulate to an amount of $89,557. However, we only received a redacted bill, which limited detail. Also,

3

our understanding is that counsel for CTCL estimates that a reasonable amount is $37,500, but, unless we are missed something, did not receive a detailed billing statement from them.

With that said, the correspondence from counsel from the Pennsylvania Attorney General seemed detailed enough in their request $6,162.50. Similarly, we received communication from the Michigan Attorney General with regard to their time and hourly rate, totaling $4,900.

First, the billing for the preparation of the relevant motions should not be over $10,000, and thus we would object to any amount over that fee. The billing of the state entities seems reasonable. However, we do not believe that any amount should be imposed against us from parties who were never sued. Accordingly, although we would stipulate as to the general reasonableness of the latter set of fees, we do not stipulate that any fees are due and owing to those States.

Accordingly, although we are not waiving any rights to appeal or to argue for the sanctions be set aside, we would stipulate that the payment of $10,000 per Defendant re: Dominion, Facebook, and CTCL is otherwise reasonable as a contemplated sanction; and, that the amounts requested by Michigan and Pennsylvania are also otherwise reasonable with regard to the time and fees, as long as the parties understand that we will also be appealing those sanctions imposed by the magistrate in that regard, as well.

Thank you for your attention to this matter.

Gary Fielder, Esq.

Ernest Walker , Esq.

Click here to report this email as spam.

The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material.  Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers.  Unintended transmissions shall not constitute waiver of any applicable attorney-client or any other applicable privilege. PA-OAG

This message has been scanned for malware by Websense. www.websense.com

5