# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE,
NATHANIEL L. CARTER,
LORI CUTUNILLI,
LARRY D. COOK,
ALVIN CRISWELL,
KESHA CRENSHAW,
NEIL YARBROUGH and
AMIE TRAPP,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS, INC., a Delaware corporation,
FACEBOOK, INC., a Delaware corporation,
CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually,
PRISCILLA CHAN, individually,
BRIAN KEMP, individually,
BRAD RAFFENSPERGER, individually,
GRETCHEN WHITMER, individually,
JOCELYN BENSON, individually,
TOM WOLF, individually,
TONY EVERS, individually,
ANN S. JACOBS, individually,
MARK L. THOMSEN, individually,
MARGE BOSTELMAN, individually,
JULIE M. GLANCEY, individually,
DEAN KNUDSON, individually,
ROBERT F. SPINDELL, JR., individually, and
DOES1-10,000,

    Defendants.

_____/

## NOTICE REGARDING SANCTIONS AWARD

As directed by the Court's Order Granting Defendants' Motions for Sanctions, ECF No. 136, on August 13, 2021, Defendants Michigan Governor Gretchen Whitmer and Michigan Secretary of State Jocelyn Benson submitted to Plaintiffs' counsel a detailed billing statement regarding the fees incurred in drafting and filing the Defendants' motion to dismiss and in responding to Plaintiffs' motion to amend the complaint.  The Michigan Defendants proposed that $4,900.00 was a reasonable sanction.

In the evening on August 26, 2021, Plaintiffs' counsel sent an email to all defense counsel and stated, as relevant here, that they agreed $4,900.00 is a reasonable sanction to compensate the Michigan Defendants.  (Exhibit 1, 8/26/21 Email.)

This morning, around 10:30 a.m. Michigan time, the Michigan Defendants sent to Plaintiffs' counsel a draft stipulation reflecting that the parties agree that $4,900.00 is a reasonable sanction amount. Not having heard back, the Michigan Defendants followed up with a second email around 3:30 p.m. Michigan time. (Exhibit 1, 8/27/21 Emails.)

Given the close of the business day in Michigan, the Michigan Defendants are compelled to submit this notice on their own behalf.  Although Plaintiffs' counsel have not presently agreed to filing a joint stipulation, the Michigan Defendants believe, based on Plaintiffs' counsel's August 26, 2021 email, that these parties have agreed that $4,900.00 is a reasonable sanctions for the grant of the Michigan Defendants Motion for Sanctions, ECF No. 109.

Dated: August 27, 2021

Respectfully submitted,

Dana Nessel
Michigan Attorney General

*s/Heather S. Meingast*
Heather S. Meingast (P55439) (Michigan)
Michigan Assistant Attorney General
Attorney for Defendants Whitmer & Benson
P.O Box 30736
525 West Ottawa
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Heather S. Meingast*
Heather S. Meingast (P55439) (Michigan)
Michigan Assistant Attorney General
Attorney for Defendants Whitmer & Benson
PO Box 30736
525 West Ottawa
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov