IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE,
NATHANIEL L. CARTER,
LORI CUTUNILLI,
LARRY D. COOK,
ALVIN CRISWELL,
KESHA CRENSHAW,
NEIL YARBROUGH and
AMIE TRAPP,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS, INC., a Delaware corporation,
FACEBOOK, INC., a Delaware corporation,
CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization,
MARK E. ZUCKERBERG, individually,
PRISCILLA CHAN, individually,
BRIAN KEMP, individually,
BRAD RAFFENSPERGER, individually,
GRETCHEN WHITMER, individually,
JOCELYN BENSON, individually,
TOM WOLF, individually,
TONY EVERS, individually,
ANN S. JACOBS, individually,
MARK L. THOMSEN, individually,
MARGE BOSTELMAN, individually,
JULIE M. GLANCEY, individually,
DEAN KNUDSON, individually,
ROBERT F. SPINDELL, JR., individually, and
DOES1-10,000,

    Defendants.

_____

**DEFENDANTS GOVERNOR GRETCHEN WHITMER AND SECRETARY OF STATE JOCELYN BENSON'S NOTICE REGARDING SANCTIONS AWARD**

**EXHIBIT LIST**

1. 8/27/2021 and 8/27/21 Emails

# EXHIBIT 1

| | |
|---|---|
| **From:** | Meingast, Heather (AG) |
| **To:** | Ernie Walker; gary |
| **Cc:** | Richards, Margaret (AG) |
| **Subject:** | RE: Meet and confer - Attorney fees - Michigan stipulation |
| **Date:** | Friday, August 27, 2021 3:39:00 PM |

Gentlemen,

It is 3:30 Michigan time and my secretary leaves at 5 p.m. Please let me know your thoughts on how we should provide the required notice to the Court today. If I do not hear back in time, I will file some type of notice just under my signature.

Thanks,
Heather

Heather S. Meingast, Division Chief
Civil Litigation, Employment & Elections Division
Michigan Department of Attorney General
meingasth@michigan.gov
(517) 335-7659 (office)

**From:** Meingast, Heather (AG)
**Sent:** Friday, August 27, 2021 10:10 AM
**To:** Ernie Walker <ernestjwalker@gmail.com>; gary <gary@fielderlaw.net>
**Cc:** Richards, Margaret (AG) <RichardsM1@michigan.gov>
**Subject:** RE: Meet and confer - Attorney fees - Michigan stipulation
**Importance:** High

Ernest and Gary,

In light of your email last night, I have attached a proposed joint stipulation that could be filed with the Court today. Pease review and comment as soon as you can.

Thank you,
Heather

Heather S. Meingast, Division Chief
Civil Litigation, Employment & Elections Division
Michigan Department of Attorney General
meingasth@michigan.gov
(517) 335-7659 (office)

**From:** Ernie Walker <ernestjwalker@gmail.com>
**Sent:** Thursday, August 26, 2021 10:05 PM
**To:** Garnett, Stanley <SGarnett@bhfs.com>; Ryan Bergsieker <RBergsieker@gibsondunn.com>; Joshua Matz <jmatz@kaplanhecker.com>; Meingast, Heather (AG) <MeingastH@michigan.gov>; Boyer, Jacob B. <jboyer@attorneygeneral.gov>

**Cc:** criminaldefense@fielderlaw.net; gary <gary@fielderlaw.net>
**Subject:** Meet and confer - Attorney fees

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

Counsel,

I'm sorry for the late response. Personally, in light of the myriad of threats that I'm receiving, I have been spending most of my time closing my firm and protecting my family. I have, however, reviewed the recent correspondence and note that the court directed the moving defendants to submit a detailed billing record of each lawyer reflecting the time spent on which task with accompanying hourly rates so  "that the parties may attempt to confer and stipulate to a reasonable figure that would establish an appropriate sanction award for each moving defendant." We did receive a detailed billing statement from counsel from Facebook, with a total amount of $59,760. Dominion's similar request is for us to stipulate to an amount of $89,557. However, we only received a redacted bill, which limited detail. Also, our understanding is that counsel for CTCL estimates that a reasonable amount is $37,500, but, unless we are missed something, did not receive a detailed billing statement from them.

With that said, the correspondence from counsel from the Pennsylvania Attorney General seemed detailed enough in their request $6,162.50. Similarly, we received communication from the Michigan Attorney General with regard to their time and hourly rate, totaling $4,900.

First, the billing for the preparation of the relevant motions should not be over $10,000, and thus we would object to any amount over that fee. The billing of the state entities seems reasonable. However, we do not believe that any amount should be imposed against us from parties who were never sued. Accordingly, although we would stipulate as to the general reasonableness of the latter set of fees, we do not stipulate that any fees are due and owing to those States.

Accordingly, although we are not waiving any rights to appeal or to argue for the sanctions be set aside, we would stipulate that the payment of $10,000 per Defendant re: Dominion, Facebook, and CTCL is otherwise reasonable as a contemplated sanction; and, that the amounts requested by Michigan and Pennsylvania are also otherwise reasonable with regard to the time and fees, as long as the parties understand that we will also be appealing those sanctions imposed by the magistrate in that regard, as well.

Thank you for your attention to this matter.

Gary Fielder, Esq.
Ernest Walker , Esq.