IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-3747-NRN

KEVIN O'ROURKE, et al.,

Plaintiffs, on their own behalf and of a class of similarly situated persons,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

**FACEBOOK'S NOTICE REGARDING SANCTIONS AWARD**

As directed by the Court's Order Granting Defendants' Motions for Sanctions (Dkt. 136), Defendant Facebook, Inc, hereby submits notice that Facebook and Plaintiffs' counsel have been unable to "stipulate to a reasonable figure that would establish an appropriate sanctions award." *Id.* at 67.  Accordingly, Facebook will submit to the Court "records and an accompanying brief supporting [its] fee request." *Id.*

1

Dated: August 27, 2021

Respectfully submitted,

*/s/ Joshua S. Lipshutz*

Joshua S. Lipshutz
**GIBSON DUNN & CRUTCHER LLP**
1050 Connecticut Avenue, NW
Washington, DC  20036
Telephone:     202.955.8217
Facsimile:      202.530.9614
Email:            jlipshutz@gibsondunn.com

Ryan T. Bergsieker
Natalie J. Hausknecht
**GIBSON, DUNN & CRUTCHER LLP**
1801 California Street, Suite 4200
Denver, CO  80202-2642
Telephone:     303.298.5700
Facsimile:      303.298.5907
Email:            rbergsieker@gibsondunn.com
                      nhausknecht@gibsondunn.com

*Attorneys for Facebook, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, I electronically filed a copy of the foregoing Facebook's Notice Regarding Sanctions Award with the Clerk of the Court using the CM/ECF system, which will send notifications of such filing to all counsel of record.

*/s/ Joshua S. Lipshutz*
Joshua S. Lipshutz
