**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-03747-NRN

KEVIN O'ROURKE, NATHANIEL L. CARTER, LORI CUTUNILLI, LARRY D. COOK, ALVIN CRISWELL, KESHA CRENSHAW, NEIL YARBROUGH, and AMIE TRAPP,

      Plaintiffs, on their own behalf and of a class of similarly situated persons,

  v.

DOMINION VOTING SYSTEMS, INC., a Delaware corporation, FACEBOOK, INC., a Delaware corporation, CENTER FOR TECH AND CIVIC LIFE, an Illinois non-profit organization, MARK E. ZUCKERBERG, individually, PRISCILLA CHAN, individually, BRIAN KEMP, individually, BRAD RAFFENSPERGER, individually, GRETCHEN WHITMER, individually, JOCELYN BENSON, individually, TOM WOLF, individually, KATHY BOOCKVAR, individually, TONY EVERS, individually, ANN S. JACOBS, individually, MARK L. THOMSEN, individually, MARGE BOSTELMAN, individually, JULIE M. GLANCEY, DEAN KNUDSON, individually, ROBERT F. SPINDELL, Jr., individually, and DOES 1-10,000,

      Defendants.

**DEFENDANT CTCL'S STATUS REPORT CONCERNING SANCTIONS**

On August 3, 2021, the Court granted Defendants' motions to sanction Plaintiffs' counsel. *See* ECF 136. The Court directed each Defendant to provide detailed billing records to Plaintiffs' counsel "so that the Parties may attempt to confer and stipulate to a reasonable figure that would establish an appropriate sanction award for each moving Defendant." *Id.* at 67. The Court further directed that ten days after each Defendant provided their respective billing records to Plaintiffs' counsel, the parties should notify the Court whether they had reached a stipulation concerning an appropriate sanction award. *See id.* (establishing a briefing schedule in the event the parties do not agree).

Following the Court's order, CTCL provided detailed billing records to Plaintiffs' counsel on August 17, 2021. It also sought to initiate a dialogue with Plaintiffs' counsel about a potential stipulation, contacting them on August 12, 16, 17, and 25. Plaintiffs' counsel did not respond to any of these emails until 10:33 p.m. Eastern Time last night, August 26. In that response, which was addressed to all Defendants, Plaintiffs' counsel stated incorrectly that CTCL had not sent detailed billing records (which it had done on August 17). They also proposed a sanction award that bore no reasonable relationship to the time, energy, or expense that CTCL incurred defending against their abuse of the judicial process. Following a brief exchange today between CTCL and Plaintiffs' counsel, the parties agreed on their inability to reach agreement.

Accordingly, CTCL hereby notifies the Court that it has not reached an agreement with Plaintiffs' counsel concerning an appropriate sanction award. Pursuant to the Court's order granting sanctions, CTCL will submit to the Court within seven days its billing records and an accompanying brief (not to exceed seven pages in length) supporting its fee request.

1

Respectfully submitted,

/s/ Joshua Matz
Joshua Matz
Louis W. Fisher
Marcella Coburn
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: 212.763.0883
Facsimile: 212.564.0883
Email: jmatz@kaplanhecker.com
         lfisher@kaplanhecker.com
         mcoburn@kaplanhecker.com

*Attorneys for Defendant Center for Tech and Civic Life*

2

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2021, a true and correct copy of the foregoing Memorandum in Support of Defendant's Motion for Sanctions was electronically filed with the Court using the CM/ECF system which will send notifications of such filing to all counsel of record.

Joshua Matz