IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

## PLAINTIFFS' NOTICE RE: ATTORNEY FEE SANCTIONS

COMES NOW counsel for Plaintiffs, and hereby submit this Notice Re: Attorney Fee Sanctions pursuant to this Court's Order.

1. Plaintiffs have reviewed fees submitted by Defendants Tom Wolf and Kathy Bockvar, and agree that the amount represents a reasonable fee assessment, but continue to dispute any amounts owed to a State party that was never sued or made a party to this lawsuit by Plaintiffs, and in which no appearance was made on behalf of the state officials who were sued only in their individual capacities.

2. Plaintiffs have reviewed fees submitted by Defendants Gretchen Whitmer and Jocelyn Benson, and agree that the amount represents a reasonable fee assessment, but continue to dispute any amounts owed to a State party that was never sued or made a party to this lawsuit by Plaintiffs, and in which no appearance was made on behalf of the state officials who were sued only in their individual capacities.

3. Plaintiffs have reviewed fees submitted by Defendants Dominion Voting Systems, Inc., Facebook, Inc., and Center for Technology and Civic Life, and strongly oppose the

1

reasonableness of the proposed fees.  These Defendants have submitted fees in multiple orders of magnitude from those submitted by State Defendants.  Both hours spent and billing rates assessed by these Defendants are particularly gross in light of the arguments made collectively by these Defendants that this case was so frivolous, any first-year attorney would recognize it.  As compared to the State Defendants' fee assessments, these Defendants should not have reasonably expended more than $10,000 in this matter.  Moreover, Plaintiffs continue to dispute any fees owed while the underlying matter remains on appeal.

Dated this 27th day of August, 2021.

Respectfully submitted,

***PLAINTIFFS COUNSEL:***

By: *s/Ernest J. Walker*
Ernest J. Walker (MI P58635)
ERNEST J. WALKER LAW OFFICE
1444 Stuart St.
Denver, CO 80204
(720) 306-0007
ernestjwalker@gmail.com

By: *s/ Gary D. Fielder*
Gary D. Fielder (CO 19757)
LAW OFFICE OF GARY FIELDER
1444 Stuart St.
Denver, CO 80204
(720) 306-0007
gary@fielderlaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 27, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Gary D. Fielder*
Gary D. Fielder, Esq.
Law Office of Gary Fielder
1444 Stuart St.
Denver, CO 80204
(720)306-0007
gary@fielderlaw.net