# Brownstein Hyatt
# Farber Schreck

Brownstein Hyatt Farber Schreck, LLP
410 17th Street
22nd Floor
Denver, CO 80202
Phone: 303-223-1100
Facsimile: 303-223-1111

http: www.bhfs.com

Dominion Voting Systems, Inc.
Attn: Mike Frontera
1801 Lawrence Street
Denver, CO 80202

| | |
|---|---|
| Invoice Date: | February 23, 2021 |
| Invoice #: | 833767 |
| Client.Matter #: | 061313.0006 |

**Payment Due Upon Receipt**

| | |
|---|---|
| Client: | Dominion Voting Systems, Inc. |
| Matter: | USDC Civil Action No. 1:20 cv 3747 |

## INVOICE SUMMARY

For Professional Services Rendered Through January 31, 2021

**ELECTRONIC PAYMENTS**
(PREFERRED)

**For Electronic Payment Instructions,
please visit the
Brownstein website at:**

www.BHFS.com/WireInstructions

**CHECK PAYMENTS**
(LOCKBOX)

Send to:
**Brownstein Hyatt Farber Schreck, LLP**
P.O. Box 172168
Denver, CO 80217-2168

DO NOT MAIL PAYMENTS VIA CERTIFIED MAIL

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | |
|---|---|---|
| | Invoice Date: | February 23, 2021 |
| Client: | Dominion Voting Systems, Inc. | Invoice #: 833767 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Client.Matter #: 061313.0006 |
| | | Page 2 |

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/27/20 | D. Meschke | Compile list of places to research to dismiss O'Rourke complaint and likely angles for a motion to dismiss | 0.90 | 330.00 | 297.00 |
| | | ████████████████████████████████████████ | | | |
| 01/06/21 | S. Garnett | Prepare for and telephone conference with team re date for and strategy to respond | 0.90 | 656.25 | 590.63 |
| | | ████████████████████████████████████████ | | | |
| 01/07/21 | D. Meschke | Prepare outline for tasks for motion to dismiss complaint | 0.40 | 330.00 | 132.00 |
| | | ████████████████████████████████████████ | | | |
| 01/07/21 | D. Meschke | Research cases dismissing similar claims | 0.90 | 330.00 | 297.00 |
| | | ████████████████████████████████████████ | | | |
| 01/07/21 | B. DuPey | Conference with M. Hayes and D. Meschke re strategies for potential motion to dismiss; review final complaint re S. Powell for factual allegations re potential motion to dismiss | 0.90 | 270.00 | 243.00 |
| 01/08/21 | D. Meschke | Research case law for motion to dismiss re standing, redressability, impermissible class allegations, and failure to state a claim | 1.60 | 330.00 | 528.00 |
| 01/08/21 | B. DuPey | Review notes from D. Meschke re potential grounds for motion to dismiss; research due process standards | 1.30 | 270.00 | 351.00 |
| 01/11/21 | B. DuPey | Conference with D. Meschke re Dominion motion to dismiss research | 0.10 | 270.00 | 27.00 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | | Invoice Date: | February 23, 2021 |
|---|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | | Invoice #: | 833767 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | Client.Matter #: | 061313.0006 |
| | | | | Page 3 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| 01/12/21 | D. Meschke | Discuss with B. Dupey issues to research re plaintiffs' 1983 claims | 0.10 | 330.00 | 33.00 |
| | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| 01/12/21 | D. Meschke | Discuss with S. Garnett status of service of process in case and avenues to dismiss case | 0.10 | 330.00 | 33.00 |
| | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| 01/13/21 | B. DuPey | Conference with M. Hayes and D. Meschke re motion to dismiss research; outline upcoming tasks and next steps; review M. Hayes' research notes re potential grounds for motion to dismiss; research Section 1983 claim re standard for under color of law; research Fourteenth Amendment claim re standard for state action requirement | 1.40 | 270.00 | 378.00 |
| | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |
| 01/14/21 | D. Meschke | Review additional research on legal avenues to dismiss claims and begin introduction to motion to dismiss complaint | 1.60 | 330.00 | 528.00 |
| | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | | |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

|  |  |  |  |
|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | Invoice Date: | February 23, 2021 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Invoice #: | 833767 |
|  |  | Client.Matter #: | 061313.0006 |
|  |  |  | Page 4 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/19/21 | D. Meschke | Draft outline of arguments for motion to dismiss | 0.90 | 330.00 | 297.00 |
| 01/21/21 | S. Garnett | Review of complaint; conference with D. Meschke; telephone conference with client | 2.30 | 656.25 | 1,509.38 |
| 01/21/21 | D. Meschke | Discuss with S. Garnett strategy for dismissing complaint | 0.30 | 330.00 | 99.00 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | | | Invoice Date: | | February 23, 2021 |
|---|---|---|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | | | Invoice #: | | 833767 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | | Client.Matter #: | | 061313.0006 |
| | | | | | | Page 5 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/21/21 | D. Meschke | Review and research elements of plaintiffs' first claim for relief | 1.50 | 330.00 | 495.00 |
| 01/21/21 | D. Meschke | Discuss motion to dismiss strategy on telephone conference with M. Frontera and S. Garnett | 0.50 | 330.00 | 165.00 |
| 01/22/21 | D. Meschke | Research for motion to dismiss | 3.00 | 330.00 | 990.00 |
| 01/22/21 | B. DuPey | Coordinate with D. Meschke re research for 1985 claims | 0.10 | 270.00 | 27.00 |
| 01/24/21 | S. Garnett | Review of complaint and draft of response | 0.40 | 656.25 | 262.50 |
| 01/25/21 | D. Meschke | Discuss with B. Dupey specifics of Rule 11 letter and arguments re Section 1985 for motion to dismiss | 0.40 | 330.00 | 132.00 |

# Brownstein Hyatt
# Farber Schreck

|  |  | Invoice Date: | February 23, 2021 |
| --- | --- | --- | --- |
| Client: | Dominion Voting Systems, Inc. | Invoice #: | 833767 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Client.Matter #: | 061313.0006 |
|  |  |  | Page 6 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 01/25/21 | B. DuPey | Conference with S. Garnett and D. Meschke re strategy for Rule 11 letter to opposing counsel; research case law re standing; research plaintiffs' claims re reliability of voting machines; research retractions printed by news outlets re debunked allegations against Dominion; outline rule 11 letter; draft introduction, Rule 11 standard, and standing paragraphs in Rule 11 letter | 4.60 | 270.00 | 1,242.00 |
| 01/26/21 | D. Meschke | Draft sections of motion to dismiss | 1.00 | 330.00 | 330.00 |
| 01/28/21 | S. Garnett | Review of legal issues | 0.80 | 656.25 | 525.00 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

|  |  |  |  |
|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | Invoice Date: | February 23, 2021 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Invoice #: | 833767 |
|  |  | Client.Matter #: | 061313.0006 |
|  |  |  | Page 7 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 01/29/21 | D. Meschke | Draft sections and continue to outline motion to dismiss | 3.80 | 330.00 | 1,254.00 |
| **Total Fees** | | | ██████ | | ████████ |



# Brownstein Hyatt
# Farber Schreck

Brownstein Hyatt Farber Schreck, LLP
410 17th Street
22nd Floor
Denver, CO 80202
Phone: 303-223-1100
Facsimile: 303-223-1111

http: www.bhfs.com

Dominion Voting Systems, Inc.
Attn: Mike Frontera
1801 Lawrence Street
Denver, CO 80202

Invoice Date:            February 23, 2021
Invoice #:                        833767
Client.Matter #:             061313.0006

**Payment Due Upon Receipt**

Client:     Dominion Voting Systems, Inc.
Matter:    USDC Civil Action No. 1:20 cv 3747

## REMITTANCE SUMMARY

For Professional Services Rendered Through January 31, 2021



**ELECTRONIC PAYMENTS**
(PREFERRED)

**For Electronic Payment Instructions,
please visit the
Brownstein website at:**

www.BHFS.com/WireInstructions

**CHECK PAYMENTS**
(LOCKBOX)

Send to:
**Brownstein Hyatt Farber Schreck, LLP**
P.O. Box 172168
Denver, CO 80217-2168

DO NOT MAIL PAYMENTS VIA CERTIFIED MAIL
EXHIBIT B

# Brownstein Hyatt Farber Schreck

Brownstein Hyatt Farber Schreck, LLP
410 17th Street
22nd Floor
Denver, CO 80202
Phone: 303-223-1100
Facsimile: 303-223-1111

http: www.bhfs.com

Dominion Voting Systems, Inc.
Attn: Mike Frontera
1801 Lawrence Street
Denver, CO 80202

| | |
|---|---|
| Invoice Date: | March 17, 2021 |
| Invoice #: | 836531 |
| Client.Matter #: | 061313.0006 |

**Payment Due Upon Receipt**

Client:      Dominion Voting Systems, Inc.

Matter:     USDC Civil Action No. 1:20 cv 3747

---

## INVOICE SUMMARY

For Professional Services Rendered Through February 28, 2021



---

**ELECTRONIC PAYMENTS**
(PREFERRED)

**For Electronic Payment Instructions,
please visit the
Brownstein website at:**

www.BHFS.com/WireInstructions

**CHECK PAYMENTS**
(LOCKBOX)

Send to:
**Brownstein Hyatt Farber Schreck, LLP**
P.O. Box 172168
Denver, CO 80217-2168

DO NOT MAIL PAYMENTS VIA CERTIFIED MAIL

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | Invoice Date: | March 17, 2021 |
|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | Invoice #: | 836531 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Client.Matter #: | 061313.0006 |
| | | | Page 2 |

## FEE DETAIL

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ | ████ |
| 02/01/21 | S. Garnett | Review of legal theories; draft of Rule 11 letter; draft of MTD | 2.20 | 656.25 | 1,443.75 |
| 02/01/21 | D. Meschke | Review briefs filed in similar lawsuits that are instructive for motion to dismiss | 1.20 | 330.00 | 396.00 |
| 02/01/21 | D. Meschke | Draft sections of motion to dismiss | 3.80 | 330.00 | 1,254.00 |
| 02/01/21 | D. Meschke | Discuss status of motion to dismiss drafting and organization on internal telephone conference | 0.60 | 330.00 | 198.00 |
| ████ | ████ | ████ | ████ | ████ | ████ |
| 02/01/21 | B. DuPey | Conference with M. Hayes and D. Meschke re motion to dismiss strategy and progress; outline broad sections for motion to dismiss | 1.00 | 270.00 | 270.00 |
| 02/02/21 | D. Meschke | Review and edit draft sections of the motion to dismiss re standing | 0.70 | 330.00 | 231.00 |
| ████ | ████ | ████ | ████ | ████ | ████ |
| 02/03/21 | D. Meschke | Edit and add to draft motion to dismiss | 3.40 | 330.00 | 1,122.00 |
| ████ | ████ | ████ | ████ | ████ | ████ |
| 02/04/21 | D. Meschke | Discuss with B. Dupey questions related to 12(b)(6) arguments in the draft motion to dismiss | 0.50 | 330.00 | 165.00 |
| 02/04/21 | D. Meschke | Discuss structure of motion to dismiss and timing of draft with S. Garnett and B. Dupey | 0.30 | 330.00 | 99.00 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | | Invoice Date: | | March 17, 2021 |
|---|---|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | | Invoice #: | | 836531 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | Client.Matter #: | | 061313.0006 |
| | | | | | Page 3 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | ████████████████████████████████████ | | | |
| 02/04/21 | D. Meschke | Edit draft motion to dismiss | 3.50 | 330.00 | 1,155.00 |
| | | ████████████████████████████████████ | | | |
| 02/04/21 | B. DuPey | Conference with D. Meschke and S. Garnett re updates in case and status of motion to dismiss draft; strategize with D. Meschke re potential overlapping arguments in motion to dismiss; outline argument re section 1983 claims | 2.60 | 270.00 | 702.00 |
| | | ████████████████████████████████████ | | | |
| 02/05/21 | D. Meschke | Research and discuss state action arguments for motion to dismiss | 0.70 | 330.00 | 231.00 |
| 02/05/21 | B. DuPey | Outline arguments for motion to dismiss re section 1985, 1986, and 1988 claims; draft argument re section 1983 electors clause claim; research equal protection claim; draft argument re section 1983 equal protection claim; draft arguments re section 1983 due process claim; draft arguments re section 1985 claims; edit draft motion to dismiss sections | 9.40 | 270.00 | 2,538.00 |
| 02/06/21 | D. Meschke | Edit section of draft motion to dismiss re 12(b)(6) | 2.90 | 330.00 | 957.00 |
| 02/08/21 | S. Garnett | Conference with Facebook counsel; prepare Motion to Dismiss | 1.50 | 656.25 | 984.38 |
| | | ████████████████████████████████████ | | | |
| 02/08/21 | D. Meschke | Discuss with D. Dupey need for research on damages and redressability for motion to dismiss | 0.30 | 330.00 | 99.00 |
| 02/08/21 | D. Meschke | Edit and shorten draft motion to dismiss | 2.90 | 330.00 | 957.00 |
| 02/08/21 | D. Meschke | Discuss with S. Garnett draft motion to dismiss and page limit | 0.10 | 330.00 | 33.00 |
| 02/08/21 | D. Meschke | Perform additional legal research for motion to dismiss | 0.90 | 330.00 | 297.00 |
| | | ████████████████████████████████████ | | | |

# Brownstein Hyatt Farber Schreck

| | | |
|---|---|---|
| | Invoice Date: | March 17, 2021 |
| Client: Dominion Voting Systems, Inc. | Invoice #: | 836531 |
| Matter: USDC Civil Action No. 1:20 cv 3747 | Client.Matter #: | 061313.0006 |
| | | Page 4 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/08/21 | B. DuPey | (NO CHARGE) Review and incorporate D. Meschke's edits to motion to dismiss sections; research Tenth Circuit case law re under color of law requirement; edit motion to dismiss sections and send to D. Meschke for final review; conference with D. Meschke re standing argument for damages under 1983; research potential avenues to move to dismiss claims for damages | ~~2.10~~ 0.00 | 270.00 | N/C |
| 02/09/21 | S. Garnett | (NO CHARGE) Draft of brief; conference with D. Meschke and B. DuPey; telephone conferences with co-defendant and opposing counsel | ~~1.60~~ 0.00 | 656.25 | N/C |
| 02/09/21 | D. Meschke | Discuss with B. Dupey finalizing draft of motion to dismiss | 0.20 | 330.00 | 66.00 |
| 02/09/21 | D. Meschke | Finalize first draft of motion to dismiss | 3.20 | 330.00 | 1,056.00 |
| 02/10/21 | S. Garnett | Review and edit of brief (1.4); emails with co and opposing counsel re meet and confer obligations (1.2); telephone conference with client (.5) | 2.80 | 656.25 | 1,837.50 |
| 02/10/21 | D. Meschke | Answer S. Garnett's questions and comments re draft motion to dismiss, and edit motion accordingly | 1.10 | 330.00 | 363.00 |
| 02/11/21 | S. Garnett | Draft of Motion to Dismiss; conference with D. Meschke, B. Dupey and M. Frontera | 1.80 | 656.25 | 1,181.25 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | | Invoice Date: | | March 17, 2021 |
|---|---|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | | Invoice #: | | 836531 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | Client.Matter #: | | 061313.0006 |
| | | | | | Page 5 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| | | | | | |
| 02/11/21 | D. Meschke | Discuss with B. DuPey final edits and review of draft motion to dismiss before sending to client | 0.30 | 330.00 | 99.00 |
| 02/11/21 | D. Meschke | Make final edits and additions to draft motion to dismiss for sending to client for review | 0.70 | 330.00 | 231.00 |
| 02/11/21 | D. Meschke | Review M. Frontera's edits and comment to draft motion to dismiss, and make the edits and additions | 0.50 | 330.00 | 165.00 |
| | | | | | |
| 02/11/21 | B. DuPey | Edit and proof motion to dismiss draft for client's review; review correspondence from opposing counsel re requesting a stay in proceedings; conference with S. Garnett and D. Meschke re opposing counsel's correspondence; review client edits to draft motion to dismiss | 1.20 | 270.00 | 324.00 |
| 02/12/21 | S. Garnett | Draft of Motion to Dismiss and Brief; conference with M. Frontera | 2.10 | 656.25 | 1,378.13 |
| 02/12/21 | D. Meschke | Update motion to dismiss to include additional information on Colorado audits sent by M. Frontera, make other edits, and run redlines from previous versions | 0.60 | 330.00 | 198.00 |
| 02/12/21 | B. DuPey | Review D. Meschke's additions to motion to dismiss draft | 0.10 | 270.00 | 27.00 |
| | | | | | |
| 02/15/21 | D. Meschke | Make final nits and additions to complaint and send to word processing to add table of contents and table of authorities | 0.40 | 330.00 | 132.00 |
| 02/15/21 | D. Meschke | Discuss with S. Garnett final aspects of motion to dismiss before preparing for filing | 0.20 | 330.00 | 66.00 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

|  |  |  |  |
|---|---|---|---|
| | | Invoice Date: | March 17, 2021 |
| Client: | Dominion Voting Systems, Inc. | Invoice #: | 836531 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Client.Matter #: | 061313.0006 |
| | | | Page 6 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ████████████████████████████████████████████████████████ | | | | | |
| 02/16/21 | S. Garnett | Finalize Motion to Dismiss; filing; circulating to client contacts | 3.10 | 656.25 | 2,034.38 |
| 02/16/21 | C. Olguin | Review and finalize motion to dismiss; file same; update pleadings; review research re plaintiff counsel | 2.00 | 310.00 | 620.00 |
| 02/16/21 | D. Meschke | Finalize motion to dismiss for filing and delegate related tasks | 0.50 | 330.00 | 165.00 |
| ████████████████████████████████████████████████████████ | | | | | |
| 02/16/21 | B. DuPey | Proof and cite check motion to dismiss for filing | 1.30 | 270.00 | 351.00 |
| ████████████████████████████████████████████████████████ | | | | | |
| 02/17/21 | C. Olguin | Update file and docket re response to motion to dismiss; review Facebook motion to stay discovery; review information re plaintiff counsel | 0.50 | 310.00 | 155.00 |

# Brownstein Hyatt
# Farber Schreck

| | | | Invoice Date: | | March 17, 2021 |
|---|---|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | | Invoice #: | | 836531 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | Client.Matter #: | | 061313.0006 |
| | | | | | Page 7 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/22/21 | S. Garnett | Review of supreme court decisions and dissent | 1.10 | 656.25 | 721.88 |
| 02/22/21 | D. Meschke | Analyze U.S. Supreme Court's denial of certiorari and dissents in Pennsylvania cases that have similar factual allegations as those relied upon by Plaintiffs in the complaint, and circulate internally | 0.40 | 330.00 | 132.00 |

**Total Fees**

# Brownstein Hyatt
# Farber Schreck

| | | |
|---|---|---|
| | Invoice Date: | March 17, 2021 |
| Client: | Dominion Voting Systems, Inc. | Invoice #: | 836531 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Client.Matter #: | 061313.0006 |
| | | Page 8 |

**COST DETAIL**



# Brownstein Hyatt
# Farber Schreck

Brownstein Hyatt Farber Schreck, LLP
410 17th Street
22nd Floor
Denver, CO 80202
Phone: 303-223-1100
Facsimile: 303-223-1111

http: www.bhfs.com

Dominion Voting Systems, Inc.
Attn: Mike Frontera
1801 Lawrence Street
Denver, CO 80202

| | |
|---|---|
| Invoice Date: | March 17, 2021 |
| Invoice #: | 836531 |
| Client.Matter #: | 061313.0006 |

**Payment Due Upon Receipt**

| | | |
|---|---|---|
| Client: | Dominion Voting Systems, Inc. | |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | |

## REMITTANCE SUMMARY

For Professional Services Rendered Through February 28, 2021

---

| **ELECTRONIC PAYMENTS** | **CHECK PAYMENTS** |
|---|---|
| (PREFERRED) | (LOCKBOX) |
| **For Electronic Payment Instructions, please visit the Brownstein website at:** | Send to: **Brownstein Hyatt Farber Schreck, LLP** P.O. Box 172168 Denver, CO 80217-2168 |
| www.BHFS.com/WireInstructions | DO NOT MAIL PAYMENTS VIA CERTIFIED MAIL |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

Brownstein Hyatt Farber Schreck, LLP
410 17th Street
22nd Floor
Denver, CO 80202
Phone: 303-223-1100
Facsimile: 303-223-1111

http: www.bhfs.com

Dominion Voting Systems, Inc.
Attn: Mike Frontera
1801 Lawrence Street
Denver, CO 80202

| | |
|---|---|
| Invoice Date: | April 13, 2021 |
| Invoice #: | 839698 |
| Client.Matter #: | 061313.0006 |

**Payment Due Upon Receipt**

Client:    Dominion Voting Systems, Inc.

Matter:    USDC Civil Action No. 1:20 cv 3747

## INVOICE SUMMARY

For Professional Services Rendered Through March 31, 2021

---

**ELECTRONIC PAYMENTS**
(PREFERRED)

**For Electronic Payment Instructions,
please visit the
Brownstein website at:**

www.BHFS.com/WireInstructions

**CHECK PAYMENTS**
(LOCKBOX)

Send to:
**Brownstein Hyatt Farber Schreck, LLP**
P.O. Box 172168
Denver, CO 80217-2168

DO NOT MAIL PAYMENTS VIA CERTIFIED MAIL

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | | Invoice Date: | April 13, 2021 |
|---|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | | Invoice #: | 839698 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | Client.Matter #: | 061313.0006 |
| | | | | Page 2 |

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/09/21 | D. Meschke | Analyze plaintiffs' response to motion to dismiss | 0.90 | 330.00 | 297.00 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

|  |  |
|---|---|
| Invoice Date: | April 13, 2021 |

| Client: | Dominion Voting Systems, Inc. | Invoice #: | 839698 |
|---|---|---|---|
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Client.Matter #: | 061313.0006 |

Page 3

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/10/21 | S. Garnett | Review of plaintiffs' briefs opposing motions to dismiss; review of newly served defendant's pleadings | 2.40 | 656.25 | 1,575.00 |
| 03/10/21 | C. Olguin | Review response to motion to dismiss; update file and docket; email response to client | 0.60 | 310.00 | 186.00 |
| 03/10/21 | D. Meschke | Discuss with S. Garnett reaction to responses to motions to dismiss and points to make at tomorrow's status conference | 0.10 | 330.00 | 33.00 |
| 03/11/21 | S. Garnett | Prepare for and attend (and emails to client about) hearing re motions | 2.60 | 656.25 | 1,706.25 |
| 03/11/21 | D. Meschke | Outline reply in support of motion to dismiss and reserch case law cited by plaintiffs in their response | 2.60 | 330.00 | 858.00 |
| 03/11/21 | D. Meschke | Read minute orders from the court issued post-status conference | 0.10 | 330.00 | 33.00 |
| 03/11/21 | D. Meschke | Participate in status conference with the court and debrief | 0.80 | 330.00 | 264.00 |
| 03/11/21 | S. Cuff | Strategy about Dominion's response motion to plaintiffs' motion for leave to amend their complaint | 0.30 | 360.00 | 108.00 |
| 03/11/21 | B. DuPey | Attend status conference; strategize with litigation team re upcoming responses and replies to motions | 1.30 | 270.00 | 351.00 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | | | | |
|---|---|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | | Invoice Date: | | April 13, 2021 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | Invoice #: | | 839698 |
| | | | Client.Matter #: | | 061313.0006 |
| | | | | | Page 4 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/11/21 | B. DuPey | Review and notate response to motion to dismiss, outlining ideas for reply motion; research conceding arguments when unaddressed in response motions | 1.00 | 270.00 | 270.00 |
| 03/12/21 | D. Meschke | Plan with B. DuPey drafting of other sections of reply in support of motion to dismiss, discuss places for additional research, and discuss what to do about color of law argument | 0.70 | 330.00 | 231.00 |
| 03/12/21 | D. Meschke | Draft sections of reply in support of motion to dismiss and perform related research | 3.90 | 330.00 | 1,287.00 |
| 03/12/21 | B. DuPey | Strategize with D. Meschke re best arguments for reply in support of motion to dismiss; begin to research applicable points | 0.80 | 270.00 | 216.00 |
| 03/13/21 | D. Meschke | Draft and edits sections of reply in support of motion to dismiss | 6.40 | 330.00 | 2,112.00 |
| 03/15/21 | D. Meschke | Discuss with B. DuPey status of reply in support of motion to dismiss | 0.10 | 330.00 | 33.00 |
| 03/15/21 | B. DuPey | Conference with D. Meschke re strategy for reply in support of motion to dismiss | 0.10 | 270.00 | 27.00 |
| 03/16/21 | S. Garnett | Review of amended complaint and motion | 1.30 | 656.25 | 853.13 |
| 03/16/21 | C. Olguin | Update file re motion to amend complaint and Raffensperger motion to dismiss | 0.30 | 310.00 | 93.00 |
| 03/16/21 | D. Meschke | Analyze proposed amended complaint and summarize changes and likely impact on case | 1.50 | 330.00 | 495.00 |
| 03/16/21 | D. Meschke | Update and edit reply in support of motion to dismiss | 1.20 | 330.00 | 396.00 |
| 03/16/21 | D. Meschke | Perform research for opposition to motion to amend complaint | 0.30 | 330.00 | 99.00 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | | | | |
|---|---|---|---|---|---|
| | | Invoice Date: | | | April 13, 2021 |
| Client: | Dominion Voting Systems, Inc. | Invoice #: | | | 839698 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Client.Matter #: | | | 061313.0006 |
| | | | | | Page 5 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/16/21 | D. Meschke | Discuss with B. DuPey strategy for sections of reply in support of motion to dismiss | 0.50 | 330.00 | 165.00 |
| 03/16/21 | D. Meschke | Analyze Plaintiffs' motion for leave to amend the complaint | 0.60 | 330.00 | 198.00 |
| 03/16/21 | S. Cuff | Read and annotate Plaintiff's motion for leave to file an amended complaint | 1.10 | 360.00 | 396.00 |
| 03/16/21 | S. Cuff | Review Plaintiff's Amended Complaint and research leave to file an amended complaint under Fed. R. Civ. P. 15 | 0.80 | 360.00 | 288.00 |
| 03/16/21 | B. DuPey | (NO CHARGE) Conference with D. Meschke we current reply in support of motion to dismiss draft; review and edit current sections of draft; research re relying on facts outside of complaint for motion to dismiss | ~~1.80~~ 0.00 | 270.00 | N/C |

███████████████████████████████████

| | | | | | |
|---|---|---|---|---|---|
| 03/17/21 | D. Meschke | Analyze how to address plaintiffs use of infirmation and evidence outside the complaint in responding to the motion to dismiss in light of pending motion to amend complaint, an read relevant case law | 0.90 | 330.00 | 297.00 |
| 03/17/21 | D. Meschke | Discuss with B. DuPey sections of reply in support of motion for summary judgment re plaintiffs' substantive claims | 0.60 | 330.00 | 198.00 |
| 03/17/21 | D. Meschke | Edit reply in support of motion to dismiss | 2.50 | 330.00 | 825.00 |
| 03/17/21 | S. Cuff | Research the requirements to survive a RICO motion to dismiss, prepare outline for response to Plaintiffs' motion for leave to amend complaint, read Dominion's motion to dismiss | 4.10 | 360.00 | 1,476.00 |
| 03/17/21 | B. DuPey | Strategize with D. Meschke re arguments for reply in support of motion to dismiss; outline arguments on substantive claims for reply; draft substantive claim sections of reply motion; edit draft reply motion and send to D. Meschke re review | 4.50 | 270.00 | 1,215.00 |

███████████████████████████████████

# Brownstein Hyatt
# Farber Schreck

| | | | Invoice Date: | April 13, 2021 |
| Client: | Dominion Voting Systems, Inc. | | Invoice #: | 839698 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | Client.Matter #: | 061313.0006 |
| | | | | Page 6 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|------|-----------|-------------|-------|------|--------|
| 03/18/21 | D. Meschke | Make final edits to draft reply in support of motion to dismiss before sending to S. Garnett for review | 0.30 | 330.00 | 99.00 |
| | | ███████████████████████████████ | | | |
| 03/18/21 | S. Cuff | Read Dominion's Reply to its motion to dismiss, outline motion in opposition to Plaintiff's motion to amend, research the Rule 15 standard for futility and prejudice | 3.40 | 360.00 | 1,224.00 |
| 03/18/21 | B. DuPey | Incorporate D. Meschke's edits into draft reply in support of motion to dismiss; edit and proof draft reply; strategize with S. Cuff and D. Mesckhe re response in opposition to Plaintiffs' motion for leave to amend complaint | 2.90 | 270.00 | 783.00 |
| 03/19/21 | S. Garnett | Review of reply re MTD; conference with client; conference with D. Meschke | 1.70 | 656.25 | 1,115.63 |
| 03/19/21 | D. Meschke | Discuss with S. Garnett strategy for opposition to motion to amend complaint and confirm version of reply in support of motion to dismiss to send to client for review | 0.20 | 330.00 | 66.00 |
| 03/19/21 | S. Cuff | Research undue prejudice under Rule 15(a), outline response in opposition to Plaintiffs' motion to amend, review amended complaint and motion to amend | 5.00 | 360.00 | 1,800.00 |
| | | ███████████████████████████████ | | | |
| 03/20/21 | S. Cuff | Draft Dominion's response in opposition to Plaintiffs' Motion to Amend | 3.20 | 360.00 | 1,152.00 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | | Invoice Date: | | April 13, 2021 |
|---|---|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | | Invoice #: | | 839698 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | Client.Matter #: | | 061313.0006 |
| | | | | | Page 7 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/22/21 | D. Meschke | Review nits to reply in support of motion to dismiss and make a few other changes, and brainstorm additional argument to make in opposition to motion to amend | 0.50 | 330.00 | 165.00 |
| 03/22/21 | S. Cuff | Draft Dominion's response in opposition to plaintiffs' motion to amend; research grounds to dismiss plaintiffs' amended RICO claims | 9.30 | 360.00 | 3,348.00 |
| 03/22/21 | B. DuPey | Review and edit reply in support of motion to dismiss; cite check reply | 1.40 | 270.00 | 378.00 |
| 03/23/21 | S. Garnett | Review and filing of reply | 1.20 | 656.25 | 787.50 |
| 03/23/21 | C. Olguin | Finalize and file reply to motion to dismiss; update file | 0.40 | 310.00 | 124.00 |
| | | ███████████████████████████████████████ | | | |
| 03/23/21 | S. Cuff | Draft Dominion's response in opposition to Plaintiffs' motion to amend | 5.10 | 360.00 | 1,836.00 |
| 03/23/21 | S. Cuff | Edit and revise Dominion's response in opposition to Plaintiffs' motion to amend | 2.40 | 360.00 | 864.00 |
| | | ███████████████████████████████████████ | | | |
| 03/24/21 | S. Cuff | Edit and polish Dominion's opposition to plaintiffs' motion to amend | 7.80 | 360.00 | 2,808.00 |
| | | ███████████████████████████████████████ | | | |
| 03/25/21 | D. Meschke | Review internal edits to latest draft of opposition to motion to amend | 0.30 | 330.00 | 99.00 |
| 03/25/21 | D. Meschke | Edit draft opposition to motion to amend and add a few additional sections to it | 4.30 | 330.00 | 1,419.00 |
| 03/25/21 | S. Cuff | Review and accept changes to Dominion's reply in opposition to Plaintiffs' motion to amend | 2.50 | 360.00 | 900.00 |

# Brownstein Hyatt
# Farber Schreck

| | | Invoice Date: | April 13, 2021 |
| --- | --- | --- | --- |
| Client: | Dominion Voting Systems, Inc. | Invoice #: | 839698 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Client.Matter #: | 061313.0006 |
| | | | Page 8 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
| --- | --- | --- | --- | --- | --- |
| 03/25/21 | B. DuPey | Conference with S. Cuff re response in opposition to Plaintiffs' motion for leave to amend complaint; edit response and opposition and send to group for review | 1.30 | 270.00 | 351.00 |
| | | | | | |
| 03/26/21 | D. Meschke | Update draft opposition to motion to amend and circulate to S. Garnett for his review | 0.30 | 330.00 | 99.00 |
| 03/26/21 | S. Cuff | Review and edit draft of Dominion's Response in Opposition to Plaintiffs' Motion to Amend | 1.10 | 360.00 | 396.00 |
| 03/26/21 | B. DuPey | Review draft of response in opposition to Plaintiffs' leave to amend complaint | 0.30 | 270.00 | 81.00 |
| | | | | | |
| 03/27/21 | D. Meschke | Make minor tweaks to opposition to motion to amend complaint | 0.50 | 330.00 | 165.00 |
| | | | | | |
| 03/28/21 | S. Cuff | Review 3/27 updates to Dominion's response in opposition to plaintiffs' motion to dismiss | 0.10 | 360.00 | 36.00 |
| 03/28/21 | B. DuPey | Review D. Meschke's edits to response in opposition to Plaintiffs' leave to file amended complaint | 0.10 | 270.00 | 27.00 |
| 03/29/21 | S. Garnett | Finalize and file Opposition to Motion to Amend; review of oppositions of other defendants | 2.10 | 656.25 | 1,378.13 |
| 03/29/21 | C. Olguin | Finalize and file response to motion to amend complaint; update file | 1.00 | 310.00 | 310.00 |
| | | | | | |
| 03/29/21 | S. Cuff | Final editing of Dominion's Response to Plaintiffs' Motion to Amend, read Response motions from MI, GA, PA, and Facebook defendants, updates ECF cites in the Response motion | 2.70 | 360.00 | 972.00 |
| 03/29/21 | B. DuPey | Proof response in opposition of plaintiff's motion for leave to amend for finalization; cite check opposition and check quotes for filing | 1.70 | 270.00 | 459.00 |

# Brownstein Hyatt
# Farber Schreck

| | | | Invoice Date: | | April 13, 2021 |
|---|---|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | | Invoice #: | | 839698 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | Client.Matter #: | | 061313.0006 |
| | | | | | Page 9 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|

**Total Fees**

**FEE SUMMARY**

# Brownstein Hyatt
# Farber Schreck

Brownstein Hyatt Farber Schreck, LLP
410 17th Street
22nd Floor
Denver, CO 80202
Phone: 303-223-1100
Facsimile: 303-223-1111

http: www.bhfs.com

Dominion Voting Systems, Inc.
Attn: Mike Frontera
1801 Lawrence Street
Denver, CO 80202

| | |
|---|---|
| Invoice Date: | April 13, 2021 |
| Invoice #: | 839698 |
| Client.Matter #: | 061313.0006 |

**Payment Due Upon Receipt**

| | |
|---|---|
| Client: | Dominion Voting Systems, Inc. |
| Matter: | USDC Civil Action No. 1:20 cv 3747 |

## REMITTANCE SUMMARY

For Professional Services Rendered Through March 31, 2021

---

**ELECTRONIC PAYMENTS**
(PREFERRED)

**For Electronic Payment Instructions,
please visit the
Brownstein website at:**

www.BHFS.com/WireInstructions

**CHECK PAYMENTS**
(LOCKBOX)

Send to:
**Brownstein Hyatt Farber Schreck, LLP**
P.O. Box 172168
Denver, CO 80217-2168

DO NOT MAIL PAYMENTS VIA CERTIFIED MAIL

EXHIBIT B



# Brownstein Hyatt Farber Schreck

Brownstein Hyatt Farber Schreck, LLP
410 17th Street
22nd Floor
Denver, CO 80202
Phone: 303-223-1100
Facsimile: 303-223-1111

http: www.bhfs.com

Dominion Voting Systems, Inc.
Attn: Mike Frontera
1801 Lawrence Street
Denver, CO 80202

| | |
|---|---|
| Invoice Date: | May 20, 2021 |
| Invoice #: | 844471 |
| Client.Matter #: | 061313.0006 |

**Payment Due Upon Receipt**

Client:     Dominion Voting Systems, Inc.
Matter:    USDC Civil Action No. 1:20 cv 3747

---

## INVOICE SUMMARY

For Professional Services Rendered Through April 30, 2021



---

**ELECTRONIC PAYMENTS**
(PREFERRED)

**For Electronic Payment Instructions,
please visit the
Brownstein website at:**

www.BHFS.com/WireInstructions

**CHECK PAYMENTS**
(LOCKBOX)

Send to:
**Brownstein Hyatt Farber Schreck, LLP**
P.O. Box 172168
Denver, CO 80217-2168

DO NOT MAIL PAYMENTS VIA CERTIFIED MAIL

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | Invoice Date: | May 20, 2021 |
|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | Invoice #: | 844471 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Client.Matter #: | 061313.0006 |
| | | | Page 2 |

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/01/21 | S. Garnett | Review of replies and response to motions to dismiss; review of court order | 1.10 | 656.25 | 721.88 |

# Brownstein Hyatt
# Farber Schreck

| | | Invoice Date: | May 20, 2021 |
|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | Invoice #: | 844471 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Client.Matter #: | 061313.0006 |
| | | | Page 3 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/09/21 | S. Garnett | Review of pleadings and prepare for hearing on 4/27; emails with co-defendants counsel | 1.40 | 656.25 | 918.75 |
| 04/09/21 | C. Olguin | Update file re replies to motion to amend complaint; email exchange with D. Meschke re service of motion for sanctions | 0.70 | 310.00 | 217.00 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | | Invoice Date: | | May 20, 2021 |
|---|---|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | | Invoice #: | | 844471 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | Client.Matter #: | | 061313.0006 |
| | | | | | Page 4 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/10/21 | D. Meschke | Create materials summarizing case law and arguments for upcoming hearing on motions to dismiss and motion for leave to amend | 2.20 | 330.00 | 726.00 |
| 04/11/21 | S. Garnett | Review of briefs; prepare for oral augment on 4/27 | 1.30 | 656.25 | 853.13 |
| 04/12/21 | B. DuPey | (NO CHARGE) Coordinate preparing for motion to dismiss hearing | ~~0.10~~ 0.00 | 270.00 | N/C |
| | | ████████████████████ | | | |
| 04/15/21 | S. Garnett | Prepare for hearing; review of documents and Youtube video | 1.40 | 656.25 | 918.75 |
| | | ████████████████████ | | | |
| 04/16/21 | D. Meschke | Discuss additional hearing preparation materials to create with B. DuPey | 0.30 | 330.00 | 99.00 |
| 04/16/21 | D. Meschke | Create and edit additional hearing preparation materials | 3.20 | 330.00 | 1,056.00 |
| 04/16/21 | B. DuPey | (NO CHARGE) Conference with D. Meschke re prep work for motion to dismiss hearing; review master prep document | ~~0.50~~ 0.00 | 270.00 | N/C |
| 04/18/21 | D. Meschke | Finalize preparation materials for upcoming hearing on motions to dismiss and motion to amend, and send to S. Garnett | 0.50 | 330.00 | 165.00 |
| 04/18/21 | B. DuPey | (NO CHARGE) Draft portions of prep documents for motion to dismiss hearing and send to D. Meschke for review; review relevant cases and highlight for S. Garnett for hearing | ~~1.70~~ 0.00 | 270.00 | N/C |
| 04/19/21 | S. Garnett | Prepare for oral argument | 1.50 | 656.25 | 984.38 |

# Brownstein Hyatt
# Farber Schreck

| | | | Invoice Date: | | May 20, 2021 |
|---|---|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | | Invoice #: | | 844471 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | Client.Matter #: | | 061313.0006 |
| | | | | | Page 5 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | | | |
| 04/19/21 | D. Meschke | Analyze related decision from U.S. Supreme Court just released | 0.20 | 330.00 | 66.00 |
| | | | | | |
| 04/19/21 | D. Meschke | Discuss and read emails concerning roles at upcoming hearing among defense counsel | 0.20 | 330.00 | 66.00 |
| | | | | | |
| 04/19/21 | B. DuPey | (NO CHARGE) Review recent Supreme Court decision re Pennsylvania election litigation; review and notate Third Circuit decision in Pennsylvania litigation; draft and send analysis to litigation team in preparation for motion to dismiss hearing | ~~0.80~~ 0.00 | 270.00 | N/C |
| | | | | | |
| 04/21/21 | S. Garnett | Prepare for motions hearing next week | 1.70 | 656.25 | 1,115.63 |
| | | | | | |
| 04/21/21 | D. Meschke | Discuss topics and roles for upcoming hearing with counsel for Facebook and CTLC | 0.60 | 330.00 | 198.00 |
| | | | | | |
| 04/22/21 | S. Garnett | Prepare for hearing | 1.20 | 656.25 | 787.50 |
| 04/23/21 | S. Garnett | Prepare for oral argument on 4/27 | 1.40 | 656.25 | 918.75 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | | | | |
|---|---|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | | Invoice Date: | | May 20, 2021 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | | Invoice #: | | 844471 |
| | | | Client.Matter #: | | 061313.0006 |
| | | | | | Page 6 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/24/21 | S. Garnett | Reading cases to prepare for argument | 2.30 | 656.25 | 1,509.38 |
| 04/26/21 | S. Garnett | Prepare for argument; legal research | 4.40 | 656.25 | 2,887.50 |
| 04/26/21 | D. Meschke | Participate in final defense group preparation telephone conference for hearing re motions to dismiss, and analyze S. Garnett's preliminary presentation notes | 0.40 | 330.00 | 132.00 |
| 04/27/21 | S. Garnett | Prepare for and conduct of argument re pending motions | 5.70 | 656.25 | 3,740.63 |
| 04/27/21 | D. Meschke | Discuss with S. Garnett plan for today's hearing on motions to dismiss | 0.30 | 330.00 | 99.00 |
| 04/27/21 | D. Meschke | Attend virtual hearing re motions to dismiss | 2.60 | 330.00 | 858.00 |
| 04/27/21 | B. DuPey | Attend and take notes during court's hearing on pending motions to dismiss; conference with litigation team re hearing | 2.70 | 270.00 | 729.00 |
| 04/28/21 | S. Garnett | Review of court order | 3.80 | 656.25 | 2,493.75 |
| 04/28/21 | C. Olguin | Email exchange and telephone conference with court reporter re hearing transcript; review order re motion to amend and dismiss; update file and docket | 0.60 | 310.00 | 186.00 |

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

| | | Invoice Date: | May 20, 2021 |
|---|---|---|---|
| Client: | Dominion Voting Systems, Inc. | Invoice #: | 844471 |
| Matter: | USDC Civil Action No. 1:20 cv 3747 | Client.Matter #: | 061313.0006 |
| | | | Page 7 |

| Date | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/28/21 | D. Meschke | Analyze order dismissing case and read/send follow-up emails | 0.40 | 330.00 | 132.00 |

**Total Fees**

**FEE SUMMARY**



# Brownstein Hyatt
# Farber Schreck

Client:      Dominion Voting Systems, Inc.

Matter:      USDC Civil Action No. 1:20 cv 3747

Invoice Date:              May 20, 2021

Invoice #:                     844471

Client.Matter #:          061313.0006

Page 8

EXHIBIT B

# Brownstein Hyatt
# Farber Schreck

Brownstein Hyatt Farber Schreck, LLP
410 17th Street
22nd Floor
Denver, CO 80202
Phone: 303-223-1100
Facsimile: 303-223-1111

http: www.bhfs.com

Dominion Voting Systems, Inc.
Attn: Mike Frontera
1801 Lawrence Street
Denver, CO 80202

| Invoice Date: | May 20, 2021 |
| Invoice #: | 844471 |
| Client.Matter #: | 061313.0006 |

**Payment Due Upon Receipt**

Client:   Dominion Voting Systems, Inc.
Matter:   USDC Civil Action No. 1:20 cv 3747

## REMITTANCE SUMMARY

For Professional Services Rendered Through April 30, 2021

---

**ELECTRONIC PAYMENTS**
(PREFERRED)

**For Electronic Payment Instructions,
please visit the
Brownstein website at:**

www.BHFS.com/WireInstructions

**CHECK PAYMENTS**
(LOCKBOX)

Send to:
**Brownstein Hyatt Farber Schreck, LLP**
P.O. Box 172168
Denver, CO 80217-2168

DO NOT MAIL PAYMENTS VIA CERTIFIED MAIL

EXHIBIT B