# EXHIBIT A

*(Bergsieker Affidavit)*

| Date | Timekeeper | Hours | Fees | Narrative |
|---|---|---|---|---|
| 1/21/2021 | Bergsieker, Ryan T. | 0.5 | $ 250 | Analyze potential arguments for motion to dismiss. |
| 1/22/2021 | Bergsieker, Ryan T. | 0.5 | $ 250 | Call with C. Streit and J. Lipshutz regarding strategy for briefing. |
| 1/22/2021 | Bergsieker, Ryan T. | 0.4 | $ 200 | Analyze potential arguments for motion to dismiss. |
| 1/22/2021 | Streit, Craig B. | 0.4 | $ 120 | Develop strategy for O'Rourke motion to dismiss briefing. |
| 1/22/2021 | Lipshutz, Joshua S. | 1 | $ 500 | Work on case strategy and motion to dismiss outline. |
| 1/25/2021 | Bergsieker, Ryan T. | 0.5 | $ 250 | Analyze arguments for motion to dismiss. |
| 1/25/2021 | Streit, Craig B. | 3.1 | $ 930 | Analyze case law regarding potential defenses for O'Rourke motion to dismiss. |
| 1/26/2021 | Hausknecht, Natalie J. | 1.3 | $ 455 | Review and analyze complaint and strategy for motion to dismiss. |
| 1/26/2021 | Hausknecht, Natalie J. | 0.4 | $ 140 | Begin process of outlining motion to dismiss. |
| 1/26/2021 | Bergsieker, Ryan T. | 0.5 | $ 250 | Strategize with N. Hausknecht and C. Streit regarding briefing MTD. |
| 1/26/2021 | Streit, Craig B. | 0.9 | $ 270 | Develop strategy for drafting motion to dismiss O'Rourke complaint. |
| 1/26/2021 | Streit, Craig B. | 1.5 | $ 450 | Analyze case law regarding potential defenses for O'Rourke motion to dismiss. |
| 1/27/2021 | Streit, Craig B. | 4.7 | $ 1,410 | Draft outline of motion to dismiss O'Rourke complaint. |
| 1/27/2021 | Streit, Craig B. | 2.3 | $ 690 | Analyze case law regarding potential defenses for O'Rourke motion to dismiss. |
| 1/28/2021 | Bergsieker, Ryan T. | 0.4 | $ 200 | Analyze arguments for motion to dismiss. |
| 1/28/2021 | Streit, Craig B. | 0.5 | $ 150 | Draft outline for motion to dismiss O'Rourke complaint. |
| 1/29/2021 | Hausknecht, Natalie J. | 2.9 | $ 1,015 | Draft outline for motion to dismiss. |
| 1/29/2021 | Streit, Craig B. | 2.1 | $ 630 | Analyze case law regarding nominal damages for outline of motion to dismiss O'Rourke complaint (0.9); draft outline of motion to dismiss O'Rourke complaint (1.2). |
| 1/31/2021 | Streit, Craig B. | 1.4 | $ 420 | Revise outline for motion to dismiss O'Rourke complaint. |
| 1/31/2021 | Bergsieker, Ryan T. | 0.6 | $ 300 | Revise outline for motion to dismiss. |
| 2/1/2021 | Hausknecht, Natalie J. | 2.7 | $ 945 | Revise outline of MTD in response to comments from R. Bergsieker. |
| 2/1/2021 | Streit, Craig B. | 1.2 | $ 360 | Draft motion to dismiss O'Rourke complaint. |
| 2/1/2021 | Bergsieker, Ryan T. | 0.9 | $ 450 | Revise outline for motion to dismiss. |
| 2/2/2021 | Hausknecht, Natalie J. | 1.1 | $ 385 | Revise outline of MTD argument to address comments from J. Lipshutz. |
| 2/2/2021 | Streit, Craig B. | 0.4 | $ 120 | Draft section of motion to dismiss O'Rourke complaint related to Section 230. |
| 2/2/2021 | Bergsieker, Ryan T. | 0.6 | $ 300 | Revise outline for motion to dismiss. |
| 2/2/2021 | Lipshutz, Joshua S. | 1.2 | $ 600 | Work on motion to dismiss. |
| 2/3/2021 | Bergsieker, Ryan T. | 0.6 | $ 300 | Analyze strategy for motion to dismiss. |
| 2/3/2021 | Streit, Craig B. | 1.5 | $ 450 | Draft section of motion to dismiss brief related to Section 230 argument. |
| 2/3/2021 | Lipshutz, Joshua S. | 0.8 | $ 400 | Work on motion to dismiss. |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 2/4/2021 | Hausknecht, Natalie J. | 3 | $ 1,050 | Research, draft, and revise motion to dismiss introduction, standing, and jurisdictional arguments. |
| 2/4/2021 | Hausknecht, Natalie J. | 1.6 | $ 560 | Revise sections of brief on motion to dismiss re section 230 and First Amendment protections. |
| 2/4/2021 | Streit, Craig B. | 4.3 | $ 1,290 | Complete initial draft of motion to dismiss O'Rourke complaint. |
| 2/4/2021 | Lipshutz, Joshua S. | 1.2 | $ 600 | Work on motion to dismiss. |
| 2/5/2021 | Hausknecht, Natalie J. | 1.6 | $ 560 | Research, draft, and revise section of motion to dismiss re state action and conspiracy. |
| 2/5/2021 | Hausknecht, Natalie J. | 1.7 | $ 595 | Finalize draft and revisions of motion to dismiss. |
| 2/5/2021 | Hausknecht, Natalie J. | 0.6 | $ 210 | Revise motion to dismiss draft in light of comments from R. Bergsieker. |
| 2/7/2021 | Bergsieker, Ryan T. | 1 | $ 500 | Revise motion to dismiss. |
| 2/8/2021 | Hausknecht, Natalie J. | 0.5 | $ 175 | Revise motion to dismiss in response to comments from R. Bergsieker. |
| 2/8/2021 | Bergsieker, Ryan T. | 0.9 | $ 450 | Revise motion to dismiss. |
| 2/9/2021 | Hausknecht, Natalie J. | 0.2 | $ 70 | Revise motion to dismiss draft in response to J. Lipshutz edits. |
| 2/9/2021 | Bergsieker, Ryan T. | 0.7 | $ 350 | Revise motion to dismiss. |
| 2/9/2021 | Lipshutz, Joshua S. | 1.2 | $ 600 | Work on motion to dismiss. |
| 2/10/2021 | Lipshutz, Joshua S. | 0.8 | $ 400 | Work on motion to dismiss. |
| 2/11/2021 | Hausknecht, Natalie J. | 0.9 | $ 315 | Revise motion to dismiss to address client and outside counsel comments. |
| 2/11/2021 | Bergsieker, Ryan T. | 1.2 | $ 600 | Revise motion to dismiss. |
| 2/12/2021 | Hausknecht, Natalie J. | 0.1 | $ 35 | Revise motion to dismiss in response to comments from J. Lipshutz and recirculate. |
| 2/12/2021 | Streit, Craig B. | 2.9 | $ 870 | Complete cite-check of motion to dismiss O'Rourke complaint. |
| 2/12/2021 | Bergsieker, Ryan T. | 0.2 | $ 100 | Correspond with client and opposing counsel regarding motion to dismiss. |
| 2/12/2021 | Bergsieker, Ryan T. | 0.5 | $ 250 | Revise motion to dismiss. |
| 2/12/2021 | Lipshutz, Joshua S. | 0.8 | $ 400 | Work on motion to dismiss. |
| 2/16/2021 | Bergsieker, Ryan T. | 0.2 | $ 100 | Correspond with opposing counsel regarding meeting and conferring on motions. |
| 2/16/2021 | Streit, Craig B. | 1.2 | $ 360 | Revise motion to dismiss to incorporate client feedback. |
| 2/16/2021 | Streit, Craig B. | 1.3 | $ 390 | Finalize motion to dismiss for filing. |
| 3/10/2021 | Bergsieker, Ryan T. | 0.7 | $ 350 | Analyze response to motion to dismiss. |
| 3/10/2021 | Streit, Craig B. | 3.6 | $ 1,080 | Draft outline for reply in support of motion to dismiss. |
| 3/11/2021 | Streit, Craig B. | 1.8 | $ 540 | Draft outline of reply in support of motion to dismiss. |
| 3/11/2021 | Streit, Craig B. | 2.1 | $ 630 | Begin draft of reply in support of motion to dismiss. |
| 3/12/2021 | Streit, Craig B. | 0.6 | $ 180 | Draft reply in support of motion to dismiss. |
| 3/14/2021 | Hausknecht, Natalie J. | 1.1 | $ 385 | Revise reply outline on motion to dismiss. |
| 3/14/2021 | Streit, Craig B. | 0.7 | $ 210 | Draft reply in support of motion to dismiss. |
| 3/15/2021 | Hausknecht, Natalie J. | 2.1 | $ 735 | Begin drafting of reply. |
| 3/15/2021 | Hausknecht, Natalie J. | 1.7 | $ 595 | Revise outline of reply to opposition on motion to dismiss. |
| 3/15/2021 | Hausknecht, Natalie J. | 0.2 | $ 70 | Revise outline re reply for comments received. |
| 3/15/2021 | Bergsieker, Ryan T. | 0.7 | $ 350 | Revise outline for reply in support of motion to dismiss. |
| 3/15/2021 | Streit, Craig B. | 2.3 | $ 690 | Revise personal jurisdiction and standing sections within reply in support of motion to dismiss. |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 3/16/2021 | Hausknecht, Natalie J. | 0.8 | $ 280 | Review and analyze motion for leave to amend in preparation for response. |
| 3/16/2021 | Streit, Craig B. | 1.1 | $ 330 | Finalize personal jurisdiction and standing sections of reply in support of motion to dismiss. |
| 3/16/2021 | Bergsieker, Ryan T. | 0.4 | $ 200 | Analyze amended complaint and motion to amend. |
| 3/16/2021 | Bergsieker, Ryan T. | 0.4 | $ 200 | Strategize regarding motion to dismiss. |
| 3/17/2021 | Streit, Craig B. | 2.3 | $ 690 | Draft outline of opposition to Plaintiffs' motion for leave to amend. |
| 3/18/2021 | Hausknecht, Natalie J. | 1.3 | $ 455 | Research and revise outline re opposition to motion for leave to amend re new allegations in complaint and brief. |
| 3/18/2021 | Hausknecht, Natalie J. | 0.8 | $ 280 | Research RICO failure to state a claim issues for opposition for leave to amend. |
| 3/18/2021 | Bergsieker, Ryan T. | 1.5 | $ 750 | Revise reply in support of motion to dismiss. |
| 3/18/2021 | Streit, Craig B. | 1 | $ 300 | Develop strategy for drafting opposition to Plaintiffs' motion for leave to amend. |
| 3/18/2021 | Streit, Craig B. | 2.9 | $ 870 | Draft outline to Plaintiffs' motion for leave to amend. |
| 3/19/2021 | Hausknecht, Natalie J. | 2.1 | $ 735 | Research and draft analysis for opposition to leave to amend. |
| 3/19/2021 | Bergsieker, Ryan T. | 0.2 | $ 100 | Revise reply in support of motion to dismiss. |
| 3/19/2021 | Streit, Craig B. | 2.5 | $ 750 | Analyze case law regarding Plaintiffs' RICO claims for opposition to Plaintiffs' motion for leave to amend. |
| 3/19/2021 | Streit, Craig B. | 1.9 | $ 570 | Draft section in outline regarding RICO claims in opposition to Plaintiffs' motion for leave to amend. |
| 3/20/2021 | Bergsieker, Ryan T. | 0.2 | $ 100 | Strategize regarding response to motion to amend. |
| 3/20/2021 | Streit, Craig B. | 3.6 | $ 1,080 | Draft opposition to Plaintiffs' motion for leave to amend. |
| 3/22/2021 | Hausknecht, Natalie J. | 2.9 | $ 1,015 | Research and draft opposition to motion for leave to amend. |
| 3/22/2021 | Hausknecht, Natalie J. | 0.4 | $ 140 | Revise motion to dismiss in response to comments from client. |
| 3/22/2021 | Bergsieker, Ryan T. | 0.4 | $ 200 | Revise reply in support of motion to dismiss. |
| 3/22/2021 | Streit, Craig B. | 2.8 | $ 840 | Conduct cite-check of reply in support of motion to dismiss in preparation for filing. |
| 3/22/2021 | Streit, Craig B. | 1.2 | $ 360 | Revise reply in support of motion to dismiss to incorporate client feedback. |
| 3/23/2021 | Hausknecht, Natalie J. | 0.3 | $ 105 | Finalize brief for filing in response to comments from client. |
| 3/23/2021 | Hausknecht, Natalie J. | 3.7 | $ 1,295 | Finish drafting of opposition to motion for leave to amend. |
| 3/23/2021 | Bergsieker, Ryan T. | 0.3 | $ 150 | Revise reply in support of motion to dismiss. |
| 3/23/2021 | Streit, Craig B. | 2.8 | $ 840 | Finalize reply in support of motion to dismiss for filing. |
| 3/23/2021 | Streit, Craig B. | 0.4 | $ 120 | Revise opposition to Plaintiffs' motion for leave to amend. |
| 3/24/2021 | Hausknecht, Natalie J. | 0.2 | $ 70 | Revise opposition to motion to amend. |
| 3/25/2021 | Bergsieker, Ryan T. | 1.2 | $ 600 | Revise response to motion to amend complaint. |
| 3/25/2021 | Streit, Craig B. | 0.5 | $ 150 | Revise RICO section of opposition to Plaintiffs' motion for leave to amend to incorporate additional case law. |
| 3/25/2021 | Streit, Craig B. | 2.3 | $ 690 | Analyze case law regarding RICO enterprises for revisions to opposition to Plaintiffs' motion for leave to amend. |
| 3/26/2021 | Streit, Craig B. | 0.5 | $ 150 | Implement client feedback with opposition to Plaintiffs' motion for leave to amend. |
| 3/26/2021 | Bergsieker, Ryan T. | 0.2 | $ 100 | Revise response to motion to amend complaint. |
| 3/27/2021 | Hausknecht, Natalie J. | 0.7 | $ 245 | Review opposition to motion for leave to amend in response to client comments. |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 3/27/2021 | Streit, Craig B. | 3.2 | $ 960 | Implement client edits within draft of opposition to Plaintiffs' motion for leave to amend. |
| 3/28/2021 | Bergsieker, Ryan T. | 0.8 | $ 400 | Revise response to motion to amend complaint. |
| 3/28/2021 | Streit, Craig B. | 2.9 | $ 870 | Complete cite-check of opposition to Plaintiffs' motion for leave to amend. |
| 3/29/2021 | Hausknecht, Natalie J. | 0.3 | $ 105 | Revise for filing opposition to motion for leave to amend. |
| 3/29/2021 | Bergsieker, Ryan T. | 0.6 | $ 300 | Revise response to motion to amend complaint. |
| 3/29/2021 | Streit, Craig B. | 2.5 | $ 750 | Finalize opposition to Plaintiffs' motion for leave to amend for filing. |
| 4/2/2021 | Bergsieker, Ryan T. | 0.4 | $ 200 | Analyze motion to dismiss briefing filed by plaintiffs and other defendants. |
| 4/2/2021 | Bergsieker, Ryan T. | 0.3 | $ 150 | Correspond with client regarding motions hearing. |
| 4/9/2021 | Hausknecht, Natalie J. | 0.4 | $ 140 | Analyze replies filed by opposing counsel to oppositions for leave to amend and motions to dismiss. |
| 4/9/2021 | Bergsieker, Ryan T. | 0.5 | $ 250 | Analyze Plaintiffs' replies to motion to amend complaint. |
| 4/13/2021 | Bergsieker, Ryan T. | 0.2 | $ 100 | Analyze MTD briefing from Plaintiffs. |
| 4/13/2021 | Bergsieker, Ryan T. | 0.1 | $ 50 | Correspond with client regarding MTD briefing from Plaintiffs. |
| 4/20/2021 | Lipshutz, Joshua S. | 0.5 | $ 250 | Prepare for hearing on MTD. |
| 4/20/2021 | Bergsieker, Ryan T. | 0.2 | $ 100 | Work on strategy for oral argument. |
| 4/21/2021 | Hausknecht, Natalie J. | 3.1 | $ 1,085 | Prepare oral argument preparation materials re briefing and key case law. |
| 4/21/2021 | Hausknecht, Natalie J. | 0.7 | $ 245 | Revise oral argument preparation materials. |
| 4/21/2021 | Streit, Craig B. | 4.6 | $ 1,380 | Draft hearing preparation materials for upcoming hearing on motions to dismiss. |
| 4/22/2021 | Hausknecht, Natalie J. | 2.6 | $ 910 | Revise talking points for hearing in response to reply arguments re state action and Section 230. |
| 4/22/2021 | Hausknecht, Natalie J. | 2.6 | $ 910 | Draft talking points for hearing re personal jurisdiction and standing in response to issues raised in reply. |
| 4/22/2021 | Hausknecht, Natalie J. | 0.9 | $ 315 | Revise hard questions draft for oral argument preparation. |
| 4/22/2021 | Streit, Craig B. | 1.2 | $ 360 | Draft talking points on RICO claims for hearing preparation materials. |
| 4/22/2021 | Bergsieker, Ryan T. | 0.4 | $ 200 | Revise talking points for oral argument on motion to dismiss. |
| 4/25/2021 | Hausknecht, Natalie J. | 0.2 | $ 70 | Research redressability argument for hearing. |
| 4/25/2021 | Hausknecht, Natalie J. | 1.1 | $ 385 | Revise talking points to add in allegations re dominionclassaction.com solicitations. |
| 4/25/2021 | Lipshutz, Joshua S. | 1 | $ 500 | Prepare for MTD oral argument. |
| 4/25/2021 | Bergsieker, Ryan T. | 0.4 | $ 200 | Analyze potential points for oral argument. |
| 4/26/2021 | Hausknecht, Natalie J. | 0.5 | $ 175 | Work on questions re oral argument preparation. |
| 4/26/2021 | Hausknecht, Natalie J. | 0.1 | $ 35 | Analyze new filing by plaintiffs for judicial notice in advance of hearing. |
| 4/26/2021 | Lipshutz, Joshua S. | 1 | $ 500 | Prepare for motion to dismiss oral argument. |
| 4/26/2021 | Bergsieker, Ryan T. | 0.3 | $ 150 | Call with client regarding oral argument. |
| 4/26/2021 | Bergsieker, Ryan T. | 0.4 | $ 200 | Correspond with client regarding oral argument. |
| 4/27/2021 | Hausknecht, Natalie J. | 0.2 | $ 70 | Work on question re oral argument. |
| 4/27/2021 | Lipshutz, Joshua S. | 0.5 | $ 250 | Prepare for MTD oral argument. |
| 4/27/2021 | Lipshutz, Joshua S. | 2.5 | $ 1,250 | Attend MTD oral argument. |
| 4/27/2021 | Bergsieker, Ryan T. | 2.7 | $ 1,350 | Participate in motions hearing. |
| | Total | 166.8 | $ 59,760 | |

| Hourly Rates | |
|---|---:|
| Lipshutz | $ 500 |
| Bergsieker | $ 500 |
| Hausknecht | $ 350 |
| Streit | $ 300 |