# EXHIBIT B

*(Bergsieker Affidavit)*



EXHIBIT 1

# The Survey of Law Firm Economics
## *2019 Edition*

**Conducted and Published by**

THE NATIONAL LAW JOURNAL

-- **&** --



150 East 42nd Street, Mezzanine Level
New York, NY 10017
(888) 770-5647
almlegalintel@alm.com
www.almlegalintelligence.com

Released:  2019

All rights reserved. No part of this work may be reproduced or copied in any form or by any means, graphic, electronic or mechanical, including photocopying, recording, taping, or information and retrieval systems, without prior written permission of the publisher.  For permission, contact customer service at 888.770.5647 or almlegalintel@alm.com.

© 2019 ALM Media Properties LLC

Case 1:20-cv-03747-NRN   Document 151-3   Filed 09/03/21   USDC Colorado   Page 4

# INTRODUCTION

The *National Law Journal's Survey of Law Firm Economics, 2019 Edition* (based on 2018 data) is one of the most comprehensive, accurate and up-to-date set of economic statistics and financial data available for the legal profession. This year's survey contains information from 4,016 lawyers at 243 U.S. law firms. In its 47th year, the survey remains an invaluable tool for managers at law firms.

To be a useful tool, the survey must provide the relevant information required by the law firm managers. ALM Legal Intelligence partners with the International Paralegal Management Association each year to develop and publish a more comprehensive tool for managing paralegal positions. If you are interested in paralegal data, please contact ALM Legal Intelligence for product information and pricing.

ALM Legal Intelligence is committed to meeting the information needs of the legal profession and, as such, invites you as a purchaser and/or participant to call or write us with your candid critique, suggestions and questions. The survey will continue to improve only through our ability to understand your evolving needs for information. We invite you to contact us with any thoughts and/or questions. E-mail us at almlegalintel@alm.com.

**REGION**
**STANDARD HOURLY BILLING RATES**
**As of January 1, 2019**

| Region/Status | | Number of Offices | Number of Lawyers | Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Mountain | Equity Partner/Shareholder | 2 | 76 | $524 | $468 | $513 | $578 | $650 |
| | Non-Equity Partner | 2 | 51 | $476 | $410 | $475 | $525 | $605 |
| | Associate/Staff Lawyer | 2 | 42 | $310 | $290 | $310 | $320 | $330 |

**REGION BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**
**As of January 1, 2019**

| Region/Years of Experience | | Number of Offices | Number of Lawyers | Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Mountain | Under 2 years | 2 | 7 | $287 | $290 | $290 | $290 | $300 |
| | 2 or 3 years | 2 | 9 | $299 | $300 | $310 | $310 | $320 |
| | 4 or 5 years | 2 | 14 | $306 | $290 | $305 | $320 | $330 |
| | 6 or 7 years | 2 | 7 | $323 | $300 | $320 | $340 | $370 |
| | 8 to 10 years | 2 | 15 | $383 | $325 | $360 | $395 | $500 |
| | 11 to 15 years | 2 | 24 | $425 | $393 | $423 | $445 | $475 |
| | 16 to 20 years | 2 | 14 | $449 | $415 | $445 | $475 | $505 |
| | 21 to 30 years | 2 | 37 | $504 | $465 | $495 | $535 | $610 |
| | 31 or more years | 2 | 59 | $556 | $495 | $540 | $605 | $670 |

**FIRM SIZE**
**STANDARD HOURLY BILLING RATES**
**As of January 1, 2019**

| Firm Size/Status | | Number of Offices | Number of Lawyers | Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |

| | | | | Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| Over 150 Lawyers | Equity Partner/Shareholder | 8 | 806 | $603 | $510 | $595 | $685 | $775 |
| | Non-Equity Partner | 8 | 460 | $524 | $410 | $490 | $610 | $735 |
| | Associate/Staff Lawyer | 8 | 900 | $408 | $310 | $400 | $500 | $570 |

**FIRM SIZE BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**
**As of January 1, 2019**

| | | | | Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| Firm Size/Years of Experience | | Number of Offices | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Over 150 Lawyers | Under 2 years | 7 | 122 | $334 | $260 | $360 | $395 | $415 |
| | 2 or 3 years | 8 | 197 | $364 | $290 | $380 | $450 | $470 |
| | 4 or 5 years | 8 | 150 | $389 | $300 | $420 | $470 | $500 |
| | 6 or 7 years | 8 | 145 | $425 | $325 | $450 | $515 | $550 |
| | 8 to 10 years | 7 | 188 | $451 | $365 | $448 | $550 | $570 |
| | 11 to 15 years | 8 | 290 | $489 | $380 | $465 | $590 | $658 |
| | 16 to 20 years | 8 | 242 | $528 | $435 | $503 | $610 | $705 |
| | 21 to 30 years | 8 | 464 | $567 | $470 | $550 | $673 | $755 |
| | 31 or more years | 8 | 547 | $614 | $520 | $595 | $700 | $810 |

**POPULATION AREA**
**STANDARD HOURLY BILLING RATES**
**As of January 1, 2019**

| | | | | Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| Population Area/Status | | Number of Offices | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Metropolitan | Equity Partner/Shareholder | 24 | 1299 | $524 | $400 | $515 | $640 | $730 |
| | Non-Equity Partner | 21 | 611 | $497 | $385 | $460 | $600 | $705 |
| | Associate/Staff Lawyer | 25 | 1236 | $367 | $270 | $335 | $460 | $550 |

**POPULATION AREA BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**

**As of January 1, 2019**

| | | | | Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| Population Area/Years of Experience | | Number of Offices | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Metropolitan | Under 2 years | 25 | 191 | $295 | $205 | $280 | $380 | $415 |
| | 2 or 3 years | 24 | 262 | $335 | $250 | $315 | $430 | $450 |
| | 4 or 5 years | 25 | 234 | $344 | $265 | $310 | $450 | $480 |
| | 6 or 7 years | 25 | 215 | $376 | $285 | $330 | $500 | $550 |
| | 8 to 10 years | 23 | 275 | $409 | $310 | $385 | $525 | $570 |
| | 11 to 15 years | 25 | 432 | $444 | $338 | $410 | $560 | $625 |
| | 16 to 20 years | 24 | 350 | $476 | $365 | $455 | $590 | $673 |
| | 21 to 30 years | 24 | 643 | $520 | $415 | $510 | $625 | $725 |
| | 31 or more years | 24 | 824 | $555 | $450 | $550 | $650 | $765 |

**INDIVIDUAL LITIGATION SPECIALTIES BY YEARS OF LEGAL EXPERIENCE**
**STANDARD HOURLY BILLING RATES**
**As of January 1, 2019**

| | | | | Rate | | | | |
|---|---|---|---|---|---|---|---|---|
| Specialty/Years of Experience | | Number of Offices | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Other Litigation Specialty (**Did not have category for Insurance - Plaintiff) | Under 2 years | 4 | 4 | $241 | $205 | $243 | $278 | $295 |
| | 2 or 3 years | 3 | 8 | $268 | $250 | $290 | $300 | $330 |
| | 4 or 5 years | 2 | 5 | $310 | $305 | $305 | $325 | $325 |
| | 6 or 7 years | 6 | 13 | $352 | $305 | $355 | $395 | $425 |
| | 8 to 10 years | 6 | 18 | $413 | $350 | $403 | $485 | $550 |
| | 11 to 15 years | 6 | 25 | $464 | $370 | $445 | $575 | $675 |
| | 16 to 20 years | 7 | 33 | $475 | $445 | $460 | $510 | $610 |
| | 21 to 30 years | 8 | 45 | $544 | $450 | $530 | $640 | $730 |
| | 31 or more years | 9 | 59 | $560 | $455 | $550 | $625 | $775 |