# EXHIBIT 1



# Joshua Matz

**Partner**

T: (212) 763-0883
E: jmatz@kaplanhecker.com



[ + VCARD ]

Joshua Matz is a partner at Kaplan Hecker & Fink LLP. His practice includes complex commercial disputes, constitutional law, civil rights, and Supreme Court and appellate litigation. In 2020, Joshua was recognized by *The National Law Journal* as a "D.C. Rising Star" and by *Benchmark Litigation* as a "Future Star" and member of its "40 & Under Hot List." In January 2021, Joshua was commissioned by Governor Andy Beshear as a Kentucky Colonel—the Commonwealth's highest honor—for successfully defending Governor Beshear's COVID-19 public health measures at the Supreme Court. In February 2021, Joshua took a leave of absence from the firm to serve as Impeachment Counsel to the House Judiciary Committee for the second Senate trial of President Trump; he previously served among counsel to the House Judiciary Committee for the first impeachment and trial of President Trump.

Joshua litigates a wide array of commercial cases, ranging from contract, fraud, and misappropriation disputes to consumer protection and sex discrimination matters. He advises companies on regulatory compliance, participates in sensitive internal investigations, and helps to formulate administrative and constitutional challenges to city and state regulation. And along with several of his colleagues at Kaplan Hecker, Joshua represents Columbia University in class action tuition refund litigation arising from its response to the pandemic.

Joshua is also an experienced defamation litigator. He represents E. Jean Carroll in a case against Donald J. Trump for defamatory statements Trump made in response to Ms. Carroll's public revelation that he had sexually assaulted her. He represents Liz Mair in a defamation case brought by Rep. Devin Nunes relating to her political criticism. And he represents Stanford Medical School faculty who were threatened with a defamation suit for scientific criticism of policies advocated by former White House Coronavirus Advisor Dr. Scott Atlas.

Joshua maintains a substantial civil rights and constitutional practice. His cases have ranged across LGBTQ rights, religious liberty, freedom of speech, privacy, firearm regulation, the separation of powers, the right to counsel, due process, and the scope of constitutional remedies. He has represented individual clients, civil rights organizations, current and former government officials, cities, states, and congressional committees. Joshua's current and recent representations in this field include:

- The Commonwealth of Pennsylvania in defending its certification of the results of the 2020 presidential election at the U.S. Supreme Court
- Governor Andy Beshear of Kentucky in defending the constitutionality of his COVID-19 public health orders at the U.S. Supreme Court
- Victims of the Charlottesville attacks in a lawsuit against white supremacists
- Victims of consumer fraud in a federal class action lawsuit against Donald J. Trump, his adult children, and the Trump Organization
- ICE detainees in a challenge to their confinement amid the COVID-19 pandemic
- The Federal Defenders of New York in a statutory and constitutional challenge to attorney access policies at the Metropolitan Detention Center
- Maryland and the District of Columbia—as well as private parties—in challenges to President Trump's violation of the Emoluments Clauses
- Former Judge John Gleeson as court-appointed amicus in proceedings before Judge Emmett Sullivan in *United States v. Michael T. Flynn*
- The House Judiciary Committee in litigation seeking to compel testimony from former White House Counsel Don McGahn
- The City of Philadelphia in *Fulton v. Philadelphia*—a U.S. Supreme Court merits case involving a First Amendment challenge to the City's contractual non-discrimination requirements for foster care providers.

Joshua has also filed amicus briefs on behalf of legal scholars, civil rights organizations, public officials, and medical experts. These briefs have addressed issues including:

- The legality of emergency public health measures issued amid the pandemic
- Judicial power to release detainees facing a substantial risk of harm in custody
- The application of Title VII to anti-LGBT discrimination
- The addition of a citizenship question to the census
- The denial of service to same-sex couples based on religious objections
- The exclusion of transgender persons from the military
- The imposition of broad religious exemptions from the Affordable Care Act's contraceptive coverage requirement
- The need for due process limits on suggestive in-court eyewitness identifications
- The availability of a damages remedy for cross-border shootings by federal agents
- The illegality of denying Medicaid coverage for gender-affirming surgeries.
- The lawfulness of election administration grant programs.

In 2017 and 2018, Joshua filed an amicus brief on behalf of constitutional law scholars opposing President Trump's travel ban. In its *en banc* opinion upholding an injunction against that policy, the Fourth Circuit cited his brief. *The Economist* called this brief a "persuasive and skillfully targeted argument," and *Slate* described the opinion as "a striking vindication of the constitutional theory put forth in an amicus brief of a group of scholars led by . . . Joshua Matz." When the travel ban cases reached the Supreme Court, Justice Sotomayor quoted from Joshua's brief in her dissent.

Alongside his litigation experience, Joshua has written for diverse audiences about legal issues. His articles have appeared in *The Washington Post*, *The Wall Street Journal*, *The Harvard Law Review Forum*, *The Daily Journal*, *The Guardian*, *The Atlantic*, and *Wired*, and he has been invited to speak at Harvard Law School, the 92nd Street Y, the ABA LGBT+ Forum, the National Constitution Center, and Politics & Prose. Joshua also serves as an Adjunct Professor at Georgetown Law School, where he co-teaches "Constitutional Litigation and the Executive Branch."

In March 2012, Joshua and Larry Tribe of Harvard Law School published "The Constitutional Inevitability of Same-Sex Marriage," 71 Md. L. Rev. 471 (2012). In June 2014, they published an award-winning book, *Uncertain Justice: The Roberts Court and the Constitution* (Henry Holt). In May 2018, they published their second book together, *To End a Presidency: The Power of Impeachment* (Basic Books). *The Economist* proclaimed this book "the definitive treatment of a vital subject."

Joshua holds a BA (*magna cum laude*) from the University of Pennsylvania, an MSt (with distinction) from Oxford University, and a JD (*magna cum laude*) from Harvard Law School. While in law school, he interned at the Public Citizen Litigation Group and the Federal Defenders of New York. He also served as Articles & Book Reviews Chair of the *Harvard Law Review* and president of the American Constitution Society. Following law school, Joshua clerked for Judge J. Paul Oetken of the Southern District of New York, Judge Stephen Reinhardt of the Ninth Circuit Court of Appeals, and Justice Anthony M. Kennedy of the United States Supreme Court. In 2014, *Forbes* named Joshua to its "30 under 30" Law & Policy List—and in 2016 it named him an "Alumni All-Star" of past honorees.

---

**EDUCATION**

University of Pennsylvania, BA, 2008
*magna cum laude*

MSt, Oxford University, 2009
*with distinction*

JD, Harvard University, 2012
*magna cum laude*

**CLERKSHIPS**

Hon. Anthony M. Kennedy, Supreme Court of the United States

Hon. Stephen Reinhardt, U.S. Court of Appeals for the Ninth Circuit

Hon. J. Paul Oetken, U.S. District Court for the Southern District of New York

**FELLOWSHIPS, LEADERSHIPS & RECOGNITION**

40 & Under Hot List, 2020 and 2021, *Benchmark Litigation*

List of Most Influential People in Washington, 2021, *Washingtonian Magazine*

Kentucky Colonel, Commonwealth of Kentucky

Future Star, *Benchmark Litigation*

D.C. Rising Star, 2020, *The National Law Journal*

"30 under 30" Law & Policy List, 2014, *Forbes Magazine*

Articles & Book Reviews Chair, *Harvard Law Review*

**BAR AND COURT ADMISSIONS**

U.S. Supreme Court

U.S. Courts of Appeals for the District of Columbia, Second, Third, Fourth, Fifth, Seventh, Ninth, and Tenth Circuits

U.S. District Court for the Southern District of New York and Eastern District of New York

U.S. District Court for the District of Columbia

U.S. District Court for the District of Colorado

U.S. District Court for the Western District of Michigan

U.S. District Court for the Eastern District of Wisconsin

New York

District of Columbia

## Areas of Specialty

[ Appellate Litigation ]
[ Commercial Litigation ]
[ Congressional Investigations ]
[ Employment, Discrimination, and Sexual Misconduct ]
[ Investigations and Crisis Management ]
[ Public Interest Litigation ]

---

## Read about Joshua Matz in our Newsroom



**Published on: JULY 21, 2021**

**Joshua Matz and John Quinn Named to Benchmark Litigation's 2021 40 & Under Hot List**

NEW YORK, NY, July 21, 2021 – Kaplan Hecker & Fink LLP is pleased to announce that partners Joshua Matz and John Quinn have been named to 6th edition of Benchmark Litigation's 2021 40 & Under… READ MORE



**Published on: JUNE 28, 2021**

**Kaplan Hecker & Fink LLP Represents New York State Senator Zellnor Myrie and Assemblywoman Diana Richardson in Lawsuit Against the New York Police Department**

NEW YORK, NY, June 28, 2021 – Kaplan Hecker & Fink LLP today announced the filing of a complaint in the United States District Court for the Eastern District of New York on behalf of New York… READ MORE



**Published on: MAY 12, 2021**

**Kaplan Hecker & Fink LLP Recognized in National Law Journal's 2021 Elite Trial Lawyers Awards**

NEW YORK, NY, May 12, 2021 – Kaplan Hecker and Fink LLP is delighted to announce that founding partner Roberta ("Robbie") Kaplan and partner Joshua Matz have been recognized as winners by The… READ MORE

---

About Us     Our Talent     Our Work     Newsroom     Contact Us     Careers     Search

 

© Kaplan Hecker & Fink LLP.   This web site contains attorney advertising.   Prior results do not guarantee a similar outcome.   Privacy Policy and Terms of Use.