# EXHIBIT 2


# Louis W. Fisher

**Associate**

T: (212) 763-0883
E: lfisher@kaplanhecker.com

**+ VCARD**

Louis W. Fisher is an associate at Kaplan Hecker & Fink LLP. His practice encompasses a wide variety of civil and criminal matters, including high stakes commercial litigation, complex and class action litigation, constitutional and civil rights litigation, and individual representations. At Kaplan Hecker & Fink, Louis's representative matters include pursuing claims on behalf of victims of sexual assault, defending educational institutions in Title IX matters, representing a putative class of consumers in a class action alleging fraud, and defending several individuals in connection with federal criminal investigations and prosecutions. Louis also maintains an active pro bono practice, focused primarily on civil rights matters.

Louis joined the firm from the NAACP Legal Defense and Educational Fund, Inc., where he worked on high-impact civil rights litigation involving issues of educational equity, fair housing, and criminal justice. He previously completed clerkships for the Honorable J. Paul Oetken of the U.S. District Court for the Southern District of New York and the Honorable Stephen Reinhardt of the U.S. Court of Appeals for the Ninth Circuit. Louis' scholarship has been published in the *Harvard Law Review Forum*, the *Harvard Civil Rights-Civil Liberties Law Review*, the *West Virginia Law Review*, and the *University of Pennsylvania Journal of Constitutional Law*.

Louis is a *magna cum laude* graduate of Harvard Law School, where he was the Executive Managing Editor of the *Harvard Civil Rights-Civil Liberties Law Review*, and received the Irving Oberman Memorial Writing Prize for the best paper in constitutional law and the Klemens von Klemperer Writing Prize for the most compelling paper in the field of resistance. He was also awarded several fellowships, including a student fellowship with The Project on Foundations of Private Law, the Law Fellowship at Auschwitz for the Study of Professional Ethics (FASPE), and the HLS Summer Academic Fellowship. While at Harvard, Louis served for two years as a student-attorney in the housing practice of the Harvard Legal Aid Bureau, where he primarily represented tenants in housing court.

Louis began his career as an English teacher with Teach For America in Miami, Florida. He graduated *summa cum laude* and Phi Beta Kappa from Columbia University.

### EDUCATION

B.A., Columbia University
*summa cum laude* and *Phi Beta Kappa*
J.D., Harvard Law School, 2016
*magna cum laude*

### CLERKSHIPS

Hon. Stephen Reinhardt, U.S. Court of Appeals for the Ninth Circuit

Hon. J. Paul Oetken, U.S. District Court for the Southern District of New York

### FELLOWSHIPS, LEADERSHIP & RECOGNITION

Executive Managing Editor, *Harvard Civil Rights-Civil Liberties Law Review*

Irving Oberman Memorial Writing Prize, Harvard Law School

Klemens von Klemperer Writing Prize, Harvard Law School

Student Fellowship, The Project on Foundations of Private Law

Law Fellowship, Fellowship at Auschwitz for the Study of Professional Ethics (FAPSE)

Summer Academic Fellowship, Harvard Law School

### BAR AND COURT ADMISSIONS

U.S. Court of Appeals for the Second, Fourth, Ninth, and Tenth Circuits

U.S. District Court for the Southern District of New York and Eastern District of New York

U.S. District Court for the District of Colorado

New York

## Read about Louis W. Fisher in our Newsroom



Published on: JUNE 28, 2021

### Kaplan Hecker & Fink LLP Represents New York State Senator Zellnor Myrie and Assemblywoman Diana Richardson in Lawsuit Against the New York Police Department

NEW YORK, NY, June 28, 2021 – Kaplan Hecker & Fink LLP today announced the filing of a complaint in the United States District Court for the Eastern District of New York on behalf of New York... **READ MORE**



Published on: JUNE 18, 2020

### Kaplan Hecker & Fink Represents Maryland and Washington D.C. in Emolument Clauses Lawsuit

We are proud to serve among counsel to Maryland and DC in their lawsuit against President Trump for violating the Emoluments Clauses. As made clear in filings last night, Trump's latest gambit to... **READ MORE**



Published on: MAY 28, 2020

### Louis Fisher Published in Harvard Law Review Forum

Kaplan Hecker & Fink LLP associate Louis Fisher was published in the most recent volume of the Harvard Law Review Forum, the online companion to the Harvard Law Review.

© Kaplan Hecker & Fink LLP.   This web site contains attorney advertising.   Prior results do not guarantee a similar outcome.   Privacy Policy and Terms of Use.