# EXHIBIT 3

# KAPLAN HECKER & FINK LLP

ABOUT US    OUR TALENT    OUR WORK    NEWSROOM    CONTACT US    CAREERS    SEARCH

## Marcella Coburn

**Associate**

T: (212) 763-0883
E: mcoburn@kaplanhecker.com

[+ VCARD]



Marcella (Marcy) Coburn is an associate at Kaplan Hecker & Fink LLP. Her practice focuses on commercial and public interest litigation at the trial and appellate level. Most recently, she was part of the team that successfully defended Kentucky Governor Beshear's COVID-19 public health measures at the Supreme Court.

Marcy joined the firm from the Georgetown Appellate Litigation Clinic, where she was a supervising attorney and clinical teaching fellow. In her time at the clinic, she argued in the D.C. Circuit as a court-appointed amicus in a Foreign Sovereign Immunities Act case and litigated appeals in the Fourth, Eleventh, and D.C. Circuits and in the Board of Immigration Appeals. Prior to her work with the clinic, Marcy clerked for the Honorable Pamela Harris of the U.S. Court of Appeals for the Fourth Circuit and the Honorable David Bunning of the U.S. District Court for the Eastern District of Kentucky.

She received her law degree from Yale Law School, where she was a comments editor and research editor for the *Yale Law Journal*. While in law school, Marcy briefed and argued an immigration case before the U.S. Court of Appeals for the Second Circuit. She also won the Thurman Arnold Prize for Best Oralist in the school's moot court competition and was a finalist in the school's mock trial competition. After law school and before beginning her clerkships, Marcy worked as a summer law intern in the Federal Programs Branch at the Department of Justice.

Marcy has continued her longtime involvement in college mock trial, serving since 2011 as an assistant coach of UVA's mock trial team. She received her B.A. with distinction from the University of Virginia, where she was an Echols Scholar.

### EDUCATION

B.A., University of Virginia, 2011

J.D., Yale Law School, 2016

### CLERKSHIPS

Hon. Pamela Harris, U.S. Court of Appeals for the Fourth Circuit

Hon. David Bunning, U.S. District Court for the Eastern District of Kentucky

### FELLOWSHIPS, LEADERSHIP, & RECOGNITION

Comments Editor & Research Editor, *Yale Law Journal*

Thurman Arnold Prize for Best Oralist, Morris Tyler Moot Court of Appeals

Finalist, Barristers' Union Mock Trial Competition

### BAR AND COURT ADMISSIONS

U.S. Courts of Appeals for the District of Columbia, First, Fourth, Tenth, and Eleventh Circuits

Board of Immigration Appeals

U.S. District Court for the District of Columbia

U.S. District Court for the District of Maryland

U.S. District Court for the District of Colorado

District of Columbia

Maryland

## Read about Marcella Coburn in our Newsroom



**Published on: APRIL 19, 2021**

### Trump Rape Accuser Asks Court to Keep Defamation Suit Alive

"Only in a world gone mad could it be presidential, not personal, for Trump to punitively slander a woman for revealing a decades-old sexual assault."



**Published on: JANUARY 5, 2021**

### Public Health Versus Religious Liberty

Kaplan Hecker & Fink LLP attorneys Joshua Matz, Talia Nissimyan, and Marcella Coburn published an op-ed in The Daily Journal today, discussing the recent approach taken by the U.S. Supreme Court... READ MORE



**Published on: DECEMBER 18, 2020**

### Supreme Court Denies Motion to Block Public Health Measures in Kentucky

On December 17, 2020, the U.S. Supreme Court ruled for Kentucky Governor Andy Beshear in Danville Christian Academy v. Beshear, denying an emergency application that challenged the Governor's ... READ MORE

---

About Us    Our Talent    Our Work    Newsroom    Contact Us    Careers    Search

 

© Kaplan Hecker & Fink LLP.   This web site contains attorney advertising.   Prior results do not guarantee a similar outcome.   Privacy Policy and Terms of Use.