# EXHIBIT 4



# KAPLAN HECKER & FINK LLP

ABOUT US     OUR TALENT     OUR WORK     NEWSROOM     CONTACT US     CAREERS     SEARCH

## Michael Skocpol

**Associate**

T: (212) 763-0883
E: mskocpol@kaplanhecker.com

[ + VCARD ]



Michael Skocpol is an associate at Kaplan Hecker & Fink LLP. He joined the firm after completing a clerkship with the Honorable Sonia Sotomayor of the Supreme Court of the United States.

Prior to his clerkship with Justice Sotomayor, Michael clerked for the Honorable Cornelia T.L. Pillard of the U.S. Court of Appeals for the District of Columbia Circuit and the Honorable Gary S. Feinerman of the U.S. District Court for the Northern District of Illinois. Following his clerkships, Michael was selected as a 2019 Temple Bar Scholar.

Michael is a graduate of Stanford Law School, where he graduated with Pro Bono Distinction and received Gunther Prizes for outstanding performance in six courses, a Henderson Prize for excellence in clinical work, and a 2014 Justice John Paul Stevens Fellowship for commitment to public interest. At Stanford, Michael was Senior Notes Editor of the *Stanford Law Review*, Submissions Editor of the *Stanford Journal of Civil Rights and Civil Liberties*, Academic Chair of the American Constitution Society, Co-President of OutLaw, and a Public Interest Fellow. He also served as a research assistant to Professors Jane Schacter and Michelle Wilde Anderson, and his note, "The Emerging Constitutional Law of Prison Gerrymandering," was published in the *Stanford Law Review*.

During his time in law school, Michael worked as a legal intern for the ACLU of Southern California, a student attorney with the Stanford Supreme Court Litigation Clinic, and a summer associate at Relman, Dane & Colfax, PLLC.

Before law school, Michael worked as an investigator for the Public Defender Service for the District of Columbia and a Paralegal Specialist for the Antitrust Division of the U.S. Department of Justice. He received his B.A., *magna cum laude,* Phi Beta Kappa, from Brown University.

### EDUCATION

B.A., Brown University

*magna cum laude and Phi Beta Kappa*

J.D., Stanford Law School, 2016

### CLERKSHIPS

Hon. Sonia Sotomayor, Supreme Court of the United States

Hon. Cornelia T.L. Pillard, U.S. Court of Appeals for the District of Columbia Circuit

Hon. Gary S. Feinerman, U.S. District Court for the Northern District of Illinois

### FELLOWSHIPS, LEADERSHIP & RECOGNITION

Temple Bar Scholar, 2019

Pro Bono Distinction, Stanford Law School

Gunther Prizes, Stanford Law School

Henderson Prize, Stanford Law School

Justice John Paul Stevens Fellowship, 2014, Stanford Law School

Senior Notes Editor, *Stanford Law Review*

Submissions Editor, *Stanford Journal of Civil Rights and Civil Liberties*

Academic Chair, American Constitution Society, Stanford Law School

Co-President, OutLaw, Stanford Law School

Public Interest Fellow, Stanford Law School

### BAR AND COURT ADMISSIONS

U.S. Courts of Appeals for the Second, Seventh, Ninth, and Tenth Circuits

U.S. District Court for the District of Columbia

U.S. District Court for the District of Colorado

District of Columbia

Massachusetts

## Read about Michael Skocpol in our Newsroom



Published on: APRIL 20, 2021

### Kaplan Hecker & Fink Associate Michael Skocpol Wins at the Seventh Circuit for Pro Bono Client

Last month, Kaplan Hecker & Fink associate Michael Skocpol secured an impressive victory in a pro bono representation before the U.S. Court of Appeals for the Seventh Circuit. Our client, Brannen... **READ MORE**



Published on: DECEMBER 11, 2020

### Kaplan Hecker & Fink LLP Attorneys Partner with the National Association of Criminal Defense Lawyers on "Second Look" Report and Proposal

Kaplan Hecker & Fink LLP partner Sean Hecker and associate



Published on: JUNE 29, 2020

### Kaplan Hecker & Fink LLP Files Amicus Brief Supporting Critical Public Health Measures for People Detained by ICE

Kaplan Hecker & Fink LLP and Public Counsel have been on the front lines of fighting to make ICE respect constitutional rights during the pandemic. In March, Kaplan Hecker & Fink and Public... **READ MORE**

About Us     Our Talent     Our Work     Newsroom     Contact Us     Careers     Search

 

© Kaplan Hecker & Fink LLP.  This web site contains attorney advertising.  Prior results do not guarantee a similar outcome.  Privacy Policy and Terms of Use.