# EXHIBIT 5



# KAPLAN HECKER & FINK LLP

ABOUT US     OUR TALENT     OUR WORK     NEWSROOM     CONTACT US     CAREERS     SEARCH

## Molly Webster

**Associate**

T: (212) 763-0883
E: mwebster@kaplanhecker.com

**+ VCARD**



Molly Webster is an associate at Kaplan Hecker & Fink LLP.

Molly joined the firm from Quinn Emanuel Urquhart & Sullivan, LLP, where she gained substantial experience in complex commercial and civil litigation, as well as in constitutional law matters. While at Quinn Emanuel, Molly maintained a strong pro bono practice focused on criminal justice reform, immigrants' rights, and transgender rights. From 2017-2018, Molly also clerked for the Honorable Cathy Seibel of the U.S. District Court for the Southern District of New York.

Molly received her law degree *magna cum laude* from the Fordham University School of Law. At Fordham, she was inducted into the Order of the Coif and was an associate editor of the *Fordham Law Review*. Her article "Alternative Courts and Drug Treatment: Finding a Rehabilitative Solution for Addicts in a Retributive System" was published in the *Fordham Law Review* and republished in *The Public Lawyer*. Molly also served on the Moot Court Executive Board and was a finalist and Best Brief winner in a First Amendment Moot Court Competition. Molly was a Mary Daly Scholar and a recipient of the Archibald R. Murray Public Service Award. Also at Fordham, Molly was a student attorney for the Criminal Defense Clinic, a Legal Outreach debate coach, a member of the American Constitution Society, and a 1L tutor. During law school, Molly also interned at the Bronx Defenders in its civil action practice, representing individuals in housing court and in disputes regarding public benefits.

In addition to her work at the firm, Molly is an adjunct professor of legal writing at Fordham University School of Law, where she teaches first year law students legal writing in a full-year course. Molly is also a mentor to high school students in New York City interested in the law through Legal Outreach. Prior to law school, Molly graduated *cum laude* from New York University with a B.A. in Politics and French.

### EDUCATION

B.A., New York University, 2010
*cum laude*

J.D., Fordham University School of Law, 2016
*magna cum laude*

### CLERKSHIPS

Hon. Cathy Seibel, U.S. District Court for the Southern District of New York

### FELLOWSHIPS, LEADERSHIP & RECOGNITION

Order of the Coif, Fordham University School of Law

Executive Board, Fordham Moot Court

Associate Editor, *Fordham Law Review*

Mary Daly Scholar, Fordham University School of Law

Archibald R. Murray Public Service Award, Fordham University School of Law

David Nee Award, Fordham University School of Law

Legal Writing Award, Fordham University School of Law

### BAR AND COURT ADMISSIONS

U.S. Court of Appeals for the Second and Ninth Circuits

U.S. District Court for the Southern District of New York

New York

## Read about Molly Webster in our Newsroom



Published on: **MARCH 26, 2021**

### Kaplan Hecker & Fink LLP Files Amicus Brief Supporting Critical Relief for Commercial Tenants Impacted by COVID-19 Pandemic

Yesterday evening, attorneys from Kaplan Hecker & Fink LLP filed an amicus brief in the U.S. Court of Appeals for the Second Circuit, defending the constitutionality of a New York City ordinance... **READ MORE**



Published on: **JANUARY 25, 2021**

### Kaplan Hecker & Fink LLP Files Amicus Brief Supporting Eviction Moratorium in Los Angeles

On Thursday evening, lawyers from Kaplan Hecker & Fink LLP filed an amicus brief in the Ninth Circuit in a lawsuit challenging Los Angeles's COVID-19 eviction moratorium. The case, Apartment... **READ MORE**



Published on: **DECEMBER 15, 2020**

### Kaplan Hecker & Fink LLP Files Briefs Opposing Supreme Court Review of Decisions Allowing Emoluments Clause Cases to Proceed Against President Trump

On December 14, 2020, Kaplan Hecker & Fink LLP (along with co-counsel) filed briefs at the U.S. Supreme Court in two cases concerning President Trump's violations of the Emoluments Clauses. In... **READ MORE**

About Us     Our Talent     Our Work     Newsroom     Contact Us     Careers     Search

 

© Kaplan Hecker & Fink LLP. This web site contains attorney advertising. Prior results do not guarantee a similar outcome. Privacy Policy and Terms of Use.