# EXHIBIT 6

# KAPLAN HECKER & FINK LLP

ABOUT US    OUR TALENT    OUR WORK    NEWSROOM    CONTACT US    CAREERS    SEARCH

# Lindsey Beckelman

**Director of Case Management**

T: (212) 763-0883
E: lbeckelman@kaplanhecker.com

+ VCARD



Lindsey Beckelman is the Director of Case Management at Kaplan Hecker & Fink LLP.

Lindsey joined the firm from Cravath, Swaine & Moore LLP, where she served as a case manager in a wide range of pro bono matters, antitrust litigation, securities and shareholder litigation, product liability, environmental actions, M&A litigation, contract disputes, and other commercial disputes. She has extensive experience in all phases of litigation, with significant bench and jury trial experience across the country. During her time at Cravath, Lindsey worked on eight multi-million and multi-billion-dollar trial teams, including two simultaneous multi-month-long trials across the country.

Prior to her time at Cravath, Lindsey gained experience in insurance coverage law at Mendes & Mount LLP, where she worked as a paralegal on general and professional liability matters involving environmental impairment, allied healthcare and hospital programs. Additionally, Lindsey participated in the preparation of forensic psychiatric consultation reports for Jersey Forensic Consulting, where she reviewed case files involving inmates with psychiatric disorders, as well as child custody disputes involving domestic abuse and substance abuse histories.

Lindsey holds a Master of Arts from The New School for Social Research, where she studied Psychology, concentrating in Mental Health and Substance Abuse Counseling. As part of her studies, Lindsey completed an externship at Beth Israel Medical Center's drug rehabilitation unit, where she conducted biopsychosocial assessments of new patients, co-led group therapy sessions, and aided in facilitating lectures for patients. Lindsey also holds a Bachelor of Arts from Ithaca College, where she studied Culture and Communication, minoring in Legal Studies.

**EDUCATION**

M.A., The New School for Social Research, 2012

B.A., Ithaca College, 2007

About Us    Our Talent    Our Work    Newsroom    Contact Us    Careers    Search

 

© Kaplan Hecker & Fink LLP.   This web site contains attorney advertising.   Prior results do not guarantee a similar outcome.   Privacy Policy and Terms of Use.