# EXHIBIT 7

# KAPLAN HECKER & FINK LLP

ABOUT US    OUR TALENT    OUR WORK    NEWSROOM    CONTACT US    CAREERS    SEARCH

## Oliver Farnum

**Case Manager**

T: (212) 763-0883
E: ofarnum@kaplanhecker.com

[+ VCARD]



O liver Farnum is a Case Manager at Kaplan Hecker & Fink. Oliver graduated from Bates College in 2019 with B.A. in Politics and Philosophy. As part of his undergraduate education, he spent six months studying at Oxford University, where he focused on applied ethics at the Oxford Internet Institute and the Nuffield Ethox Center. After returning from England, Oliver received a grant to conduct independent research into connections between biomedical ethics and the emerging field of technology ethics, which culminated in a year-long senior thesis for the Bates department of Philosophy. Oliver also wrote a one-semester thesis for the Politics department, critiquing policies of racialized felony disenfranchisement in the United States under various theories of justice and representation. While at Bates, Oliver served as a Teaching Assistant for the Philosophy department as well as a Summer Research Fellow. A focus on equity and justice defined his educational experience, and Oliver hopes to continue with this work at Kaplan Hecker & Fink. In the past, Oliver has also worked as a legislative intern for US Senator Elizabeth Warren in Washington, D.C., and as a campaign staffer and volunteer on local and state-level political campaigns in Maine and Massachusetts.

In addition to his academic pursuits at Bates, Oliver was an active member of the Bates Outing Club, the Bates Jazz Band and Jazz Combo, and an outdoor orientation leader for first year students, leading hiking and canoeing trips into the Maine backcountry. He was also the coordinator of a student funk band on campus, playing campus-wide and community-wide events at Bates and in Lewiston, Maine.

**EDUCATION**

BA, Bates College, 2019

## Read about Oliver Farnum in our Newsroom



**Published on: JUNE 28, 2021**

### Kaplan Hecker & Fink LLP Represents New York State Senator Zellnor Myrie and Assemblywoman Diana Richardson in Lawsuit Against the New York Police Department

NEW YORK, NY, June 28, 2021 – Kaplan Hecker & Fink LLP today announced the filing of a complaint in the United States District Court for the Eastern District of New York on behalf of New York… **READ MORE**

About Us    Our Talent    Our Work    Newsroom    Contact Us    Careers    Search

 

© Kaplan Hecker & Fink LLP.  This web site contains attorney advertising.  Prior results do not guarantee a similar outcome.  Privacy Policy and Terms of Use.