# EXHIBIT 8

**O'ROURKE, ET AL. V. DOMINION VOTING SYSTEMS, INC., ET AL., 1:20-CV-03747-NRN (D. COLO.)**

**FEES AND EXPENSES OF DEFENDANT CENTER FOR TECH AND CIVIC LIFE (CTCL)**

| | | | | | |
|---|---|---|---|---|---|
| **FEES** | | | | | |
| **DATE** | **PERSON** | **DESCRIPTION** | **HOURS** | **COLORADO MEDIAN RATE (PARTNER, ASSOCIATE, AND PARALEGAL)[1]** | **TOTAL** |
| 2/17/2021 | Louis W. Fisher | Attention to email re: service of process; review complaint. | 0.4 | $200[2] | $80 |
| 2/17/2021 | Marcella Coburn | Review complaint; discuss complaint with team. | 1.5 | $200[3] | $300 |
| 2/17/2021 | Michael Skocpol | Review complaint; discuss complaint with team. | 1.9 | $200[4] | $380 |

---

[1] In accordance with the Court's order granting CTCL's motion for sanctions (ECF 136 at 68), these fees amounts are based on the Colorado Bar Association's *Economics of Law Practice Survey*, http://www.cobar.org/portals/COBAR/repository/2017EconomicSurvey.pdf (hereinafter "CBA Survey").

[2] Louis W. Fisher is a rising fifth-year associate. Based on the CBA Survey, the median hourly billing rate for a full-time associate with between four and five years of practice experience is $200. *See* Table 006, App'x A, CBA Survey.

[3] Marcella Coburn is a rising fifth-year associate. Based on the CBA Survey, the median hourly billing rate for a full-time associate with between four and five years of practice experience is $200. *See* Table 006, App'x A, CBA Survey.

[4] Michael Skocpol is a is a rising fifth-year associate. Based on the CBA Survey, the median hourly billing rate for a full-time associate with between four and five years of practice experience is $200. *See* Table 006, App'x A, CBA Survey. Note that Michael Skocpol is no longer associated with the law firm Kaplan Hecker & Fink LLP.

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 2/18/2021 | Louis W. Fisher | Review and analyze complaint; research service of process rules under Colorado civil procedure; draft outline of motion to dismiss arguments for team. | 4.3 | $200 | $860 |
| 2/19/2021 | Michael Skocpol | Review O'Rourke docket; research procedural issues; draft email to client re: complaint; call and emails with L. Fisher and M. Coburn re: same. | 2.30 | $200 | $460 |
| 2/19/2021 | Louis W. Fisher | Draft memorandum re: complaint; discuss analysis of complaint with team. | 2.8 | $200 | $560 |
| 2/24/2021 | Marcella Coburn | Review complaint and associated materials. | 1.10 | $200 | $220 |
| 2/24/2021 | Michael Skocpol | Call with client, M. Coburn, and L. Fisher re: complaint; associated preparation and follow-up; research attorney admission requirements for District of Colorado. | 1.3 | $200 | $260 |
| **SUBTOTAL** | | | | | **$3,120.00** |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 3/2/2021 | Michael Skocpol | Draft background section of motion to dismiss; review and annotate Complaint and exhibits for same. | 2.5 | $200 | $500 |
| 3/2/2021 | Marcella Coburn | Draft motion to dismiss brief. | 0.1 | $200 | $20 |
| 3/2/2021 | Lindsey Beckelman | Prepare motion to dismiss papers. | 1.5 | $120[5] | $180 |
| 3/3/2021 | Marcella Coburn | Draft motion to dismiss brief. | 5.5 | $200 | $1,100 |
| 3/3/2021 | Michael Skocpol | Research, strategize, and outline motion to dismiss argument sections; e-mails with J. Matz and client re: workflow; review draft notice of appearance and e-mails with L. Beckelman re: same. | 3.5 | $200 | $700 |
| 3/3/2021 | Lindsey Beckelman | Prepare notices of appearance. | 1 | $120 | $120 |
| 3/4/2021 | Marcella Coburn | Draft motion to dismiss brief. | 3.1 | $200 | $620 |
| 3/4/2021 | Michael Skocpol | Draft motion to dismiss brief; research re: same. | 8.30 | $200 | $1,660 |
| 3/5/2021 | Joshua Matz | Review motion to dismiss brief; correspond w Plaintiffs' counsel. | 0.50 | $235[6] | $117.5 |

---

[5] Lindsey Beckelman is a senior paralegal with 14 years of experience. Based on the CBA Survey, the median hourly billing rate for a paralegal with 10 to 14 years of experience is $120.  *See* Table 003, App'x B, CBA Survey.  Note that Lindsey Beckelman is no longer associated with the law firm Kaplan Hecker & Fink LLP.

[6] Joshua Matz is a partner entering his ninth year of practice.  Based on the CBA Survey, the median hourly billing rate for a law firm partner with between five and nine years of experience is $235. *See* Table 005, App'x A, CBA Survey.

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/5/2021 | Joshua Matz | Review initial draft of motion to dismiss brief and circulate structural edits for incorporation by the team. | 0.70 | $235 | $164.5 |
| 3/5/2021 | Lindsey Beckelman | Attention to motion to dismiss brief preparation. | 1.30 | $120 | $156 |
| 3/5/2021 | Louis W. Fisher | Review draft notices of appearance; attention to comments on motion to dismiss brief; revise motion to dismiss brief draft. | 2.20 | $200 | $440 |
| 3/5/2021 | Marcella Coburn | Draft motion to dismiss brief. | 12.00 | $200 | $2,400 |
| 3/5/2021 | Michael Skocpol | Draft further sections of motion to dismiss reply brief and compile with M. Coburn draft; initial revisions to brief; discussion with L. Fisher and M. Coburn of J. Matz edits to first draft and workflow for second draft. | 6.20 | $200 | $1,240 |
| 3/6/2021 | Louis W. Fisher | Revise motion to dismiss brief. | 3.00 | $200 | $600 |
| 3/6/2021 | Marcella Coburn | Draft motion to dismiss brief. | 8.70 | $200 | $1,740 |
| 3/6/2021 | Michael Skocpol | Revise motion to dismiss brief; discussion with L. Fisher and M. Coburn re: same. | 4.70 | $200 | $940 |
| 3/7/2021 | Joshua Matz | Revise motion to dismiss brief and send to client. | 0.30 | $235 | $70.50 |
| 3/7/2021 | Joshua Matz | Review and confirm plan for responding to client comments on motion to dismiss brief. | 0.40 | $235 | $94 |
| 3/7/2021 | Joshua Matz | Review and revise motion to dismiss brief. | 1.50 | $235 | $352.50 |
| 3/7/2021 | Louis W. Fisher | Revise motion to dismiss brief. | 1.40 | $200 | $280 |
| 3/7/2021 | Marcella Coburn | Revise motion to dismiss brief. | 1.00 | $200 | $200 |
| 3/7/2021 | Michael Skocpol | Revise motion to dismiss brief. | 0.50 | $200 | $100 |

| | | | | | |
|---|---|---|---|---|---|
| 3/8/2021 | Joshua Matz | Strategy discussions with team about response to Plaintiffs re: proposed filing of amended complaint. | 0.40 | $235 | $94 |
| 3/8/2021 | Lindsey Beckelman | Prepare entry of appearance notices for filing. | 1.30 | $120 | $156 |
| 3/8/2021 | Louis W. Fisher | Review revisions to motion to dismiss draft; discuss strategy re: amended complaint; research procedural rules; attention to meet and confer correspondence. | 0.50 | $200 | $100 |
| 3/8/2021 | Marcella Coburn | Revise motion to dismiss draft; emails re: same and re: amended complaint. | 2.30 | $200 | $460 |
| 3/8/2021 | Michael Skocpol | Edits to motion to dismiss draft; e-mails re: same; miscellaneous e-mails associated with finalizing and filing Colorado notices of appearance; review and discuss e-mail from opposing counsel re: meet and confer proposal. | 1.30 | $200 | $260 |
| 3/9/2021 | Joshua Matz | Correspond with opposing counsel. | 0.20 | $235 | $47 |
| 3/9/2021 | Michael Skocpol | Review filings. | 0.30 | $200 | $60 |
| 3/10/2021 | Joshua Matz | Draft and send email to opposing counsel in Colorado re: failure to file amended complaint. | 0.30 | $235 | $70.50 |
| 3/10/2021 | Joshua Matz | Final review and filing of motion to dismiss. | 0.50 | $235 | $117.50 |
| 3/10/2021 | Joshua Matz | Review filings by Plaintiffs on March 9, 2021 and assess implications for motion to dismiss; discuss with team, and correspond with client. | 1.50 | $235 | $352.50 |
| 3/10/2021 | Lindsey Beckelman | Prepare motion to dismiss for filing; file brief. | 4.10 | $120 | $492 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/10/2021 | Louis W. Fisher | Attention to correspondence re: Plaintiffs' motion to dismiss oppositions; cite check and revise motion to dismiss brief; finalize brief for filing. | 3.20 | $200 | $640 |
| 3/10/2021 | Marcella Coburn | Review motion to dismiss responses and emails re: filing of motion to dismiss; cite-check and revise motion to dismiss. | 5.90 | $200 | $1,180 |
| 3/10/2021 | Michael Skocpol | Review plaintiffs' oppositions to Facebook and Dominion motions to dismiss; revise motion to dismiss responsive to same; finalizing and filing motion to dismiss (cite-checking and proofing; coordination with case team). | 2.30 | $200 | $460 |
| 3/11/2021 | Joshua Matz | Review filings from Facebook and send client update in advance of status conference on March 11, 2021. | 0.30 | $235 | $70.50 |
| 3/11/2021 | Joshua Matz | Prepare for, participate in, and debrief with client on March 11, 2021 status conference. | 2.50 | $235 | $587.50 |
| 3/11/2021 | Louis W. Fisher | Attend status conference; prepare notes memorializing conference; draft consent to magistrate jurisdiction; assist with drafting memo to client on conference. | 2.40 | $200 | $480 |
| 3/11/2021 | Marcella Coburn | Prepare for status conference; status conference; email re: same | 5.60 | $200 | $1,120 |
| 3/11/2021 | Michael Skocpol | Attend status hearing; call with case team re: debriefing and strategy. | 1.00 | $200 | $200 |
| 3/16/2021 | Louis W. Fisher | Attention to correspondence re: motion for leave to amend; review motion to amend complaint. | 1.50 | $200 | $300 |
| 3/16/2021 | Marcella Coburn | Review amended complaint; email re: motions to dismiss. | 1.90 | $200 | $380 |

| | | | | | |
|---|---|---|---|---|---|
| 3/16/2021 | Michael Skocpol | Review motion for leave to file amended complaint and proposed amended complaint; e-mail to M. Coburn and L. Fisher re: same. | 0.60 | $200 | $120 |
| 3/17/2021 | Louis W. Fisher | Draft analysis of amended complaint; attention to correspondence re: litigation hold; draft outline of opposition to motion for leave to amend. | 2.20 | $200 | $440 |
| 3/17/2021 | Marcella Coburn | Review amended complaint and email re: same. | 2.20 | $200 | $440 |
| 3/18/2021 | Louis W. Fisher | Draft email to opposing counsel re: magistrate consent; research in support of opposition to motion for leave to amend. | 0.90 | $200 | $180 |
| 3/19/2021 | Joshua Matz | Supervise filing of consent to magistrate judge. | 0.30 | $235 | $70.50 |
| 3/19/2021 | Lindsey Beckelman | Prepare and file Magistrate Judge Consent Form. | 0.60 | $200 | $120 |
| 3/19/2021 | Louis W. Fisher | Attention to consent to magistrate jurisdiction; draft and file Magistrate Judge Consent Form. | 0.60 | $200 | $120 |
| 3/22/2021 | Lindsey Beckelman | Attention to O'Rourke filings. | 1.50 | $200 | $300 |
| 3/22/2021 | Louis W. Fisher | Discuss opp. to mot. to amend with team; draft initial outline for opposition brief. | 1.10 | $200 | $220 |
| 3/22/2021 | Marcella Coburn | Call with team re: amended complaint opposition brief. | 0.40 | $200 | $80 |
| 3/23/2021 | Marcella Coburn | Draft opposition brief to amended complaint motion. | 1.50 | $200 | $300 |
| 3/24/2021 | Lindsey Beckelman | Attention to O'Rourke filings. | 0.20 | $120 | $24 |
| 3/24/2021 | Louis W. Fisher | Coordinate briefing strategy; call with M. Skocpol and M. Coburn re: opposition to | 7.30 | $200 | $1460 |

| | | leave to amend; draft opposition to leave to amend brief. | | | |
|---|---|---|---|---|---|
| 3/24/2021 | Marcella Coburn | Draft opposition to motion for leave to amend; call with team re: same. | 7.00 | $200 | $1400 |
| 3/24/2021 | Michael Skocpol | Call with M. Coburn and L. Fisher re: opposition to motion for leave to amend complaint strategy and workflow. | 0.50 | $200 | $100 |
| 3/25/2021 | Louis W. Fisher | Draft opposition to motion for leave to amend. | 7.30 | $200 | $1460 |
| 3/25/2021 | Marcella Coburn | Draft opposition to motion for leave to amend. | 9.70 | $200 | $1940 |
| 3/25/2021 | Michael Skocpol | Review and revise opposition to motion for leave to amend. | 6.40 | $200 | $1280 |
| 3/26/2021 | Joshua Matz | Review and revise brief. | 2.50 | $235 | $587.50 |
| 3/26/2021 | Lindsey Beckelman | Update brief. | 0.50 | $120 | $60 |
| 3/26/2021 | Louis W. Fisher | Attention to correspondence re: opp. to motion to amend. | 0.20 | $200 | $40 |
| 3/26/2021 | Marcella Coburn | Coordinate cite-checking and materials for opposition to motion for leave to amend. | 0.30 | $200 | $60 |
| 3/26/2021 | Michael Skocpol | Review and revise draft opposition to motion for leave to amend; additional research for same. | 3.30 | $200 | $660 |
| 3/27/2021 | Michael Skocpol | Review J. Matz edits to opposition to motion for leave to amend; proofread and revise same; send same to client for review; coordinating e-mails with case team and cite-checker. | 0.90 | $200 | $180 |
| 3/28/2021 | Joshua Matz | Review revisions to opposition to motion for leave to amend. | 0.30 | $235 | $70.50 |
| 3/28/2021 | Louis W. Fisher | Incorporate edits from cite check. | 0.30 | $200 | $60 |

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/28/2021 | Molly Webster | Cite check opposition to motion to amend. | 3.10 | $200[7] | $620 |
| 3/29/2021 | Joshua Matz | Final review of opposition to motion for leave to amend. | 2.00 | $235 | $470 |
| 3/29/2021 | Lindsey Beckelman | Prepare brief for filing; finalize opposition to motion for leave to amend. | 2.30 | $120 | $276 |
| 3/29/2021 | Louis W. Fisher | Finalize opposition to motion for leave to amend for filing. | 1.30 | $200 | $260 |
| 3/29/2021 | Marcella Coburn | Proofread draft brief; file draft brief; review other amendment opposition filings; sanctions research. | 3.00 | $200 | $600 |
| 3/29/2021 | Michael Skocpol | Attention to e-mails and logistics re: filing opposition to motion for leave to amend. | 0.20 | $200 | $40 |
| 3/30/2021 | Louis W. Fisher | Review and summarize leave to amend filings. | 2.00 | $200 | $400 |
| 3/30/2021 | Marcella Coburn | Draft summary of oppositions to motions for leave to amend. | 1.00 | $200 | $200 |
| 3/30/2021 | Michael Skocpol | Review and comment on e-mail re: other defendants' motions. | 0.10 | $200 | $20 |
| SUBTOTAL | | | | | $36,081.00 |
| 4/2/2021 | Louis W. Fisher | Attention to minute order scheduling hearing on motion to dismiss. | 0.10 | $200 | $20 |
| 4/8/2021 | Louis W. Fisher | Review outline of motion to dismiss reply brief; draft motion to dismiss reply brief. | 3.00 | $200 | $600 |
| 4/8/2021 | Michael Skocpol | Outline motion to dismiss reply brief. | 1.60 | $200 | $320 |
| 4/9/2021 | Lindsey Beckelman | Attention to court filings; Prepare for reply filing. | 0.40 | $120 | $48 |
| 4/9/2021 | Louis W. Fisher | Attention to correspondence re: analyzing Plaintiffs' reply in support of leave to | 2.80 | $200 | $560 |

[7] Molly Webster is a rising fifth-year associate. Based on the CBA Survey, the median hourly billing rate for a full-time associate with between four and five years of practice experience is $200. *See* Table 006, App'x A, CBA Survey.

| | | | | | |
|---|---|---|---|---|---|
| | | amend; call with M. Skocpol and M. Coburn re: briefing strategy. | | | |
| 4/9/2021 | Michael Skocpol | Meet-and-confer call w/ opposing counsel; post-call discussion w/ M. Coburn and J. Matz; call w/ L. Fisher and M. Coburn re: motion to dismiss reply brief. | 1.20 | $200 | $240 |
| 4/10/2021 | Louis W. Fisher | Draft motion to dismiss reply brief. | 0.70 | $200 | $140 |
| 4/10/2021 | Michael Skocpol | Draft motion to dismiss reply; research for same. | 5.40 | $200 | $1,080 |
| 4/11/2021 | Michael Skocpol | Draft motion to dismiss reply; research for same. | 5.10 | $200 | $1,020 |
| 4/12/2021 | Louis W. Fisher | Draft motion to dismiss reply brief. | 4.60 | $200 | $920 |
| 4/12/2021 | Michael Skocpol | Draft motion to dismiss reply brief; review and revise same; research for same. | 6.60 | $200 | $1,320 |
| 4/13/2021 | Louis W. Fisher | Review edits to motion to dismiss reply brief. | 0.10 | $200 | $20 |
| 4/13/2021 | Marcella Coburn | Cite-check motion to dismiss reply brief. | 1.00 | $200 | $200 |
| 4/13/2021 | Michael Skocpol | Review J. Matz edits to motion to dismiss reply brief; edits and proofing re: same. | 0.70 | $200 | $140 |
| 4/14/2021 | Louis W. Fisher | Finalize, revise, and file reply brief in support of motion to dismiss. | 1.80 | $200 | $360 |
| 4/14/2021 | Marcella Coburn | Cite-check reply brief and prepare for filing. | 3.80 | $200 | $760 |
| 4/14/2021 | Michael Skocpol | Miscellaneous filing day tasks for motion to dismiss reply brief (reviewing and revising tables; proofreading; reviewing cite-check edits). | 1.80 | $200 | $360 |

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/14/2021 | Oliver Farnum | Creation of table of authorities/table of contents for brief; finalization and filing of brief. | 1.20 | $100[8] | $120 |
| 4/19/2021 | Joshua Matz | Oral argument preparation. | 1.50 | $235 | $352.50 |
| 4/19/2021 | Marcella Coburn | Emails re: oral argument and case management needs; review plaintiffs' online materials. | 1.20 | $200 | $240 |
| 4/20/2021 | Joshua Matz | Hearing prep and calls with co-counsel. | 5.50 | $235 | $1,292.50 |
| 4/26/2021 | Joshua Matz | Prepare for hearing and review and draft talking points for responding to motion for judicial notice | 10.50 | $235 | $2,467.50 |
| 4/26/2021 | Louis W. Fisher | Attention to correspondence re: motion to add plaintiffs; prepare for hearing on motions to dismiss and leave to amend; draft oral argument talking points. | 9.00 | $200 | $1,800 |
| 4/26/2021 | Marcella Coburn | Prepare for oral argument. | 11.10 | $200 | $2,220 |
| 4/26/2021 | Michael Skocpol | Compile and revise supplemental talking points and research notes for J. Matz for oral argument prep; call w/ J. Matz re: oral argument prep; follow-up research re: equal protection standards and injury-in-fact for oral argument prep; consultation w/ M. Coburn and L. Fisher re: same. | 6.20 | $200 | $1,240 |
| 4/27/2021 | Joshua Matz | Prepare for, participate in, and debrief oral argument on motion to dismiss. | 9.50 | $235 | $2,232.50 |
| 4/27/2021 | Louis W. Fisher | Draft talking points; attend oral argument; debrief oral argument; call re: sanctions motion. | 4.30 | $200 | $860 |
| 4/27/2021 | Marcella Coburn | Oral argument preparation and hearing; sanctions research. | 5.50 | $200 | $1,100 |

---

[8] Oliver Farnum is a case manager with approximately two years of experience. Based on the CBA Survey, the median hourly billing rate for a paralegal with one to two years of experience is $100. *See* Table 006, App'x B, CBA Survey.

| | | | | | |
|---|---|---|---|---|---|
| 4/27/2021 | Michael Skocpol | Review and revise oral argument talking points for J. Matz; research for same; oral argument preparation call with J. Matz; attend oral argument on motions to dismiss by phone; preparation for same; debriefing of same with J. Matz, M. Coburn, and L. Fisher and discussion of Rule 11 strategy with same; call with M. Coburn and L. Fisher re: workflow for drafting memorandum in support of Rule 11 motion and associated tasks; research Rule 11 procedure. | 8.00 | $200 | $1,600 |
| 4/28/2021 | Lindsey Beckelman | Attention to hearing transcript. | 0.80 | $120 | $96 |
| **SUBTOTAL** | | | | | $23,729.00 |
| **TOTAL** | | | | | $62,930.00 |

| EXPENSES | | | |
|---|---|---|---|
| **DATE** | **PERSON** | **DESCRIPTION** | **TOTAL** |
| 2/17/2021 | Michael Skocpol | Research re: responding to Complaint: Westlaw research charges | $38.37 |
| 2/18/2021 | Louis W. Fisher | Research re: responding to Complaint: Westlaw research charges | $27.57 |
| **SUBTOTAL** | | | **$65.94** |
| 3/3/2021 | Marcella Coburn | Research in support of motion to dismiss briefing: Westlaw research charges | $92.66 |
| 3/4/2021 | Michael Skocpol | Research in support of motion to dismiss briefing: Westlaw research charges | $20.94 |
| 3/4/2021 | Marcella Coburn | Research in support of motion to dismiss briefing: Westlaw research charges | 34.07 |
| 3/5/2021 | Louis W. Fisher | Research in support of motion to dismiss briefing: Westlaw research charges | $33.45 |
| 3/5/2021 | Michael Skocpol | Research in support of motion to dismiss briefing: Westlaw research charges | $82.99 |
| 3/5/2021 | Marcella Coburn | Research in support of motion to dismiss briefing: Westlaw research charges | $55.76 |

| | | | |
|---|---|---|---|
| 3/6/2021 | Louis W. Fisher | Research in support of motion to dismiss briefing: Westlaw research charges | $19.75 |
| 3/6/2021 | Marcella Coburn | Research in support of motion to dismiss briefing: Westlaw research charges | $31.63 |
| 3/7/2021 | Louis W. Fisher | Research in support of motion to dismiss briefing: Westlaw research charges | $7.46 |
| 3/7/2021 | Marcella Coburn | Research in support of motion to dismiss briefing: Westlaw research charges | $37.17 |
| 3/8/2021 | Marcella Coburn | Research in support of motion to dismiss briefing: Westlaw research charges | $5.84 |
| 3/10/2021 | Louis W. Fisher | Research in support of motion to dismiss briefing: Westlaw research charges | $4.65 |
| 3/10/2021 | Marcella Coburn | Research in support of motion to dismiss briefing: Westlaw research charges | $17.54 |
| 3/16/2021 | Louis W. Fisher | Research in support of opposition to motion for leave to amend complaint: Westlaw research charges | $27.18 |
| 3/17/2021 | Louis W. Fisher | Research in support of opposition to motion for leave to amend complaint: Westlaw research charges | $32.53 |

| Date | Name | Description | Amount |
|---|---|---|---|
| 3/17/2021 | Marcella Coburn | Research in support of opposition to motion for leave to amend complaint: Westlaw research charges | $109.14 |
| 3/22/2021 | Louis W. Fisher | Research in support of opposition to motion for leave to amend complaint: Westlaw research charges | $4.65 |
| 3/23/2021 | Marcella Coburn | Research in support of opposition to motion for leave to amend complaint: Westlaw research charges | $34.36 |
| 3/24/2021 | Louis W. Fisher | Research in support of opposition to motion for leave to amend complaint: Westlaw research charges | $44.36 |
| 3/24/2021 | Marcella Coburn | Research in support of opposition to motion for leave to amend complaint: Westlaw research charges | $113.33 |
| 3/25/2021 | Louis W. Fisher | Research in support of opposition to motion for leave to amend complaint: Westlaw research charges | $13.94 |
| 3/25/2021 | Marcella Coburn | Research in support of opposition to motion for leave to amend complaint: Westlaw research charges | $32.53 |

| | | | |
|---|---|---|---|
| 3/25/2021 | Michael Skocpol | Research in support of opposition to motion for leave to amend complaint: Westlaw research charges | $27.88 |
| 3/29/2021 | Lindsey Beckelman | Research in support of opposition to motion for leave to amend complaint: Westlaw research charges | $4.65 |
| 3/29/2021 | Marcella Coburn | Research in support of opposition to motion for leave to amend complaint: Westlaw research charges | $37.17 |
| **SUBTOTAL** | | | **$925.63** |
| 4/10/2021 | Michael Skocpol | Research in support of motion to dismiss reply brief: Westlaw research charges | $17.11 |
| 4/11/2021 | Michael Skocpol | Research in support of motion to dismiss reply brief: Westlaw research charges | $32.34 |
| 4/12/2021 | Louis W. Fisher | Research in support of motion to dismiss reply brief: Westlaw research charges | $5.39 |
| 4/13/2021 | Marcella Coburn | Research in support of motion to dismiss reply brief: Westlaw research charges | $8.81 |

| | | | |
|---|---|---|---|
| 4/13/2021 | Marcella Coburn | Research in support of motion to dismiss reply brief: Westlaw research charges | $1.79 |
| 4/26/2021 | Marcella Coburn | Research in support of oral argument preparation: Westlaw research charges | $12.82 |
| 4/26/2021 | Michael Skocpol | Research in support of oral argument preparation: Westlaw research charges | $1.63 |
| 4/26/2021 | Joshua Matz | Research in support of oral argument preparation: Westlaw research charges | $10.78* |
| **SUBTOTAL** | | | **$90.67** |
| **TOTAL** | | | **$1,082.24** |

\* Due to a typographical error, when these billing records were sent to Plaintiffs' counsel on August 17, 2021, this expense entry inaccurately read "$410.78." That error did not affect the subtotal of $90.67 or the total expenses of $1,082.24, which were accurately reflected in the billing records sent to Plaintiffs' counsel.