IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

## MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION TO ALTER MODIFY OR AMEND THE JUDGMENT OF THIS COURT SANCTIONING COUNSEL FOR PLAINTIFFS, PURSUANT TO F.R.C.P. 59

COMES NOW Counsel for Plaintiffs and hereby respectfully requests that the Court enlarge the time necessary to file a motion to modify, alter or amend its previous order sanctioning counsel, pursuant to F.R.C.P. 59, by fourteen (14) days, up to and including Tuesday, September 28, 2021.

As grounds therefore, undersigned counsel states as follows:

1. On August 3, 2021, this court issued its order granting the several motion for sanctions filed by the Defendants.

2. Pursuant to F.R.C.P. 59, Plaintiffs' counsel are allowed to file a motion to modify alter, amend said judgement.

3. The court previous enlarged the time to file such a motion up to and including Tuesday, September 14, 2021.

1

4. However, as the court may be aware, the Plaintiffs' opening brief regarding the dismissal of this matter is due this Friday, September 17, 2021.

5. In light of the time necessary to adequately research and prepare said opening brief, it has been impossible to for undersigned counsel to divide the attention and time necessary to complete the brief and file an appropriate motion under Rule 59.

6. Undersigned counsel has communicated with opposing counsel on this day of Tuesday, September 14, 2021.

7. Counsel for Facebook and CTCL take no position, and unfortunately undersigned counsel has not heard from counsel for the other Defendants.

8. A short enlargement of two weeks will not prejudice the Defendants in any way.

WHEREFORE, the Plaintiffs/Appellants, by and through counsel, Gary D. Fielder, hereby respectfully requests that the court enlarge the time necessary to file a motion to modify, alter or amend its previous order sanctioning counsel, pursuant to F.R.C.P. 59, by fourteen (14) days, up to and including Tuesday, September 28, 2021.

Respectfully submitted, this 14th day of September 2021.

By: *s/ Gary D. Fielder*
Gary D. Fielder (CO 19757)
LAW OFFICE OF GARY FIELDER
1444 Stuart St.
Denver, CO 80204
(720) 650-1505
gary@fielderlaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2021, a copy of the foregoing **MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION TO ALTER MODIFY OR AMEND THE JUDGMENT OF THIS COURT SANCTIONING COUNSEL FOR PLAINTIFFS, PURSUANT TO F.R.C.P. 59** was electronically filed with the Clerk via the court's Electronic Case Filing System (ECF), and emailed to the following counsel of record for the defendants:

Counsel for Dominion Voting Systems:

Stanley L. Garnett: sgarnett@bhfs.com, colguin@bhfs.com
Bridget DuPey: bdupey@bhfs.com, pchesson@bhfs.com
Amanda Kristine Houseal: ahouseal@bhfs.com
David Brandon Meschke: dmeschke@bhfs.com, pchesson@bhfs.com

Counsel for Facebook, Inc:

Craig Brian Streit: cstreit@gibsondunn.com
Joshua S. Lipshutz: JLipshutz@gibsondunn.com, smaruschak@gibsondunn.com
Ryan Thomas Bergsieker: rbergsieker@gibsondunn.com, lhoward@gibsondunn.com

Counsel for Center for Technology and Civic Life:

Marcella Coburn: mcoburn@kaplanhecker.com
Joshua Adam Matz: jmatz@kaplanhecker.com, docketing@kaplanhecker.com

Counsel for Michigan

Heather Meingast: meingasth@michigan.gov

Counsel for Pennsylvania

Michael Fischer: mfischer@attorneygeneral.gov
Jacob Boyer: jboyer@attorneygeneral.gov

*s/ Gary D. Fielder, Esq.*