No. 21-1161

# UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

_____

KEVIN O'ROURKE, et al.,

Plaintiffs-Appellants,

vs.

DOMINION VOTING SYSTEMS, INC., et al.,

Defendants-Appellees.

_____

On Appeal from the United States District Court for the District of Colorado
Civil Action No. 1:20-cv-3747
U.S. Magistrate Judge N. Reid Neureiter

_____

# APPELLANTS' APPENDIX

**Table of Contents – Pages i to ix**

_____

Gary D. Fielder, Esq.
1444 Stuart St.
Denver, CO 80204
(p) 303-650-1515
gary@fielderlaw.net

*Counsel for Plaintiffs-Appellants*

i

# TABLE OF CONTENTS

| Docket Entry | Description | Page |
|---|---|---|
| | **APPENDIX A VOLUME 1 OF 6 – Pages 1 to 299** | |
| - | U.S. District Court - District of Colorado District of Colorado (Denver) CIVIL DOCKET FOR CASE #: 1:20-cv-03747-NRN | 1 |
| 1 | Complaint and Jury Demand<br>Filed December 22, 2020 | 18 |
| | Civil Cover Sheet | 102 |
| | Exhibit 1: O'Rourke Affidavit | 104 |
| | Exhibit 2: Carter Affidavit | 110 |
| | Exhibit 3: Cutunilli Affidavit | 114 |
| | Exhibit 4: Criswell Affidavit | 120 |
| | Exhibit 5: Cook Affidavit | 124 |
| | Exhibit 6: Crenshaw Affidavit | 133 |
| | Exhibit 7: Yarbrough Statement | 136 |
| | Exhibit 8: Trapp Statement | 141 |
| | Exhibit 8: ASOG Report | 143 |
| | Exhibit 9: Navarro Report | 166 |
| | Exhibit 10: Amistad Project Report | 202 |
| 22 | MOTION to Dismiss PLAINTIFFS COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1) AND 12(b)(6) OR, IN THE ALTERNATIVE, TO STRIKE PURSUANT TO F.R.C.P. 23 by Defendant Dominion Voting Systems, Inc.<br>Filed February 16, 2021 | 241 |
| 23 | MOTION to Dismiss by Defendant Facebook, Inc.<br>Filed February 16, 2021 | 269 |
| 27 | CONSENT to Jurisdiction of Magistrate Judge by Plaintiffs Nathaniel L Carter, Larry D Cook, Kesha Crenshaw, Alvin Criswell, Lori Cutunilli, Kevin O'Rourke, Amie Trapp, Neil Yarbrough All parties consent.<br>Filed February 25, 2021 | 287 |

| | | |
|---|---|---|
| 29 | NOTICE of Entry of Appearance by Heather Stuht Meingast on behalf of Gretchen WhitmerAttorney Heather Stuht Meingast added to party Gretchen Whitmer<br><br>Filed March 3, 2021 | 289 |
| 30 | NOTICE of Entry of Appearance by Heather Stuht Meingast on behalf of Jocelyn BensonAttorney Heather Stuht Meingast added to party Jocelyn Benson<br>Filed March 4, 2021 | 291 |
| 37 | NOTICE of Entry of Appearance by Charlene Swartz McGowan on behalf of Brian Kemp, Brad RaffenspergerAttorney Charlene Swartz McGowan added to party Brian Kemp, Attorney Charlene Swartz McGowan added to party Brad Raffensperger<br>Filed March 9, 2021 | 293 |
| 38 | NOTICE of Entry of Appearance by Jacob Biehl Boyer on behalf of Kathy Boockvar, Tom WolfAttorney Jacob Biehl Boyer added to party Kathy Boockvar, Attorney Jacob Biehl Boyer added to party Tom Wolf<br>Filed March 9, 2021 | 297 |
| | **APPENDIX B VOLUME 2 OF 6 – Pages 300 to 597** | |
| 39 | BRIEF in Opposition to 22 MOTION to Dismiss *PLAINTIFFS COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1) AND 12(b)(6) OR, IN THE ALTERNATIVE, TO STRIKE PURSUANT TO F.R.C.P. 23* filed by Plaintiff Kevin O'Rourke.<br>Filed March 9, 2021 | 300 |
| | Exhibit 1: Fresno County Election Worker Training Guide | 323 |
| | Exhibit 2: Software Lic Agreement | 428 |
| | Exhibit 3: Contract Between Dominion and Michigan | 437 |
| | **APPENDIX C VOLUME 3 OF 6 – Pages 598 to 844** | |
| | Exhibit 4: Contract Between Dominion and Georgia | 598 |
| 40 | BRIEF in Opposition to 23 MOTION to Dismiss filed by Plaintiff Kevin O'Rourke.<br>Filed March 10, 2021 | 710 |
| 41 | MOTION to Dismiss by Defendant Center for Tech and Civic Life.<br>Filed March 10, 2021 | 736 |
| 43 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Telephonic Status Conference held on 3/11/2021. | 757 |

| | ORDER denying 42 Motion to Strike. FTR: Courtroom C204. Filed March 11, 2021 | |
|---|---|---|
| 46 | MOTION to Dismiss for Failure to State a Claim *Pursuant to FRCP 12(b)(2) and 12(b)(6)*, MOTION to Dismiss for Lack of Jurisdiction *Pursuant to FRCP 12(b)(2) and 12(b)(6)* by Defendants Jocelyn Benson, Gretchen Whitmer. Filed March 15, 2021 | 759 |
| 47 | MOTION to Dismiss *and Brief in Support* by Defendants Brian Kemp, Brad Raffensperger. Filed: March 15, 2021 | 776 |
| | Exhibit 1: Pearson Transcript | 792 |
| | Exhibit 2: Wood Final Order | 837 |

### APPENDIX D VOLUME 4 OF 6 – Pages 845 to 1135

| | | |
|---|---|---|
| 48 | MOTION for Leave to *File Amended Complaint* by Plaintiff Kevin O'Rourke. Filed March 15, 2021 | 845 |
| | Exhibit 1: Amended Complaint | 860 |
| | Exhibit 2: Redline Amended Complaint | 976 |
| | Exhibit 3: Exhibit Declaration of Counsel | 1127 |

### APPENDIX E VOLUME 5 OF 6 – Pages 1136 to 1427

| | | |
|---|---|---|
| 49 | MOTION to Dismiss by Defendants Kathy Boockvar, Tom Wolf. Filed March 15, 2021 | 1136 |
| 55 | REPLY to Response to 22 MOTION to Dismiss *PLAINTIFFS COMPLAINT PURSUANT TO F.R.C.P. 12(b)(1) AND 12(b)(6) OR, IN THE ALTERNATIVE, TO STRIKE PURSUANT TO F.R.C.P. 23* filed by Defendant Dominion Voting Systems, Inc. Filed March 23, 2021 | 1156 |
| 56 | REPLY to Response to 23 MOTION to Dismiss filed by Defendant Facebook, Inc. Filed March 23, 2021 | 1173 |
| 57 | NOTICE of Entry of Appearance by Michael John Fischer on behalf of Kathy Boockvar, Tom WolfAttorney Michael John Fischer added to party Kathy Boockvar(pty:dft), Attorney Michael John Fischer added to party Tom Wolf Filed March 28, 2021 | 1191 |

| | | |
|---|---|---|
| 58 | RESPONSE to 48 MOTION for Leave to *File Amended Complaint* filed by Defendants Brian Kemp, Brad Raffensperger. Filed March 29, 2021 | 1194 |
| 59 | BRIEF in Opposition to 48 MOTION for Leave to *File Amended Complaint* filed by Defendants Kathy Boockvar, Tom Wolf. Filed March 29, 2021 | 1202 |
| 60 | BRIEF in Opposition to 48 MOTION for Leave to *File Amended Complaint* filed by Defendants Jocelyn Benson, Gretchen Whitmer. Filed March 29, 2021 | 1212 |
| 61 | RESPONSE to 48 MOTION for Leave to *File Amended Complaint RESPONSE IN OPPOSITION TO PLAINTIFFS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO FRCP 15* filed by Defendant Dominion Voting Systems, Inc. Filed March 29, 2021 | 1232 |
| 62 | BRIEF in Opposition to 48 MOTION for Leave to *File Amended Complaint* filed by Defendant Center for Tech and Civic Life. Filed March 29, 2021 | 1249 |
| 63 | BRIEF in Opposition to 48 MOTION for Leave to *File Amended Complaint* filed by Defendant Facebook, Inc. Filed March 29, 2021 | 1272 |
| 64 | RESPONSE to 41 MOTION to Dismiss *filed By Center For Technology and Civic Life* filed by Plaintiff Kevin O'Rourke. Filed March 31, 2021 | 1290 |
| 65 | First MOTION for Extension of Time to *Serve Defendants* by Plaintiff Kevin O'Rourke. Filed April 1, 2021 | 1306 |
| | Attachment 1: Proposed Order | 1310 |
| 66 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 2 April 2021. It is hereby Plaintiffs' Motion to Extend Time for Service and for Alternate Service Via U.S. Marshall (Dkt. # 65 ) is GRANTED IN PART and DENIED IN PART as follows.Plaintiffs are granted a 60-day extension to effectuate service on all remaining identified Defendants, up to and including May 21, 2021. But Plaintiffs are not authorized to conduct service through the U.S. Marshals Service. Plaintiffs are not proceeding in forma pauperis, and the Court is not persuaded by Plaintiffs' explanation why private process servers cannot serve the remaining Defendants, rather than unnecessarily burdening our federal marshals. Filed April 2, 2021 | 1311 |

| | | |
|---|---|---|
| 67 | Minute ORDER by Magistrate Judge N. Reid Neureiter on 2 April 2021. It is hereby ORDERED that a Motion Hearing is set on Defendants' various motions to dismiss (Dkt. ## 22 , 23 , 41 , 46 , 47 , & 49 ) and Plaintiffs' motion to amend (Dkt. # 48 ) for April 27, 2021 at 2:00 p.m. Filed April 2, 2021 | 1313 |
| 68 | MOTION to Strike *Michigan's Motion to Dismiss* by Plaintiff Kevin O'Rourke. Filed April 5, 2021 | 1315 |
| 69 | MOTION to Strike *Georgia's Motion to Dismiss* by Plaintiff Kevin O'Rourke. Filed April 5, 2021 | 1323 |
| 70 | ORDER DENYING PLAINTIFFS' MOTIONS TO STRIKE MOTIONS TO DISMISS OF MICHIGAN AND GEORGIA (Dkt. ## 68 & 69 ) by Magistrate Judge N. Reid Neureiter on 7 April 2021. | 1331 |
| 71 | REPLY to Response to 48 MOTION for Leave to *File Amended Complaint* filed by Plaintiff Kevin O'Rourke. Filed April 8, 2021 | 1335 |
| 72 | RESPONSE to 49 MOTION to Dismiss filed by Plaintiff Kevin O'Rourke. Filed April 8, 2021 | 1346 |
| 73 | REPLY to Response to 48 MOTION for Leave to *File Amended Complaint* filed by Plaintiff Kevin O'Rourke. Filed April 8, 2021 | 1362 |
| 74 | REPLY to Response to 48 MOTION for Leave to *File Amended Complaint* filed by Plaintiff Kevin O'Rourke. Filed April 8, 2021 | 1372 |
| 75 | REPLY to Response to 48 MOTION for Leave to *File Amended Complaint* filed by Plaintiff Kevin O'Rourke. Filed April 9, 2021 | 1382 |
| 76 | REPLY to Response to 48 MOTION for Leave to *File Amended Complaint* filed by Plaintiff Kevin O'Rourke. Filed April 9, 2021 | 1392 |
| 77 | REPLY to Response to 48 MOTION for Leave to *File Amended Complaint* filed by Plaintiff Kevin O'Rourke. Filed April 9, 2021 | 1402 |

| | | |
|---|---|---|
| 79 | RESPONSE to 47 MOTION to Dismiss *and Brief in Support* filed by Plaintiff Kevin O'Rourke.<br>Filed April 12, 2021 | 1413 |

### APPENDIX F VOLUME 6 OF 6 – Pages 1428 to 1684

| | | |
|---|---|---|
| 80 | RESPONSE to 46 MOTION to Dismiss for Failure to State a Claim *Pursuant to FRCP 12(b)(2) and 12(b)(6)* MOTION to Dismiss for Lack of Jurisdiction *Pursuant to FRCP 12(b)(2) and 12(b)(6)* filed by Plaintiff Kevin O'Rourke.<br>Filed April 12, 2021 | 1428 |
| 81 | REPLY to Response to 41 MOTION to Dismiss filed by Defendant Center for Tech and Civic Life.<br>Filed April 14, 2021 | 1441 |
| 82 | NOTICE of Voluntary Dismissal of Party *TONY EVERS, ANN S. JACOBS, MARK L. THOMSEN, MARGE BOSTELMAN, JULIE M. GLANCEY, DEAN KNUDSON, and ROBERT F. SPINDELL, JR.* by Plaintiff Kevin O'Rourke<br>Filed April 19, 2021 | 1458 |
| 83 | NOTICE of Voluntary Dismissal of Party *GRETCHEN WHITMER and JOCELYN BENSON* by Plaintiff Kevin O'Rourke<br>Filed April 19, 2021 | 1460 |
| 84 | NOTICE of Voluntary Dismissal of Party *BRIAN KEMP and BRAD RAFFENSPERGER* by Plaintiff Kevin O'Rourke<br>Filed April 19, 2021 | 1462 |
| 85 | NOTICE of Voluntary Dismissal of Party *TOM WOLF and KATHY BOOCKVAR* by Plaintiff Kevin O'Rourke<br>Filed April 19, 2021 | 1464 |
| 86 | NOTICE by Defendants Kathy Boockvar, Tom Wolf (Attachments: # 1 Exhibit 1)<br>Filed April 20, 2021 | 1466 |
| | Exhibit 1: Email | 1470 |
| 87 | MOTION for Leave to *Voluntary Dismiss Defendants TOM WOLF and KATHY BOOCKVAR* 85 Notice of Dismissal of Party by Plaintiff Kevin O'Rourke.<br>Filed April 20, 2021 | 1478 |
| | Exhibit 1: Email | 1481 |
| | Exhibit 2: Email | 1483 |

|    |    |    |
|----|----|----|
|    | Exhibit 3: Email | 1484 |
|    | Exhibit 4: Email | 1486 |
|    | Exhibit 5: Email | 1487 |
|    | Exhibit 6: Email | 1488 |
|    | Exhibit 7: Email | 1489 |
|    | Exhibit 8: Email | 1490 |
|    | Exhibit 9: Email | 1491 |
| 89 | NOTICE of Voluntary Dismissal of Party by Plaintiff Kevin O'Rourke Filed April 25, 2021 | 1492 |
| 90 | MOTION for Order to *take Judicial Notice* by Plaintiff Kevin O'Rourke. Filed April 26, 2021 | 1494 |
| 91 | COURTROOM MINUTES for proceedings held before Magistrate Judge N. Reid Neureiter: Motion Hearing via video conference held on 4/27/2021. ORDER taking under advisement 22 23 41 46 47 and 49 Motions to Dismiss. ORDER taking under advisement 48 Plaintiffs Motion for Leave to File Amended Complaint Pursuant to FRCP 15 and Memorandum of Points and Authorities in Support. ORDER denying 90 Plaintiffs Motion for Judicial Notice. FTR: Courtroom C203. Filed April 28, 2021 | 1502 |
| 92 | ORDER ON DEFENDANTS' MOTIONS TO DISMISS (Dkt. ## 22 , 23 , & 41 ) & PLAINTIFFS' MOTION TO AMEND (Dkt. # 48 ) by Magistrate Judge N. Reid Neureiter on 28 April 2021. It is hereby ORDERED that the Motions to Dismiss of Defendants Dominion, Facebook, and CTCL (Dkt. ##22, 23, & 41) are GRANTED. It is further ORDERED that Plaintiffs' Complaint (Dkt. # 1 ) is DISMISSED WITHOUT PREJUDICE for lack of standing. Because Plaintiffs have voluntarily dismissed the claims against the various state officials of Georgia, Michigan, Pennsylvania, and Wisconsin (Brian Kemp, Brad Raffensperger, Gretchen Whitmer, Jocelyn Benson, Tom Wolf, Kathy Boockvar, Tony Evers, Ann S. Jacobs, Mark Thomsen, Marge Bostelman, Julie E. Glancey, Dean Knudson, and Robert F. Spindell, Jr.), it is further ORDERED that the Motions to Dismiss filed by those state official defendants (Dkt. ## 46 , 47 , & 49 ) are DENIED as moot.It is further ORDERED that Plaintiffs' Motion for Leave to File an Amended Complaint (Dkt. # 48 ) is DENIED on the grounds of futility. Filed April 28, 2021 | 1505 |

| | | |
|---|---|---|
| 93 | NOTICE re 1 Complaint,, *Correction Of Plaintiff Kevin O'Rourke's Affidavit By Interlineation* by Plaintiff Kevin O'Rourke<br>Filed April 29, 2021 | 1534 |
| | Attachment 1: Affidavit | 1536 |
| 94 | NOTICE OF APPEAL as to 92 Order on Motion to Dismiss, Order on Motion to Dismiss for Failure to State a Claim, Order on Motion to Dismiss/Lack of Jurisdiction, Order on Motion for Leave, by Plaintiff Kevin O'Rourke<br>Filed April 29, 2021 | 1541 |
| 95 | LETTER Transmitting Notice of Appeal to all counsel advising of the transmittal of the 94 Notice of Appeal, filed by Kevin O'Rourke to the U.S. Court of Appeals.<br>Filed April 30, 2021 | 1543 |
| | Attachment 1: Preliminary Record | 1545 |
| | Attachment 2: Docket Sheet | 1576 |
| 96 | USCA Case Number 21-1161 for 94 Notice of Appeal, filed by Kevin O'Rourke.<br>Filed April 30, 2021 | 1591 |
| 97 | TRANSCRIPT of MOTION HEARING held on 04/27/2021 before Magistrate Judge Neureiter. Pages: 1-91. Prepared by: AB Litigation Services.<br>Filed April 30, 2021 | 1594 |