# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| KEVIN O'ROURKE, et al., | ) |
| Plaintiffs/Appellants, | ) |
| v. | ) Case No. 21-1161 |
| DOMINION VOTING SYSTEMS INC., FACEBOOK, INC., CENTER FOR TECHNOLOGY AND CIVIC LIFE, | ) |
| Defendants/Appellees. | ) |

## MOTION TO FILE OPENIG BRIEF ONE DAY OUT OF TIME

COMES NOW the Plaintiffs/Appellants, by and through counsel, Gary D. Fielder, hereby moves this Honorable Court for an order accepting the Appellants Opening Brief one day out of time, and thereby allow the Appellants to file their brief on September 18, 2021.

As grounds therefore, Plaintiffs/Appellants state as follows:

1. The Opening Brief in this matter was due on September 17, 2021.

2. Unfortunately, undersigned counsel was unable to complete the brief due to unforeseen problems after the creation of the appendix and the brief's table of contents. Formatting errors delayed the competition of the finished brief, and it took every second of the time between when it was overdue and when it was filed to remedy the myriad of technical issues that arose.

3. Nonetheless, undersigned counsel filed the Opening Brief with the Appendix at approximately 8:30 a.m. on this morning of September 18, 2021.

1

4. Accordingly, on behalf of the Appellants, undersigned counsel respectfully request that the Court accept the Opening Brief one day out of time.

5. Unsigned counsel has not conferred with counsel for the Appellees, and apologizes for that. In light of the nature of the request, undersigned counsel does not believe that it is necessary to attempt to reach out to opposing counsel on a Saturday.

6. The ends of justice are meet by accepting the Opening Brief one day out of time. Certainly, no prejudice will result to the Appellees, or any other party, and undersigned counsel apologizes to the Court for any inconvenience that this has caused.

WHEREFORE, the Plaintiffs/Appellants, by and through counsel, Gary D. Fielder, hereby moves this Honorable Court for an order accepting the Appellants Opening Brief one day out of time, and thereby allow the Appellants to file their Opening Brief on September 18, 2021.

Respectfully submitted, this 18th day of September 2021.

By: *s/ Gary D. Fielder*
Gary D. Fielder (CO 19757)
LAW OFFICE OF GARY FIELDER
1444 Stuart St.
Denver, CO 80204
(720) 650-1505
gary@fielderlaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 18, 2021, a copy of the foregoing **MOTION TO FILE OPENIG BRIEF ONE DAY OUT OF TIME** was electronically filed with the Clerk via the court's Electronic Case Filing System (ECF), and emailed to the following counsel of record for the defendants:

Counsel for Dominion Voting Systems:

Stanley L. Garnett: sgarnett@bhfs.com, colguin@bhfs.com
Bridget DuPey: bdupey@bhfs.com, pchesson@bhfs.com
Amanda Kristine Houseal: ahouseal@bhfs.com
David Brandon Meschke: dmeschke@bhfs.com, pchesson@bhfs.com


Counsel for Facebook, Inc:

Craig Brian Streit: cstreit@gibsondunn.com
Joshua S. Lipshutz: JLipshutz@gibsondunn.com, smaruschak@gibsondunn.com
Ryan Thomas Bergsieker: rbergsieker@gibsondunn.com, lhoward@gibsondunn.com

Counsel for Center for Technology and Civic Life:

Marcella Coburn: mcoburn@kaplanhecker.com
Joshua Adam Matz: jmatz@kaplanhecker.com, docketing@kaplanhecker.com


                                          *s/ Gary D. Fielder*