IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

---

**NOTICE OF FILING DOCUMENTS IN ERROR**

---

COMES NOW the Plaintiffs, by and through counsel, and hereby respectfully notifies the Court of two filed documents were filed in the district court in error , and hereby requests that the Clerk of Court remove the documents from the district court record.

As grounds therefore, undersigned counsel states as follows:

1. On September 18, 2021, undersigned counsel mistaken filed the Plaintiffs opening brief due in the 10th Circuit court of appeals with this district court. Doc. 155.

1

2. Additionally, a motion for extension of time to allow the filing of the brief one day out of time was also incorrectly filed with the district court. Doc. 156.

3. The documents have been filed with the correct court and undersigned counsel requests that the identified documents be removed from the district court record.

WHEREFORE, Plaintiffs, by and through counsel, and hereby respectfully notifies the Court of two filed documents were filed in the district court in error , and hereby requests that the Clerk of Court remove the documents from the district court record.

Respectfully submitted, this 20th day of September 2021.

By: *s/ Gary D. Fielder*
Gary D. Fielder (CO 19757)
LAW OFFICE OF GARY FIELDER
1444 Stuart St.
Denver, CO 80204
(720) 650-1505
gary@fielderlaw.net

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on September 20, 2021, a copy of the foregoing **NOTICE OF FILING DOCUMENTS IN ERROR** was electronically filed with the Clerk via the court's Electronic Case Filing System (ECF), and Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                                                        *s/ Gary D. Fielder, Esq.*