IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

## NOTICE OF CHANGE OF ADDRESS
## FOR PLAINTIFF'S COUNSEL GARY D. FIELDER, ESQ.

COMES NOW Plaintiffs' counsel, Gary D. Fielder, Esq., files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

Gary D. Fielder, Esq.
1435 Stuart St.
Denver, CO 80204

Respectfully submitted this 8th day of October, 2021.

                                                        *s/Gary D. Fielder*
                                                      **Gary D. Fielder, Esq.** (CO 19757)
                                                      1435 Stuart St.
                                                      Denver, CO 80204
                                                      (303)650-1505
                                                      gary@fielderlaw.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 8th 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Gary D. Fielder, Esq.*
Gary D. Fielder, Esq.
1435 Stuart St.
Denver, CO 80204