# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

## PLAINTIFFS' COUNSELS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs' Counsel in the above-captioned case hereby files this appeal to the United States Court of Appeals for the Tenth Circuit from the order of the District Court's *Order Granting Defendants' Motions for Sanctions (Doc. ##98, 101, 102, 103 & 109)*, [Doc. 136], entered on August 3, 2021, and *Order Denying in Part and Granting in Part Plaintiffs' Reconsideration of Sanctions Order*, [Doc. 161], entered on October 5, 2021.

Dated this 4th day of November, 2021.

Respectfully submitted,

***PLAINTIFFS COUNSEL:***

| | |
|---|---|
| By: *s/Ernest J. Walker* | By: *s/ Gary D. Fielder* |
| Ernest J. Walker (MI P58635) | Gary D. Fielder (CO 19757) |
| ERNEST J. WALKER LAW OFFICE | GARY D. FIELDER, ESQ. |
| 3368 Riverside Road. | 1435 Stuart St. |
| Benton Harbor, MI | Denver, CO 80204 |
| (303) 995-4835 | (720) 650-1505 |
| ernestjwalker@gmail.com | gary@fielderlaw.net |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 4, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: *s/ Gary D. Fielder*
Gary D. Fielder (CO 19757)
GARY D. FIELDER, ESQ.
1435 Stuart St.
Denver, CO 80204
(720) 650-1505