UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | | |
|---|---|---|
| Christopher M. Wolpert<br>Clerk of Court | | Jane K. Castro<br>Chief Deputy Clerk |

November 05, 2021

Mr. Gary D. Fielder
Mr. Ernest J. Walker
Ernest J. Walker Law Office
1444 Stuart Street
Denver, CO 80204

**RE:** **21-1394, O'Rourke, et al v. Dominion Voting Systems, et al**
Dist/Ag docket: 1:20-CV-03747-NRN

Dear Counsel:

Your appeal has been docketed, and the appeal number is above. **Within 14 days** from the date of this letter, Appellant's counsel must electronically file:

- **An entry of appearance** per 10th Cir. R. 46.1(A).
- **A docketing statement** per 10th Cir. R. 3.4.
- **A transcript order form or notice that no transcript is necessary** per 10th Cir. R. 10.2. This form must be filed in **both** the district court and this court.

**Also within 14 days**, Appellee's counsel must electronically file an entry of appearance.

The Federal Rules of Appellate Procedure, the Tenth Circuit Rules, and forms for the aforementioned filings are on the court's website. The Clerk's Office has also created a set of quick reference guides and checklists that highlight procedural requirements for appeals filed in this court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Ryan Thomas Bergsieker
Jacob Biehl Boyer
Marcella Coburn
Bridget DuPey
Michael John Fischer
Louis William Fisher
Stanley L. Garnett
Joshua Seth Lipshutz
Joshua Adam Matz
Charlene Swartz McGowan
Heather S. Meingast
David Brandon Meschke

CMW/sds