IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747-NRN

O'ROURKE, et al.,

        Plaintiffs,

v.

DOMINION VOTING SYSTEMS, et al.,

        Defendants.

---

**MOTION TO WITHDRAW APPEARANCE OF MARCELLA COBURN FOR DEFENDANT CENTER FOR TECH AND CIVIC LIFE**

---

Defendant Center for Tech and Civic Life ("CTCL") hereby moves, pursuant to Local Attorney Rule 5(b), for an order permitting Marcella Coburn to withdraw as counsel from the above-captioned action. Ms. Coburn moves to withdraw because she will no longer be associated with Kaplan Hecker & Fink LLP. The other undersigned attorneys from Kaplan Hecker & Fink LLP will continue to represent CTCL in the above captioned action. For that reason, Ms. Coburn's withdrawal will cause no prejudice to CTCL, to any party, or to the Court and should be granted.

Dated: November 12, 2021

Respectfully submitted,

/s/ Marcella Coburn
Joshua Matz
Marcella Coburn
Louis W. Fisher
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: 212.763.0883
Facsimile: 212.564.0883
Email: jmatz@kaplanhecker.com
mcoburn@kaplanhecker.com
lfisher@kaplanhecker.com

*Attorneys for Defendant Center for Tech and Civic Life*

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, I caused to be served a true and correct copy of the foregoing Motion for Leave to Withdraw upon all those having appeared within via CM/ECF.

Dated: November 12, 2021

*/s/ Marcella Coburn*
Marcella Coburn
