### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747-NRN

KEVIN O'ROURKE, et al.,

Plaintiffs,

v.

DOMINION VOTING SYSTEMS INC., et al.,

Defendants.

---

### PLAINTIFFS' COUNSELS' NOTICE OF APPEAL

---

Notice is hereby given that Plaintiffs' Counsel in the above-captioned case hereby files this appeal to the United States Court of Appeals for the Tenth Circuit from the orders of the District Court, which are: *Order Granting Defendants' Motions for Sanctions (Doc. ##98, 101, 102, 103 & 109)*, [Doc. 136], entered on August 3, 2021; *Order Denying in Part and Granting in Part Plaintiffs' Reconsideration of Sanctions Order*, [Doc. 161], entered on October 5, 2021; and, *Order Specifying the Amount of Sanction Award Against Plaintiff's Counsel*, [Doc. 169], entered on November 22, 2021.

1

Dated this 22nd day of December, 2021.

Respectfully submitted,

*PLAINTIFFS COUNSEL:*

By: *s/Ernest J. Walker*                                   By: *s/ Gary D. Fielder*

Ernest J. Walker (MI P58635)                        Gary D. Fielder (CO 19757)

ERNEST J. WALKER LAW OFFICE              GARY D. FIELDER, ESQ.

3368 Riverside Road.                                     1435 Stuart St.

Benton Harbor, MI                                   Denver, CO 80204

(303) 995-4835                                        (720) 650-1505

ernestjwalker@gmail.com                       gary@fielderlaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 22, 2021, a copy of the foregoing document was electronically filed with the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: *s/ Gary D. Fielder*

Gary D. Fielder (CO 19757)

GARY D. FIELDER, ESQ.

1435 Stuart St.

Denver, CO 80204

(720) 650-1505