FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

December 23, 2021

_____

Christopher M. Wolpert
Clerk of Court

KEVIN O'ROURKE; NATHANIEL L. CARTER; LORI CUTUNILLI; LARRY D. COOK; ALVIN CRISWELL; KESHA CRENSHAW; NEIL YARBROUGH; AMIE TRAPP,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS, INC., a Delaware corporation; FACEBOOK, INC., a Delaware corporation; CENTER FOR TECH AND CIVIC LIFE; GRETCHEN WHITMER, individually; JOCELYN BENSON, individually; TOM WOLF, individually; KATHY BOOCKVAR, individually,

    Defendants - Appellees,

and

MARK E. ZUCKERBERG, individually; PRISCILLA CHAN, individually; BRIAN KEMP, individually; BRAD RAFFENSPERGER, individually; TONY EVERS, individually; ANN S. JACOBS, individually; MARK L. THOMSEN, individually; MARGE BOSTELMAN, individually; JULIE M. GLANCEY, individually; DEAN KNUDSON, individually; ROBERT F. SPINDELL, JR., individually; DOES 1-10,000,

    Defendants.

No. 21-1394
(D.C. No. 1:20-CV-03747-NRN)
(D. Colo.)

-------------------------------

GARY D. FIELDER; ERNEST J. WALKER,

    Attorneys - Appellants.

───────────────────────────────

## ORDER

───────────────────────────────

This matter is before the court on Appellant's *Response and Memorandum to Order of December 8, 2021*, which requests voluntary dismissal of this appeal after having filed a new notice of appeal in the District of Colorado challenging its final order specifying the amount of the sanction award against Plaintiffs' counsel.

Upon consideration, the court construes the response as a motion to voluntarily dismiss and grants the motion as construed. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.

                                        Entered for the Court
                                        CHRISTOPHER M. WOLPERT, Clerk

                                        By: Olenka M. George
                                            Counsel to the Clerk