IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03747-NRN

O'ROURKE, et al.,

    Plaintiffs,

v.

DOMINION VOTING SYSTEMS, et al.,

    Defendants.

---

**MOTION TO WITHDRAW APPEARANCE OF LOUIS W. FISHER FOR DEFENDANT CENTER FOR TECH AND CIVIC LIFE**

---

Defendant Center for Tech and Civic Life ("CTCL") hereby moves, pursuant to Local Attorney Rule 5(b), for an order permitting Louis Fisher to withdraw as counsel from the above-captioned action. Mr. Fisher moves to withdraw because he will no longer be associated with Kaplan Hecker & Fink LLP. The other undersigned attorney from Kaplan Hecker & Fink LLP will continue to represent CTCL in the above captioned action. For that reason, Mr. Fisher's withdrawal will cause no prejudice to CTCL, to any party, or to the Court and should be granted.

2

| | |
|---|---|
| Dated: March 1, 2022 | Respectfully submitted,<br><br>*/s/ Louis W. Fisher*<br>Joshua Matz<br>Louis W. Fisher<br>KAPLAN HECKER & FINK LLP<br>350 Fifth Avenue, 63rd Floor<br>New York, NY 10118<br>Telephone: 212.763.0883<br>Facsimile: 212.564.0883<br>Email: jmatz@kaplanhecker.com<br>lfisher@kaplanhecker.com<br><br>*Attorneys for Defendant Center for Tech and Civic Life* |

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022, I caused to be served a true and correct copy of the foregoing Motion for Leave to Withdraw upon all those having appeared within via CM/ECF.

March 1, 2022                                                          */s/ Louis W. Fisher*
                                                                                  Louis W. Fisher