FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

June 27, 2022

Christopher M. Wolpert
Clerk of Court

───────────────────────────

KEVIN O'ROURKE, et al.,

    Plaintiffs - Appellants,

v.

DOMINION VOTING SYSTEMS, INC., a Delaware corporation, et al.,

    Defendants - Appellees.

No. 21-1161
(D.C. No. 1:20-CV-03747-NRN)
(D. Colo.)

───────────────────────────

**ORDER**

───────────────────────────

Before **TYMKOVICH**, Chief Judge, **HOLMES**, and **ROSSMAN**, Circuit Judges.

───────────────────────────

Appellants' petition for rehearing is denied.

The petition for rehearing en banc was transmitted to all of the judges of the court who are in regular active service. As no member of the panel and no judge in regular active service on the court requested that the court be polled, that petition is also denied.

                          Entered for the Court

                          CHRISTOPHER M. WOLPERT, Clerk