UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. WolpertJane K. Castro
Clerk of CourtChief Deputy Clerk

July 05, 2022

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   21-1161, O'Rourke, et al v. Dominion Voting Systems, et al
Dist/Ag docket: 1:20-CV-03747-NRN

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's May 27, 2022 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Ryan Thomas Bergsieker
      Bridget DuPey
      Gary D. Fielder
      Stanley L. Garnett
      Amanda Kristine Houseal
      Joshua Seth Lipshutz
      Joshua Adam Matz

    David Brandon Meschke
    Ernest J. Walker

CMW/sds