# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 29, 2022

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:   Kevin O'Rourke, et al.
            v. Dominion Voting Systems, Inc., et al.
           No. 22-305
           (Your No. 21-1161)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on September 26, 2022 and placed on the docket September 29, 2022 as No. 22-305.

                          Sincerely,

                          **Scott S. Harris**, Clerk

                          by

                          Redmond K. Barnes
                          Case Analyst