UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 10, 2023

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**     **21-1442, O'Rourke, et al v. Dominion Voting Systems, et al**
Dist/Ag docket: 1:20-CV-03747-NRN

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's December 13, 2022 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:     Ryan Thomas Bergsieker
Jacob Biehl Boyer
Bridget DuPey
Gary D. Fielder
Michael John Fischer
Stanley L. Garnett
Joshua Seth Lipshutz
Joshua Adam Matz

      Heather S. Meingast
      David Brandon Meschke
      Raymond P. Tolentino
      Ernest J. Walker

CMW/sds