# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 2, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Tenth Circuit
Byron White Courthouse
1823 Stout Street
Denver, CO  80257

    Re:  Ernest J. Walker, et al.
          v. Dominion Voting Systems, Inc., et al.
          No. 22-1084
          (Your No. 21-1442)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk